AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. ⁻ 0 5 ⁻ ► 5 3 5

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___10___ COPIES OF AO FORM 85.

___JUL 2 6 2005___          _____
(Date forms issued)         (Signature of Party or their Representative)

                            David C. Martin
                            _____
                            (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action