IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC. | ) | |
| | ) | |
| Plaintiff, On Behalf Itself and Others Similarly Situated, | ) ) ) | |
| | ) | |
| v. | ) ) | |
| MONSANTO COMPANY | ) ) | |
| Monsanto Controlled Subsidiaries: | ) ) | CIVIL ACTION NO. |
| AMERICAN SEEDS INC. CORN STATES HYBRID SERVICE INC. ASGROW SEED CO., INC. HOLDEN FOUNDATION SEEDS, INC. DEKALB SEEDS CALGENE, L.L.C. CHANNEL BIO CO. NC+ HYBRIDS SEMINIS INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**PLAINTIFF AMERICAN SEED CO. INC.'S DISCLOSURE
STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(A)**

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff advises the Court that American Seed Co. Inc. is a privately-held corporation, and that no company owns 10% or more of its stock.

10005097.WPD

July 26, 2005                                   SMITH, KATZENSTEIN & FURLOW LLP

_____
Joelle E. Polesky (ID No. 3694)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Facsimile: 302-652-8405

Attorneys for American Seed

Of Counsel:

KELLOGG, HUBER, HANSEN,
TODD, EVANS & FIGEL P.L.L.C.
Steven V. Benz, D.C. Bar No. 428026
Michael S. Zuckman, D.C. Bar No. 472546
1615 M St., N.W.
Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Telecopy: (202) 326-7999

BERRY & LEFTWICH
R. Stephen Berry, D.C. Bar No. 234815
J. Daniel Leftwich, D.C. Bar No. 428134
Gregory Baruch, D.C. Bar No. 420137
1717 Pennsylvania Ave. NW
Suite 450
Washington, DC 20006
Telephone:  (202) 296-3020
Telecopy:   (202) 296-3038

10005097.WPD