# United States District Court

FOR THE DISTRICT OF ____ DELAWARE ____

AMERICAN SEED CO. INC.

V.

MONSANTO COMPANY, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-535

TO: (Name and address of defendant)

Holden Foundation Seeds, Inc.
subsidiary of

Monsanto Company
800 North Linburgh Blvd.
St. Louis, Missouri 63167

SERVE ON: Corporation Service Company, 2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | | |
|---|---|---|
| R. Stephen Berry<br>Berry & Leftwich<br>1717 Pennsylvania Ave. NW<br>Washington, DC 20006 | David Jenkins<br>Smith, Katzenstein &<br>  Furlow<br>800 Delaware Avenue<br>Wilmington, DE 19899 | Steven V. Benz<br>Kellogg, Huber, Hansen,<br>  Todd, Evans & Figel<br>PLLC<br>1615 M St. NW<br>Suite 400<br>Washington, DC 20036 |

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                       JUL 2 6 2005

CLERK                                                 DATE

_Evette Watson_

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 7/26/05 |
| NAME OF SERVER (PPJNT) DENORRIS BRITT | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: HOLDEN FOUNDATION SEEDS, INC C/O MONSANTO COMPANY AT 2711 CENTERVILLE RD WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY MARY DRUMMOND

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/26/05
                Date

Signature of Server
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.