# United States District Court

FOR THE DISTRICT OF DELAWARE

AMERICAN SEED CO. INC.

V.

MONSANTO COMPANY, et al.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05- 535

TO: (Name and address of defendant)

Dekalb Seeds
subsidiary of
Monsanto Company
800 North Linburgh Blvd.
St. Louis, Missouri 63167

SERVE ON: Corporation Service Company, 2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

R. Stephen Berry
Berry & Leftwich
1717 Pennsylvania Ave. NW
Washington, DC 20006

David Jenkins
Smith, Katzenstein & Furlow
800 Delaware Avenue
Wilmington, DE 19899

Steven V. Benz
Kellogg, Huber, Hansen, Todd, Evans & Figel PLLC
1615 M St. NW
Suite 400
Washington, DC 20036

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK

JUL 26 2005
DATE

Evette Watson
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>7/26/05 |
| NAME OF SERVER (PRINT)<br>DENORRIS BRITT | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED: DEKALB SEEDS. C/O MOSANTO COMPANY AT 2711 CENTERVILLE RD WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY MARY DRUMMOND

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/26/05
            Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.