IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC. | ) | |
| | ) | |
|    Plaintiff, On Behalf Itself | ) | |
|    and Others Similarly | ) | |
|    Situated, | ) | |
| | ) | |
|    v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Monsanto Controlled Subsidiaries: | ) | CIVIL ACTION NO. 05-535 |
| | ) | |
| AMERICAN SEEDS INC., | ) | |
| CORN STATES HYBRID, | ) | |
|   SERVICE INC. | ) | |
| ASGROW SEED CO., INC., | ) | |
| HOLDEN FOUNDATION SEEDS, INC., | ) | |
| DEKALB SEEDS, | ) | |
| CALGENE, L.L.C., | ) | |
| CHANNEL BIO CO., | ) | |
| NC+ HYBRIDS, | ) | |
| SEMINIS INC., | ) | |
| | ) | |
|    Defendants. | | |

## MOTION FOR LEAVE TO INTERVENE
## ON BEHALF OF PROPOSED CLASSES
## PROCEEDING UNDER IOWA AND MINNESOTA LAW

Pursuant to Fed. R. Civ. P. 24(b) proposed Classes of Iowa and Minnesota citizens move for leave to intervene as plaintiffs in this proceeding to pursue state-law monopolization claims very similar to those now being prosecuted here under Section Two of the Sherman Act § 2, 15 U.S.C. § 2.

10005225.WPD                                  1

As set forth in the Opening Brief in Support of Motion for Leave to Intervene on Behalf of Proposed Classes Proceeding Under Iowa and Minnesota Law, filed contemporaneously with this motion, the intervention of the Iowa and Minnesota proposed Classes will vastly conserve judicial economy without prejudicing any party, and will not in any way complicate discovery or trial of this case, which has just been filed. The proposed Complaints in intervention are attached to the Opening Brief as Exhibits A (Iowa) and B (Minnesota).

Pursuant to Local District Court Civil Rule 7.1.1 proposed intervenor plaintiffs' counsel have made a reasonable effort to reach agreement with opposing counsel on this matter. The Local Rule 7.1.1 Certification is attached to this motion.

SMITH, KATZENSTEIN & FURLOW LLP

_____
Joelle E. Polesky (ID No. 3694)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Facsimile: 302-652-8405
Attorneys for Proposed Intervenors

Dated: July 29, 2005

Of Counsel:

BIRD, JACOBSEN & STEVENS
Charles A. Bird
Jeremy R. Stevens
300 Third Ave. S.E.
Rochester, MN 55904
Telephone: (507) 282-1503
Facsimile: (507) 282-7736

KELLOGG, HUBER, HANSEN,
TODD, EVANS & FIGEL P.L.L.C.
Steven V. Benz
Michael S. Zuckman
1615 M St., N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

BERRY & LEFTWICH
R. Stephen Berry
J. Daniel Leftwich
Gregory Baruch
1717 Pennsylvania Ave. NW, Suite 450
Washington, DC 20006
Telephone: (202) 296-3020
Facsimile: (202) 296-3038

## LOCAL RULE 7.1.1 CERTIFICATION

Pursuant to Local District Court Civil Rule 7.1.1, R. Stephen Berry, Of Counsel to the proposed Iowa and Minnesota intervenors, forwarded correspondence dated July 27, 2005 via telecopy and email to Monsanto counsel of record in the related antitrust case in this District, *Syngenta Seeds Inc. v. Monsanto Company et al.*, No. 04-305-SLR (Member Case), in an attempt to reach agreement on the proposed motion to intervene. The parties consulted via telephone thereafter, but were not able to reach agreement.

SMITH, KATZENSTEIN & FURLOW LLP

_____
Joelle E. Polesky (ID No. 3694)
The Corporate Plaza
800 Delaware Avenue, P.O. Box 410
Wilmington, Delaware 19899
tel: (302) 652-8400
fax: (302) 652-8405
Attorneys for Proposed Intervenors

Dated: July 29, 2005

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **29**[th] day of **July, 2005,** a copy of the foregoing *Motion For Leave To Intervene on Behalf of Proposed Classes Proceeding Under Iowa and Minnesota Law* and *Local Rule 7.1.1 Certification* were caused to be served on the following in the manner indicated:

**VIA E-FILING**

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19801

**VIA OVERNIGHT MAIL**

Peter E. Moll
Howrey Simon Arnold
& White LLP
1299 Pennsylvania Ave. N.W.
Washington, D.C. 20004

_____
Joelle E. Polesky (I.D. No. 3694)

10005225.WPD