## AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **29th** day of **July, 2005,** a copy of the foregoing *Opening Brief in Support of Motion For Leave To Intervene on Behalf of Proposed Classes Proceeding Under Iowa and Minnesota Law* was caused to be served on the following in the manner indicated:

**VIA EMAIL**

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19801

**VIA OVERNIGHT MAIL**

Peter E. Moll
Howrey Simon Arnold
& White LLP
1299 Pennsylvania Ave. N.W.
Washington, D.C. 20004

_____
Joelle E. Polesky (I.D. No. 3694)

10005273.WPD