IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SEED CO. INC. | ) |
| | ) |
| Plaintiff, On Behalf Of Itself | ) |
| and Others Similarly | ) |
| Situated, | ) |
| | ) C.A. NO. 05-535 |
| v. | ) |
| | ) |
| MONSANTO COMPANY, | ) |
| | ) |
| Monsanto Controlled Subsidiaries: | ) CLASS ACTION |
| | ) |
| AMERICAN SEEDS INC., | ) |
| CORN STATES HYBRID, | ) |
|   SERVICE INC. | ) |
| ASGROW SEED CO., INC., | ) JURY TRIAL DEMANDED |
| HOLDEN FOUNDATION SEEDS, INC., | ) |
| DEKALB SEEDS, | ) |
| CALGENE, L.L.C., | ) |
| CHANNEL BIO CO., | ) |
| NC+ HYBRIDS, | ) |
| SEMINIS INC., | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR COORDINATION OF PRETRIAL DISCOVERY WITH**
***SYNGENTA SEEDS INC. v. MONSANTO COMPANY,***
**C.A. NO. 04-908-SLR (MEMBER CASE)**

For the reasons set forth in Plaintiff American Seed Co. Inc.'s Opening Brief in

Support of Motion for Coordination of Pretrial Discovery with *Syngenta Seeds, Inc. v.*

*Monsanto Company*, C.A. No. 04-908-SLR (Member Case), filed contemporaneously with

this motion, American Seed moves for entry of the attached form of order coordinating

pretrial discovery in this case with pretrial discovery in the related matter, *Syngenta Seeds Inc. v. Monsanto Company et al.*, No. 04-908-SLR (Member Case).

American Seed does not seek to apply the Scheduling Order in the related matter to the instant matter, and will seek a separate Scheduling Order. American Seed also does not seek to coordinate discovery with *Monsanto Co. et al. v. Syngenta Seeds, Inc.*, No. 04-305-SLR (Lead Case), since it implicates extraneous patent matters.

Pursuant to Local District Court Civil Rule 7.1.1 American Seed's counsel has made a reasonable effort to reach agreement with related and opposing counsel on this matter. The Local Rule 7.1.1 Certification is attached to this motion. Additionally, copies of this Motion for Coordination of Pretrial Discovery with *Syngenta Seeds, Inc. v. Monsanto Company*, C.A. No. 04-908-SLR (Member Case), and the Opening Brief in Support of Motion for Coordination of Pretrial Discovery with *Syngenta Seeds, Inc. v. Monsanto Company*, C.A. No. 04-908-SLR (Member Case) are being served on counsel for the parties in this action, as well as counsel for Syngenta.

**[SIGNATURE FOLLOWS ON PAGE 3]**

SMITH, KATZENSTEIN & FURLOW LLP

_____
Joelle E. Polesky (ID No. 3694)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Facsimile: 302-652-8405
Attorneys for American Seed Co. Inc.

Dated: August 2, 2005

Of Counsel:

KELLOGG, HUBER, HANSEN,
TODD, EVANS & FIGEL P.L.L.C.
Steven V. Benz
Michael S. Zuckman
1615 M St., N.W.
Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999


BERRY & LEFTWICH
R. Stephen Berry
J. Daniel Leftwich
Gregory Baruch
1717 Pennsylvania Ave. NW
Suite 450
Washington, DC 20006
Telephone: (202) 296-3020
Facsimile:  (202) 296-3038

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY, et al. | ) | |
| | ) | |
| Plaintiff, Counter-Defendant | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NOS. 04-305-SLR |
| | ) | (LEAD); 04-908 (MEMBER) |
| SYNGENTA SEEDS, INC., et al. | ) | |
| | ) | |
| Defendant, Counter-Plaintiff | ) | |

| | | |
|---|---|---|
| AMERICAN SEED CO. INC. | ) | |
| | ) | |
| Plaintiff, On Behalf Of Itself and Others Similarly Situated, | ) | |
| | ) | C.A. NO. 05-535 |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Monsanto Controlled Subsidiaries: | ) | CLASS ACTION |
| | ) | |
| AMERICAN SEEDS INC., | ) | |
| CORN STATES HYBRID, SERVICE INC. | ) | |
| ASGROW SEED CO., INC., | ) | JURY TRIAL DEMANDED |
| HOLDEN FOUNDATION SEEDS, INC., | ) | |
| DEKALB SEEDS, | ) | |
| CALGENE, L.L.C., | ) | |
| CHANNEL BIO CO., | ) | |
| NC+ HYBRIDS, | ) | |
| SEMINIS INC., | ) | |
| | ) | |
| Defendants. | ) | |

10005336.WPD

## ORDER GOVERNING COORDINATION OF PRETRIAL ANTITRUST DISCOVERY

1.     The parties in *American Seed Co. Inc. v. Monsanto Company et al.*, No. 05-535 (the "*American Seed* Action") and *Syngenta Seeds Inc. v. Monsanto Company et al.*, No. 04-908-SLR (Member Case) (the "*Syngenta* Action") are ordered to work together in good faith to coordinate discovery and prevent duplication of discovery and effort.

2.     Written discovery propounded to any party in the *Syngenta* Action and the *American Seed* Action, antitrust actions, shall be deemed propounded in all matters, and both discovery requests and responses thereto shall be served on all counsel in all cases. The parties shall cooperate reasonably in providing copies of discovery requests and responses thereto filed or served prior to and after the date of this Order. The parties shall avoid propounding interrogatories, document requests or other written discovery requests that are either identical or substantially similar to any previously filed discovery.

3.     Documents produced in the *American Seed* and *Syngenta* Actions shall be made available to counsel in all cases on a reasonable basis.

4.     Any deposition noticed in the *American Seed* and *Syngenta* Actions shall be served on counsel in all cases and shall be deemed to have been noticed in all cases. The unwillingness of one or more of the parties to participate in a deposition shall not be grounds for rescheduling a deposition. A subsequent deposition of any individual whose deposition was previously noticed and taken after the date of this Order shall not be permitted absent mutual agreement of counsel or good cause shown. Pursuant to Fed. R. Civ. P. 30(d)(2)

(seven hour deposition limitation), the party noticing a deposition shall have up to seven hours to complete the examination, and any remaining time be used by the other parties participating in the deposition, including the party defending the deposition. Should the remaining time from the seven hours on the first day not be sufficient for an additional party to complete its examination, a second day of deposition shall be scheduled the next business day to allow completion (or, if the parties can agree, a day specified by agreement). No more than seven hours of examination shall be permitted during the second day, and the additional parties examining the witness shall agree to allocate the time among themselves in advance of the second day. Under its Scheduling Order in the *American Seed* Action, American Seed will apply for a separate allocation of deposition time, and its examination time will not be counted against any other party's deposition time.

5. Any document, interrogatory response, deposition testimony or other matter that is designated confidential under the Protective Order entered on January 31, 2005 in the *Syngenta* Action shall be deemed to have been designated as "confidential" in all matters and the terms of that Protective Order shall govern all parties in the above-captioned matters.

6. The plaintiff in the *American Seed* Action will seek a separate Scheduling Order and nothing herein shall affect the Scheduling Order entered on April 26, 2005 in the *Syngenta* Action.

7. All depositions and trial testimony in *American Seed* and *Syngenta* Actions shall be deemed to be taken in any other matter, and may be used as if taken in that matter subject to the provisions of paragraph 8 of this Order.

8.  Nothing contained herein shall constitute a waiver of any objection of any party to the admissibility at trial of any document, deposition testimony, exhibit, or written discovery responses provided in accordance with this Order, whether on grounds of relevance, materiality or any other basis and all such objections are specifically reserved.

9.  Any provision of this Order may be modified upon good cause shown.

SO ORDERED this _____ day of _____, 2005.

_____
Chief Judge

## LOCAL RULE 7.1.1 CERTIFICATION

Pursuant to Local District Court Civil Rule 7.1.1, R. Stephen Berry, Of Counsel to plaintiff in the instant action, forwarded correspondence dated July 28, 2005 via telecopy and email to Syngenta and Monsanto counsel of record in the related antitrust case in this District, *Syngenta Seeds Inc. v. Monsanto Company et al.*, No. 04-908-SLR (Member Case), in an attempt to reach agreement on the proposed motion to coordinate pretrial discovery. Counsel consulted via telephone thereafter, but were not able to reach agreement.

Copies of this Motion for Coordination of Pretrial Discovery with *Syngenta Seeds, Inc. v. Monsanto Company*, C.A. No. 04-908-SLR (Member Case), and the Opening Brief in Support of Motion for Coordination of Pretrial Discovery with *Syngenta Seeds, Inc. v. Monsanto Company*, C.A. No. 04-908-SLR (Member Case) are being served on counsel for the parties in this action, as well as counsel for Syngenta.

SMITH, KATZENSTEIN & FURLOW LLP

_____
Joelle E. Polesky (ID No. 3694)
The Corporate Plaza
800 Delaware Avenue, P.O. Box 410
Wilmington, Delaware 19899
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Attorneys for American Seed Co. Inc.

Dated: August 2, 2005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **2nd** day of **August, 2005**, copies of the foregoing **Motion for Coordination of Pretrial Discovery with** *Syngenta Seeds, Inc. v. Monsanto Company*, C.A. No. 04-908-SLR (Member Case) and **Local Rule 7.1.1 Certification** were caused to be served on the following in the manner indicated:

VIA E-MAIL

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19801

John W. Shaw (Counsel for Syngenta)
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

VIA OVERNIGHT MAIL

Peter E. Moll
Howrey Simon Arnold & White LLP
1299 Pennsylvania Ave. N.W.
Washington, D.C. 20004

Richard Schwed (Counsel for Syngenta)
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022-6069

_____
Joelle E. Polesky (I.D. No. 3694)

10005336.WPD