# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SEED CO. INC., ) | |
| ) | |
|     Plaintiff, On Behalf of Itself ) | |
|     and Others Similarly ) | |
|     Situated, ) | C.A. No. 05-00535-SLR |
| ) | |
|     v. ) | |
| ) | |
| MONSANTO COMPANY, ) | |
| ) | |
| Monsanto Controlled Subsidiaries: ) | |
| ) | |
| AMERICAN SEEDS INC , ) | |
| CORN STATES HYBRID ) | |
|     SERVICE INC., ) | |
| ASGROW SEED CO , INC., ) | |
| HOLDEN FOUNDATION SEEDS, INC , ) | |
| DEKALB SEEDS, ) | |
| CALGENE, L.L.C., ) | |
| CHANNEL BIO CO., ) | |
| NC+ HYBRIDS, ) | |
| SEMINIS INC , ) | |
| ) | |
|     Defendants. ) | |

## STIPULATION AND ORDER

WHEREAS, on July 26, 2005, plaintiff American Seed Co. Inc. filed the Complaint (D.I. 1) in the above-captioned litigation;

WHEREAS, defendants were served on July 27, 2005 (D.I. 3-12);

WHEREAS, on July 29, 2005, Proposed Intervenors Kent Duxbury and Darrell Souhrada filed their Motion for Leave to Intervene on Behalf of Proposed Classes Proceeding under Iowa and Minnesota Law ("Motion to Intervene") (D.I. 13); and

WHEREAS, on August 2, 2005, plaintiff American Seed filed its Motion for Coordination of Pretrial Discovery with *Syngenta Seeds, Inc. v. Monsanto Company*, C.A. No. 04-908-SLR ("Motion for Coordination") (D.I. 17)[1];

NOW, THEREFORE, plaintiff American Seed Co., Inc. ("American Seed"), and defendants Monsanto Company, American Seeds Inc., Corn States Hybrid Service Inc., Asgrow Seed Co. Inc., Holden Foundation Seeds Inc., Dekalb Seeds, Calgene LLC, Channel Bio Co., NC+ Hybrids, and Seminis Inc. (the "Monsanto Defendants") hereby stipulate, subject to the approval of the Court, as follows:

1.    The Monsanto Defendants shall have until August 25, 2005 to answer, move or otherwise respond to the Complaint;

2.    The Monsanto Defendants shall have until August 25, 2005 to respond to the Motion to Intervene; and

3.    The Monsanto Defendants shall have until August 25, 2005 to respond to the Motion for Coordination.

IT IS HEREBY FURTHER STIPULATED, between Syngenta Seeds, Inc. ("Syngenta") and American Seed, subject to the approval of the Court, that Syngenta shall have until August 25, 2005 to respond, if it so chooses, to the Motion for Coordination.

### [SIGNATURE FOLLOWS ON PAGE 3]

---

[1]   C.A. No. 04-908 has been consolidated with the lead case, *Monsanto Company, et al. v. Syngenta Seeds, Inc.*, C.A. No. 04-305-SLR.

SMITH, KATZENSTEIN & FURLOW

By: _____
   Joelle Eileen Polesky (#3694)
   The Corporate Plaza
   800 Delaware Avenue
   P.O. Box 410
   Wilmington, DE 19899
   (302) 652-8400
   jpolesky@skfdelaware.com

*Attorneys for Plaintiff, American Seed Co.
Inc., and Proposed Intervenors, Kent
Duxbury and Darrell Souhrada*

POTTER ANDERSON & CORROON LLP

By: _____
   Richard L. Horwitz (#2246)
   David E. Moore (#3983)
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   P.O. Box 951
   Wilmington, DE 19899-0951
   (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

*Attorneys for Defendants*

YOUNG    CONAWAY    STARGATT    &
TAYLOR LLP

By: _____ for Jws
   John W. Shaw (#3362)
   1000 West Street, 17th Floor
   P.O. Box 391
   Wilmington, DE 19899-0391
   (302) 571-6600
   jshaw@ycst.com

*Attorneys for Syngenta Seeds, Inc., plaintiff in
Syngenta Seeds, Inc. v. Monsanto Company, C.A.
No. 04-908-SLR, now consolidated with
Monsanto Company, et al. v. Syngenta Seeds,
Inc., C.A. No. 04-305-SLR*

Dated: August 11, 2005

SO ORDERED this ____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

693421

{10005468.DOC}3