IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SEED CO. INC. )<br>)<br>   Plaintiff, On Behalf Of Itself )<br>   and Others Similarly )<br>   Situated, )<br>)<br>            v. )<br>)<br>MONSANTO COMPANY, )<br>)<br>)<br>   Defendants. ) | C.A. NO. 05-535 SLR<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Aaron M. Panner, David L. Schwarz, Michael S. Zuckman and Steven F. Benz of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. to represent Plaintiff American Seed Co., Inc.

SMITH, KATZENSTEIN & FURLOW LLP

_____
Joelle E. Polesky (ID No. 3694)
The Corporate Plaza
800 Delaware Avenue, P.O. Box 410
Wilmington, Delaware 19899
(302) 652-8400
Attorneys for Plaintiff American Seed Co., Inc.

Date: August 15, 2005

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motions for admission *pro hac vice* is granted.

Date:_____      _____
United States District Judge

Motion PHV (10005483.WPD;1)

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Aaron M. Panner, Esquire certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Massachusetts, New York, and the District of Columbia. I am currently admitted to practice in the United States District Courts for the District of Columbia, the District of Maryland, and the Northern District of New York; the D.C. Circuit Court of Appeals, the Fourth Circuit Court of Appeals, the Tenth Circuit Court of Appeals, the Eleventh Circuit Court of Appeals and the United States Supreme Court. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Aaron M. Panner

D.C. Bar No. 453608
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street. N.W.
Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Telecopy: (202) 326-7999

Dated: August 4, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, David L. Schwarz, Esquire certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of California and the District of Columbia. I am currently admitted to practice in the United States District Courts for the District of Columbia and the District of Colorado; the Fifth Circuit Court of Appeals and the United States Supreme Court. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*David Schwarz*

David L. Schwarz

D.C. Bar No. 471910
KELLOGG, HUBER, HANSEN, TODD,
 EVANS & FIGEL, P.L.L.C.
1615 M Street. N.W.
Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Telecopy: (202) 326-7999

Dated: August 3, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Michael S. Zuckman, Esquire certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Maryland and the District of Columbia. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Michael S. Zuckman
D.C. Bar No. 472546
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street. N.W.
Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Telecopy: (202) 326-7999

Dated: August 3, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Steven F. Benz, Esquire certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Iowa, Maryland, Minnesota, and the District of Columbia. I am currently admitted to practice in the United States District Courts for the District of Columbia and the District of Maryland; the Fourth Circuit Court of Appeals, the D.C. Circuit Court of Appeals, the Federal Circuit Court of Appeals and the United States Supreme Court. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Steven F. Benz
D.C. Bar No. 428026
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street. N.W.
Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Telecopy: (202) 326-7999

Dated: August 3, 2005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of **August, 2005**, a copy of the foregoing *Motion For Admission Pro Hac Vice* was caused to be served on the following via e-filing

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19801

_____
Joelle E. Polesky (I.D. No. 3694)

Motion PHV (10005483.WPD;1)