IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SEED CO. INC. )<br>)<br>   Plaintiff, On Behalf Of Itself )<br>   and Others Similarly )<br>   Situated, )<br>)<br>   v. )<br>)<br>MONSANTO COMPANY, )<br>)<br>)<br>   Defendants. ) | C.A. NO. 05-535 SLR<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of R. Stephen Berry, J. Daniel Leftwich and Gregory Baruch of Berry & Leftwich to represent Plaintiff American Seed Co., Inc.

SMITH, KATZENSTEIN & FURLOW LLP

_____
Joelle E. Polesky (ID No. 3694)
The Corporate Plaza
800 Delaware Avenue, P.O. Box 410
Wilmington, Delaware 19899
(302) 652-8400
Attorneys for Plaintiff American Seed Co., Inc.

Date: August 16, 2005

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motions for admission *pro hac vice* is granted.

Date:_____          _____
                                                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, R. Stephen Berry, Esquire certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Pennsylvania and the District of Columbia. I am currently admitted to practice in the United States District Courts for the Western District of Texas, the Eastern District of Texas, and the District of Columbia; the Fourth Circuit Court of Appeals, the Fifth Circuit Court of Appeals, the Ninth Circuit Court of Appeals, and the Federal Circuit Court of Appeals. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

I also certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

R. Stephen Berry
D.C. Bar No. 234815
BERRY & LEFTWICH
1717 Pennsylvania Ave. NW
Suite 450
Washington, DC 20006
Telephone: (202) 296-3020
Telecopy: (202) 296-3038

Dated: August 11, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, J. Daniel Leftwich, Esquire certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the state of Texas and the District of Columbia. I am currently admitted to practice in the Fifth Circuit Court of Appeals, the Eleventh Circuit Court of Appeals, and the Federal Circuit Court of Appeals. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

I also certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

J. Daniel Leftwich
D.C. Bar No. 428134
BERRY & LEFTWICH
1717 Pennsylvania Ave. NW
Suite 450
Washington, DC 20006
Telephone: (202) 296-3020
Telecopy: (202) 296-3038

Dated: August 5, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Gregory Baruch, Esquire certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia. I am currently admitted to practice in the United States Courts of Appeals for the Fifth, Eleventh, and Federal Circuits. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

I also certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Gregory Baruch
D.C. Bar No. 420137
BERRY & LEFTWICH
1717 Pennsylvania Ave. Nw
Suite 450
Washington, DC 20006
Telephone: (202) 296-3020
Telecopy: (202) 296-3038

Dated: August 5, 2005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **16th** day of **August, 2005**, a copy of the foregoing *Motion For Admission Pro Hac Vice* was caused to be served on the following via e-filing

>Richard L. Horwitz
>Potter Anderson & Corroon LLP
>Hercules Plaza 6th Floor
>1313 N. Market Street
>Wilmington, DE 19801

_____
Joelle E. Polesky (I.D. No. 3694)

10005810.WPD