IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SEED CO. INC. )<br>  )<br>Plaintiff, On Behalf of Itself and )<br>Others Similarly Situated, )<br>  )<br>v. )<br>  )<br>MONSANTO COMPANY, )<br>  )<br>Monsanto Controlled Subsidiaries: )<br>AMERICAN SEEDS INC., )<br>CORN STATES HYBRID, )<br>  SERVICE INC. )<br>ASGROW SEED CO., INC., )<br>HOLDEN FOUNDATION SEEDS, INC., )<br>DEKALB SEEDS, )<br>CALGENE, L.L.C., )<br>CHANNEL BIO CO., )<br>NC+ HYBRIDS, )<br>SEMINIS INC., )<br>  Defendants. ) | C. A. NO. 05-535 SLR |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
FOR PROPOSED INTERVENORS**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Charles A. Bird and Jeremy R. Stevens of Bird, Jacobsen & Stevens to represent proposed intervenors.

SMITH, KATZENSTEIN & FURLOW LLP

_____
Joelle E. Polesky (ID No. 3694)
800 Delaware Avenue, P.O. Box 410
Wilmington, Delaware 19899
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Email: jpolesky@skfdelaware.com
Attorneys for Proposed Intervenors

Date: August 24, 2005

10006016.WPD

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5,I, R. Charles A. Bird, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Minnesota and Wisconsin and U.S. District Court for the District of Minnesota and the Western District of Wisconsin. I am currently admitted to practice in the United States District Courts for Minnesota and Wisconsin, Federal Circuit Court of Appeals, Eighth Circuit and United States Supreme Court. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

I also certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
Charles A. Bird
Minnesota Bar No. 8345
Wisconsin Bar No. 1015578
BIRD, JACOBSEN & STEVENS
305 Ironwood Square
300 Third Avenue SE
Rochester MN 55904
Telephone No. 507/282-1503
Fax No. 507/282-7736

Dated this 15th day of August, 2005.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5,I, R. Jeremy R. Stevens, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Minnesota and U.S. District Court. I am currently admitted to practice in the United States District Courts for Minnesota and all Minnesota State Courts. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

I also certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                      Jeremy R. Stevens
                                      Minnesota Bar No. 305698
                                      BIRD, JACOBSEN & STEVENS
                                      305 Ironwood Square
                                      300 Third Avenue SE
                                      Rochester MN 55904
                                      Telephone No. 507/282-1503
                                      Fax No.  507/282-7736

Dated this 15th day of August, 2005.

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC. | ) | |
| | ) | |
| Plaintiff, On Behalf of Itself | ) | |
| and Others Similarly | ) | |
| Situated, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Monsanto Controlled Subsidiaries: | ) | CIVIL ACTION NO. 05-535 |
| | ) | |
| AMERICAN SEEDS INC., | ) | |
| CORN STATES HYBRID, | ) | |
|   SERVICE INC. | ) | |
| ASGROW SEED CO., INC., | ) | |
| HOLDEN FOUNDATION SEEDS, INC., | ) | |
| DEKALB SEEDS, | ) | |
| CALGENE, L.L.C., | ) | |
| CHANNEL BIO CO., | ) | |
| NC+ HYBRIDS, | ) | |
| SEMINIS INC., | ) | |
| | ) | |
| Defendants. | | |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* for proposed intervenors is granted.

Date:_____     _____
                                United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **24**[th] day of **August, 2005**, a copy of the foregoing *Motion For Admission Pro Hac Vice for Proposed Intervenors* was caused to be served on the following via e-filing

> Richard L. Horwitz
> Potter Anderson & Corroon LLP
> Hercules Plaza 6[th] Floor
> 1313 N. Market Street
> Wilmington, DE 19801

_____
Joelle E. Polesky (I.D. No. 3694)