# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | |
|---|---|---|---|
| BRUCE M. STARGATT | RICHARD J.A. POPPER | | ATHANASIOS E. AGELAKOPOULOS | TIMOTHY E. LENGKEEK |
| BEN T. CASTLE | TERESA A. CHEEK | | JOSEPH M. BARRY | MATTHEW B. LUNN |
| SHELDON N. SANDLER | NEILLI MULLEN WALSH | | SEAN M. BEACH | JOSEPH A. MALFITANO |
| RICHARD A. LEVINE | JANET Z. CHARLTON | | DONALD J. BOWMAN, JR. | GLENN C. MANDALAS |
| RICHARD A. ZAPPA | ROBERT S. BRADY | | TIMOTHY P. CAIRNS | ADRIA B. MARTINELLI |
| FREDERICK W. IOBST | JOEL A. WAITE | | CURTIS J. CROWTHER | MICHAEL W. MCDERMOTT |
| RICHARD H. MORSE | BRENT C. SHAFFER | | MARGARET M. DIBIANCA | MARIBETH L. MINELLA |
| DAVID C. MCBRIDE | DANIEL P. JOHNSON | | ERIN EDWARDS | EDMON L. MORTON |
| JOSEPH M. NICHOLSON | CRAIG D. GREAR | | KENNETH J. ENOS | D. FON MUTTAMARA-WALKER |
| CRAIG A. KARSNITZ | TIMOTHY JAY HOUSEAL | | IAN S. FREDERICKS | JENNIFER R. NOEL |
| BARRY M. WILLOUGHBY | BRENDAN LINEHAN SHANNON | | JAMES J. GALLAGHER | JOHN J. PASCHETTO |
| JOSY W. INGERSOLL | MARTIN S. LESSNER | | DANIELLE GIBBS | ADAM W. POFF |
| ANTHONY G. FLYNN | PAULINE K. MORGAN | | ALISON G.M. GOODMAN | SETH J. REIDENBERG |
| JEROME K. GROSSMAN | C. BARR FLINN | | SEAN T. GREECHER | FRANCIS J. SCHANNE |
| EUGENE A. DIPRINZIO | NATALIE WOLF | | KARA S. HAMMOND | MICHELE SHERRETTA |
| JAMES L. PATTON, JR. | LISA B. GOODMAN | | STEPHANIE L. HANSEN | MICHAEL P. STAFFORD |
| ROBERT L. THOMAS | JOHN W. SHAW | | DAWN M. JONES | JOHN E. TRACEY |
| WILLIAM D. JOHNSTON | JAMES P. HUGHES, JR. | | RICHARD S. JULIE | MARGARET B. WHITEMAN |
| TIMOTHY J. SNYDER | EDWIN J. HARRON | | KAREN E. KELLER | CHRISTIAN DOUGLAS WRIGHT |
| BRUCE L. SILVERSTEIN | MICHAEL R. NESTOR | | JENNIFER M. KINKUS | SHARON M. ZIEG |
| WILLIAM W. BOWSER | MAUREEN D. LUKE | | EDWARD J. KOSMOWSKI | |
| LARRY J. TARABICOS | ROLIN P. BISSELL | | JOHN C. KUFFEL | |
| RICHARD A. DILIBERTO, JR. | SCOTT A. HOLT | | | OF COUNSEL |
| MELANIE K. SHARP | JOHN T. DORSEY | | SPECIAL COUNSEL | STUART B. YOUNG |
| CASSANDRA F. ROBERTS | M. BLAKE CLEARY | | JOHN D. MCLAUGHLIN, JR. | EDWARD B. MAXWELL, 2ND |
| | | | ELENA C. NORMAN (NY ONLY) | |
| | | | PATRICIA A. WIDDOSS | |

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6689
DIRECT FAX: (302) 576-3334
jshaw@ycst.com

August 25, 2005

**BY CM/ECF**

The Honorable Sue L. Robinson
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:   <u>American Seed Co. Inc. v. Monsanto Co., C.A. No. 05-535-SLR</u>

Dear Chief Judge Robinson:

      Attached please find on behalf of non-party Syngenta Seeds, Inc. its response to a motion made to coordinate discovery in this action with antitrust litigation that has been pending between Syngenta Seeds and Monsanto Company for over one year (Civil Action No. 04-305-SLR).

      Docket Item 19 in the *American Seed* action permits Syngenta Seeds to file this response. We have used the caption of the 04-305-SLR action for our response, however, because we are not parties to this case.

                                      Respectfully submitted,

                                      John W. Shaw
                                      (No. 3362)

cc:    Clerk of the Court (by hand delivery)
        Joelle Eileen Polesky, Esquire (by CM/ECF and hand delivery)
        Richard L. Horwitz, Esquire (by CM/ECF and hand delivery)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC, | )<br>)<br>) | |
| Plaintiffs, | )<br>)<br>) | C.A. No.: 04-305-SLR |
| v. | )<br>) | |
| SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br>GOLDEN HARVEST SEEDS, INC.,<br>GARWOOD SEED CO.,<br>GOLDEN SEED COMPANY L.L.C.,<br>SOMMER BROS. SEED COMPANY,<br>THORP SEED CO., AND<br>JC ROBINSON SEEDS, INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | (Consolidated) |
| Defendants. | )<br>) | C.A. No.: 04-908-SLR |
| SYNGENTA SEEDS, INC., | )<br>) | |
| Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | |
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC, | )<br>)<br>) | |
| Defendants. | )<br>) | |

**SYNGENTA SEEDS, INC.'S RESPONSE TO**
**<u>MOTION TO COORDINATE DISCOVERY</u>**

Syngenta Seeds, Inc. ("Syngenta") submits this response to American Seed Co. Inc.'s Motion for Coordination of Pretrial Discovery, filed in *American Seed Co., Inc. v. Monsanto Company et al.*, C.A. No. 05-535 (the "*American Seed* action"). Syngenta respectfully requests that the Court deny American Seed's motion as premature.

*Syngenta Seeds, Inc. v. Monsanto Company et al.*, C.A. No. 04-908 (the "*Syngenta* action") was filed more than one year ago. The parties to the *Syngenta* action are in the midst of document production, depositions may commence at any time after October 21, 2005 (D.I. 63, ¶ 3(b)(i), (iv)), and trial is set to commence on January 8, 2007 (*id.* ¶ 10). In contrast, the defendants in the *American Seed* action have not filed responsive pleadings, the Court has not entered a scheduling order, and the parties have not exchanged initial disclosures. Moreover, the parties in the *American Seed* action will need to address class certification issues that will not be relevant to the *Syngenta* action.

Thus, while Syngenta is amenable to implementing procedures to avoid inefficiencies for the parties and the Court, any such procedures should take into account the different procedural postures of the two cases and should ensure that they will not delay resolution of the *Syngenta* action. Once the Court has entered a scheduling order in the *American Seed* action, the parties can meet and confer to discuss the most appropriate way to meet these objectives in light of the schedules and likely scope of discovery in the two cases.

Syngenta therefore respectfully requests that the Court deny American Seed's motion as premature. Should the Court desire to address this issue during scheduling of the *American Seed*, we respectfully request the opportunity to participate.

Respectfully submitted,

YOUNG CONAWAY STARGATT &
 TAYLOR, LLP

_____
John W. Shaw (No. 3362)
Rolin P. Bissell (No. 4478)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
*Attorneys for Syngenta Seeds, Inc.*

Of Counsel:

SHEARMAN & STERLING LLP
Richard F. Schwed
Stephen Fishbein
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

Heather Lamberg Kafele
801 Pennsylvania Avenue, N.W.
Washington D.C. 20004
(212) 508-8000

Dated: August 25, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19899-0951

I further certify that on this same day, I caused copies of the foregoing document to be served on the below-listed persons by the manner indicated:

**BY HAND DELIVERY**
>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19899-0951

**BY FEDERAL EXPRESS**
>Peter E. Moll, Esquire
>Howrey, Simon, Arnold & White LLP
>1299 Pennsylvania Ave., N.W.
>Washington, D.C. 20004

>Susan Knoll, Esquire
>Howrey, Simon, Arnold & White, LLP
>1111 Louisiana, 25th Floor
>Houston, TX 77002-5242

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com

DB01:1599248.1