IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SEED COMPANY, INC., ) | |
| ) | |
| Individually, and on behalf of all ) | |
| others similarly situated, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C. A. No. 05-535-SLR |
| v. ) | |
| ) | |
| MONSANTO COMPANY et al., ) | |
| ) | |
| Defendants. | |

**MONSANTO'S MOTION TO**
**TRANSFER TO THE EASTERN DISTRICT OF MISSOURI**

Defendant Monsanto Company and its alleged controlled subsidiaries, American Seeds Inc., Corn States Hybrid Service LLC, Asgrow Seed Co., LLC, Holden Foundation Seeds, LLC, DeKalb Genetics, Calgene, LLC, Channel Bio Corp., NC+ Hybrids, and Seminis Inc. (collectively "Monsanto") move to transfer plaintiff American Seed Company, Inc.'s ("American Seed") class action complaint to the United States District Court for the Eastern District of Missouri.

First, transfer is appropriate to give effect to the valid and binding forum selection clause agreed to by the parties. Second, American Seed's antitrust claims are compulsory counterclaims to a lawsuit between American Seed and Monsanto currently pending in the Eastern District of Missouri. Third, pursuant to 28 U.S.C.A. § 1404, transfer to the Eastern District of Missouri is appropriate for the convenience of the parties and witnesses.

In support of its motion, Monsanto submits herewith the accompanying Memorandum In Support of Monsanto's Motion to Transfer to the Eastern District of Missouri, and the Declaration of John Rosenthal, counsel for Monsanto.[1]

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Peter E. Moll
John DeQ. Briggs
Scott E. Flick
John J. Rosenthal
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 783-0800

Kenneth A. Letzler
Jonathan I. Gleklen
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202) 942-5000

Dated: August 25, 2005
696600

/s/ Richard L. Horwitz
By:_____
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    P. O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Monstano Company, American Seed, Inc. Corn States Hybrid Service, Inc., Holden Foundation Seeds, Inc., Dekalb Seeds, Calgene, L.L.C., Channel Bio Co., NC+ Hybrids and Semins, Inc.*

---

[1] Pursuant to Local Rule 7.1.1, counsel for Monsanto has conferred with counsel for American Seed and asked for its consent to this motion. Counsel for American Seed declined to consent to Monsanto's filing of its motion to transfer.

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

      I, Richard L. Horwitz, hereby certify that on August 25, 2005, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY**

      Joelle E. Polesky, Esq.
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

      I hereby certify that on August 25, 2005 I have sent by Federal Express the foregoing document to the following non-registered participants:

| | |
|---|---|
| Steven V. Benz, Esq. | R. Stephen Berry, Esq. |
| Michael S. Zuckman, Esq. | J. Daniel Leftwich, Esq. |
| Kellogg, Huber, Hansen, Todd, Evans & | Gregory Baruch, Esq. |
| Figel P.L.L.C | Berry & Leftwich |
| 1615 M Street, NW | 1717 Pennsylvania Ave., NW |
| Suite 400 | Washington, DC 20006 |
| Washington, DC 20036 | |

      /s/ Richard L. Horwitz
_____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com