IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED COMPANY, INC., | ) | |
| | ) | |
| Individually, and on behalf of all others similarly situated | ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C. A. No. 05-535-SLR |
| v. | ) ) | |
| MONSANTO COMPANY et al., | ) ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of Monsanto's Motion to Transfer to the Eastern District of Missouri, and the memoranda submitted by all parties, IT IS HEREBY ORDERED that Monsanto's motion shall be GRANTED. Accordingly, this case shall be transferred to the Eastern District of Missouri.

IT IS SO ORDERED THIS _____ DAY OF _____, 2005.

_____
United States District Judge