# EXHIBIT A



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MONSANTO COMPANY and                )
MONSANTO TECHNOLOGY LLC,             )
                                     )
        Plaintiffs,                  )
                                     )
v.                                   )    Cause No.
                                     )
AMERICAN SEED COMPANY, INC. d/b/a    )
AMERICAN SEED CO. d/b/a AMERICAN     )
SEED CO. & CARLTON SNACK FOODS,      )
                                     )
        Defendant.                   )

## COMPLAINT

Plaintiffs Monsanto Company and Monsanto Technology LLC (collectively referred to

hereinafter as "Plaintiffs" or "Monsanto"), by and through their undersigned counsel, and for

their Complaint against American Seed Company, Inc. d/b/a American Seed Co. d/b/a American

Seed Co. & Carlton Snack Foods (hereinafter "Defendant," "American Seed Company, Inc." or

"American Seed"), state:

## THE PLAINTIFFS

1.      Monsanto Company is a company organized and existing under the laws of the

State of Delaware with its principal place of business in St. Louis, Missouri. Monsanto

Company is authorized to do and is doing business in Missouri and in this judicial district.

Monsanto Company is in the business of developing, manufacturing, licensing and selling

agricultural biotechnology, agricultural chemicals and other agricultural products.

2.      Monsanto Technology LLC is a company organized and existing under the laws

of the State of Delaware with its principal place of business in St. Louis, Missouri. Monsanto

Technology LLC is authorized to do and is doing business in Missouri and in this judicial district.

## THE DEFENDANT

3.      Defendant American Seed Company, Inc. is a corporation organized and existing under the laws of the State of Pennsylvania with its principal place of business in the State of Pennsylvania.

## JURISDICTION AND VENUE

4.      This Court has jurisdiction pursuant to 28 U.S.C. § 1332, as Plaintiffs and Defendant are citizens of different states and the amount in controversy exceeds $75,000.00 exclusive of interest and costs. Subject matter jurisdiction is also conferred upon this Court pursuant to 28 U.S.C. § 1331, in that one or more of Plaintiffs' claims arise under the laws of the United States, as well as 28 U.S.C. § 1338, granting district courts original jurisdiction over any civil action regarding patents. Additionally, this Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over Plaintiffs' non-federal question claims, such that they form part of the same case or controversy.

5.      Venue is proper in this district pursuant to one or more forum selection clauses which were voluntarily agreed to by the Defendant American Seed, such clauses designating this Honorable Court as the exclusive forum for all disputes arising under the written agreements. *See* Exhibit 1 ("YieldGard® Corn Borer License Agreement") section 11.08; Exhibit 2 ("YieldGard® Rootworm License Agreement") section 11.08; Exhibit 3 ("Roundup Ready® Corn License Agreement") section 11.08; Exhibit 4 ("Roundup Ready® Corn 2 License Agreement") section 11.08; and Exhibit 5 ("Roundup Ready® Soybean License Agreement") section 11.08.

## GENERAL ALLEGATIONS

### A. BIOTECHNOLOGY

6.     After the investment of substantial time, expense, and expertise, Monsanto developed a new plant biotechnology that involves the transfer into crop seed of a gene that causes such seed to be resistant to Roundup® branded herbicides. Roundup® is a non-selective herbicide manufactured by Monsanto, which causes severe injury or crop destruction to soybean and corn varieties that are not Roundup Ready®. This technology has been utilized in several agricultural crops, including soybeans and corn. The genetically improved seeds are marketed by Monsanto as Roundup Ready® Soybeans and Roundup Ready® Corn and/or Roundup Ready® Corn 2.

7.     Monsanto's Roundup Ready® seed biotechnology is protected under patents issued by the United States Patent Office, including U.S. Patent Number 5,352,605 (the "'605 patent"), a true and accurate copy of which is attached hereto as Exhibit 6 and incorporated herein by reference. This patent was issued and assigned to Monsanto prior to the events giving rise to this action.

8.     After the investment of substantial time, expense, and expertise, Monsanto developed a new plant biotechnology that involves the transfer into crop seed of a gene for an insecticidal protein from a naturally occurring soil microorganism *Bacillus thuringiensis* (Bt.). YieldGard® biotechnology provides corn plants protection from various insects.

9.     Monsanto's YieldGard® gene technology is protected under patents issued by the United States Patent Office, including, U.S. Patent No. 5,352,605. This patent was issued or transferred to Monsanto prior to the events giving rise to this action.

10.     In addition to the above-referenced patent rights, Monsanto possesses proprietary information necessary for the commercialization of corn and soybean seed products, which is not generally publicly known ("Monsanto Know-How").

## B. SEED LICENSE AND SERVICE AGREEMENTS

11.     Monsanto licenses the use of Roundup Ready® and YieldGard® seed technology to corn and soybean producers at the retail marketing level through the use of Seed License and Service Agreements ("Seed License Agreements").

12.     Pursuant to the terms of the Seed License Agreements, producers of Roundup Ready® and YieldGard® crop seed (collectively referred to "Licensed Crop Seed") are required to pay a license fee otherwise referred to as a Grower Fee or a Royalty for each commercial unit of Licensed Crop Seed sold.

13.     Pursuant to the terms of the Seed License Agreements, producers of Roundup Ready® and YieldGard® crop seed are required to provide periodic reporting to Monsanto detailing the amounts of Licensed Crop Seed sold along with detailed information identifying each purchaser of Licensed Crop Seed.

14.     Defendant American Seed, a seed business, desired to acquire a limited license to use Monsanto's patent rights and access to Monsanto Know-How related to the patents, patent applications and the Roundup Ready® and YieldGard® seed technology.

15.     On or about March 22, 1999, Monsanto and Defendant American Seed, for valuable consideration, entered into a written agreement whereby Monsanto granted Defendant American Seed a non-exclusive license to Monsanto patent rights and Monsanto Know-How to develop, produce, have produced, and sell licensed YieldGard® corn seed (n.k.a. YieldGard® Corn Borer corn seed) to corn growers licensed by Monsanto. A true and accurate copy of the

2019166 10

YieldGard® Corn License and Seed Services Agreement ("YieldGard® Corn Borer License

Agreement") between Monsanto and Defendant American Seed is attached hereto as Exhibit 1

(filed under seal) and is incorporated herein as if fully set forth.

16.    On or about July 7, 2000, Monsanto and Defendant American Seed, for valuable

consideration, entered into a written agreement whereby Monsanto granted Defendant American

Seed a non-exclusive license to Monsanto patent rights and Monsanto Know-How to develop,

produce, have produced, and sell licensed MaxGard™ corn seed (n.k.a. YieldGard® Rootworm

corn seed) to corn growers licensed by Monsanto. A true and accurate copy of the MaxGard™

Corn License and Seed Services Agreement ("YieldGard® Rootworm License Agreement")

between Monsanto and Defendant American Seed is attached hereto as Exhibit 2 (filed under

seal) and is incorporated herein as if fully set forth.

17.    On or about March 22, 1999, Monsanto and Defendant American Seed, for

valuable consideration, entered into a written agreement whereby Monsanto granted Defendant

American Seed a non-exclusive license to Monsanto patent rights and Monsanto Know-How to

develop, produce, have produced, and sell licensed Roundup Ready® corn seed to corn growers

licensed by Monsanto. A true and accurate copy of the Roundup Ready® Corn License and

Seed Services Agreement ("Roundup Ready® Corn License Agreement") between Monsanto

and Defendant American Seed is attached hereto as Exhibit 3 (filed under seal) and is

incorporated herein as if fully set forth.

18.    On or about April 4, 2000, Monsanto and Defendant American Seed, for valuable

consideration, entered into a written agreement whereby Monsanto granted Defendant American

Seed a non-exclusive license to Monsanto patent rights and Monsanto Know-How to develop,

produce, have produced, and sell licensed Roundup Ready® (NK603) corn seed (n.k.a. Roundup

Ready® Corn 2) to corn growers licensed by Monsanto. A true and accurate copy of the Roundup Ready® Corn License and Seed Services Agreement ("Roundup Ready® Corn 2 License Agreement") between Monsanto and Defendant American Seed is attached hereto as Exhibit 4 (filed under seal) and is incorporated herein as if fully set forth.

19.     On or about August 27, 2001, Monsanto and Defendant American Seed, for valuable consideration, entered into a written agreement whereby Monsanto granted Defendant American Seed a non-exclusive license to Monsanto patent rights and Monsanto Know-How to develop, produce, have produced, and sell licensed Roundup Ready® soybean seed to soybean growers licensed by Monsanto. A true and accurate copy of the Roundup Ready® Soybean License and Seed Services Agreement ("Roundup Ready® Soybean License Agreement") between Monsanto and Defendant American Seed is attached hereto as Exhibit 5 (filed under seal) and is incorporated herein as if fully set forth.

20.     Pursuant to the terms of the licensing agreements detailed in paragraphs 15-19 immediately above (collectively referred to hereinafter at "Seed License Agreements"), Defendant American Seed was obligated to satisfy several reporting requirements, including, but not limited to, quarterly sales reporting, and grower point of sale reporting (a.k.a. GPOS reporting), such GPOS reporting to be provided no later than September 25th of each year. *See* Exhibit 1 section 4.04(a), Exhibit 2 section 4.04(a), Exhibit 3 section 4.04(a), Exhibit 4 section 4.04(a) and Exhibit 5 section 4.03(a).

## C. TRADEMARKS

21.     Roundup Ready® and YieldGard® are registered trademarks of Monsanto Technology LLC ("Monsanto LLC").

22.     For more than five years, Monsanto Company and/or Monsanto LLC have been

using the Roundup Ready® name and trademark (the "Roundup Ready Mark") in connection with its agricultural products.

23.    For more than five years, Monsanto has been using the YieldGard® name and trademark (the "YieldGard Mark") in connection with its agricultural products.

24.    Monsanto invests millions of dollars each year in national advertising and direct marketing of the Roundup Ready Mark and YieldGard Mark. Monsanto advertises through a variety of media, including television, radio, newspapers, and direct mail across the country. Monsanto also promotes the Roundup Ready Mark and YieldGard Mark on its website at www.monsanto.com.

25.    As a result of Monsanto's advertising and promotional efforts and its continuous use of the Roundup Ready Mark and YieldGard Mark, these trademarks have become famous nationwide.

26.    To enhance its trademark rights, Monsanto has obtained several federal trademark registrations for marks incorporating "ROUNDUP READY", many of which are incontestable:

- ROUNDUP READY, U.S. Registration No. 1889104. Registered on April 11, 1995, for, among other things, "herbicide-tolerant genes for use in the production of agriculture seed", based on first use in commerce of 1994.

- ROUNDUP READY, U.S. Registration No. 2101872. Registered on September 30, 1997, for, among other things, "agricultural seed", Based on first use in commerce of 1996.

- ROUNDUP READY, U.S. Registration No. 2302733. Registered on December 21, 1999, for, among other things, "planting or propagating materials for forestry, horticulture, and agricultural plants", based on first use in commerce of 1996.

27.    To enhance its trademark rights, Monsanto has obtained several federal trademark registrations for marks incorporating "YIELDGARD", many of which are incontestable:

- YIELDGARD, U.S. Registration No. 2095766. Registered on September 9, 1999,

for, among other things, "agricultural seed, namely, corn seed containing insect-tolerant genes", based on first commercial use in 1997.

- YIELDGARD, U.S. Registration No. 2257441. Registered on June 29, 1999, for, among other things, "insect-tolerant genes for use in the production of agricultural seed", based on first commercial use in 1997.

- YIELDGARD, U.S. Registration No. 2103941. Registered on October 7, 1997, for, among other things, "agricultural seed, namely corn seed, containing insect-tolerant genes", based on first commercial use in 1997.

### D. DEFENDANT AMERICAN SEED'S SEED LICENSE AGREEMENTS

28.    Pursuant to the terms of Defendant American Seed's Seed License Agreements with Monsanto, Defendant American Seed was obligated to remit quarterly sales reporting no later than January 15, 2004 relating to its sales and/or transfers of Roundup Ready® corn and/or soybean seed and/or YieldGard® corn seed during the first 2004 Fiscal Year quarter.

29.    Defendant American Seed committed a material breach of its obligations when it failed to remit quarterly sales reporting on or before January 15, 2004 relating to its sales and/or transfers of Roundup Ready® corn and/or soybean seed and/or YieldGard® corn seed during the first 2004 Fiscal Year quarter.

30.    Pursuant to the terms of Defendant American Seed's Seed License Agreements with Monsanto, Defendant American Seed was obligated to remit quarterly sales reporting no later than March 15, 2004 relating to its sales and/or transfers of Roundup Ready® corn and/or soybean seed and/or YieldGard® corn seed during the second 2004 Fiscal Year quarter.

31.    Defendant American Seed committed a material breach of its obligations when it failed to remit quarterly sales reporting on or before March 15, 2004 relating to its sales and/or transfers of Roundup Ready® corn and/or soybean seed and/or YieldGard® corn seed during the second 2004 Fiscal Year quarter.

32.    Pursuant to the terms of Defendant American Seed's Seed License Agreements

with Monsanto, Defendant American Seed was obligated to remit quarterly sales reporting no later than June 15, 2004 relating to its sales and/or transfers of Roundup Ready® corn and/or soybean seed and/or YieldGard® corn seed during the third 2004 Fiscal Year quarter.

33.    Defendant American Seed committed a material breach of its obligations when it failed to remit quarterly sales reporting on or before June 15, 2004 relating to its sales and/or transfers of Roundup Ready® corn and/or soybean seed and/or YieldGard® corn seed during the third 2004 Fiscal Year quarter.

34.    Pursuant to the terms of Defendant American Seed's Seed License Agreements with Monsanto, Defendant American Seed was obligated to remit quarterly sales reporting no later than September 15, 2004 relating to its sales and/or transfers of Roundup Ready® corn and/or soybean seed and/or YieldGard® corn seed during the fourth 2004 Fiscal Year quarter, along with such information for the entire Fiscal Year ending on August 31, 2004.

35.    Defendant American Seed committed a material breach of its obligations when it failed to remit quarterly sales reporting on or before September 15, 2004 relating to its sales and/or transfers of Roundup Ready® corn and/or soybean seed and/or YieldGard® corn seed during the fourth 2004 Fiscal Year quarter, along with such information for the entire Fiscal Year ending on August 31, 2004.

36.    Pursuant to the terms of Defendant American Seed's Seed License Agreements with Monsanto, Defendant American Seed was obligated to remit Grower Point Of Sale reporting to Monsanto no later than September 15, 2004 relating to its sales and/or transfers of Roundup Ready® corn and/or soybean seed and/or YieldGard® corn seed during fourth 2004 Fiscal Year quarter, along with such information for the entire Fiscal Year ending on August 31, 2004.

37.     Defendant American Seed committed a material breach of its obligations when it failed to remit Grower Point Of Sale reporting on or before September 15, 2004 relating to its sales and/or transfers of Roundup Ready® corn and/or soybean seed and/or YieldGard® corn seed during the fourth 2004 Fiscal Year quarter, along with such information for the entire Fiscal Year ending on August 31, 2004.

38.     Between its first material breach on January 15, 2004 and December 31, 2004, Defendant American Seed was provided notice of one or more of its breaches and was requested to provide sales and GPOS information.

39.     Pursuant to the terms of Defendant American Seed's Seed License Agreements with Monsanto, Defendant American Seed was obligated to remit quarterly sales reporting no later than January 15, 2005 relating to its sales and/or transfers of Roundup Ready® corn and/or soybean seed and/or YieldGard® corn seed during the first 2005 Fiscal Year quarter.

40.     Defendant American Seed committed a material breach of its obligations when it failed to remit quarterly sales reporting on or before January 15, 2005 relating to its sales and/or transfers of Roundup Ready® corn and/or soybean seed and/or YieldGard® corn seed during the first 2005 Fiscal Year quarter.

41.     On or about February 11, 2005, Defendant American Seed was provided written notice of its breach of and/or default under the terms of the Licensing Agreements and it was provided a written demand to cure such breaches and/or defaults.

42.     On or about March 17, 2005, due to Defendant American Seed's breaches, including but not limited to, non-remittance of Grower Point Of Sale reporting, and its failure to cure such breaches, Monsanto terminated all of Defendant American Seed's Seed License Agreements.

43.    After March 17, 2005, Defendant American Seed had no license or authority from Monsanto to make, use, sell or offer for sale, transfer or offer for transfer any Roundup Ready® or YieldGard® crop seed.

44.    Upon information and belief, Defendant American Seed has been advertising (including on its website www.americanseedco.com), selling and/or transferring Roundup Ready® and/or YieldGard® crop seed to the public.

## COUNT I – BREACH OF CONTRACT

45.    Each and every material allegation set forth in the above numbered paragraphs is hereby incorporated by reference just as if it were explicitly set forth hereunder.

46.    Between March 22, 1999 and August 27, 2001 Defendant American Seed entered into its Seed License Agreements with Monsanto.

47.    Monsanto has duly performed any and all conditions under the Seed License Agreements.

48.    On January 15th, March 15th, June 15th and September 15th, Defendant American Seed was obligated to remit sales reporting for each Fiscal Year quarter.

49.    Defendant American Seed committed a material breach of the obligations detailed immediately above by failing to submit such sales reporting on or before the date is was due.

50.    No later than September 15, 2004, Defendant American Seed was obligated to remit Grower Point Of Sale reporting to Monsanto relating to its sales and/or transfers of Roundup Ready® corn and/or soybean seed and/or YieldGard® corn seed during the fourth 2004 Fiscal Year, along with such information for the entire Fiscal Year ending on August 31, 2004.

51.    Defendant American Seed committed a material breach of its Seed License Agreements with Monsanto when if failed to remit Grower Point Of Sale reporting to Monsanto

relating to its sales and/or transfers of Roundup Ready® corn and/or soybean seed and/or YieldGard® corn seed during the 2004 Fiscal Year ending on August 31, 2004 by September 15, 2004.

52.    Since the date of Defendant American Seed's breach, Monsanto has made numerous demands upon Defendant American Seed for remittance of Grower Point Of Sale reporting to Monsanto relating to its sales and/or transfers of Roundup Ready® corn and/or soybean seed and/or YieldGard® corn seed during the 2004 Fiscal Year ending on August 31, 2004.

53.    To date, Defendant American Seed has not remitted Grower Point Of Sale reporting to Monsanto relating to its sales and/or transfers of Roundup Ready® corn and/or soybean seed and/or YieldGard® corn seed during the 2004 Fiscal Year ending on August 31, 2004.

54.    The conduct of Defendant American Seed as set forth above is a breach of the Seed License Agreements between Monsanto and Defendant American Seed.

55.    As a direct and proximate result of this breach, Monsanto is entitled to damages in an amount to be proven at trial, plus its reasonable attorneys' fees and costs as provided for in the Seed License Agreements. *See* Exhibit 1 section 11.12, Exhibit 2 section 11.12, Exhibit 3 section 11.12, Exhibit 4 section 11.12 and Exhibit 5 section 11.12.

56.    Monsanto further prays that the Court grant it the remedy of specific performance and that the Court enter an order directing Defendant American Seed to immediately provide Grower Point Of Sale reporting to Monsanto relating to its sales and/or transfers of Roundup Ready® corn and/or soybean seed and/or YieldGard® corn seed during the 2004 Fiscal Year ending on August 31, 2004.

## COUNT II - PATENT INFRINGEMENT - PATENT NO. 5,352,605

57. Each and every material allegation set forth in the above numbered paragraphs is hereby incorporated by reference just as if it were explicitly set forth hereunder.

58. On October 4, 1994, United States Patent No. 5,352,605 ("the '605 patent") was duly and legally issued for an invention in Chimeric Genes for Transforming Plant Cells Using Viral Promoters, and since that date, Monsanto has been and still is the owner of that patent. *See* Exhibit 6. This invention is in the fields of genetic engineering and plant biology.

59. One or more claims of the '605 patent encompass crop seed containing the Roundup Ready® and/or YieldGard® traits.

60. On March 17, 2005, Monsanto terminated Defendant American Seed's Seed License Agreements, including, but not limited to the following agreements: YieldGard® Corn Borer License Agreement, YieldGard® Rootworm License Agreement, Roundup Ready® Corn License Agreement, Roundup Ready® Corn 2 License Agreement, and Roundup Ready® Soybean License Agreement, as a result of, *inter alia*, Defendant American Seed's breach of its sales and GPOS reporting obligations arising thereunder.

61. On March 17, 2005, Monsanto informed Defendant American Seed that it was no longer a licensee of Monsanto and no longer had any right or privilege to, by any means or for any purpose, acquire, produce, make, use, develop, grow, sell, offer for sale, or transfer, any Roundup Ready® soybean seed, YieldGard® corn seed, or Roundup Ready® corn seed.

62. Without authorization or license, Defendant American Seed has made, used, sold, offered to sell, transferred and offered to transfer Monsanto's patented inventions within the United States during the term of Patent No. 5,352,605, and in violation of 35 U.S.C. § 271.

63.    Defendant American Seed has and is still infringing Monsanto's '605 patent by using, conditioning, selling, offering to sell, transferring or otherwise offering to transfer unlicensed Roundup Ready® seed and/or YieldGard® seed embodying the patented invention without authorization from Monsanto and will continue to do so unless enjoined by this Court.

64.    Defendant American Seed's infringing activities were undertaken in full knowledge and with notice that Defendant was in violation of Monsanto's patent rights.

65.    Pursuant to 35 U.S.C. § 283, Monsanto is entitled to injunctive relief in accordance with the principles of equity to prevent the infringement of rights secured by the '605 patent.

66.    Pursuant to 35 U.S.C. § 284, Monsanto is entitled to damages adequate to compensate for the infringement, although in no event less than a reasonable royalty, together with such interest and costs to be taxed to Defendant American Seed.  Monsanto requests that these damages be trebled in light of Defendant's knowing, willful, deliberate and conscious infringement of the patent rights at issue and that, pursuant to 35 U.S.C. § 285, Monsanto recover its reasonable attorneys' fees since this is an exceptional case.

## COUNT III – TRADEMARK INFRINGEMENT
## UNDER SECTION 32 OF THE LANHAM ACT

67.    Each and every material allegation set forth in the above-numbered paragraphs is hereby incorporated by reference just as if it were explicitly set forth hereunder.

68.    Section 32(1)(a) of the Lanham Act, 15 U.S.C. § 1114(1)(a), prohibits the use in commerce, without the consent of registrant, of

> any reproduction, counterfeit, copy, or colorable imitation of a registered mark in connection with the sale, offering for sale, distribution, or advertising of any goods or services on or in connection with which such use is likely to cause confusion, to cause mistake, or to deceive.

*See* section 32(1)(a) of the Lanham Act, 15 U.S.C. § 1114(1)(a).

69.     With full knowledge of Plaintiffs' rights in the Roundup Ready Mark and YieldGard Mark, Defendant American Seed used the identical Roundup Ready Mark and YieldGard Mark in commerce in connection with his offer to sell soybean and corn seed that was in fact not produced by Plaintiffs or any of their authorized licensees.

70.     Defendant American Seed's use of the Roundup Ready Mark and YieldGard Mark is likely to cause confusion among consumers.

71.     Defendant American Seed used the Roundup Ready Mark and YieldGard Mark willfully and for the purpose of usurping the good will associated with the Roundup Ready Mark and YieldGard Mark so as to deceive consumers.

72.     Defendant American Seed's use of the Roundup Ready Mark and YieldGard Mark thus infringes the federally registered Roundup Ready Mark and YieldGard Mark in violation of Section 32(1)(a) of the Lanham Act.

73.     Defendant American Seed willfully and maliciously infringed upon and injured Plaintiffs' trademark rights.

74.     Plaintiffs have been, and absent injunctive relief, will continue to be irreparably harmed by Defendant American Seed's aforementioned actions, and has further suffered monetary damages in an amount to be determined at trial.

## COUNT IV - FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION UNDER SECTION 43(A) OF THE LANHAM ACT

75.     Each and every material allegation set forth in the above-numbered paragraphs is hereby incorporated by reference just as if it were explicitly set forth hereunder.

76.     Section 43(a)(1) of the Lanham Act, 15 U.S.C. § 1125(a)(1), provides, in pertinent part, that,

> Any person who, on or in connection with any goods or services... uses in

commerce any word, term, symbol, or device, or any combination thereof, or any false designation of origin,... which (A) is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or approval of his or her goods, services, or commercial activities by another person.. . shall be liable in an civil action by any person who believes that he or she is or is likely to be damaged by such act.

*See* section 43(a)(1) of the Lanham Act, 15 U.S.C. § 1125(a)(1).

77.    By placing an advertisement on its internet site and its commercial brochures for the sale of Roundup Ready® soybean seed, Roundup Ready® corn seed, and YieldGard® corn seed, Defendant American Seed has falsely represented that the soybean and corn seed that it offered for sale was produced by Monsanto or one of its authorized licensees.

78.    Defendant American Seed's conduct in this regard has caused and is likely to continue to cause consumer confusion, mistake, and/or deception as to Defendant American Seed's affiliation, connection, or association with Monsanto and/or its agricultural products and services.

79.    Defendant American Seed's actions in this regard were taken willfully and maliciously.

80.    Through the acts described above, Defendant American Seed has engaged in statutory unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

81.    In engaging in the foregoing conduct, Defendant American Seed willfully and maliciously injured Plaintiffs' property rights.

82.    Plaintiffs have been, and absent injunctive relief, will continue to be irreparably harmed by Defendant American Seed's aforementioned actions, and have further suffered monetary damages in an amount to be determined at trial.

## COUNT V - DILUTION UNDER SECTION 43(C) OF THE LANHAM ACT

83. Each and every material allegation set forth in the above-numbered paragraphs is hereby incorporated by reference just as if it were explicitly set forth hereunder.

84. The Roundup Ready Mark and YieldGard Marks are famous nationwide. Plaintiffs have used the Roundup Ready Mark for more than five years in conjunction with their agricultural products and services. Plaintiffs advertise the Roundup Ready and YieldGard Mark extensively across the country through a variety of media. The Roundup Ready and YieldGard Marks are inherently distinctive and have garnered widespread public recognition throughout the United States. Moreover, the Roundup Ready and YieldGard Marks are the subject of several federal registrations, entitling Plaintiffs to nationwide rights in the Roundup Ready and YieldGard Marks.

85. Defendant American Seed's use of the Roundup Ready Mark and YieldGard Mark occurred long after the Roundup Ready Mark and YieldGard Mark became famous.

86. Defendant American Seed's advertisement and use of the Roundup Ready Mark and YieldGard Mark in connection with the sale of seeds constitutes "commercial use in commerce."

87. Defendant American Seed's use of the Roundup Ready Mark and YieldGard Mark has diluted and will continue to dilute the distinctiveness of the Roundup Ready Mark and YieldGard Mark in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

88. Specifically, Defendant American Seed's use of the Roundup Ready Mark and YieldGard Mark will tarnish the goodwill and reputation associated with the famous Roundup Ready Mark and YieldGard Mark, by improperly associating the Roundup Ready Mark and YieldGard Mark with Defendant American Seed's seeds and improper activities.

89.    Plaintiffs have been and, absent injunctive relief, will continue to be irreparably harmed by Defendant American Seed's aforementioned actions, and have further suffered monetary damages in an amount to be determined at trial.

90.    Defendant American Seed willfully and maliciously diluted Plaintiffs' Roundup Ready Mark and YieldGard Mark.

### COUNT VI - COMMON LAW TRADEMARK INFRINGEMENT

91.    Each and every material allegation set forth in the above-numbered paragraphs is hereby incorporated by reference just as if it were explicitly set forth hereunder.

92.    By the acts described above, Defendant American Seed has engaged in trademark infringement under the common law.

93.    Defendant American Seed willfully undertook the aforementioned actions with the specific intent to trade on the reputation and goodwill associated with the Roundup Ready Mark and YieldGard Marks, and to cause confusion regarding the source and origin of Defendant American Seed's seed.

94.    In undertaking the foregoing actions, Defendant American Seed willfully and maliciously injured Plaintiffs' property rights.

95.    Plaintiffs have been and, absent injunctive relief, will continue to be irreparably harmed by Defendant American Seed's aforementioned actions, and have further suffered monetary damages in an amount to be determined at trial.

96.    Plaintiffs are also entitled to an award of punitive damages in an amount to be determined at trial.

## COUNT VII - UNJUST ENRICHMENT

97.    Each and every allegation set forth in the above-numbered paragraphs is hereby incorporated by reference just as if it were explicitly set forth hereunder.

98.    Defendant American Seed's conduct, as described in the above-numbered paragraphs, has resulted in a benefit being conferred upon Defendant American Seed and Defendant American Seed's appreciation of the benefit, in that, Defendant American Seed illegally made, sold and offered to sell, or otherwise transferred unlicensed Roundup Ready® soybean seed, Roundup Ready® corn seed, and/or YieldGard® corn seed, after March 17, 2005 in contravention of Monsanto's patent rights.

99.    Defendant American Seed produced, sold or otherwise transferred unlicensed Roundup Ready® soybean seed, Roundup Ready® corn seed, and/or YieldGard® corn seed, after March 17, 2005 without authorization from Monsanto and garnered illicit revenues from its sale and/or transfer of such crop seed.

100.    As a result, Defendant American Seed has been unjustly enriched and obtained profits that in equity and good conscience belong to Monsanto.

101.    Defendant American Seed's acceptance and retention of this benefit under the circumstances renders Defendant American Seed's retention of these benefits inequitable.

102.    As a result, Monsanto is entitled to damages in an amount equal to the gross revenue obtained by Defendant American Seed by virtue of its unauthorized sale and/or transfer of Roundup Ready® soybean seed, Roundup Ready® corn seed, and YieldGard® corn seed after the March 17, 2005 termination of its Seed License Agreements.

## PRAYER FOR RELIEF

WHEREFORE, Monsanto Company and Monsanto Technology LLC request judgment

in their favor and against Defendant American Seed, providing the following remedies:

a.    A protective order prohibiting Defendant from:

    (1)    selling, destroying, tampering, or engaging in any other action or activity which may result in the destruction or spoliation of any seed containing Monsanto's Roundup Ready® or YieldGard® technology which are either stored or controlled by Defendant or are presently growing in fields owned, leased, operated, controlled or otherwise farmed by Defendant or on their behalf;

    (2)    removing, storing, collecting, transporting or obtaining in any other manner additional seed containing Monsanto's Roundup Ready® or YieldGard® technology; and

    (3)    any action that would hinder Monsanto's ability to discover all stored or controlled seed and identify any planted soybean and corn fields presently owned, leased, operated, controlled or farmed by the Defendant or on its behalf for the purpose of conducting confirmation testing for the presence of Monsanto proprietary gene technology.

b.    Entry of judgment for damages, together with interest and costs, to compensate Monsanto for Defendant's patent infringement;

c.    Trebling of damage awarded for Defendant's patent infringement, together with reasonable attorneys' fees and costs;

d.    Entry of an order prohibiting Defendant from making, using, planting, transferring or selling infringing articles to any third party;

e.    Entry of judgment for damages, together with interest and costs, to compensate Monsanto for Defendant American Seed's breach of contract;

f.    Entry of judgment granting the relief of specific performance. Such order to order Defendant American Seed to immediately provide Monsanto all reporting information, including, but not limited to, Fiscal Year 2004 and 2005 sales and GPOS information;

g.    Entry of a permanent injunction against Defendant to prevent Defendant from making, using, planting, selling, or offering to sell or otherwise transferring any

Roundup Ready®, YieldGard® or other proprietary Monsanto seed technology in order to protect against future infringement of Monsanto's rights secured by its patents;

h.    Entry of judgment for damages, together with interest and costs to compensate Monsanto for Defendant American Seed's unjust enrichment and the profits obtained that in equity and good conscience belong to Monsanto;

i.    Entry of judgment that Defendant American Seed has violated Section 32(a) of the Lanham Act, 15 U.S.C. § 1114(a) and Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a) and (c);

j.    Entry of judgment that Defendant's use of the Roundup Ready Mark and YieldGard Mark constitutes trademark infringement under the common law;

k.    Entry of judgment of an award of damages suffered by Plaintiffs including an award of Plaintiffs' lost profits, other damages, costs, and attorneys' fees to the full extent provided by Section 35 of the Lanham Act, 15 U.S.C. § 1117; for treble damages and attorneys' fees pursuant to 15 U.S.C. § 1117(a); and for punitive damages under the common law;

l.    Entry of an injunction permanently restraining and enjoining Defendant American Seed from using the Roundup Ready Mark, YieldGard Mark or any mark(s) confusingly similar thereto; and

m.    For such other and further as the Court shall deem appropriate.

Respectfully submitted,

HUSCH & EPPENBERGER, LLC

By: _____
Joseph C. Orlet, # 4001
Matthew R. Grant, #102009
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500
(314) 480-1505 (fax)

Attorneys for Plaintiffs Monsanto Company and Monsanto Technology LLC

**Serve Defendant American Seed at:**

**6051 Carlton Ave.**
**Spring Grove, PA 17362**

2019166.10

US005352605A

# United States Patent [19]

## Fraley et al.

[11] Patent Number: 5,352,605

[45] Date of Patent: Oct. 4, 1994

[54] CHIMERIC GENES FOR TRANSFORMING PLANT CELLS USING VIRAL PROMOTERS

[75] Inventors: Robert T. Fraley, Ballwin; Robert B. Horsch; Stephen G. Rogers, both of St. Louis, all of Mo.

[73] Assignee: Monsanto Company, St. Louis, Mo.

[21] Appl. No.: 146,621

[22] Filed: Oct. 28, 1993

### Related U.S. Application Data

[63] Continuation of Ser. No. 625,637, Dec. 7, 1990, abandoned, which is a continuation of Ser. No. 931,492, Nov. 17, 1986, abandoned, which is a continuation-in-part of Ser. No. 485,568, Apr. 15, 1983, abandoned, which is a continuation-in-part of Ser. No. 458,414, Jan. 17, 1983, abandoned.

[51] Int. Cl.5 ............... C12N 5/00; C12N 15/00; C07H 21/04

[52] U.S. Cl. ............... 435/240.4; 435/172.3; 435/320.1; 536/23.2; 536/24.1

[58] Field of Search ............... 536/23.2, 24.1; 435/172.3, 240.4, 320.1; 800/205

[56] References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,536,475 | 8/1985 | Anderson | 435/172.3 |
| 5,034,322 | 7/1991 | Rogers et al. | 435/172.3 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0116718B1 | 3/1990 | European Pat. Off. | C12N 15/00 |
| 0116718 | 5/1990 | European Pat. Off. | C12N 15/00 |
| 0131623 | 3/1991 | European Pat. Off. | C12N 15/11 |
| 0142924 | 4/1992 | European Pat. Off. | C12N 15/05 |
| WO82/03087 | 9/1982 | PCT Int'l Appl. | C12N 15/00 |

#### OTHER PUBLICATIONS

Guilley et al. 1982. Cell 30(3): 763–773.

Zambryski et al. 1983. EMBO J 2(12): 2143–2150.

Goodman et al. 1987. Science 236: 48–54.

Urslc et al., Biochemical and Biophysical Research Communications, 101, 3, pp. 1031–1037 (1981).

Beck et al., Gene, 19, pp. 327–336 (1982).

Herrera-Estrela et al., EMBO, 6 pp. 987–995 (1983).

Maliga et al., Molec. Gen. Genet., 157, pp. 291–296 (1977).

De Greve et al., Nature, 30, pp. 752–755 (1982).

Portetelle et al., Annales De Gembloux, 87, 3, pp. 101–123 (1981).

Larkins et al. 1985. J. Cell. Biochem. Suppl. 9C:264.

Barton et al. 1987. Plant Physiol. 85:1103–1109.

Berry–Lowe et al., J. Mol. & Appl. Gent., 1(6): 483–498 (1982).

Bevan et al., Nature, 304: 184–187 (1983).

Cairns et al., Febs Letters, 96(2): 295–297 (1978).

Cairns et al., PNAS, 75(11): 5557–5559 (1978).

Chilton et al., FNAS, 77: 4060–4064 (1977).

Chilton et al., Stadler Symp., 13:39–51 (1981).

Chilton et al., Nature, 295: 432–434 (1982).

Chilton et al., The Fifteenth Miami Winter Symposium, 17–21 Jan. 1983, 14–15, Ahmad et al., (1983).

Colbere–Garapin et al, J. Mol. Biol., 150: 1–14 (1981).

Condit et al., Miami Winter Symposium, Jan. 17–21, p. 564 (1983).

Davey et al., Transformation in plants: potential and reality—Conference paper from University of Nottingham (1982).

(List continued on next page.)

Primary Examiner—David T. Fox

Attorney, Agent, or Firm—Lawrence M. Lavin, Jr.; Dennis R. Hoerner, Jr.; Howard C. Stanley

[57] ABSTRACT

In one aspect the present invention relates to the use of viral promoters in the expression of chimeric genes in plant cells. In another aspect this invention relates to chimeric genes which are capable of being expressed in plant cells, which utilize promoter regions derived from viruses which are capable of infecting plant cells. One such virus comprises the cauliflower mosaic virus (CaMV). Two different promoter regions have been derived from the CaMV genome and ligated to heterologous coding sequences to form chimeric genes. These chimeric genes have been shown to be expressed in plant cells. This invention also relates to plant cells, plant tissue, and differentiated plants which contain and express the chimeric genes of this invention.

19 Claims, 10 Drawing Sheets





EXHIBIT

6

## OTHER PUBLICATIONS

DeGreve et al., J. Mol. Appl. Genet., 1(6): 499–511 (1983).

Depicker et al., J. Mol. & Appl. Genet. 1(6): 561–573 (1982).

Depicker et al., Conference Paper, Davis, pp. 143–176 (1982).

Dix et al., Molec. Gen. Genet., 157: 285–290 (1977).

Fraley et al., PNAS, 80: 4803–4807 (1983).

Fraley et al., Miami Winter Symposia, Advances in Gene Technology: Molecular Genetics of Plants and Animals, 20: 211–221 (1983).

Franck et al., Cell, 21: 285–294 (1980).

Gardner, "Genetic Engineering of Plants–An Agricultural Perspective", Kosuge et al., (eds) pp. 121–142 (1982).

Garfinkel et al., Cell, 27:143–153 (1981).

Groneborn et al., Nature, 294: 773–776 (1981).

Hernalsteens et al., Nature, 287: 654–656 (1980).

Herrera–Estrella et al., Nature, 303: 209–213 (1983).

Hohn et al., "Current Topics in Microbiology and Immunology" Henle et al. (eds) vol. 96, pp. 193–236 (1982).

Holsters et al., Mol Gen Genet, 185: 283–290 (1982).

Howell et al., Science, 208: 1265–1267 (1980).

Jimenez et al., Nature, 287: 869–871 (1980).

Kemp et al., Genetic Engineering–Application to Agriculture, pp. 215–228, (1983).

Lebeurier et al., Gene, 12: 139–146 (1980).

Leemans, Universite Libre de Bruxelles, Thesis, 1–25; 114–125 (1982).

Leemans et al., J. Mol. & Appl. Genet. 1(2): 149–164 (1981).

Leemans et al, EMBO, 1(1): 147–152 (1982).

Leemans et al., "Molecular Biology of Plant Tumors" Chap. 21, pp. 537–545 (1982).

Liu et al., PNAS, 79: 2812–2816 (1982).

McKnight et al., J. of Virology, 37(2): 673–682 (1982).

Matzke et al., J. Mol. & Appl. Genet., 1: 39–49 (1981).

Meagher et al., "Genome Organization and Expression in Plants" Leaver, C. J. (ed), NATO Advance Study Institute Series, 29: 63–75 (1980).

Mulligan et al., Nature, 277: 108–114 (1979).

Mulligan et al., Science, 209: 1422–1427 (1980).

Mulligan et al., PNAS, 75(4): 2072–2076 (1981).

O'Hare et al., PNAS 78(3): 1527–1531 (1981).

Old et al., "Principles of Gene Manipulation", U. of Calif. Press, 1st ed. vol. 2, pp. 9–23 (1980).

Old et al., "Principles of Gene Manipulation", U. of Calif. Press, 2nd Ed., vol. 2 pp. 121–210 (1980).

Olszewski et al., Cell, 29: 395–402 (1982).

Otten et al., Mol Gen Genet, 183: 209–213 (1981).

Schell et al., abstract from "Broadening the Genetic Base of Crops", Harten et al. (eds) (1978).

Schell et al., abstract from "Plant Improvement and Somatic Cell Genetics" Vasil et al., (eds) (1982).

Schell et al., Biotechnology, 175–180 (1983).

Schell et al., The Fifteenth Miami Winter Symposium, 17–21 Jan. 1983, pp. 191–209. (1983).

Schroeder et al., "Plant Cell Culture in Crop Improvement", Sen et al., (eds) pp. 287–297 (1983).

Watson, "Molecular Biology of the Gene" 3rd ed., W. A. Benjamin, Inc. (publisher), pp. 482–483 (1977).

Willmitzer et al., Nature, 287: 359–361 (1980).

Willmitzer et al., EMBO, 1(1): 139–146 (1982).

Colbere–Garapin et al., "A New Dominant Hybrid Selective Marker for Higher Eukaryotic Cells," J. Mol. Biol. (1981) vol. 150, pp. 1–14.

Guilley et al., "Transcription of Cauliflower Mosaic Virus DNA: Detection of Promoter Sequences, and Characterization of Transcripts," Cell (1982) vol. 30, pp. 763–773.

Condit et al., Miami Winter Symposiumm Jan. 17–21, 1983, Abstract: "Multiple Viral Specific Transcripts from the Genome of Cauliflower Mosaic Virus".

Howell et al., "Cloned Cauliflower Mosaic Virus DNA Infects Turnips (Brassica rapa)" (1980) Science, vol. 208, pp. 1265–1267.

McKnight et al., "Isolation and Mapping of Small Cauliflower Mosaic Virus DNA Fragments Active as Promoters in Escherichia coli" (1981) Journal of Virology vol. 37, No. 2, pp. 673–682 (Abstract Only).

Gardner, R. C., "Plant Viral Vectors: CaMV as an Experimental Tool," Genetic Engineering of Plants, an Agricultural Perspective, Proceedings of a Symposium held Aug. 15–19, 1982 at the University of California, Davis, Calif., Kusage et al., Ed., pp. 124–125, 128 and 138.

Leemans et al., "Ti Plasmids and Directed Genetic Engineering" (1982) Molecular Biology of Plant Tumors, pp. 537–545.

Hohn et al, "Cauliflower Mosaic Virus on Its Way to Becoming a Useful Plant Vector" (1982) Current Topics in Microbiology and Immunology vol. 96, pp. 193–236.

Lebeurier et al., "Infectivities of Native and Cloned DNA of Cauliflower Mosaic Virus" (1980) Gene, vol. 12, pp. 139–146.

Davey et al., Conference paper from University of Nottingham (1982) Derwent Abstract 028990, DBA Accession No: 84–12265.

**U.S. Patent**        Oct. 4, 1994        Sheet 1 of 10        **5,352,605**



**Figure 1**



**Figure 2**



**Figure 3**



**Figure 4**



**Figure 5**



**Figure 6**



**Figure 7**



**Figure 8**



Figure 9



**Figure 10**

5,352,605

1

# CHIMERIC GENES FOR TRANSFORMING PLANT CELLS USING VIRAL PROMOTERS

## RELATED APPLICATIONS

This is a File Wrapper continuation of application Ser. No. 07/625,621, filed Dec. 7, 1990, now abandoned, which is a continuation of U.S. Ser. No. 06/931,492, filed Nov. 17, 1986, now abandoned, which is a continuation-in-part of U.S. Ser. No. 06/485,568, filed Apr. 15, 1983, now abandoned, which is a continuation-in-part of U.S. Ser. No. 06/458,414, filed Jan. 17, 1983, now abandoned.

## TECHNICAL FIELD

This invention is in the fields of genetic engineering and plant biology.

## BACKGROUND ART

A virus is a microorganism comprising single or double stranded nucleic acid (DNA or RMA) contained within a protein (and possibly lipid) shell called a "capsid" or "coat". A virus is smaller than a cell, and it does not contain most of the components and substances necessary to conduct most biochemical processes. Instead, a virus infects a cell and uses the cellular processes to reproduce itself.

The following is a simplified description of how a DNA-containing virus infects a cell; RNA viruses will be disregarded in this introduction for the sake of clarity. First, a virus attaches to or enters a cell, normally called a "host" cell. The DNA from the virus (and possibly the entire viral particle) enters the host cell where it usually operates as a plasmid (a loop of extrachromosomal DNA). The viral DNA is transcribed into messenger RNA, which is translated into one or more polypeptides. Some of these polypeptides are assembled into new capsids, while others act as enzymes to catalyze various biochemical reactions. The viral DNA is also replicated and assembled with the capsid polypeptides to form new viral particles. These viral particles may be released gradually by the host cell, or they may cause the host cell to lyse and release them. The released viral particles subsequently infect new host cells. For more background information on viruses see, e.g., Stryer, 1981 and Matthews, 1970 (note: all references cited herein, other than patents, are listed with citations after the examples).

As used herein, the term "virus" includes phages and viroids, as well as replicative intermediates. As used herein, the phrases "viral nucleic acid" and DNA or RNA derived from a virus" are construed broadly to include any DNA or RNA that is obtained or derived from the nucleic acid of a virus. For example, a DNA strand created by using a viral RNA strand as a template, or by chemical synthesis to create a known sequence of bases determined by analyzing viral DNA, would be regarded as viral nucleic acid.

The host range of any virus (i.e., the variety of cells that a type of virus is capable of infecting) is limited. Some viruses are capable of efficient infection of only certain types of bacteria; other viruses can infect only plants, and may be limited to certain genera; some viruses can infect only mammalian cells. Viral infection of a cell requires more than mere entry of the viral DNA or RNA into the cell; viral particles must be reproduced within the cell. Through various assays, those skilled in the art can readily determine whether any

2

particular type of virus is capable of infecting any particular genus, species, or strain of cells. As used herein, the term "plant virus" is used to designate a virus which is capable of infecting one or more types of plant cells, regardless of whether it can infect other types of cells.

With the possible exception of viroids (which are poorly understood at present), every viral particle must contain at least one gene which can be "expressed" in infected host cells. The expression of a gene requires that a segment of DNA or RNA must be transcribed into or function as a strand of messenger RNA (mRNA), and the mRNA must be translated into a polypeptide. Most viruses have about 5 to 10 different genes, all of which are expressed in a suitable host cell.

In order to be expressed in a cell, a gene must have a promoter which is recognized by certain enzymes in the cell. Gene promoters are discussed in some detail in the parent application Ser. No. 458,414 cited above, the contents of which are incorporated herein by reference. Those skilled in the art recognize that the expression of a particular gene to yield a polypeptide is dependent upon two distinct cellular processes. A region of the 5' end of the gene called the promoter, initiates transcription of the gene to produce a mRNA transcript. The mRNA is then translated at the ribosomes of the cell to yield an encoded polypeptide. Therefore, it is evident that although the promoter may function properly, ultimate expression of the polypeptide depends at least in part on post-transcriptional processing of the mRNA transcript.

Promoters from viral genes have been utilized in a variety of genetic engineering applications. For example, chimeric genes have been constructed using various structural sequences (also called coding sequences) taken from bacterial genes, coupled to promoters taken from viruses which can infect mammalian cells(the most commonly used mammalian viruses are designated as Simian Virus 40 (SV40) and Herpes Simplex Virus (HSV)). These chimeric genes have been used to transform mammalian cells. See, e.g., Mulligan et al 1979; Southern and Berg 1982. In addition, chimeric genes using promoters taken from viruses which can infect bacterial cells have been used to transform bacterial cells; see, e.g., the phage lambda P$_L$ promoter discussed in Maniatis et al, 1982.

Several researchers have theorized that it might be possible to utilize plant viruses as vectors for transforming plant cells. See, e.g., Hohn et al, 1982. In general, a "vector" is a DNA molecule useful for transferring one or more genes into a cell. Usually, a desired gene is inserted into a vector, and the vector is then used to infect the host cell.

Several researchers have theorized that it might be possible to create chimeric genes which are capable of being expressed in plant cells, by using promoters derived from plant virus genes. See, e.g., Hohn et al, 1982, at page 216.

However, despite the efforts of numerous research teams, prior to this invention no one had succeeded in (1) creating a chimeric gene comprising a plant virus promoter coupled to a heterologous structural sequence and (2) demonstrating the expression of such a gene in any type of plant cell.

## CAULIFLOWER MOSAIC VIRUS (CaMV)

The entire DNA sequence of CaMV has been published. Gardner et al, 1981; Hohn et al, 1982. In its most

3

common form, the CaMV genome is about 8000 bp long. However, various naturally occurring infective mutants which have deleted about 500 bp have been discovered; see Howarth et al 1981. The entire CaMV genome is transcribed into a single mRNA, termed the "full-length transcript" having a sedimentation coefficient of about 35S. The promoter for the full-length mRNA (hereinafter referred to as "CaMV(35S)") is located in the large intergenic region about 1 kb counterclockwise from Gap 1 (see Guilley et al, 1982).

CaMV is believed to generate at least eight proteins; the corresponding genes are designated as Genes I through VIII. Gene VI is transcribed into mRNA with a sedimentation coefficient of 19S. The 19S mRNA is translated into a protein designated as P66, which is an inclusion body protein. The 19S mRNA is promoted by the 19S promoter, located about 2.5 kb counterclockwise from Gap 1.

## SUMMARY OF THE INVENTION

In one aspect, the present invention relates to the use of viral promoters in the expression of chimeric genes in plant cells. In another aspect this invention relates to chimeric genes which are capable of being expressed in plant cells, which utilize promoter regions derived from viruses which are capable of infecting plant cells. One such virus comprises the cauliflower mosaic virus (CaMV). Two different promoter regions have been derived from the CaMV genome and ligated to heterologous coding sequences to form chimeric genes. These chimeric genes have been proven to be expressed in plant cells. This invention also relates to plant cells, plant tissue (including seeds and propagules), and differentiated plants which have been transformed to contain viral promoters and express the chimeric genes of this invention, and to polypeptides that are generated in plant cells by the chimeric genes of this invention.

## BRIEF DESCRIPTION OF THE DRAWINGS

The figures herein are schematic representations; they have not been drawn to scale.

FIG. 1 represents the creation and structure of plasmid pMON93.

FIG. 2 represents the creation and structure of plasmid pMON156.

FIG. 3 represents the creation and structure of plasmid pMON110.

FIG. 4 represents the creation and structure of plasmid pMON132.

FIG. 5 represents the creation and structure of plasmid pMON155.

FIG. 6 represents the creation and structure of plasmid pMON81.

FIG. 7 represents the creation and structure of plasmid pMON125.

FIG. 8 represents the creation and structure of plasmid pMON172.

FIG. 9 represents the creation and structure of phage M12.

FIG. 10 represents the creation and structure of plasmids pMON183 and pMON184.

## DETAILED DESCRIPTION OF THE INVENTION

In one preferred embodiment of this invention, a chimeric gene was created which contained the following elements:

4

1. a promoter region and a 5' non-translated region derived from the CaMV (19S) gene, which codes for the P66 protein;

2. a partial coding sequence from the CaMV (19S) gene, including an ATG start codon and several internal ATG sequences, all of which were in the same reading frame as a TGA termination sequence immediately inside the desired ATG start codon of the NPTII gene;

3. a structural sequence derived from a neomycin phosphotransferase II (NPTII) gene; this sequence was preceded by a spurious ATG sequence, which was in the same reading frame as a TGA sequence within the NPTII structural sequence; and,

4. a 3' non-translated region, including a poly-adenylation signal, derived from a nopaline synthase (NOS) gene.

This chimeric gene, referred to herein as the CaMV(19S)-NPTII-NOS gene, was inserted into plasmid pMON120 (described in the parent application, Ser. No. 458,414; ATCC accession number 39263) to create a plasmid designated as pMON156. Plasmid pMON156 was inserted into an Agrobacterium tumefaciens cell, where it formed a co-integrate T1 plasmid by means of a single crossover event with a Ti plasmid in the A. tumefaciens cell, using a method described in the parent application. The chimeric gene in the co-integrate plasmid was within a modified T-DNA region in the T1 plasmid, surrounded by left and right T-DNA borders.

A. tumefaciens cells containing the co-integrate Ti plasmids with the chimeric CaMV(19S)-NPTII-NOS genes were used to infect plant cells, using a method described in the parent application. Some of the plant cells were genetically transformed, causing them to become resistant to an antibiotic (kanamycin) at concentrations which are toxic to untransformed plant cells.

A similar chimeric gene was created and assembled in a plasmid designated as pMON155. This chimeric gene resembled the gene in pMON156, with two exceptions:

1. an oligonucleotide linker having stop codons in all three reading frames was inserted between the CaMV(19S) partial structural sequence and the NPTII structural sequence; and,

2. the spurious ATG sequence on the 5' side of the NPTII structural sequence was deleted.

The construction of this chimeric gene is described in Example 2. This gene was inserted into A. tumefaciens cells and subsequently into plant cells. Its level of expression was apparently higher than the expression of the similar gene in pMON156, as assayed by growth on higher concentrations of kanamycin.

## CREATION OF PLASMIDS pMON183 and 184; CaMV(35S)

In an alternate preferred embodiment of this invention, a chimeric gene was created comprising

(1) a promoter region which causes transcription of the 35S mRNA of cauliflower mosaic virus, CaMV(35S);

(2) a structural sequence which codes for NPTII; and

(3) a nopaline synthase (NOS) 3' non-translated region.

The assembly of this chimeric gene is described in Example 3. This gene was inserted into plant cells and it caused them to become resistant to kanamycin.

Petunia plants cannot normally be infected by CaMV. Those skilled in the art may determine through routine experimentation whether any particular plant

5,352,605

**5**

viral promoter (such as the CaMV promoter) will function at satisfactory levels in any particular type of plant cell, including plant cells that are outside of the normal host range of the virus from which the promoter was derived.

It is possible to regenerate genetically transformed plant cells into differentiated plants. One method for such regeneration was described in U.S. patent application entitled "Genetically Transformed Plants", Ser. No. 458,402, now abandoned. That application was filed simultaneously with, and incorporated by reference into, the parent application of this invention. The methods of application Ser. No. 458,402, now abandoned, may be used to create differentiated plants (and their progeny) which contain and express chimeric genes having plant virus promoters.

It is possible to extract polypeptides generated in plant cells by chimeric genes of this invention from the plant cells, and to purify such extracted polypeptides to a useful degree of purity, using methods and substances known to those skilled in the art.

Those skilled in the art will recognize, or may ascertain using no more than routine experimentation, numerous equivalents to the specific embodiments described herein. Such equivalents are within the scope of this invention, and are covered by the claims below.

**EXAMPLES**

**Example 1: Creation and Use of pMON156**

Plasmids which contained CaMV DNA were a gift to Monsanto Company from Dr. R. J. Shepherd, University of California, Davis. To the best of Applicants' knowledge and belief, these plasmids (designated as pOS1) were obtained by inserting the entire genome of a CaMV strain designated as CM4-184 (Howarth et al, 1981) into the Sal I restriction site of a pBR322 plasmid (Bolivar et al, 1978). *E. coli* cells transformed with pOS1 were resistant to ampicillin (Amp$^R$) and sensitive to tetracycline (Tet$^S$).

Various strains of CaMV suitable for isolation of CaMV DNA which can be used in this invention are publicly available; see, e.g., ATCC Catalogue of Strains II, p. 387 (3rd edition, 1981).

pOS1 DNA was cleaved with HindIII. Three small fragments were purified after electrophoresis on an 0.8% agarose gel using NA-45 membrane (Schleicher and Schuell, Keene NH). The smallest fragment, about 500 bp in size, contains the 19S promoter. This fragment was further purified on a 6% acrylamide gel. After various manipulations which did not change the sequence of this fragment (shown in FIG. 1), it was digested with MboI to created 455 bp HindIII-MboI fragment. This fragment was mixed with a 1250 bp fragment obtained by digesting pMON75 (described and shown in FIG. 9 of the parent application Ser. No. 458,414, now abandoned,) with BglII and EcoRI. This fragment contains the NPTII structural sequence and the NOS 3' non-translated region. The two fragments were ligated by their compatible MboI and BglII overhangs to create a fragment containing the CaMV(19S)-NPTII-NOS chimeric gene. This fragment was inserted into pMON120 (described and shown in FIG. 10 of the parent application, Ser. No. 458,414, now abandoned; ATCC accession number 39263) which had been cleaved with HindIII and EcoRI. The resulting plasmid was designated as pMON156, as shown in FIG. 2.

Plasmid pMON156 was inserted into *E. coli* cells and subsequently into *A. tumefaciens* cells where it formed a

**6**

co-integrate Ti plasmid having the CaMV(19S)-NPTII-NOS chimeric gene surrounded by T-DNA borders. *A. tumefaciens* cells containing the co-integrate plasmids were co-cultivated with petunia cells. The foregoing methods are described in detail in a separate application, entitled "Plasmids for Transforming Plant Cells" Ser. No. 458,411, now abandoned, which was filed simultaneously with and incorporated by reference into parent application, Ser. No. 458,414, now abandoned.

The co-cultivated petunia cells were cultured on media containing kanamycin, an antibiotic which is toxic to petunia cells. Kanamycin is inactivated by the enzyme NPTII, which does not normally exist in plant cells. Some of the co-cultivated petunia cells survived and produced colonies on media containing up to 50 ug/ml kanamycin. This indicated that the CaMV(19S)-NPTII-NOS genes were expressed in petunia cells. These results were confirmed by Southern blot analysis of transformed plant cell DNA.

**Example 2: Creation of pMON155**

Plasmid pMON72 was obtained by inserting a 1.8 kb HindIII-BamHI fragment from bacterial transposon Tn5 (which contains an NPTII structural sequence) into a PstI-pBR327 plasmid digested with HindIII and BamHI. This plasmid was digested with BglII and PstI to remove the NPTII structural sequence.

Plasmid pMON1001 (described and shown in FIG. 6 of the parent application) from danr cells was digested with BglII and PstI to obtain a 218 bp fragment with a partial NPTII structural sequence. This fragment was digested with MboI to obtain a 194 bp fragment.

A triple ligation was performed using (a) the large PstI-BglII fragment of pMON72; (b) PstI-MboI fragment from pMON1001; and (c) a synthetic linker with BglII and MboI ends having stop codons in all three reading frames. After transformation of *E. coli* cells and selection for ampicillin resistant colonies, plasmid DNA from Amp$^R$ colonies was analyzed. A colony containing a plasmid with the desired structure was identified. This plasmid was designated pMON110, as shown on FIG. 3.

In order to add the 3' end of the NPTII structural sequence to the 5' portion in pMON110, pMON110 was treated with XhoI. The resulting overhanging end was filled in to create a blunt end by treatment with Klenow polymerase and the four deoxy-nucleotide triphosphates (dNTP's), A, T, C, and G. The Klenow polymerase was inactivated by heat, the fragment was digested with PstI, and a 3.6 kb fragment was purified. Plasmid pMON76 (described and shown in FIG. 9 of the parent application) was digested with HindIII, filled in to create a blunt end with Klenow polymerase and the four dNTP's, and digested with PstI. An 1100 bp fragment was purified, which contained part of the NPTII structural sequence, and a nopaline synthase (NOS) 3' non-translated region. This fragment was ligated with the 3.6 kb fragment from pMON110. The mixture was used to transform *E. coli* cells; Amp R cells were selected, and a colony having a plasmid with the desired structure was identified. This plasmid was designated pMON132, as shown on FIG. 4. Plasmid pMON93 (shown on FIG. 1) was digested with HindIII, and a 476 bp fragment was isolated. This fragment was digested with MboI, and a 455 bp HindIII-MboI fragment was purified which contained the CaMV (19S) promoter region, and 5' non-translated region.

5,352,605

7

Plasmid pMON132 was digested with EcoRI and BglII to obtain a 1250 bp fragment with (1) the synthetic linker equipped with stop codons in all three reading frames; (2) the NPTII structural sequence; and (3) the NOS 3' non-translated region. These two fragments were joined together through the compatible MboI and BglII ends to create a CaMV (19S)-NPTII-NOS chimeric gene.

This gene was inserted into pMON120, which was digested with HindIII and EcoRI, to create plasmid pMON155, as shown in FIG. 5.

Plasmid pMON155 was inserted into *A. tumefaciens* GV3111 cells containing a Ti plasmid, pTiB6S3. The pMON155 plasmid formed a cointegrate plasmid with the Ti plasmid by means of a single crossover event. Cells which contain this co-integrate plasmid have been deposited with the American Type Culture Center, and have been assigned ATCC accession number 39336. A fragment which contains the chimeric gene of this invention can be obtained by digesting the co-integrate plasmid with HindIII and EcoRI, and purifying the 1.7 kb fragment. These cells have been used to transform petunia cells, allowing the petunia cells to grow on media containing at least 100 ug/ml kanamycin.

Example 3: Creation of pMON183 and 184

Plasmid pOS1 (described in Example 1) was digested with BglII, and a 1200 bp fragment was purified. This fragment contained the 35S promoter region and part of the 5' non-translated region. It was inserted into plasmid pSHL72 which had been digested with BamHI and BglII (pSHL72 is functionally equivalent to pAGO60, described in Colbere-Garapin et al, 1981). The resulting plasmid was designated as pMON50, as shown in FIG. 6.

The cloned BglII fragment contains a region of DNA that acts as a polyadenylation site for the 35S RNA transcript. This polyadenylation region was removed as follows: pMON50 was digested with AvaII and an 1100 bp fragment was purified. This fragment was digested with EcoRI* and EcoRV. The resulting 190 bp EcoRV-EcoRI* fragment was purified and inserted into plasmid pBR327, which had been digested with EcoRI* and EcoRV. The resulting plasmid, pMON81, contains the CaMV 35S promoter on a 190 bp EcoRV-EcoRI* fragment, as shown in FIG. 6.

To make certain the entire promoter region of CaMV(35S) was present in pMON81, a region adjacent to the 5' (EcoRV) end of the fragment was inserted into pMON81 in the following way. Plasmid pMON50 prepared from damr cells was digested with EcoRI and BglII and the resultant 1550 bp fragment was purified and digested with MboI. The resulting 725 bp MboI fragment was purified and inserted into the unique BglII

8

site of plasmid pKC7 (Rao and Rogers, 1979) to give plasmid pMON125, as shown in FIG. 7. The sequence of bases adjacent to the two MboI ends regenerates BglII sites and allows the 725 bp fragment to be excised with BglII.

To generate a fragment carrying the 35S promoter, the 725 bp BglII fragment was purified from pMON125 and was subsequently digested with EcoRV and AluI to yield a 190 bp fragment. Plasmid pMON81 was digested with BamHI, treated with Klenow polymerase and digested with EcoRV. The 3.1 kb EcoRV-BamHI(-blunt) fragment was purified, mixed with the 190 bp EcoRV-AluI fragment and treated with DNA ligase. Following transformation and selection of ampicillin-resistant cells, plasmid pMON172 was obtained which carries the CaMV(35S) promoter sequence on a 380 bp BamHI-EcoRI fragment, as shown on FIG. 8. This fragment does not carry the polyadenylation region for the 35S RNA. Ligation of the AluI end to the filled-in BamHI site regenerates the BamHI site.

To rearrange the restriction endonuclease sites adjacent to the CaMV(35S) promoter, the 380 bp BamHI-EcoRI fragment was purified from pMON172, treated with Klenow polymerase, and inserted into the unique smaI site of phage M13 mp8. One recombinant phage, M12, carried the 380 bp fragment in the orientation shown on FIG. 9. The replicative form DNA from this phage carries the 35S promoter fragment on an EcoRI(-5')-BamHI(3') fragment, illustrated below.

EcoRI
1                                                          70
GAATTCCCGATCc TATCTGTCACTTCATCAAAAGGACAGTAGAAAAGGAAGGTGGCACTACAAATGCCAT

71                                                          140
CATTGCGATAAAGGAAAGGCTATCGTTCAAGATGCCTCTGCCGACAGTGGTCCCAAAGATGGACCCCCAC

141                                                         210
CCACGAGGAGCATCGTGGAAAAAGAAGACGTTCCAACCACGTCTTCAAAGCAAGTGGATTGATGTGATAT
                                                        TATA

211                                                         280
CTCCACTGACGTAAGGGATGACGCACAATCCACTATACCTTCGCAAGACCCTTCGTCTTATATAAGGAAGT
            5'mRNA

281                                                         350
TCATTTCATTTGGAGAGGACACGCTGAAATCACCAGTCTCTCTCTACAAATCTATCTCTCTCTATTTTCT
             Extra Translational Initiator         BamHI

351
CCATAATAATGTGTGAGTAGTTCCCAGATAAGGGAATTGGGGATCC

Plasmids carrying a chimeric gene CaMV(35S) promoter region-NPTII structural sequence-NOS 3' non-translated region) were assembled as follows. The 380 bp EcoRI-BamHI CaMV(35S) promoter fragment was purified from phage M12 RF DNA and mixed with the 1250 bp BglII-EcoRI NPTII-NOS fragment from pMON75. Joining of these two fragments through their compatible BamHI and BglII ends results in a 1.6 kb CaMV(35S)-NPTII-NOS chimeric gene. This gene was inserted into pMON120 at the EcoRI site in both orientations. The resultant plasmids, pMON183 and 184, appear in FIG. 10. These plasmids differ only in the direction of the chimeric gene orientation.

These plasmids were used to transform petunia cells, as described in Example 1. The transformed cells are capable of growth on media containing 100 ug/ml kanamycin.

COMPARISON OF CaMV(35S) AND NOS PROMOTERS

Chimeric genes carrying the nopaline synthase (NOS) promoter or the cauliflower mosaic virus full-length transcript promoter (CaMV(35S)) were con-

5,352,605

9

10

structed. In both cases, the promoters, which contain their respective 5′ non-translated regions were joined to

al., 1982). The CaMV(35S) promoter sequence described above is listed below.

pMON273 CaMV 35S Promoter and 5′ Leader

```
     EcoRI
     1                                                                    70
     GAATTCCCGATCc TATCTGTCACTTCATCAAAAGGACAGTAGAAAAGGAAGGTGGCACTACAAATGCCAT
     71                                                                   140
     CATTTGCGATAAAGGAAAGGCTATCGTTCAAGATGCCTCTGCCGACAGTGGTCCCAAAGATGGACCCCCAC
     141                                                                  210
     CCACGAGGAGCATCGTGGAAAAAGAAGACGTTCCAACCACGTCTTCAAAGCAAGTGGATTGATGTGATAT
                                                                      TATA
     211                                                                  280
     CTCCACTGACGTAAGGGATGACGCACAATCCCACTATACCTTCGCAAGACCCTTCCTCTATATAAGGAAGT
                            5′mRNA                             BglII
     281                                               334
     TCATTTCATTTGGAGAGGACACGGCTGAAATCACCAGTCTCTCTCTACAAGATCT
```

<table>
<tr><td colspan="2">

a NPTII coding sequence in which the bacterial 5′ leader had been modified so that a spurious ATG translational initiation signal (Southern and Berg, 1982) has been removed.

Plasmid pMON200 is a derivative of previously described intermediate vector pMON120 (ATCC accession number 39263). pMON200 contains a modified chimeric nopaline synthase-neomycin phosphotransferasenopaline synthase gene (NOS/NPTII/NOS) which confers kanamycin (Km^R) resistance to the transformed plant. The modified chimeric Km^R gene lacks an upstream ATG codon present in the bacterial leader sequence and a synthetic multilinker with unique HindIII, XhoI, BglII, XbaI, ClaI and EcoRI restriction sites.

Plasmid pMON273 is a derivative of pMON200 in which the nopaline synthase promoter of the chimeric NOS-NPTII-NOS gene has been replaced with the CaMV(35S) promoter.

The CaMV(35S) promoter fragment was isolated from plasmid pOS-1, a derivative of pBR322 carrying the entire genome of CaMV-184 as a SalI insert (Howarth et al., 1981). The CM4-184 strain is a naturally occurring deletion mutant of strain CM1841. The nucleotide sequence of the CM1841 (Gardner et al., 1981) and Cabb-S (Franck et al., 1980) strains of CaMV have been published as well as some partial sequence for a different CM4-184 clone (Dudley et al., 1982). The nucleotide sequences of the 35S promoter regions of these three isolates are essentially identical. In the following the nucleotide numbers reflects the sequence of Gardner et al. (1981). The 35S promoter was isolated as an AluI (n 7143)-EcoRI* (n 7517) fragment which was inserted first into pBR322 cleaved with BamHI, treated with the Klenow fragment of DNA polymerase I and then cleaved with EcoRI. The promoter fragment was then excised from pBR322 with BamHI and EcoRI, treated with Klenow polymerase and inserted into the SmaI site of M13 mp8 so that the EcoRI site of the mp8 multilinker was at the 5′ end of the promoter fragment. Site directed mutagenesis (Zoller and Smith, 1982) was then used to introduce a G at nucleotide 7464 to create a BglII site. The 35S promoter fragment was then excised from the M13 as a 330 bp EcoRI-BglII site. The 35S promoter fragment was then excised from the M13 as a 330 bp EcoRI-BglII fragment which contains the 35S promoter, 30 nucleotides of the 5′ non-translated leader but does not contain any of the CaMV translational initiators nor the 35S transcript polyadenylation signal that is located 180 nucleotides downstream from the start of transcription (Covey et al., 1981; Guilley et

</td><td>

The 35S promoter fragment was joined to a 1.3 kb BglII-EcoRI fragment containing the Tn5 neomycin phosphotransferase II coding sequence modified so that the translational initiator signal in the bacterial leader sequence had been removed and the NOS 3′ non-translated region inserted into pMON120 to give pMON273.

These plasmids were transferred in E. coli strain JM101 and then mated into Agrobacterium tumefaciens strain GV3111 carrying the disarmed pTiB6S3-SE plasmid as described by Fraley et al. (1983).

Plant Transformation

Cocultivation of Petunia protoplasts with A. tumefaciens, selection of kanamycin resistant transformed callus and regeneration of transgenic plants was carried out as described in Fraley et al. (1984).

Preparation of DNAs

Plant DNA was extracted by grinding the frozen tissue in extraction buffer (50 mM TRIS-HCl pH 8.0, 50 mM EDTA, 50 mM NaCl, 400 ul/ml EtBr, 2% sarcosyl). Following low speed centrifugation, cesium chloride was added to the supernatant (0.85 gm/ml). The CsCl gradients were centrifuged at 150,000×g for 48 hours. The ethidium bromide was extracted with isopropanol, the DNA was dialyzed, and ethanol precipitated.

Southern Hybridization Analysis

10 ug of each plant DNA was digested, with BamHI for pMON200 plant DNAs and EcoRI for pMON273 plant DNAs. The fragments were separated by electrophoresis on a 0.8% agarose gel and transferred to nitrocellulose (Southern, 1975). The blots were hybridized (50% formamide, 3xSSC, 5X denhardt's, 0.1% SDS and 20 ug/ml tRNA) with nick-translated pMON273 plasmid DNA for 48-60 hours at 42° C.

Preparation of RNA from Plant Tissue

Plant leaves were frozen in liquid nitrogen and ground to a fine powder with a mortar and pestle. The frozen tissue was added to a 1:1 mixture of grinding buffer and PCE (1% Tri-iso-propylnaphtalenesulfonic acid, 6% p-Aminosalicylic acid, 100 mM NaCl, 1% SDS and 50 mM 2-mercaptoethanol) PCI [phenol: chloroform: isoamyl alcohol (24:24:1)] and homogenized immediately with a polytron. The crude homogenate was mixed for 10 min and the phases separated by centrifugation. The aqueous phase then was re-extracted with an equal volume of PCI. The aqueous phase was ethanol precipitated with one tenth volume of 3M NaAcetate and 2.5 volumes of ethanol. The nucleic acid pellet was resuspended in water. An equal volume of 4M lithium chloride LiCl was added and the mix was placed on ice for 1 hour or overnight. Following cen-

</td></tr>
</table>

5,352,605

**11**

trifugation, the pellet was resuspended in water the LiCl precipitation repeated 3 times. The final LiCl pellet was resuspended in water and ethanol precipitated.

Poly (A) containing RNA was isolated by passing total RNA over an Oligo d(T) cellulose Type III (Collaborative Research) column. Quantitation of the poly (A) containing RNA involved annealing an aliquot of the RNA to radio-labeled poly U [(uridylate 5,6-3H)-polyuridylic acid] (New England Nuclear), followed by RNase A treatment (10 ug per ml for 30 minutes at 37° C). The reaction mix was spotted on DE-81 filter paper, washed 4× with 0.5M NaPhosphate (pH 7.5) and counted. Globin poly (A) containing RNA (BRL) was used as a standard.

Northern Hybridization Analysis

5 ug of poly (A) RNA from each plant source was treated with glyoxal and dimethylsulfoxide (Maniatis, 1982). The RNAs were electrophoresed in 1.5% agarose gels (0.01M NaH₂HPO₄, pH 6.5) for 7 hours at 60 volts. The glyoxylated RNAs were electro-blotted (25 mM NaH₂PO₄NaHPO₄, pH 6.5) for 16 hours at 125 amps from the gel to GeneScreen ® (New England Nuclear). The filters were hybridized as per manufacturer's instructions (50% formamide, 0.02% polyvinylpyrrolidone, 0.02% bovine serum albumin, 0.02% ficoll, 5XSSC, 1.0% SDS, 100 u/ml tRNA and probe) for 48–60 hours at 42° C. with constant shaking. The nick-translated DNAs used as probes were the 1.3 kb BglII/EcoRI NPTII fragment purified from the pMON273 plasmid for detecting the NPTII transcript, and the petunia small subunit gene as an internal standard for comparing the amount of RNA per lane. The membranes were washed 2×100 ml of 2XSSC at room temperature for 5 minutes, 2×100 ml of 2XSSC/1.0% SDS at 65° C. for 30 minutes. The membranes were exposed to XAR-5 film with a DuPont intensifying screen at −80° C.

Neomycin Phosphotransferase Assay

The gel overlay assay was used to determine the steady state level of NPTII enzyme activity in each plant. Several parameters were investigated for optimizing the sensitivity of the assay in plant tissue. Early observations showed that the level of NPTII activity varied between leaves from different positions on the same plant. This variability was minimized when the plant extract was made from pooled tissue. A paper hole punch was used to collect 15 disks from both young and old leaves. Grinding the plant tissue in the presence of micro-beads (Ferro Corp) rather than glass beads increased the plant protein yield 4-fold.

To optimize detection of low levels of NPTII activity a saturation curve was prepared with 10–85 ug/lane of plant protein. For the pMON200 (NOS) plants, NPTII activity was not detectable at less than 50 ug/lane of total protein (2 hour exposure) while activity was detectable at 20 ug/lane for the pMON273 plants. There was a non-linear increase in NPTII activity for pMON200 NOS plants between 40 and 50 ug of protein per lane. This suggested that the total amount of protein may affect the stability of the NPTII enzyme. Supplementing plant cell extracts with 30–45 ug per lane of bovine serum albumin (BSA), resulted in a linear response; NPTII activity increased proportionately as plant protein levels increased. The addition of BSA appears to stabilize the enzyme, resulting in a 20-fold increase in the sensitivity of the assay. Experiments indicate that 25 ug/lane of pMON273 plant protein and 70 ug/lane of pMON200 plant protein was within the

**12**

linear range of the assay in the presence of BSA. Elimination of SDS from the extraction buffer resulted in a 2-fold increase in assay sensitivity. Leaf disks were pooled from each plant for the assay. The tissue was homogenized with a glass rod in a microfuge tube with 150–200 ul of extraction buffer (20% glycerol, 10% β-mercaptoethanol, 125 mM Tris-HCl pH 6.8, 100 ug/ml bromophenol blue and 0.2% SDS). Following centrifugation in a microfuge for 20 minutes, total protein was determined using the Bradford assay. 25 ug of pMON273/3111SE plant protein or 70 ug of pMON200/3111SE plant protein, supplemented with BSA, was loaded on a native polyacrylamide gel as previously described. The polyacrylamide gel was equilibrated for 30 minutes in water and then 30 minutes in reaction buffer (67 mM TRIS-maleate pH 7.1, 43 mM MgCl₂, 400 mM NH₄Cl), transferred onto a glass plate, and overlaid with a 1.5% agarose gel. The overlay gel contained the neomycin phosphotransferase substrates: 450 uCi [γ-³²P] ATP and 27 ug/ml neomycin sulfate (Sigma). After 1 hour at room temperature a sheet of Whatman P81 paper, two sheets of Whatman 3MM paper, a stack of paper towels and a weight were put on top of the agarose gel. The phosphorylated neomycin is positively charged and binds to the P81 phosphocellulose ion exchange paper. After blotting overnight, the P81 paper was washed 3× in 80° C. water, followed by 7 room temperature washes. The paper was air dried and exposed to XAR-5 film. Activity was quantitated by counting the ³²P-radioactivity in the NPTII spot. The NPTII transcript levels and enzyme activities in two sets of transgenic petunia plants were compared. In one set of plants (pMON273) the NPTII coding sequence is preceded by the CaMV(35S) promoter and leader sequences, in the other set of plants (pMON200) the NPTII coding region is preceded by the nopaline synthase promoter and leader sequences. The data indicates the pMON273 plants contain about a 30 fold greater level of NPTII transcript than the pMON200 plants, see Table I below.

TABLE I

QUANTITATION OF NPTII TRANSCRIPT
LEVELS AND NPTII ACTIVITY IN
pMON273 AND pMON200 PLANTS

| Plant Number | Relative NPTII Transcript[c] | Relative NPTII Activity[d] |
|---|---|---|
| **pMON 273** | | |
| 3272 | 682 | 113 |
| 3271 | 519 | 1148 |
| 3349 | 547 | 447 |
| 3350 | 383 | 650 |
| 3343 | 627 | 1539 |
| Average | 551 | 779 |
| **pMON 200** | | |
| 2782 | 0 | 0.22 |
| 2505 | 0 | 5.8 |
| 2822 | 0 | 0 |
| 2813 | 54 | 19 |
| 2818 | 0 | 1.0 |
| 3612 | 45 | 0.33 |
| 2823 | 97 | 23 |
| Average | 19 | 7 |
| | ~30-fold | ~110-fold |

5,352,605

| 13 | | 14 |

## TABLE I-continued

QUANTITATION OF NPTII TRANSCRIPT
LEVELS AND NPTII ACTIVITY IN
pMON273 AND pMON200 PLANTS

| Plant Number | Relative NPTII Transcript[a] | Relative NPTII Activity[b] |
|---|---|---|
| | difference | difference |

[a]Numbers derived from silver grain quantitation of autoradiograms. The RNA per lane was determined by Slot hybridization to a petunia small subunit gene. The NPTII transcript values obtained with the NPTII probe were normalized for the amount of RNA in each lane.

[b]Numbers represent quantitation of NPT assay. Values were obtained by scintillation counting of 32-P-NPTII spots on the PEI-81 paper used in the NPT assay as previously described. Values have been adjusted for the different amounts of protein loaded on the gels (25 ng) for pMON273 and 70 ng for pMON200 plants).

Consistent with this observation is the finding that the pMON273 leaf extracts have higher NPTII enzyme activity than the pMON200 leaf extracts. In several of the transgenic plants, there is a substantial variation in both RNA and enzyme levels which cannot be accounted for by the slight difference in gene copy num-

ber. Such "position effects" have been reported in transgenic mice and fruit flies and have not yet been adequately explained at the molecular level. Although, there is not a clear correlation between insert copy number and level of chimeric gene expression, the fact that 4 of the 7 pMON200 transgenic plants contain 2 copies of the NOS-NPTII-NOS gene would suggest that the differential expression of the CaMV(35S) promoter is actually slightly underestimated in these studies.

The constructs described in this comparative example have identical coding regions and 3' non-translated regions, indicating that the differences in the steady state transcript levels of these chimeric genes is a result of the 5' sequences.

## COMPARISON OF CaMV19S AND CaMV(35S) PROMOTERS

Chimeric genes were prepared comprising either the CaMV19S or CaMV(35S) promoters. As in the above example, the promoters contained their respective 5' non-translated regions and were joined to a synthetic NPTII coding sequence in which the bacterial 5' leader had been modified to remove a spurious ATG translational initiation signal. The constructs tested were pMON203 and pMON204 containing the CaMV19S/NPTII/NOS gene and pMON273 containing the CaMV(35S)/N-PTII/NOS gene.

### Construction of pMON203

The CaMV 19S promoter fragment was isolated from plasmid pOS-1,a derivative of pBR322 carrying the entire genome of CM4-184 as a SalI insert (Howarth et

al., 1981). The CM4-184 strain is a naturally occurring deletion mutant of strain CM1841. The references to nucleotide numbers in the following discussion are those for the sequence of CM1841 (Gardner et al., 1981). A 476 bp fragment extending from the HindIII site at bp 5372 to the HindIII site at bp 5848 was cloned into M13 mp8 for site directed mutagenesis (Zoller and Smith, 1982) to insert an XbaI (5'-TCTAGA) site immediately 5' of the first ATG translational initiation signal in the 19S transcript (Dudley et al., 1982). The resulting 400 bp HindIII-XbaI fragment was isolated and joined to the 1.3 kb XbaI-EcoRI fragment of pMON273 which carries the neomycin phosphotransferase II (NPTII) coding sequence modified so that the extra ATG translational initiation signal in the bacterial leader had been removed and the nopaline synthase 3' nontranslated region (NOS). The resulting 1.7 kb HindIII-EcoRI fragment was inserted into pMON120 between the EcoRI and HindIII sites to give pMON203. The complete sequence of the 19S promoter-NPTII leader is given below.



### Construction of pMON204

The 400 bp HindIII-XbaI fragment containing the CaMV19S promoter was joined to a synthetic linker with the sequence:

```
       XbaI           BglII
5'-TCTAGAGCTCCTTACAACAGATCT
```

to add a BglII site to the 3' end of the promoter fragment. The HindIII-BglII fragment was joined to the 1.3 kb BglII-EcoRI fragment of pMON128 that contains the natural, unmodified NPTII coding sequence joined to the NOS 3' nontranslated signals and inserted into the EcoRI and HindIII sites of pMON120. The resulting plasmid is pMON204. The CaMV 19S promoter signals in this plasmid are identical to those in pMON203. The only difference is the sequence of the 5' nontranslated leader sequence which in pMON204 contains the extra ATG signal found in the bacterial leader of NPTII and contains extra bases from the synthetic linker and bacterial leader sequence.

Petunia leaf discs were transformed and plants regenerated as described above. The gel overlay assay was used to determine NPTII levels in transformants.

Quantitation was done by scintillation counting of 32P-neomycin, the end product of neomycin phosphotransferase activity. The average NPTII enzyme level determined for CaMV(35S) (pMON273) plants was 3,6 times higher than that determined for CaMV(19S) (pMON203 & 204) plants.

5,352,605

15

QUANTITATION OF NPTII ACTIVITY LEVELS
IN pMON203, pMON204, AND pMON273 PLANTS

| Construct | Plant Number | Relative NPTII Activity[a] | Average |
|---|---|---|---|
| pMON203 | 4283 | 499,064 | 398,134 |
| pMON203 | 4248 | 297,204 | |
| | | | 356,203 |
| pMON204 | 4275 | 367,580 | 314,273 |
| pMON204 | 4280 | 260,966 | |
| pMON273 | 3330 | 1,000,674 | 1,302,731 |
| pMON273 | 3271 | 1,604,788 | |
| | 334 | 1,302,721 | = 3.6 |
| | 193 | 356,203 | |

[a]Numbers represent quantitation of NPT assay. Values were obtained by scintillation counting of the PEI-41 paper used in the NPT assay as previously described.

REFERENCE

F. Bolivar, *Gene* 4: 121 (1978)
F. Colbere-Garapin et al, *J. Mol. Biol.* 150: 1 (1981)
S. N. Covey, G. P. Lomonossoff and R. Hull (1981) *Nucleic Acids Res.* 9, 6735–6747.
R. Dudley et al (1982) *Virology* 117: 19.
R. T. Fraley, et al. (1983) *Proc. Natl. Acad. Sci.* USA 80:4803–4807.
R. T. Fraley, R. B. Horsch, A. Matzke, M. D. Chilton, W. S. Chilton and P. R. Sanders (1984) *Plant Molecular Biology* 3, 371–378.
A. Frank., H. Guilley, G. Joward, K. Richards and L. Hirth (1980) *Cell* 21, 285–294.
R. C. Gardner et al, *Nucleic Acids Research* Vol. 9 No. 12: 287 (1981)
G. Guilley et al, *Cell* 30: 763 (1982)
T. Hohn et al, in *Gene Cloning in Organisms Other than E. coli* , p. 193, Hofschneider and Goebel, eds. (Springer Verlag, N.Y., 1982)
A. S. Howarth et al, *Virology* 112:678 (1981)
T. Maniatis et al, *Molecular Cloning—A Laboratory Manual* (Cold Spring Harbor, Lab, 1982)
R. E. F. Matthews (ed.) *Plant Virology* (Academic Press, N.Y., 1970).
R. C. Mulligan et al, *Nature* 277: 108 (1979).
R. N. Rao and S. Rogers, *Gene* 7: 79 (1979).
S. Rogers et al, (1985) *Plant Mol. Rep.* 3:111.
P. J. Southern & P. Berg, *J. Mol. Appl. Gen.* 1 327 (1982).
L. Stryer, *Biochemistry*, 2nd. ed. (Freeman and Co. San Francisco, 1981).
M. Zoller et al, (1982) *Nucleic Acids Res.* 10:6487.

We claim:

1. A chimeric gene which is expressed in plant cells comprising a promoter from a cauliflower mosaic virus, said promoter selected from the group consisting of a CaMV (35S) promoter isolated from CaMV protein-encoding DNA sequences and a CaMV (19S) promoter isolated from CaMV protein-encoding DNA sequences, and a structural sequence which is heterologous with respect to the promoter.

2. The chimeric gene of claim 1 in which the promoter is the CaMV(35S) promoter.

3. A chimeric gene of claim 1 in which the promoter is the CaMV(19S) promoter.

4. A plant cell which comprises a chimeric gene that contains a promoter from cauliflower mosaic virus, said promoter selected from the group consisting of a CaMV (35S) promoter and a CaMV (19S) promoter, wherein said promoter is isolated from CaMV protein-encoding

16

DNA sequences, and a structural sequence which is heterologous with respect to the promoter.

5. A plant cell of claim 4 in which the promoter is the CaMV(35S) promoter.

6. A plant cell of claim 4 in which the promoter is the CaMV(19S) promoter.

7. An intermediate plant transformation plasmid which comprises a region of homology to an *Agrobacterium tumefaciens* vector, a T-DNA border region from *Agrobacterium tumefaciens* and a chimeric gene, wherein the chimeric gene is located between the T-DNA border and the region of homology, said chimeric gene comprising a promoter from cauliflower mosaic virus, said promoter selected from the group consisting of a CaMV(35S) promoter and a CaMV(19S) promoter, and a structural sequence which is heterologous with respect to the promoter.

8. A plant transformation vector which comprises a disarmed plant tumor inducing plasmid of *Agrobacterium tumefaciens* and a chimeric gene, wherein the chimeric gene comprises a promoter from cauliflower mosaic virus, said promoter selected from the group consisting of a CaMV(35S) promoter and a CaMV(19S) promoter, and a structural sequence which is heterologous with respect to the promoter.

9. A plant transformation vector of claim 8 in which the promoter is the CaMV(35S) promoter.

10. A plant transformation vector of claim 8 in which the promoter is the CaMV(19S) promoter.

11. The chimeric gene of claim 1 comprising in the 5' to 3' direction:
(1) the CaMV(35S) promoter,
(2) a structural sequence encoding neomycin phosphotransferase II, and
(3) a 3' non-translated polyadenylation sequence of nopaline synthase.

12. The chimeric gene of claim 1 comprising in the 5' to 3' direction:
(1) the CaMV(19S) promoter,
(2) a structural sequence encoding neomycin phosphotransferase II, and
(3) a 3' non-translated polyadenylation sequence of nopaline synthase.

13. A DNA construct comprising:
(A) a CaMV promoter selected from the group consisting of (1) a CaMV 35S promoter isolated from CaMV protein-encoding DNA sequences and (2) a CaMV 19S promoter isolated from CaMV protein-encoding DNA sequences, and
(B) a DNA sequence of interest heterologous to (A), wherein (B) is under the regulatory control of (A) when said construct is transcribed in a plant cell.

14. A chimeric gene which is transcribed and translated in plant cells, said chimeric gene comprising a promoter from cauliflower mosaic virus, said promoter selected from the group consisting of:
a) a CaMV 35S promoter region free of CaMV protein-encoding DNA sequences and
b) a CaMV 19S promoter region free of CaMV protein-encoding DNA sequences,
and a DNA sequence which is heterologous with respect to the promoter.

15. A chimeric gene which is expressed in plants cells comprising a promoter from a cauliflower mosaic virus, said promoter selected from the group consisting of a CaMV(35S) promoter region free of CaMV protein-encoding DNA sequences and a CaMV(19S) promoter

5,352,605

**17**

region free of CaMV protein-encoding DNA sequences, and a DNA sequence which is heterologous with respect to the promoter.

16. A chimeric gene which is transcribed in plants cells comprising a promoter from a cauliflower mosaic virus, said promoter selected from the group consisting of a CaMV(35S) promoter free of CaMV protein-encoding DNA sequences and a CaMV(19S) promoter free of CaMV protein-encoding DNA sequences, a DNA sequence which is heterologous with respect to the promoter and a 3′ non-translated polyadenylation signal sequence.

**18**

17. A plant cell which comprises a chimeric gene where said chimeric gene comprises a promoter from cauliflower mosaic virus, said promoter selected from the group consisting of a CaMV(35S) promoter and a CaMV(19S) promoter, wherein said promoter is free of CaMV protein-encoding DNA sequences, and a DNA sequence which is heterologous with respect to the promoter and a 3′ non-translated polyadenylation signal sequence.

18. An intermediate plasmid of claim 7 in which the promoter is the CaMV(19S) promoter.

19. An intermediate plasmid of claim 7 in which the promoter is the CaMV(35S) promoter.

* * * * *

*Issued October 4, 1994    Chimeric genes for transforming plant cells using viral promoters    5,352,605*

# United States Patent N° 5,352,605
## Chimeric genes for transforming plant cells using viral promoters

### POST ISSUANCE
(As of 2000-07-20)

**RECLASSIFIED:**   435/418

**CITED BY:**   **05530196** issued on June 25, 1996 to Fraley *Chimeric genes for transforming plant cells using viral promoters*
**05550318** issued on August 27, 1996 to Adams *Methods and compositions for the production of stably transformed, fertile monocot plants and cells thereof*
**05554798** issued on September 10, 1996 to Lundquist *Fertile glyphosate-resistant transgenic corn plants*
**05646333** issued on July 8, 1997 to Dobres *Plant promoter useful for directing the expression of foreign proteins to the plant epidermis*
**05723765** issued on March 3, 1998 to Oliver *Control of plant gene expression*
**05744334** issued on April 28, 1998 to Dobres *Plant promoter useful for directing the expression of foreign proteins to the plant epidermis*
**05780708** issued on July 14, 1998 to Lundquist *Fertile transgenic corn plants*
**05780709** issued on July 14, 1998 to Adams *Transgenic maize with increased mannitol content*
**05858742** issued on January 12, 1999 to Fraley *Chimeric genes for transforming plant cells using viral promoters*
**05874265** issued on February 23, 1999 to Adams *Methods and compositions for the production of stably transformed fertile monocot plants and cells thereof*

© *2000-07-20 by Corporate Intelligence*

JS 44
(Rev 5/99 DC)        *Summons @ 20*        CIVIL COVER SHEET        *1-dc1-dof*

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I.(a) PLAINTIFFS**

MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC

**DEFENDANTS**

American Seed Company, Inc. d/b/a American Seed Co. d/b/a American Seed Co. & Carlton Snead Foods

FILED
APR 7 2005

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   St. Louis, Missouri

(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   York, Pennsylvania   (IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

EASTERN DISTRICT OF MO

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Joseph Orlet, Esq.
Matthew R. Grant, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
314-480-1500

ATTORNEYS (IF KNOWN)

**4  05CV00554E RW**

**II.   BASIS OF JURISDICTION**

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

**III.   CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.   NATURE OF SUIT**        (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 430 Banks & Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judg. | ☐ 330 Federal Employers' Liability | | ☐ 640 RR & Truck | ☒ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced & Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities /Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions/Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (US plaintiff or defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee determination under equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 555 Prison Condition | | | |

**V.   ORIGIN**        (PLACE AN x IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judg.

**VI.   CAUSE OF ACTION**   CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.

This is a patent and trademark infringement suit brought under 28 USC § 1338(a) and 15 UCS § 111, 4along with supplemental state law claims brought under 28 USC § 1367(a).

**VII. REQUESTED IN COMPLAINT:**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   DEMAND   Check YES only if demanded in complaint.   JURY DEMAND:   ☒ YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instructions):   ☐ YES ☒ NO  If yes, please complete related case form.

DATE   4/7/05   SIGNATURE OF ATTORNEY OF RECORD   *MROrt*

CATEGORY IN WHICH CASE BELONGS

| | | |
|---|---|---|
| ____ A. Antitrust | __X__ E. General Civil | ____ F. Pro Se General Civil | ____ J. FOIA (If pro se, select this desk) |
| ____ B. Malpractice | ☒ General Civil | ____ G. Habeas Corpus | |
| ____ D. TRO/Preliminary Injunction (If Antitrust, then A governs) | ☐ 3-Judge Court | ____ H. EEOC (If pro se, select this desk) | ____ K. Rail Reorganization Act |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

APR - 7 2005

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO.

MONSANTO COMPANY and                    )
MONSANTO TECHNOLOGY LLC,                 )
                                         )
        Plaintiffs,                      )
                                         )   Cause No.
v.                                       )
                                         )
AMERICAN SEED COMPANY, INC. d/b/a        )
AMERICAN SEED CO. d/b/a AMERICAN         )
SEED CO. & CARLTON SNACK FOODS,          )   **05CV0 0554E RW**
                                         )
        Defendant.                       )

## ORIGINAL FILING FORM

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY
WHEN INITIATING A NEW CASE.**

_____ THIS CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS

PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER_____

AND ASSIGNED TO THE HONORABLE JUDGE _____

__X__ NEITHER THIS CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT,

PREVIOUSLY HAS BEEN FILED IN THIS COURT, AND THEREFORE MAY BE OPENED

AS AN ORIGINAL PROCEEDING.

The undersigned affirms that the information provided above is true and correct.

Date: _4/7/05_                   _____
                                 Signature of Filing Party

2025751 02