IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC. | ) | |
| | ) | |
|     Plaintiff, On Behalf of Itself | ) | |
|     and Others Similarly | ) | |
|     Situated, | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Monsanto Controlled Subsidiaries: | ) | CIVIL ACTION NO. 05-535 SLR |
| | ) | |
| AMERICAN SEEDS INC., | ) | |
| CORN STATES HYBRID, | ) | |
|   SERVICE INC. | ) | |
| ASGROW SEED CO., INC., | ) | |
| HOLDEN FOUNDATION SEEDS, INC., | ) | |
| DEKALB SEEDS, | ) | |
| CALGENE, L.L.C., | ) | |
| CHANNEL BIO CO., | ) | |
| NC+ HYBRIDS, | ) | |
| SEMINIS INC., | ) | |
| | ) | |
|     Defendants. | ) | |

**STIPULATION FOR EXTENSION OF TIME**

**IT IS STIPULATED** by and between the parties, subject to the approval of the Court, that the time in which plaintiff shall reply to the Answering Brief in Opposition to American Seed Co. Inc.'s Motion for Coordination of Pretrial Discovery with *Syngenta Seeds Inc. v. Monsanto Company*, C.A. No. 04-908-SLR (Member Case) and to Syngenta Seeds, Inc.'s Response to Motion to Coordinate Discovery in this matter is extended through and including September 15, 2005.

*[SIGNATURES APPEAR AT THE TOP OF PAGE 2]*

10006105.WPD

| | |
|---|---|
| SMITH, KATZENSTEIN & FURLOW LLP | POTTER ANDERSON & CORROON LLP |
| /s/ Joelle E. Polesky | /s/ David E. Moore |
| Joelle E. Polesky (ID #3694) | Richard L. Horwitz (ID #2246) |
| 800 Delaware Avenue, 7th Floor | David E. Moore (ID #3983) |
| P. O. Box 410 | 1313 N. Market Street |
| Wilmington, DE 19899-0410 | P.O. Box 951 |
| (302) 652-8400 | Wilmington, DE 19899-951 |
| Attorneys for Plaintiff | (302) 984-6027 |
| | Attorneys for Defendants |

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

         /s/ John W. Shaw
John W. Shaw (ID #3362)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Attorneys for Syngenta Seeds, Inc.

It is SO ORDERED this _____ day of _____, 2005.

_____
                                              J.

10006105.WPD