IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC. | ) | |
| | ) | |
|     Plaintiff, On Behalf of Itself | ) | |
|     and Others Similarly | ) | |
|     Situated, | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Monsanto Controlled Subsidiaries: | ) | CIVIL ACTION NO. 05-535 SLR |
| | ) | |
| AMERICAN SEEDS INC., | ) | |
| CORN STATES HYBRID, | ) | |
|   SERVICE INC. | ) | |
| ASGROW SEED CO., INC., | ) | |
| HOLDEN FOUNDATION SEEDS, INC., | ) | |
| DEKALB SEEDS, | ) | |
| CALGENE, L.L.C., | ) | |
| CHANNEL BIO CO., | ) | |
| NC+ HYBRIDS, | ) | |
| SEMINIS INC., | ) | |
| | ) | |
|     Defendants. | ) | |

### STIPULATION FOR EXTENSION OF TIME

**IT IS STIPULATED** by and between the parties, subject to the approval of the Court, that the time in which proposed intervenors shall reply to Answering Brief in Opposition to Proposed Intervenor Plaintiffs' Motion For Leave to Intervene On Behalf Of Proposed Classes Proceeding Under Iowa and Minnesota Law in this matter is extended through and including September 15, 2005.

*[SIGNATURES APPEAR AT THE TOP OF PAGE 2]*

10006103.WPD

| SMITH, KATZENSTEIN & FURLOW LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Joelle E. Polesky | /s/ David E. Moore |
| Joelle E. Polesky (ID #3694) | Richard L. Horwitz (ID #2246) |
| 800 Delaware Avenue, 7th Floor | David E. Moore (ID #3983) |
| P. O. Box 410 | 1313 N. Market Street |
| Wilmington, DE 19899-0410 | P.O. Box 951 |
| (302) 652-8400 | Wilmington, DE 19899-951 |
| Attorneys for Proposed Intervenors | (302) 984-6027 |
| | Attorneys for Defendants |

It is SO ORDERED this _____ day of _____, 2005.

_____
J.

10006103.WPD