# EXHIBIT A

# HOWREY LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
www.howrey.com

Peter E. Moll
Partner
T 202 383 6966
F 202 383 6610
mollp@howrey.com

September 12, 2005

VIA FACSIMILE

Gregory Baruch, Esq.
Berry & Leftwich
1717 Pennsylvania Avenue, N.W.
Suite 450
Washington, D.C. 20006

Re: Request for Information on Syngenta Licenses from Monsanto

Dear Mr. Baruch:

Putting aside the issue of the relevance of Syngenta's licensing agreement to your motion, the agreement is confidential and therefore we do not provide copies of it to third-parties.

Sincerely,

Peter E. Moll

PEM/dgk

AMSTERDAM   BRUSSELS   CHICAGO   HOUSTON   IRVINE   LONDON   LOS ANGELES   MENLO PARK   SAN FRANCISCO   WASHINGTON, DC

DM_US\8251566.v1