## CERTIFICATE OF SERVICE

I certify that on this 15th day of September, 2005, copies of PLAINTIFF'S BRIEF IN OPPOSITION TO MONSANTO'S MOTION TO TRANSFER TO THE EASTERN DISTRICT OF MISSOURI were caused to be served on the following in the manner indicated:

VIA E-FILING:

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19801

BY EMAIL:

Peter E. Moll
John DeQ. Briggs
Scott E. Flick
John J. Rosenthal
Howrey Simon Arnold & White LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Kenneth A. Letzler
Jonathan I. Gleklen
ARNOLD & PORTER LLP
555 12th St., N.W.
Washington, D.C. 20004

_____
Joelle E. Polesky (I.D. No. 3694)

10006647.WPD