

**Smith Katzenstein Furlow LLP**

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Roger D. Anderson
Joelle E. Polesky
Robert K. Beste
Etta R. Wolfe

September 22, 2005

**VIA E-FILING AND HAND DELIVERY**

The Honorable Sue L. Robinson
U. S. District Court for the District of Delaware
844 King Street
Wilmington, DE 19801-3570

Re:   *American Seed Company Inc. v. Monsanto Company*, C.A. No. 05-535 SLR

Dear Judge Robinson:

We represent plaintiff American Seed Company Inc. and proposed intervenors, Darrell Souhrada and Kent Duxbury, in the above matter. There are currently three motions pending in this action—1) plaintiff's Motion for Coordination of Pretrial Discovery with *Syngenta Seeds, Inc. v. Monsanto Company*, C.A. No. 04-908-SLR (Member Case) (D.I. 17); 2) proposed intervenors' Motion for Leave to Intervene on Behalf of Proposed Classes Proceeding Under Iowa and Minnesota Law (D.I. 13); and, 3) defendants' Motion to Transfer to the Eastern District of Missouri (D.I. 25). The parties completed briefing on the motion for coordination and the motion to intervene on September 15, 2005. On that same day plaintiff responded to the motion to transfer, to which defendants' reply is expected shortly.

Pursuant to Local Rule 7.1.4, we believe that plaintiff and proposed intervenors should have submitted a written request for oral argument no later than September 20, 2005 with respect to the first two motions, but failed to in the confusion of replying and responding to three motions. In an abundance of caution, and because it is unclear whether the Court would prefer separate requests for oral argument on the pending motions, we now request oral argument on the motion for coordination and motion to intervene, and will submit a separate written request for oral argument on the motion to transfer once briefing is complete.

10006902.WPD

The Honorable Sue L. Robinson
September 22, 2005
Page 2

I am available if Your Honor has any questions.

Respectfully,

Joelle E. Polesky (ID No. 3694)

cc:   Clerk of Court (via e-filing)
      Richard L. Horwitz, Esquire (via e-filing)
      John W. Shaw, Esquire (via email)
      R. Stephen Berry, Esquire (via email)
      Steven V. Benz, Esquire (via email)
      Michael S. Zuckman, Esquire (via email)

10006902.WPD