# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SEED COMPANY, INC.,  ) <br> Individually and on behalf of all others  ) <br> similarly situated,  ) <br>  ) <br> Plaintiffs,  ) <br>  ) <br> v.  ) <br>  ) <br> MONSANTO COMPANY, et al.,  ) <br>  ) <br> Defendants.  ) | C.A. No. 05-535-SLR |

## STIPULATION TO EXTEND TIME

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendants, subject to the approval of the Court, that the time for Defendants to file their Reply Brief in Support of Monsanto's Motion to Transfer to the Eastern District of Missouri is hereby extended until October 3, 2005.

| SMITH, KATZENSTEIN & FURLOW | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Joelle Eileen Polesky* <br>     Joelle Eileen Polesky (#3694) <br>     The Corporate Plaza <br>     800 Delaware Avenue <br>     P.O. Box 410 <br>     Wilmington, DE  19899 <br>     (302) 652-8400 <br>     jpolesky@skfdelaware.com <br> *Attorneys for Plaintiff* | By: */s/ Richard L. Horwitz* <br>     Richard L. Horwitz (#2246) <br>     David E. Moore (#3983) <br>     Hercules Plaza, 6th Floor <br>     1313 N. Market Street <br>     P.O. Box 951 <br>     Wilmington, DE  19899-0951 <br>     (302) 984-6000 <br>     rhorwitz@potteranderson.com <br>     dmoore@potteranderson.com <br> *Attorneys for Defendants* |

SO ORDERED this ____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

700726