

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984-6000

www.potteranderson.com

September 29, 2005

**VIA ELECTRONIC FILING
AND HAND-DELIVERY**

Chief Judge Sue L. Robinson
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801

      Re:   *American Seed Co., Inc. v. Monsanto Company, et al.*
              **C.A. No. 05-535 (SLR)**

Dear Chief Judge Robinson:

      I am writing on behalf of Monsanto in response to Ms. Polesky's September 22, 2005 letter to the Court, which requested oral argument on a motion to coordinate proceedings and a motion to intervene, and stated that a subsequent request for oral argument on Monsanto's motion to transfer would be forthcoming.  Although Monsanto does not believe oral argument is necessary, if the Court believes oral argument would be helpful, Monsanto will appear at the Court's convenience.  Monsanto, however, would respectfully note that the resolution of the motion to coordinate proceedings and motion to intervene are directly impacted by the resolution of the motion to transfer. Accordingly, Monsanto submits that to the extent the Court is going to entertain oral argument, the three motions should be heard in one setting with the motion to transfer being heard first.

                            Respectfully submitted,

                            */s/ Richard L. Horwitz*

                            Richard L. Horwitz

RLH/msb

701501
cc:    Clerk of the Court (By Hand Delivery)
        John W. Shaw, Esq. (By Hand Delivery)