

**Smith Katzenstein Furlow LLP**
*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Roger D. Anderson
Joelle E. Polesky
Robert K. Beste
Etta R. Wolfe

October 5, 2005

**VIA E-FILING AND HAND DELIVERY**

The Honorable Sue L. Robinson
U. S. District Court for the District of Delaware
844 King Street
Wilmington, DE 19801-3570

Re:   *American Seed Company Inc. v. Monsanto Company*, C.A. No. 05-535 SLR

Dear Judge Robinson:

I represent plaintiff American Seed Company Inc. in the above matter. Pursuant to Local Rule 7.1.4, I write to request oral argument on defendants' Motion to Transfer to the Eastern District of Missouri (D.I. 25). The parties completed briefing on the motion to transfer on October 3, 2005.

I am available if Your Honor has any questions.

Respectfully,

Joelle E. Polesky (ID No. 3694)

cc:   Clerk of Court (via e-filing)
      Richard L. Horwitz, Esquire (via e-filing)
      R. Stephen Berry, Esquire (via email)
      Steven V. Benz, Esquire (via email)
      Michael S. Zuckman, Esquire (via email)

10007326.WPD