

**Smith Katzenstein Furlow LLP**
*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Roger D. Anderson
Joelle E. Polesky
Robert K. Beste
Etta R. Wolfe

November 7, 2005

**VIA E-FILING AND HAND DELIVERY**

The Honorable Sue L. Robinson
U. S. District Court for the District of Delaware
844 King Street
Wilmington, DE 19801-3570

Re:   *American Seed Company Inc. v. Monsanto Company*, C.A. No. 05-535 SLR

Dear Judge Robinson:

In accordance with the Court's October 19, 2005 Order for Scheduling Conference, the parties submit the enclosed proposed Rule 16 Scheduling Order for the Court's consideration. Counsel for all parties will be available to address the areas still in dispute during the conference call on November 9, 2005.

Counsel are available if Your Honor has any questions regarding the enclosed.

Respectfully,

Joelle E. Polesky (ID No. 3694)

cc:   Clerk of Court (via e-filing w/enclosure)
      Richard L. Horwitz, Esquire (via e-filing w/enclosure)
      R. Stephen Berry, Esquire (via email w/enclosure)
      Steven F. Benz, Esquire (via email w/enclosure)
      Michael S. Zuckman, Esquire (via email w/enclosure)
      Peter Moll, Esquire (via email w/enclosure)
      John Rosenthal, Esquire (via email w/enclosure)

10008275.WPD