
# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC. | ) | |
| | ) | |
|     Plaintiff, On Behalf of Itself | ) | |
|     and Others Similarly | ) | |
|     Situated, | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Monsanto Controlled Subsidiaries: | ) | CIVIL ACTION NO. 05-535 SLR |
| | ) | |
| AMERICAN SEEDS INC., | ) | |
| CORN STATES HYBRID, | ) | |
|   SERVICE INC. | ) | |
| ASGROW SEED CO., INC., | ) | |
| HOLDEN FOUNDATION SEEDS, INC., | ) | |
| DEKALB SEEDS, | ) | |
| CALGENE, L.L.C., | ) | |
| CHANNEL BIO CO., | ) | |
| NC+ HYBRIDS, | ) | |
| SEMINIS INC., | ) | |
| | ) | |
|     Defendants. | ) | |

| | | |
|---|---|---|
| DARRELL SOUHRADA, | ) | |
| | ) | CIVIL ACTION NO. 05-535 SLR |
|     Plaintiff, On Behalf Itself | ) | |
|     and Iowa Citizens Similarly | ) | |
|     Situated, | ) | CLASS ACTION |
| | ) | |
|     v. | ) | |
| | ) | <u>JURY TRIAL DEMANDED</u> |
| MONSANTO COMPANY, | ) | |
| | ) | |
|     Defendant. | ) | |

10008532.WPD

| | |
|---|---|
| KENT DUXBURY, ) | |
| ) | CIVIL ACTION NO. 05-535 SLR |
| Plaintiff, On Behalf Itself ) | |
| and Minnesota Citizens ) | |
| Similarly Situated, ) | CLASS ACTION |
| ) | |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| MONSANTO COMPANY, ) | |
| ) | |
| Defendant. ) | |

**FILING OF COMPLAINT-IN-INTERVENTION FOR**
***DUXBURY V. MONSANTO CO.* C.A. NO. 05-535**

Pursuant to this Court's oral Order of November 9, 2005 granting permissive intervention in *American Seed Co. Inc. v. Monsanto Co. et al.* (C.A. No. 05-535), Fed. R. Civ. P. 5(b), and Fed. R. Civ. P. 24(b), plaintiff in *Duxbury v. Monsanto Co.* (C.A. No. 05-535) files and serves the attached Complaint-in-Intervention.

SMITH, KATZENSTEIN & FURLOW LLP

       /s/ Joelle E. Polesky
Joelle E. Polesky (ID No. 3694)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Facsimile: 302-652-8405
Attorneys for Plaintiff/Intervenor Kent Duxbury

Dated: November 15, 2005

Of Counsel:

BIRD, JACOBSEN & STEVENS
Charles A. Bird
Jeremy R. Stevens
300 Third Ave. S.E.
Rochester, MN 55904
Telephone: (507) 282-1503
Facsimile: (507) 282-7736

KELLOGG, HUBER, HANSEN,
TODD, EVANS & FIGEL P.L.L.C.
Steven V. Benz
Michael S. Zuckman
1615 M St., N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

BERRY & LEFTWICH
R. Stephen Berry
J. Daniel Leftwich
Gregory Baruch
1717 Pennsylvania Ave. NW, Suite 450
Washington, DC  20006
Telephone:  (202) 296-3020
Facsimile:   (202) 296-3038

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of November, 2005, copies of the foregoing Filing of Complaint-in-Intervention for *Duxbury v. Monsanto Co.* C.A. No. 05-535 were caused to be served by e-filing on the following in the manner indicated:

>Richard L. Horwitz
>Potter Anderson & Corroon LLP
>Hercules Plaza 6th Floor
>1313 N. Market Street
>Wilmington, DE 19801
>
>Peter E. Moll
>Howrey Simon Arnold
>& White LLP
>1299 Pennsylvania Ave. N.W.
>Washington, D.C. 20004

>/s/ Joelle E. Polesky
>Joelle E. Polesky (I.D. No. 3694)

10008532.WPD