## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

AMERICAN SEED CO. INC. )
 )
  Plaintiff, On Behalf of Itself )
  and Others Similarly )
  Situated, )
 )
  v. )
 )
MONSANTO COMPANY, )
 )
Monsanto Controlled Subsidiaries: ) CIVIL ACTION NO. 05-535 SLR
 )
AMERICAN SEEDS INC., )
CORN STATES HYBRID, )
 SERVICE INC. )
ASGROW SEED CO., INC., )
HOLDEN FOUNDATION SEEDS, INC., )
DEKALB SEEDS, )
CALGENE, L.L.C., )
CHANNEL BIO CO., )
NC+ HYBRIDS, )
SEMINIS INC., )
 )
  Defendants. )

---

DARRELL SOUHRADA, )
 ) CIVIL ACTION NO. 05-535 SLR
  Plaintiff, On Behalf Itself )
  and Iowa Citizens Similarly )
  Situated, ) CLASS ACTION
 )
  v. )
 ) <u>JURY TRIAL DEMANDED</u>
MONSANTO COMPANY, )
 )
  Defendant. )

---

KENT DUXBURY,                    )
                                )    CIVIL ACTION NO. 05-535 SLR
      Plaintiff, On Behalf Itself    )
      and Minnesota Citizens    )
      Similarly Situated,        )    CLASS ACTION
                                )
      v.                         )
                                )    JURY TRIAL DEMANDED
MONSANTO COMPANY,               )
                                )
      Defendant.                 )

## FILING OF COMPLAINT-IN-INTERVENTION FOR
### *SOUHRADA V. MONSANTO CO.* C.A. NO. 05-535

Pursuant to this Court's oral Order of November 9, 2005 granting permissive

intervention in *American Seed Co. Inc. v. Monsanto Co. et al.* (C.A. No. 05-535), Fed. R.

Civ. P. 5(b), and Fed. R. Civ. P. 24(b), plaintiff in *Souhrada v. Monsanto Co.*(C.A. No. 05-

535) files and serves the attached Complaint-in-Intervention.

SMITH, KATZENSTEIN & FURLOW LLP


        /s/ Joelle E. Polesky
Joelle E. Polesky (ID No. 3694)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Facsimile: 302-652-8405
Attorneys for Plaintiff/Intervenor Darrell Souhrada

Dated: November 15, 2005

Of Counsel:

BIRD, JACOBSEN & STEVENS
Charles A. Bird
Jeremy R. Stevens
300 Third Ave. S.E.
Rochester, MN 55904
Telephone: (507) 282-1503
Facsimile: (507) 282-7736

KELLOGG, HUBER, HANSEN,
TODD, EVANS & FIGEL P.L.L.C.
Steven V. Benz
Michael S. Zuckman
1615 M St., N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

BERRY & LEFTWICH
R. Stephen Berry
J. Daniel Leftwich
Gregory Baruch
1717 Pennsylvania Ave. NW, Suite 450
Washington, DC  20006
Telephone:  (202) 296-3020
Facsimile:    (202) 296-3038

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of November, 2005, copies of the

foregoing Filing of Complaint-in-Intervention for *Souhrada v. Monsanto Co.* C.A. No. 05-

535 were caused to be served on the following via e-filing:

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Peter E. Moll
Howrey Simon Arnold
& White LLP
1299 Pennsylvania Ave. N.W.
Washington, D.C. 20004

_____/s/ Joelle E. Polesky_____
Joelle E. Polesky (I.D. No. 3694)

10008531.WPD