

Smith
Katzenstein
Furlow LLP

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Roger D. Anderson
Joelle E. Polesky
Robert K. Beste
Etta R. Wolfe

November 23, 2005

**VIA E-FILING AND HAND DELIVERY**

The Honorable Sue L. Robinson
U. S. District Court for the District of Delaware
844 King Street
Wilmington, DE 19801-3570

Re:   *American Seed Company Inc. v. Monsanto Company, et al.,*
      *Darrell Souhrada v. Monsanto Company*
      *Kent Duxbury v. Monsanto Company*, C.A. No. 05-535 SLR

Dear Judge Robinson:

In accordance with the November 9, 2005 teleconference with the Court, the parties submit the enclosed Rule 16 Scheduling Order ("Scheduling Order") and the Order Governing Coordination of Pretrial Antitrust Discovery ("Coordination Order") for the Court's consideration.

With respect to the Scheduling Order, the parties have agreed to all provisions set forth therein with the exception of Paragraph 2 (j)(iii). The enclosed Scheduling Order sets forth plaintiffs' and defendants' preferred versions of Paragraph 2(j)(iii) and the parties respectfully request that the Court make an election between the competing versions submitted by the parties.

Similarly, with respect to the Coordination Order, the parties and counsel for Syngenta Seeds, Inc. in the litigation captioned as *Monsanto Company v. Syngenta Seeds, Inc.*, C.A. Nos. 04-908-SLR (Lead); 04-305 (Member) have agreed to all provisions set forth therein with the exception of the last half of Paragraph 4. The enclosed Coordination Order sets forth plaintiffs' and defendants' preferred versions of the last half of Paragraph 4 and the parties respectfully request that the Court make an election between the competing versions submitted by the parties.

10008775.WPD

The Honorable Sue L. Robinson
November 23, 2005
Page 2

    Counsel are available if Your Honor has any questions regarding the enclosed form of orders.

    Respectfully,

    Roger D. Anderson (ID No. 3480)

RDA/kmd
Enclosures

cc:    Clerk of Court (via e-filing w/enclosures)
        Richard L. Horwitz, Esquire (via e-filing w/enclosures)
        R. Stephen Berry, Esquire (via e-filing w/enclosures)
        John Shaw, Esquire (via e-filing w/enclosures)
        Steven F. Benz, Esquire (via e-filing w/enclosures)
        Peter Moll, Esquire (via e-filing w/enclosures)
        John Rosenthal, Esquire (via e-filing w/enclosures)
        Richard Schwed (via Federal Express w/enclosures)