IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED COMPANY, INC., Individually and on behalf of all others similarly situated, | ) ) ) ) ) | C.A. No. 05-535-SLR |
| Plaintiffs, | ) ) | |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| MONSANTO COMPANY, et al., | ) ) ) | |
| Defendants. | ) ) | |
| DARRELL SOUHRADA | ) ) | |
| Plaintiff, On Behalf Itself and Iowa Citizens Similarly Situated, | ) ) ) ) ) | |
| v. | ) ) | C.A. No. 05-535-SLR |
| MONSANTO COMPANY | ) ) | |
| Defendant. | ) ) | |
| KENT DUXBURY | ) ) | |
| Plaintiff, On Behalf Itself and Minnesota Citizens Similarly Situated, | ) ) ) ) ) | |
| v. | ) ) | C.A. No. 05-535-SLR |
| MONSANTO COMPANY | ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Monsanto Company, American Seeds, Inc., Corn States Hybrid Service, Inc., Asgrow Seed Co., Inc., Holden Foundation Seeds, Inc.,

Dekalb Seeds, Calgene, L.L.C., Channel Bio Co., Nc+ Hybrids and Semins, Inc., hereby certify that true and correct copies of Monsanto's Interrogatories Regarding Class Issues; and Monsanto's Request for Production of Documents and Things to Each Plaintiff Regarding Class Issues were caused to be served on the attorneys of record on the dates and at the addresses indicated below:

**VIA EMAIL (November 28, 2005)**

R. Stephen Berry, Esq.
Berry & Leftwich
1717 Pennsylvania Ave., NW
Washington, DC 20006

Richard F. Schwed, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Steven V. Benz, Esq.
Kellogg, Huber, Hansen, Todd,
 Evans & Figel P.L.L.C
1615 M Street, NW, Suite 400
Washington, DC 20036

**VIA U.S. MAIL (November 28, 2005)**

Joelle E. Polesky, Esq.
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

**VIA HAND DELIVERY (November 29, 2005)**

John W. Shaw, Esq.
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**VIA FEDERAL EXPRESS (November 29, 2005)**

Charles A. Bird
Jeremy R. Stevens
Bird, Jacobsen & Stevens
300 Third Ave. S.E.
Rochester, MN 55904

OF COUNSEL:

Peter E. Moll
John J. Rosenthal
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 783-0800
(202) 383-6610 facsimile

Kenneth A. Letzler
Jonathan I. Gleklen
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202) 942-5000
(202) 942-5454 facsimile

Dated: November 29, 2005
708968 / 29362

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Telephone (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Monsanto Company,
American Seeds, Inc., Corn States Hybrid
Service, Inc., Asgrow Seed Co., Inc., Holden
Foundation Seeds, Inc., Dekalb Seeds,
Calgene, L.L.C., Channel Bio Co., Nc+
Hybrids and Semins, Inc.*

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on November 29, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Joelle E. Polesky, Esq. | John W. Shaw, Esq. |
| Smith, Katzenstein & Furlow LLP | Young Conaway Stargatt & Taylor, L.L.P. |
| 800 Delaware Avenue, 7th Floor | The Brandywine Building |
| P.O. Box 410 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |

I hereby certify that on November 29, 2005, I have sent by Federal Express the foregoing document to the following non-registered participants:

| | |
|---|---|
| Steven V. Benz, Esq. | R. Stephen Berry, Esq. |
| Michael S. Zuckman, Esq. | J. Daniel Leftwich, Esq. |
| Kellogg, Huber, Hansen, Todd, Evans & Figel P.L.L.C | Gregory Baruch, Esq. |
| 1615 M Street, NW | Berry & Leftwich |
| Suite 400 | 1717 Pennsylvania Ave., NW |
| Washington, DC 20036 | Washington, DC 20006 |
| | |
| Charles A. Bird, Esq. | Richard F. Schwed, Esq. |
| Jeremy R. Stevens, Esq. | Thomas A. McGrath III, Esq. |
| Bird, Jacobsen & Stevens | Shearman & Sterling LLP |
| 300 Third Ave. S.E. | 599 Lexington Avenue |
| Rochester, MN 55904 | New York, NY 10022-6069 |

/s/ *David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

696607