IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY, et al. | ) | |
| | ) | |
| Plaintiff, Counter-Defendant | ) | |
| | ) | |
| v. | ) | C.A. NOS. 04-908-SLR |
| | ) | (LEAD); 04-0305 (MEMBER) |
| SYNGENTA SEEDS, INC., et al. | ) | |
| | ) | |
| Defendant, Counter-Plaintiff | ) | |

| | | |
|---|---|---|
| AMERICAN SEED CO. INC. | ) | |
| | ) | |
| Plaintiff, On Behalf Of Itself and Others Similarly Situated, | ) | |
| | ) | C.A. NO. 05-535 |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY, et al. | ) | |

| | | |
|---|---|---|
| DARRELL SOUHRADA | ) | |
| | ) | |
| Plaintiff, On Behalf Itself and Iowa Citizens Similarly Situated | ) | C.A. NO. 05-535 |
| | ) | |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY | ) | |
| | ) | |
| Defendant | ) | |

| | | |
|---|---|---|
| KENT DUXBURY | ) | |
| | ) | |
| Plaintiff, On Behalf Itself | ) | |
| and Minnesota Citizens | ) | |
| Similarly Situated | ) | C.A. NO. 05-535 |
| | ) | |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF SERVICE

I certify that on the 28th of November, 2005, copies of Plaintiffs' First Request For Production of Documents Relating to Class Certification were caused to be served on the following in the manner indicated:

<u>VIA U.S. MAIL</u>

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

<u>VIA EMAIL</u>

Peter E. Moll
John Rosenthal
Howrey Simon Arnold & White LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004

Richard Schwed (Counsel for Syngenta in Coordinated Matter)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

I further certify that on the 30th of November, 2005, copies of this Notice of Service were caused to be served on the following in the manner indicated:

<u>VIA E-FILING</u>

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

John W. Shaw (Counsel for Syngenta in Coordinated Matter)
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Peter E. Moll
John Rosenthal
Howrey Simon Arnold & White LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004

<u>VIA EMAIL</u>

Richard Schwed (Counsel for Syngenta in Coordinated Matter)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

SMITH, KATZENSTEIN & FURLOW LLP

_____
Joelle E. Polesky (I.D. No. 3694)
800 Delaware Avenue
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Attorneys for Plaintiffs

Dated: November 30, 2005

10008887.WPD                                    3