IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC., | ) | |
| | ) | |
| Plaintiff, On Behalf of Itself and Others Similarly Situated, | ) ) ) ) | |
| | ) | C.A. No. 05-535-SLR |
| v. | ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Monsanto Controlled Subsidiaries: | ) ) | |
| AMERICAN SEEDS INC., CORN STATES HYBRID,   SERVICE INC. ASGROW SEED CO., INC., HOLDEN FOUNDATION SEEDS, INC., DEKALB SEEDS, CALGENE, L.L.C., CHANNEL BIO CO., NC+ HYBRIDS, SEMINIS INC., | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| DARRELL SOUHRADA | ) ) | |
| Plaintiff, On Behalf of Itself and Iowa Citizens Similarly Situated, | ) ) ) ) | |
| | ) | C.A. No. 05-535-SLR |
| v. | ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Defendant. | ) ) | |

10008916.WPD

| | |
|---|---|
| KENT DUXBURY                              )<br>                                                       )<br>    Plaintiff, On Behalf of Itself        )<br>    and Minnesota Citizens                 )<br>    Similarly Situated,                    )<br>                                                       )     C.A. No. 05-535-SLR<br>                   v.                             )<br>                                                       )<br>MONSANTO COMPANY,                   )<br>                                                       )<br>    Defendant.                                )<br>                                                       ) | |

## NOTICE OF SERVICE

I certify that on the 30th of November, 2005, copies of this Notice of Service and of Plaintiff American Seed Company, Inc.'s Fed. R. Civ. P. 26(a)(1) and Local Rule 16.2(a) and (b) Disclosures; Plaintiff Darrell Souhrada's Fed. R. Civ. P. 26(a)(1) and Local Rule 16.2(a) and (b) Disclosures; and Plaintiff Kent Duxbury's Fed. R. Civ. P. 26(a)(1) and Local Rule 16.2(a) and (b) Disclosures were caused to be served on the following in the manner indicated:

**VIA HAND DELIVERY**

Richard L. Horwitz
Potter, Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

John W. Shaw
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

**VIA EMAIL**

Peter E. Moll
John J. Rosenthal
Howrey, Simon, Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Richard F. Schwed
Shearman & Sterling, LLP
599 Lexington Avenue
New York, NY 10022-6069

                                          SMITH, KATZENSTEIN & FURLOW LLP

                                          _____
                                          Joelle E. Polesky (ID No. 3694)
                                          800 Delaware Avenue, 7th Floor
                                          P.O. Box 410
                                          Wilmington, DE 19899 (Courier 19801)
                                          Tel: (302) 652-8400
                                          Fax: (302) 652-8405
                                          email: jpolesky@skfdelaware.com
                                          Attorneys for Plaintiffs

OF COUNSEL:

| KELLOGG, HUBER, HANSEN, | BERRY & LEFTWICH |
| --- | --- |
| TODD, EVANS & FIGEL P.L.L.C. | R. Stephen Berry |
| Steven F. Benz | J. Daniel Leftwich |
| Michael S. Zuckman | Gregory Baruch |
| 1615 M St., NW, Suite 400 | 1717 Pennsylvania Ave. NW, Suite 450 |
| Washington, D.C. 20036 | Washington, DC 20006 |
| Tel: (202) 326-7900 | Tel: (202) 296-3020 |
| Fax: (202) 326-7999 | Fax: (202) 296-3038 |

Dated: November 30, 2005