**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMERICAN SEED COMPANY, INC., Individually and on behalf of all others similarly situated,  )<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>MONSANTO COMPANY, et al.,  )<br>)<br>Defendants.  )<br>) | C.A. No. 05-535-SLR<br><br>**JURY TRIAL DEMANDED** |
| DARRELL SOUHRADA  )<br>)<br>Plaintiff, On Behalf Itself and Iowa Citizens Similarly Situated,  )<br>)<br>)<br>)<br>v.  )<br>)<br>MONSANTO COMPANY  )<br>)<br>Defendant.  )<br>) | C.A. No. 05-535-SLR |
| KENT DUXBURY  )<br>)<br>Plaintiff, On Behalf Itself and Minnesota Citizens Similarly Situated,  )<br>)<br>)<br>)<br>v.  )<br>)<br>MONSANTO COMPANY  )<br>)<br>Defendant.  )<br>) | C.A. No. 05-535-SLR |

**NOTICE OF SERVICE**

The undersigned, counsel for Monsanto Company, hereby certifies that true and

correct copies of Monsanto's Initial Disclosures Pursuant to Federal Rule of Civil Procedure

26(a)1 were caused to be served on November 30, 2005 on the attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

| | |
|---|---|
| Joelle E. Polesky, Esq.<br>Smith, Katzenstein & Furlow LLP<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899 | John W. Shaw, Esq.<br>Young Conaway Stargatt & Taylor, L.L.P.<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 |

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Steven V. Benz, Esq.<br>Kellogg, Huber, Hansen, Todd,<br>  Evans & Figel P.L.L.C<br>1615 M Street, NW, Suite 400<br>Washington, DC 20036 | R. Stephen Berry, Esq.<br>Berry & Leftwich<br>1717 Pennsylvania Ave., NW<br>Washington, DC 20006 |
| Charles A. Bird<br>Jeremy R. Stevens<br>Bird, Jacobsen & Stevens<br>300 Third Ave. S.E.<br>Rochester, MN 55904 | Richard F. Schwed, Esq.<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069 |

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Peter E. Moll<br>John J. Rosenthal<br>HOWREY LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br>(202) 783-0800 | By: */s/ David E. Moore*<br>   Richard L. Horwitz (#2246)<br>   David E. Moore (#3983)<br>   Hercules Plaza, 6th Floor<br>   1313 N. Market Street<br>   Wilmington, DE 19801<br>   Telephone (302) 984-6000 |
| Kenneth A. Letzler<br>Jonathan I. Gleklen<br>ARNOLD & PORTER LLP<br>555 12th Street, N.W.<br>Washington, D.C. 20004<br>(202) 942-5000 | rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Monsanto Company* |

Dated: December 1, 2005

709606

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 1, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Joelle E. Polesky, Esq. | John W. Shaw, Esq. |
| Smith, Katzenstein & Furlow LLP | Young Conaway Stargatt & Taylor, L.L.P. |
| 800 Delaware Avenue, 7th Floor | The Brandywine Building |
| P.O. Box 410 | 1000 West Street, 17th Floor |
| Wilmington, DE  19899 | Wilmington, DE  19801 |

I hereby certify that on December 1, 2005, I have sent by Federal Express the foregoing document to the following non-registered participants:

| | |
|---|---|
| Steven V. Benz, Esq. | R. Stephen Berry, Esq. |
| Michael S. Zuckman, Esq. | J. Daniel Leftwich, Esq. |
| Kellogg, Huber, Hansen, Todd, | Gregory Baruch, Esq. |
|     Evans & Figel P.L.L.C | Berry & Leftwich |
| 1615 M Street, NW | 1717 Pennsylvania Ave., NW |
| Suite 400 | Washington, DC  20006 |
| Washington, DC  20036 | |
| | |
| Charles A. Bird, Esq. | Richard F. Schwed, Esq. |
| Jeremy R. Stevens, Esq. | Thomas A. McGrath III, Esq. |
| Bird, Jacobsen & Stevens | Shearman & Sterling LLP |
| 300 Third Ave. S.E. | 599 Lexington Avenue |
| Rochester, MN  55904 | New York, NY  10022-6069 |

                                                  */s/ David E. Moore*
                                                  Richard L. Horwitz (#2246)
                                                  David E. Moore (#3983)
                                                  Potter Anderson & Corroon LLP
                                                  Hercules Plaza
                                                  Wilmington, DE 19899
                                                  (302) 984-6000
                                                  rhorwitz@potteranderson.com
                                                  dmoore@potteranderson.com

696607