

**Smith Katzenstein Furlow LLP**

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Roger D. Anderson
Joelle E. Polesky
Robert K. Beste
Etta R. Wolfe

January 10, 2006

VIA E-FILING AND HAND DELIVERY

The Honorable Sue L. Robinson
U. S. District Court for the District of Delaware
844 King Street
Wilmington, DE 19801-3570

Re:    *American Seed Company Inc. v. Monsanto Company*, C.A. No. 05-535 SLR

Dear Judge Robinson:

I represent plaintiffs in the above matter. I write to request a teleconference at the Court's earliest convenience to discuss a discovery dispute that the parties have attempted, but are unable, to resolve.

Pursuant to the Court's December 6, 2005 Scheduling Order (D.I. 56), a discovery status conference is scheduled for February 15, 2006. However, plaintiffs are concerned that if they wait until then to address the pending discovery dispute, they will be unable to abide by other dates included in the Scheduling Order. Specifically, the class discovery cut-off is March 15, 2006 with plaintiffs' class motion due on or before April 14, 2006. Plaintiffs are concerned that if they wait until the mid-February conference to resolve the pending dispute, the parties will find it difficult to complete discovery by the March 15 deadline.

As required by the Scheduling Order, plaintiffs served their class document production requests on November 28, 2005. The plaintiffs then initiated two discovery conferences with defendants to resolve any discovery disputes before the January 15 production date and to eliminate any unnecessary burden on the defendants.

After the first conference on December 9, 2005, plaintiffs agreed to limit the scope of their requests in several respects. *See* December 15, 2005 letter from Steven F. Benz, Esquire to John J. Rosenthal, Esquire, attached as Exhibit A. The parties held a second conference during the third week of December to deal with issues not resolved during

The Honorable Sue L. Robinson
January 10, 2006
Page 2

the first consultation. Regrettably, and as indicated by plaintiffs' January 3, 2006 correspondence to defendants (attached as Exhibit B), the parties have not been able to resolve a limited number of issues. The remaining disputed issues are summarized at paragraphs 1- 4, 7- 8, 13, 15, and 16 of the January 3 letter.

Accordingly, plaintiffs request the Court's guidance to resolve these remaining issues before the scheduled February 15 status conference so that the parties have sufficient time to complete class discovery and abide by upcoming class deadlines in the Scheduling Order.

Counsel are available if Your Honor has any questions.

Respectfully,

Joelle E. Polesky (I.D. No. 3694)

cc:   Clerk of Court (via e-filing)
      Richard L. Horwitz, Esquire (via e-filing)
      R. Stephen Berry, Esquire (via e-filing)
      Steven F. Benz, Esquire (via e-filing)