**EXHIBIT A**

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3209

(202) 326-7900

FACSIMILE:
(202) 326-7999

December 15, 2005

**_By Facsimile and First-Class Mail_**

John J. Rosenthal, Esquire
Howrey LLP
1299 Pennsylvania Ave. N.W.
Washington, D.C. 20004

      Re:    *American Seed Company Inc. v. Monsanto Company et al.,*
               *Souhrada et al. v. Monsanto, Duxbury, et al. v. Monsanto,*
               C.A. No. 05-535-SLR *(D. Del.)*

Dear John:

      I write to memorialize our discussion during our meet and confer conference call on Friday, December 9, 2005, concerning class plaintiffs' discovery requests in the above matter. As we stated during the call, plaintiffs agree to the following modifications to their document requests:

(1)    Where applicable, plaintiffs will substitute "documents sufficient to show" for "all documents" in our requests.

(2)    We agree to withdraw request number 2 if we receive documents that are responsive to request number 1.

(3)    We will modify request 6 to read "Relevant extracts from all Monsanto databases" rather than "Copies of all Monsanto databases," provided such extracts are sufficient to show the criteria listed in request 6.

(4)    We may be willing to withdraw requests 4, 5, and 7if we receive other relevant documents that are responsive to our requests.

(5)    With respect to requests 18-20, we will accept the results of any discrete studies conducted by Monsanto provided such results are sufficient to show the criteria listed in those requests.

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

John J. Rosenthal, Esquire
December 15, 2005
Page 2

(6) We will modify requests 37 and 45 to read "Relevant extracts from all Monsanto databases" rather than "Copies of all Monsanto databases," provided such extracts are sufficient to show the criteria listed in those requests.

Except as we have agreed to modify above, all other requests stand as propounded.

In addition, defendants agreed to take requests 4, 5, 8, 9, 18, 19, 20, 41, and 42 under advisement and will let plaintiffs know whether defendants will be responding to these requests. In addition, defendants agreed to produce documents in response to requests 48, 49, and 50, and will produce documents sufficient to show Monsanto's market share and that of its competitors (but not as to barriers to entry or Monsanto branding advantages) with respect to request 3. Defendants agreed to ascertain whether it will be practical to provide plaintiffs with all relevant databases in response to requests 6, 37, and 45. Finally, plaintiffs agreed that our requests for discovery relating to the market for Monsanto biotech corn seed in Spain would have to be submitted to the Court for a ruling. If any of this information is incorrect, please let me know.

We also inquired whether defendants will consent to the addition of an additional Iowa class representative. Please advise us if your clients consent.

Very truly yours,

Steven F. Benz

cc:  R. Stephen Berry
     Joelle E. Polesky
     Richard F. Schwed