IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC., | ) | |
| | ) | |
| Plaintiff, On Behalf of Itself | ) | |
| and Others Similarly | ) | |
| Situated, | ) | |
| | ) | C.A. No. 05-535-SLR |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Monsanto Controlled Subsidiaries: | ) | |
| | ) | |
| AMERICAN SEEDS INC., | ) | |
| CORN STATES HYBRID, | ) | |
|    SERVICE INC. | ) | |
| ASGROW SEED CO., INC., | ) | |
| HOLDEN FOUNDATION SEEDS, INC., | ) | |
| DEKALB SEEDS, | ) | |
| CALGENE, L.L.C., | ) | |
| CHANNEL BIO CO., | ) | |
| NC+ HYBRIDS, | ) | |
| SEMINIS INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| DARRELL SOUHRADA | ) | |
| | ) | |
| Plaintiff, On Behalf of Itself | ) | |
| and Iowa Citizens Similarly | ) | |
| Situated, | ) | |
| | ) | C.A. No. 05-535-SLR |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

10010279.WPD

| | |
|---|---|
| KENT DUXBURY ) | |
| ) | |
| Plaintiff, On Behalf of Itself ) | |
| and Minnesota Citizens ) | |
| Similarly Situated, ) | |
| ) | C.A. No. 05-535-SLR |
| v. ) | |
| ) | |
| MONSANTO COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SERVICE

I certify that on the 16th of January, 2006, I caused to be served on the following copies of the listed documents in the manner indicated:

1. Notice of Service;

2. Plaintiff American Seed Co., Inc.'s Objections and Responses to Monsanto's Interrogatories Regarding Class Issues;

3. Plaintiff American Seed Co., Inc.'s Objections and Responses to Monsanto's Request for Production of Documents and Things to Each Plaintiff Regarding Class Issues;

4. Plaintiff Kent Duxbury's Objections and Responses to Monsanto's Request for Production of Documents and Things to Each Plaintiff Regarding Class Issues;

5. Plaintiff Kent Duxbury's Objections and Responses to Monsanto's Interrogatories Regarding Class Issues;

6. Verification of Kent Duxbury;

7.      Plaintiff Darrell Souhrada's Objections and Responses to Monsanto's Request for Production of Documents and Things to Each Plaintiff Regarding Class Issues;

8.      Plaintiff Darrell Souhrada's Objections and Responses to Monsanto's Interrogatories Regarding Class Issues; and

9.      Verification of Darrell Souhrada.

**VIA HAND DELIVERY**

Richard L. Horwitz
Potter, Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

SMITH, KATZENSTEIN & FURLOW LLP

_____
Joelle E. Polesky (ID No. 3694)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Tel: (302) 652-8400
Fax: (302) 652-8405
email: jpolesky@skfdelaware.com
Attorneys for Plaintiffs