IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC., | ) | |
| | ) | |
|     Plaintiff, On Behalf of Itself | ) | |
|     and Others Similarly | ) | |
|     Situated, | ) | |
| | ) | C.A. No. 05-535-SLR |
|     v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | _____ |
| | ) | |
| Monsanto Controlled Subsidiaries: | ) | |
| | ) | |
| AMERICAN SEEDS INC., | ) | |
| CORN STATES HYBRID, | ) | |
|   SERVICE INC. | ) | |
| ASGROW SEED CO., INC., | ) | |
| HOLDEN FOUNDATION SEEDS, INC., | ) | |
| DEKALB SEEDS, | ) | |
| CALGENE, L.L.C., | ) | |
| CHANNEL BIO CO., | ) | |
| NC+ HYBRIDS, | ) | |
| SEMINIS INC., | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |
| DARRELL SOUHRADA, and | ) | |
| DAVE JOHNSON, | ) | |
| | ) | |
|     Plaintiffs, On Behalf of Themselves | ) | |
|     and Iowa Citizens Similarly | ) | |
|     Situated, | ) | |
| | ) | C.A. No. 05-535-SLR |
|     v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | _____ |
| | ) | |
|     Defendant. | ) | |
| | ) | |

10010003.WPD

| | |
|---|---|
| KENT DUXBURY | ) |
| | ) |
| Plaintiff, On Behalf of Itself and Minnesota Citizens Similarly Situated, | ) ) ) |
| | ) C.A. No. 05-535-SLR |
| v. | ) |
| | ) |
| MONSANTO COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION TO AMEND COMPLAINT**
**IN INTERVENTION ON BEHALF OF IOWA CITIZENS**

   It is stipulated by the parties to the above action, by and through their respective counsel, subject to the approval of the Court, that plaintiff Darrell Souhrada may file a First Amended Complaint in Intervention on Behalf of Iowa Citizens in the form attached hereto as Exhibit A. A blacklined copy of the complaint is attached hereto as Exhibit B.

   Defendant Monsanto Company reserves all rights to challenge the adequacy of Dave Johnson as a class representative.

*[SIGNATURE PAGE FOLLOWS]*

10010003.WPD

2

| SMITH KATZENSTEIN FURLOW LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Joelle E. Polesky | /s/ David E. Moore |
| Joelle E. Polesky (ID No. 3694) | Richard L. Horwitz (ID No. 2246) |
| 800 Delaware Avenue, 7th Floor | David E. Moore (ID No. 3983 |
| P.O. Box 410 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19899 (Courier 19801) | 1313 N. Market St. |
| Telephone: (302) 652-8400 | Wilmington, DC 19801 |
| Facsimile: (302) 652-8405 | Telephone: (302) 984-6000 |
| *Attorneys for Plaintiffs* | Facsimile: (302) 658-1192 |
| | *Attorneys for Defendants* |

OF COUNSEL:          OF COUNSEL:

KELLOGG, HUBER, HANSEN,          HOWREY LLP
TODD, EVANS & FIGEL P.L.L.C.     Peter E. Moll
Steven F. Benz                    John J. Rosenthal
David L. Schwarz                  1299 Pennsylvania Ave., N.W.
Ronald L. Lord                    Washington, DC 20004
Michael J. Fischer
Michael S. Zuckman
1615 M St., N.W., Suite 400
Washington, D.C. 20036

BERRY & LEFTWICH
R. Stephen Berry
J. Daniel Leftwich
Gregory Baruch
1717 Pennsylvania Ave. NW, Suite 450
Washington, DC 20006

BIRD, JACOBSEN & STEVENS
Charles A. Bird
Jeremy R. Stevens
300 Third Ave. S.E.
Rochester, MN 55904

It is SO ORDERED this _____ day of _____, 2006.

_____
J.