IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SEED COMPANY, INC., Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY, et al.,<br><br>Defendants. | C.A. No. 05-535-SLR<br><br>**JURY TRIAL DEMANDED** |
| DARRELL SOUHRADA<br><br>Plaintiff, On Behalf Itself and Iowa Citizens Similarly Situated,<br><br>v.<br><br>MONSANTO COMPANY<br><br>Defendant. | C.A. No. 05-535-SLR |
| KENT DUXBURY<br><br>Plaintiff, On Behalf Itself and Minnesota Citizens Similarly Situated,<br><br>v.<br><br>MONSANTO COMPANY<br><br>Defendant. | C.A. No. 05-535-SLR |

## NOTICE OF SERVICE

The undersigned, counsel for Monsanto Company, hereby certifies that true and correct copies of Monsanto's Responses and Objections to Plaintiffs' First Request For

Production of Documents Relating to Class Certification were caused to be served on January 17, 2006 on the attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Joelle E. Polesky, Esq.
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

John W. Shaw, Esq.
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**

Steven V. Benz, Esq.
Kellogg, Huber, Hansen, Todd,
  Evans & Figel P.L.L.C
1615 M Street, NW, Suite 400
Washington, DC 20036

R. Stephen Berry, Esq.
Berry & Leftwich
1717 Pennsylvania Ave., NW
Washington, DC 20006

Charles A. Bird
Jeremy R. Stevens
Bird, Jacobsen & Stevens
300 Third Ave. S.E.
Rochester, MN 55904

Richard F. Schwed, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

OF COUNSEL:

Peter E. Moll
John J. Rosenthal
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 783-0800

Kenneth A. Letzler
Jonathan I. Gleklen
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202) 942-5000

Dated: January 17, 2006

715289

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Telephone (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Monsanto Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 17, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Joelle E. Polesky, Esq.
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

John W. Shaw, Esq.
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on January 17, 2006, I have sent by Federal Express the foregoing document to the following non-registered participants:

Steven V. Benz, Esq.
Michael S. Zuckman, Esq.
Kellogg, Huber, Hansen, Todd,
  Evans & Figel P.L.L.C
1615 M Street, NW
Suite 400
Washington, DC 20036

R. Stephen Berry, Esq.
J. Daniel Leftwich, Esq.
Gregory Baruch, Esq.
Berry & Leftwich
1717 Pennsylvania Ave., NW
Washington, DC 20006

Charles A. Bird, Esq.
Jeremy R. Stevens, Esq.
Bird, Jacobsen & Stevens
300 Third Ave. S.E.
Rochester, MN 55904

Richard F. Schwed, Esq.
Thomas A. McGrath III, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

/s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

696607