## E-Mail Request for Emergency Relief

1. Case Number:  05-cv-535-SLR

2. Check the box that applies:

   [x] Requesting a teleconference with the parties and the court
   [ ] Requesting an in-person conference with the parties and the court
   [ ] Requesting either of the above listed options at the court's determination

3. BRIEFLY describe the reason for this **emergency** request:

   > Class discovery is due to cease by March 15th, with the plaintiffs' class motion due on or before April 14th. Plaintiffs have initiated two discovery conferences to resolve any discovery disputes arising from their class document requests. After the December 9th conference, plaintiffs agreed to limit the scope of their requests in several respects. Regrettably, the parties have not been able to resolve a limited number of remaining issues after our second discovery conference.
   >
   > Under the Scheduling Order, the parties have a discovery conference scheduled for February 15th. However, class depositions must be completed by March 15th, and any production of the disputed documents in late February would make it difficult to meet the discovery deadline.

   *Any text added beyond the limits of this space will be disregarded by the court.

4. Name of opposing counsel contacted about this request: Tiffany Joseph Daniels, Esq.

5. Response of opposing counsel to this request:

   > Defendants' response is that the request for a teleconference is premature because Defendants have not been able to respond to Plaintiffs' correspondence (dated January 3rd) enumerating disputed areas after the second discovery conference.

6. Name of local counsel making this request: Joelle E. Polesky, Esq.

7. Today's Date: January 13, 2006

*************************************************************************

For court use only:

The court will not schedule a conference before February 15, 2006.

**Opposing Counsel's Response to E-Mail Request for Emergency Relief**

1. Case Number: 05 -cv- 535 -SLR

2. BRIEFLY state your response to the **emergency** request made by opposing counsel:

> Defendants oppose Plaintiffs' emergency request. The parties are currently engaged in discussions that have yet to conclude, rendering Plaintiffs' request premature. Plaintiffs served extremely broad discovery requests, many of which are not relevant to class certification issues. Monsanto has been negotiating in good faith to narrow these requests. The parties have held two meet and confers on 12/9 and 22/05. Plaintiffs' letter of 1/3/06, was sent nearly two weeks after the last discussion. Since that time, Monsanto has been working on its response, which was forwarded on 1/13/06. Monsanto's letter addresses each of the issues raised in the parties' discussions, resolving many of the issues. The letter also invites Plaintiffs to continue the discussions on the open issues. While there are likely to be some issues that the Court may have to address, Monsanto respectfully submits that the Court should deny Plaintiffs' requests until the parties' discussions have concluded.

*Any text added to beyond the limits of this space will be disregarded by the Court.

3. Name of local counsel making this request: Richard L. Horwitz

4. Today's Date: January 13, 2006

*************************************************************************