

**Smith Katzenstein Furlow** LLP

*Attorneys at Law*

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Roger D. Anderson
Joelle E. Polesky
Robert K. Beste
Etta R. Wolfe

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

January 30, 2006

**VIA E-FILING AND HAND DELIVERY**

The Honorable Sue L. Robinson
U. S. District Court for the District of Delaware
844 King Street
Wilmington, DE 19801-3570

Re:   *American Seed Company Inc. v. Monsanto Company,*
      C.A. No. 05-535 SLR

Dear Judge Robinson:

Enclosed please find an Amended Protective Order governing the disclosure of certain material and information. The parties to the above referenced case have agreed to its terms. If the stipulation meets the Court's approval, the parties respectfully request that the Court enter the stipulation as an order. I would be glad answer any questions the Court may have.

Respectfully submitted,

Robert K. Beste, III (ID No. 3931)

RKb/vkm

Enclosure

cc:   Clerk of Court (via e-filing w/ enc.)
      David E. Moore, Esquire (via e-filing w/ enc.)
      R. Stephen Berry, Esquire (via email w/ enc.)

10010716.WPD