## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC., | ) | |
| | ) | |
|     Plaintiff, On Behalf of Itself | ) | |
|     and Others Similarly | ) | |
|     Situated, | ) | |
| | ) | C.A. No. 05-535-SLR |
|         v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Monsanto Controlled Subsidiaries: | ) | |
| | ) | |
| AMERICAN SEEDS INC., | ) | |
| CORN STATES HYBRID, | ) | |
|   SERVICE INC. | ) | |
| ASGROW SEED CO., INC., | ) | |
| HOLDEN FOUNDATION SEEDS, INC., | ) | |
| DEKALB SEEDS, | ) | |
| CALGENE, L.L.C., | ) | |
| CHANNEL BIO CO., | ) | |
| NC+ HYBRIDS, | ) | |
| SEMINIS INC., | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |
| DARRELL SOUHRADA | ) | |
| | ) | |
|     Plaintiff, On Behalf of Itself | ) | |
|     and Iowa Citizens Similarly | ) | |
|     Situated, | ) | |
| | ) | C.A. No. 05-535-SLR |
|         v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

10011300.WPD

| | |
|---|---|
| KENT DUXBURY )<br>)<br>Plaintiff, On Behalf of Itself )<br>and Minnesota Citizens )<br>Similarly Situated, )<br>)<br>v. )<br>)<br>MONSANTO COMPANY, )<br>)<br>Defendant. )<br>) | C.A. No. 05-535-SLR |

## NOTICE OF SERVICE

I certify that on the 15th of February, 2006, I caused to be served on the following two copies of the listed documents in the manner indicated:

1. Notice of Service;

2. Plaintiff Dave Johnson's Objections and Responses to Monsanto's Request for Production of Documents and Things to Each Plaintiff Regarding Class Issues;

3. Plaintiff Dave Johnson's Objections and Responses to Monsanto's Interrogatories Regarding Class Issues;

4. Verification of Dave Johnson;

**VIA HAND DELIVERY**

Richard L. Horwitz
Potter, Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

SMITH, KATZENSTEIN & FURLOW LLP

_____
Joelle E. Polesky (ID No. 3694)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Tel: (302) 652-8400
Fax: (302) 652-8405
email: jpolesky@skfdelaware.com
Attorneys for Plaintiffs