## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC., | ) | |
| | ) | |
|     Plaintiff, On Behalf of Itself | ) | |
|     and Others Similarly | ) | |
|     Situated, | ) | |
| | ) | C.A. No. 05-535-SLR |
|     v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Monsanto Controlled Subsidiaries: | ) | |
| | ) | |
| AMERICAN SEEDS INC., | ) | |
| CORN STATES HYBRID, | ) | |
|   SERVICE INC. | ) | |
| ASGROW SEED CO., INC., | ) | |
| HOLDEN FOUNDATION SEEDS, INC., | ) | |
| DEKALB SEEDS, | ) | |
| CALGENE, L.L.C., | ) | |
| CHANNEL BIO CO., | ) | |
| NC+ HYBRIDS, | ) | |
| SEMINIS INC., | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |
| DARRELL SOUHRADA | ) | |
| | ) | |
|     Plaintiff, On Behalf of Itself | ) | |
|     and Iowa Citizens Similarly | ) | |
|     Situated, | ) | |
| | ) | C.A. No. 05-535-SLR |
|     v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |
| KENT DUXBURY | ) | |

|  |  |
|---|---|
| Plaintiff, On Behalf of Itself<br>and Minnesota Citizens<br>Similarly Situated,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 05-535-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF RULE 30(B)(6) DEPOSITION RELATING TO
BIOTECHNOLOGICAL CORN SEED AND ROUNDUP READY
SOYBEAN SEED MARKETS**

TO:   Richard L. Horwitz
      Potter Anderson & Corroon LLP
      Hercules Plaza 6th Floor
      1313 N. Market Street
      Wilmington, DE 19801

   PLEASE TAKE NOTICE that Class Plaintiffs in the above-captioned case, pursuant to the

provisions of Rule 30(b)(6) of the Federal Rules of Civil Procedure, will take the deposition of

person(s) at Monsanto Company and its named, affiliated Co-Defendants with direct personal

knowledge of:

(1)   Any Defendant **contracts, agreements, communications with purchasers of Defendant biotechnological traits** for its different varieties or types of biotechnological corn seeds in which any payments to Defendants for such traits depend all or in part on the acquisition by the purchaser of Defendants' biotechnological traits for biotechnological corn seed or other Defendant products or services, or in which the trait purchaser must acquire exclusively Defendants' soybean or corn seed traits, including without limitation when Defendants began or ceased using such contracts or practices.

(2)   Defendants' market shares on a unit or revenue basis in the markets for the sale of their different types or varieties of biotechnological corn seed to direct purchasers.

(3)   Any Defendant **contracts, agreements, communications with purchasers of Defendant biotechnological traits** for their different varieties or types of Roundup Ready soybean

      seeds in which any payments to Defendants for such traits depend all or in part on the acquisition by the purchaser of Defendant biotechnological traits for biotechnological corn seed or other Defendant products or services; or in which the purchaser must acquire exclusively Defendant soybean or corn seed traits, including without limitation when Defendants began or ceased using such contracts or practices.

(4)    Defendants' market shares on a unit or revenue basis in the markets for the sale of their different types or varieties of Roundup Ready soybean seed to direct purchasers.

The deposition will commence at 3:00 p.m. on March 17, 2006 at Husch & Eppenberger, LLC, 190 Carondelet Plaza, Suite 600, St. Louis, MO 63105 and will continue for up to 2.5 hours of examination until complete. The deposition will be taken at, and the testimony will be recorded by stenographic means.

March 6, 2006

Of Counsel:

BIRD, JACOBSEN & STEVENS
Charles A. Bird
Jeremy R. Stevens
300 Third Ave. S.E.
Rochester, MN 55904
Telephone: (507) 282-1503
Telecopy: (507) 282-7736

KELLOGG, HUBER, HANSEN,
TODD, EVANS & FIGEL P.L.L.C.
Steven F. Benz
David L. Schwartz
Ronald L. Lord
Michael S. Zuckman
1615 M St., N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Telecopy: (202) 326-7999

BERRY & LEFTWICH
R. Stephen Berry
J. Daniel Leftwich
Gregory Baruch
1717 Pennsylvania Ave. NW
Suite 450
Washington, DC 20006
Telephone: (202) 296-3020
Telecopy: (202) 296-3038

SMITH, KATZENSTEIN & FURLOW LLP

   /s/ Robert K. Beste
Joelle E. Polesky (Id. No. 3694)
Robert K. Beste, III (Id. No. 3931)
800 Delaware Avenue
Wilmington, Del. 19899 (Courier 19801)
Telephone: (302) 652-8400
Telecopy: (302) 652-8405

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of March, 2006, copies of the foregoing Notice of Rule 30(b)(6) Deposition were caused to be served electronically on the following through the Court's electronic filing system:

> Richard L. Horwitz
> Potter Anderson & Corroon LLP
> Hercules Plaza 6th Floor
> 1313 N. Market Street
> Wilmington, DE 19801

>        /s/ Robert K. Beste
> Robert K. Beste, III (Id. No. 3931)