## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC., | ) | |
| | ) | |
| Plaintiff, On Behalf of Itself | ) | |
| and Others Similarly | ) | |
| Situated, | ) | |
| | ) | C.A. No. 05-535-SLR |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Monsanto Controlled Subsidiaries: | ) | |
| | ) | |
| AMERICAN SEEDS INC., | ) | |
| CORN STATES HYBRID, | ) | |
|   SERVICE INC. | ) | |
| ASGROW SEED CO., INC., | ) | |
| HOLDEN FOUNDATION SEEDS, INC., | ) | |
| DEKALB SEEDS, | ) | |
| CALGENE, L.L.C., | ) | |
| CHANNEL BIO CO., | ) | |
| NC+ HYBRIDS, | ) | |
| SEMINIS INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| DARRELL SOUHRADA | ) | |
| | ) | |
| Plaintiff, On Behalf of Itself | ) | |
| and Iowa Citizens Similarly | ) | |
| Situated, | ) | |
| | ) | C.A. No. 05-535-SLR |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

| | |
|---|---|
| KENT DUXBURY | ) |

|                                      |   |                       |
|--------------------------------------|---|-----------------------|
| Plaintiff, On Behalf of Itself       | ) |                       |
| and Minnesota Citizens               | ) |                       |
| Similarly Situated,                  | ) |                       |
|                                      | ) | C.A. No. 05-535-SLR   |
| v.                                   | ) |                       |
|                                      | ) |                       |
| MONSANTO COMPANY,                    | ) |                       |
|                                      | ) |                       |
| Defendant.                           | ) |                       |
|                                      | ) |                       |

## NOTICE OF RULE 30(B)(6) DEPOSITION
## RELATING TO ROUNDUP HERBICIDE

TO:    Richard L. Horwitz
        Potter Anderson & Corroon LLP
        Hercules Plaza 6th Floor
        1313 N. Market Street
        Wilmington, DE 19801

PLEASE TAKE NOTICE that Class Plaintiffs in the above-captioned case, pursuant to the provisions of Rule 30(b)(6) of the Federal Rules of Civil Procedure, will take the deposition of person(s) at Monsanto Company and its named, affiliated Co-Defendants with direct personal knowledge of:

(1)    data or records maintained by Defendants as to the pricing (including net pricing), gross profit margins, and unit costs realized by Defendants for the sale of its different varieties or types of Roundup herbicide to direct purchasers located throughout the United States since January 1, 2001, including without limitation:

        (A)    the data produced to Plaintiffs in response to Plaintiffs' First Production of Documents Relating to Class Certification No. 15;

        (B)    the manner in which such pricing (including net pricing) and unit costs are calculated for sales throughout the United States to direct purchasers;

        (C)    the manner in which these gross profit margins are calculated and whether they vary according to where the direct purchaser is located in the United States;

        (D)    differences in pricing (including net pricing), gross margins, and unit costs for any

different varieties or types of Defendant Roundup herbicide, including without limitation whether these calculations differ where the direct purchaser is located in the United States and other direct purchaser characteristics, including but not limited to purchase volume and time of year of order placement;

(E)    how such pricing (including net pricing), gross profit margins, and unit costs are recorded in any databases, electronic or computer files, or other files maintained by the Defendants.

(2)    how Defendants internally account for any rebates, discounts, or allowances provided to direct purchasers for their different varieties or types of their Roundup herbicide wherever the direct purchaser is located in the United States (whether or not such allowances are authorized nationally, regionally, or locally by Defendant personnel), and how such rebates, discounts, or promotional allowances are recorded in the Defendants' databases, or electronic or computer files, or files.

(3)    programs whereby Defendants provide money, discounts, allowances, or rebates to direct purchasers of their different varieties or types of Roundup herbicide in return for advertising or as compensation for promotional activity (whether the program is implemented nationally, regionally or locally by Defendant personnel), and how such money, discounts, allowances, or rebates are recorded in the Defendants' databases, or electronic or computer files, or files.

(4)    any Defendant contracts, agreements, communications with direct purchasers of Defendants' varieties or types of Roundup herbicide in which any payments to Defendants for such herbicide depend all or in part on the acquisition by the purchaser of Defendants' products, services, or biotechnological traits; or in which the purchaser must acquire exclusively Defendant herbicide, including without limitation when Defendants began or ceased using such contracts or practices.

(5)    Defendants' market shares on a unit or revenue basis in the markets for the sale of their different types or varieties of Roundup herbicide to direct purchasers.

The deposition will commence at 9:00 p.m. on March 28, 2006 at Husch & Eppenberger, LLC, 190 Carondelet Plaza, Suite 600, St. Louis, MO 63105 and will continue for up to 7 hours of examination until complete. The deposition will be taken at, and the testimony will be recorded by stenographic means.

10011815.WPD                                           3

March 6,  2006

SMITH, KATZENSTEIN & FURLOW LLP


       /s/ Robert K. Beste
Joelle E. Polesky (Id. No. 3694)
Robert K. Beste, III (Id. No. 3931)
Of  Counsel:

800 Delaware Avenue
Wilmington, Del. 19899 (Courier 19801)
BIRD, JACOBSEN & STEVENS

Telephone: (302) 652-8400
Charles A. Bird
Telecopy: (302) 652-8405
Jeremy R. Stevens
300 Third Ave. S.E.
Rochester, MN 55904
Attorneys for Plaintiffs
Telephone: (507) 282-1503
Telecopy: (507) 282-7736

KELLOGG, HUBER, HANSEN,
TODD, EVANS & FIGEL P.L.L.C.
Steven F. Benz
David L. Schwartz
Ronald L. Lord
Michael S. Zuckman
1615 M St., N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Telecopy: (202) 326-7999

BERRY & LEFTWICH
R. Stephen Berry
J. Daniel Leftwich
Gregory Baruch
1717 Pennsylvania Ave. NW
Suite 450
Washington, DC  20006
Telephone:  (202) 296-3020
Telecopy:    (202) 296-3038

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **6**[th] day of **March, 2006,** copies of the foregoing Notice of

Rule 30(b)(6) Deposition were caused to be served on the following via the Court's electronic filing

system in the manner indicated:

> Richard L. Horwitz
> Potter Anderson & Corroon LLP
> Hercules Plaza 6th Floor
> 1313 N. Market Street
> Wilmington, DE 19801

> ___/s/ Robert K. Beste_____
> Robert K. Beste, III (ID No. 3931)