IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC., | ) | |
| | ) | |
|     Plaintiff, On Behalf of Itself | ) | |
|     and Others Similarly | ) | |
|     Situated, | ) | |
| | ) | C.A. No. 05-535-SLR |
|     v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Monsanto Controlled Subsidiaries: | ) | |
| | ) | |
| AMERICAN SEEDS INC., | ) | |
| CORN STATES HYBRID, | ) | |
|   SERVICE INC. | ) | |
| ASGROW SEED CO., INC., | ) | |
| HOLDEN FOUNDATION SEEDS, INC., | ) | |
| DEKALB SEEDS, | ) | |
| CALGENE, L.L.C., | ) | |
| CHANNEL BIO CO., | ) | |
| NC+ HYBRIDS, | ) | |
| SEMINIS INC., | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |
| DARRELL SOUHRADA | ) | |
| | ) | |
|     Plaintiff, On Behalf of Itself | ) | |
|     and Iowa Citizens Similarly | ) | |
|     Situated, | ) | |
| | ) | C.A. No. 05-535-SLR |
|     v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |
| KENT DUXBURY | ) | |

10011810.WPD

|  |  |  |
|---|---|---|
| Plaintiff, On Behalf of Itself and Minnesota Citizens Similarly Situated, | ) ) ) ) ) | |
| v. | ) ) | C.A. No. 05-535-SLR |
| MONSANTO COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF RULE 30(B)(6) DEPOSITION
## RELATING TO CORN YIELD STUDIES

TO:    Richard L. Horwitz
        Potter Anderson & Corroon LLP
        Hercules Plaza 6th Floor
        1313 N. Market Street
        Wilmington, DE 19801

PLEASE TAKE NOTICE that Class Plaintiffs in the above-captioned case, pursuant to the provisions of Rule 30(b)(6) of the Federal Rules of Civil Procedure, will take the deposition of person(s) at Monsanto Company and its named, affiliated Co-Defendants with direct personal knowledge of:

(1)    Monsanto data on, and analyses of, yield advantages and pest control cost reductions (net of seed and technology fees, if any) for the varieties and types of YieldGard hybrid corn seed used in corn borer infested areas as compared or contrasted to similarly performing conventional varieties of corn hybrids used with conventional corn borer technologies, for each of the crop years 2000-2005 for Iowa, Minnesota, and Illinois including without limitation:

    (A)    data or analyses produced in response to Plaintiffs' First Production of Documents Relating to Class Certification Nos. 18-20;

    (B)    data or analyses for areas with different "levels" or "degrees" of infestation by separate area, including without limitation the infestation level of each area;

    (C)    the median seed price of each seed variety of YieldGard hybrid corn technology analyzed under (1) above, including all fees such as the "technology fee"; and

    (D)    the median seed price of each conventional hybrid seed reported.

The deposition will commence at 9:00 a.m. on March 17, 2006 at Husch & Eppenberger, LLC, 190 Carondelet Plaza, Suite 600, St. Louis, MO 63105 and will continue for up to 4.5 hours of examination until complete, and the testimony will be recorded by stenographic means.

March 6, 2006

                                                SMITH, KATZENSTEIN & FURLOW LLP

                                                /s/ Robert K. Beste
                                            Joelle E. Polesky (Id. No. 3694)
                                            Robert K. Beste, III (Id. No. 3931)
                                            800 Delaware Avenue Wilmington, Del. 19899
                                            (Courier 19801)
                                            Telephone: (302) 652-8400

Of Counsel:                              Telecopy: (302) 652-8405

BIRD, JACOBSEN & STEVENS        Attorneys for Plaintiffs
Charles A. Bird
Jeremy R. Stevens
300 Third Ave. S.E.
Rochester, MN 55904
Telephone: (507) 282-1503
Telecopy: (507) 282-7736

KELLOGG, HUBER, HANSEN,
TODD, EVANS & FIGEL P.L.L.C.
Steven F. Benz
David L. Schwartz
Ronald L. Lord
Michael S. Zuckman
1615 M St., N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Telecopy: (202) 326-7999

BERRY & LEFTWICH
R. Stephen Berry
J. Daniel Leftwich
Gregory Baruch
1717 Pennsylvania Ave. NW, Suite 450
Washington, DC 20006
Telephone: (202) 296-3020
Telecopy: (202) 296-3038

10011810.WPD                                4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **6th** day of **March, 2006,** copies of the foregoing Notice of Deposition were caused to be served on the following via the Court's electronic filing system:

>Richard L. Horwitz
>Potter Anderson & Corroon LLP
>Hercules Plaza 6th Floor
>1313 N. Market Street
>Wilmington, DE 19801

        /s/ Robert K .Beste
    Robert K. Beste, III (ID No. 3931)