IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC., | ) | |
| | ) | |
| Plaintiff, On Behalf of Itself | ) | |
| and Others Similarly | ) | |
| Situated, | ) | |
| | ) | C.A. No. 05-535-SLR |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Monsanto Controlled Subsidiaries: | ) | |
| | ) | |
| AMERICAN SEEDS INC., | ) | |
| CORN STATES HYBRID, | ) | |
|   SERVICE INC. | ) | |
| ASGROW SEED CO., INC., | ) | |
| HOLDEN FOUNDATION SEEDS, INC., | ) | |
| DEKALB SEEDS, | ) | |
| CALGENE, L.L.C., | ) | |
| CHANNEL BIO CO., | ) | |
| NC+ HYBRIDS, | ) | |
| SEMINIS INC., | ) | |
| | ) | |
|   Defendants. | ) | |
| | ) | |
| DARRELL SOUHRADA | ) | |
| | ) | |
| Plaintiff, On Behalf of Itself | ) | |
| and Iowa Citizens Similarly | ) | |
| Situated, | ) | |
| | ) | C.A. No. 05-535-SLR |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
|   Defendant. | ) | |
| | ) | |

| | |
|---|---|
| KENT DUXBURY                                     )<br>                                                              )<br>    Plaintiff, On Behalf of Itself           )<br>    and Minnesota Citizens                )<br>    Similarly Situated,                        )<br>                                                              )   C.A. No. 05-535-SLR<br>    v.                                                   )<br>                                                              )<br>MONSANTO COMPANY,                    )<br>                                                              )<br>    Defendant.                                    )<br>                                                              ) | |

## NOTICE OF RULE 30(B)(6) DEPOSITION RELATING TO SPANISH SALES OF BIOTECHNOLOGICAL CORN SEED

TO:   Richard L. Horwitz, Esquire
      Potter Anderson & Corroon LLP
      Hercules Plaza 6th Floor
      1313 N. Market Street
      Wilmington, DE 19801

PLEASE TAKE NOTICE that Class Plaintiffs in the above-captioned case, pursuant to the provisions of Rule 30(b)(6) of the Federal Rules of Civil Procedure, will take the deposition of person(s) at Monsanto Company and its corporate affiliates with direct personal knowledge of:

(1)   data or records maintained by Defendants as to the pricing (including net pricing), gross profit margins, and unit costs realized by Defendants for the sale of their different varieties or types of biotechnological corn seed to direct purchasers located in Spain since January 1, 2001, including without limitation:

   (A)   the data produced to Plaintiffs in response to Plaintiffs' First Production of Documents Relating to Class Certification No. 28;

   (B)   the manner in which such pricing (including net pricing) and unit costs are calculated for sales throughout Spain to direct purchasers;

   (C)   the manner in which these gross profit margins are calculated and whether they vary according to where the direct purchaser is located in Spain;

(D)  differences in pricing (including net pricing), gross margins, and unit costs for any different varieties or types of Defendant biotechnological corn seed, including without limitation whether these calculations differ where the direct purchaser is located in Spain and other direct purchaser characteristics, including but not limited to purchase volume and time of year of order placement;

(E)  how such pricing (including net pricing), gross profit margins, and unit costs are recorded in any databases, electronic or computer files, or other files maintained by the Defendants.

(2)  how Defendants internally account for any rebates, discounts, or allowances provided to direct purchasers for their different varieties or types of their biotechnological corn seed wherever the direct purchaser is located in Spain (whether or not such allowances are authorized nationally, regionally, or locally by Defendant personnel), and how such rebates, discounts, or promotional allowances are recorded in the Defendants' databases, or electronic or computer files, or files.

(3)  programs whereby Defendants provide money, discounts, allowances, or rebates to direct purchasers of its different varieties or types of biotechnological corn seed in Spain in return for advertising or as compensation for promotional activity (whether the program is implemented nationally, regionally or locally in Spain by Defendant personnel), and how such money, discounts, allowances, or rebates are recorded in the Defendants' databases, or electronic or computer files, or files.

(4)  any Defendant contracts, agreements, communications with purchasers in Spain of Defendant biotechnological traits for its different varieties or types of biotechnological corn seeds in which any payments to Defendants for such traits depend all or in part on the acquisition by the purchaser of Defendants' biotechnological traits for biotechnological soybean seed or other Defendant products, services, or traits; or in which the purchaser must acquire exclusively Defendant soybean or corn seed traits, including without limitation when Defendants began or ceased using such contracts or practices.

(5)  Defendants' market position in Spain for the sale of their different types or varieties of biotechnological corn seed to direct purchasers, including without limitation Defendants' and their competitors' market shares on a unit or revenue basis; any barriers to entry of expansion faced by Defendants' competitors due to intellectual property investments required or government regulation; any Defendant branding advantages over its competitors; and any Defendant production cost advantages over its competitors.

     The deposition will commence at 8:00 a.m. Eastern Standard Time USA on April 5, 2006 and will continue up to 4.5 hours until complete. The deposition will be taken via video teleconference from the headquarters of Monsanto corporate affiliate in Madrid, Spain, or at such other place as counsel may agree, and the testimony will be recorded by stenographic means.

     SMITH, KATZENSTEIN & FURLOW LLP

_____
Joelle E. Polesky (ID No. 3694)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Email: jpolesky@skfdelaware.com
Attorneys for Plaintiffs

Dated: March 9, 2006

Of Counsel:

BIRD, JACOBSEN & STEVENS
Charles A. Bird
Jeremy R. Stevens
300 Third Ave. S.E.
Rochester, MN 55904
Telephone: (507) 282-1503
Facsimile: (507) 282-7736

KELLOGG, HUBER, HANSEN,
TODD, EVANS & FIGEL P.L.L.C.
Steven F. Benz
Michael S. Zuckman
1615 M St., N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

BERRY & LEFTWICH
R. Stephen Berry
J. Daniel Leftwich
Gregory Baruch
1717 Pennsylvania Ave. NW, Suite 450
Washington, DC 20006
Telephone: (202) 296-3020
Facsimile: (202) 296-3038