## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **9th** day of **March, 2006,** copies of the foregoing Notice

of Rule 30(b)(6) Deposition Relating to Spanish Sales of Biotechnological Corn Seed were caused

to be served on the following via eFiling:

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Peter E. Moll, Esquire
Howrey Simon Arnold
& White LLP
1299 Pennsylvania Ave. N.W.
Washington, D.C. 20004

_____
Joelle E. Polesky (ID No. 3694)