IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC., | ) | |
| | ) | |
|    Plaintiff, On Behalf of Itself | ) | |
|    and Others Similarly | ) | |
|    Situated, | ) | |
| | ) | C.A. No. 05-535-SLR |
|    v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Monsanto Controlled Subsidiaries: | ) | |
| | ) | |
| AMERICAN SEEDS INC., | ) | |
| CORN STATES HYBRID, | ) | |
|    SERVICE INC. | ) | |
| ASGROW SEED CO., INC., | ) | |
| HOLDEN FOUNDATION SEEDS, INC., | ) | |
| DEKALB SEEDS, | ) | |
| CALGENE, L.L.C., | ) | |
| CHANNEL BIO CO., | ) | |
| NC+ HYBRIDS, | ) | |
| SEMINIS INC., | ) | |
| | ) | |
|    Defendants. | ) | |
| | ) | |
| DARRELL SOUHRADA | ) | |
| | ) | |
|    Plaintiff, On Behalf of Itself | ) | |
|    and Iowa Citizens Similarly | ) | |
|    Situated, | ) | |
| | ) | C.A. No. 05-535-SLR |
|    v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
|    Defendant. | ) | |
| | ) | |

| | |
|---|---|
| KENT DUXBURY )<br>)<br>   Plaintiff, On Behalf of Itself )<br>   and Minnesota Citizens )<br>   Similarly Situated, )<br>)<br>v. )<br>)<br>MONSANTO COMPANY, )<br>)<br>   Defendant. )<br>) | C.A. No. 05-535-SLR |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Ronald R. Lord and Michael J. Fischer of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. to represent Plaintiffs.

SMITH, KATZENSTEIN & FURLOW LLP

_____
Joelle E. Polesky (Id. No. 3694)
The Corporate Plaza
800 Delaware Avenue, P.O. Box 410
Wilmington, Del. 19899
Telephone: (302) 652-8400
Attorneys for Plaintiffs

Date:    March 15, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motions for admission *pro hac vice* is granted.

Date:_____          _____
                                                                    United States District Judge

10012087.WPD

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Michael J. Fischer, Esquire certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

/s/ Michael J. Fischer
Michael J. Fischer
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street. N.W.
Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Telecopy: (202) 326-7999

Dated: March 15, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Ronald L. Lord, Esquire certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

```
                              /s/ Ronald L. Lord
                              _____
                              Ronald L. Lord
                              D.C. Bar No. 388676
                              KELLOGG, HUBER, HANSEN, TODD,
                                EVANS & FIGEL, P.L.L.C.
                              1615 M Street. N.W.
                              Suite 400
                              Washington, D.C. 20036
                              Telephone: (202) 326-7900
                              Telecopy: (202) 326-7999
```

Dated: March 15, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of March, 2006, a copy of the foregoing *Motion For Admission Pro Hac Vice* was caused to be served on the following in the manner indicated:

*Via efile:*
Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon, L.L.P.
Hercules Plaza 6th Floor
1313 North Market Street
Wilmington, DE 19801

*Via email only:*
Richard F. Schwed, Esq.
Thomas A. McGrath III, Esq.
Shearman & Sterling, L.L.P.
599 Lexington Avnue
New York, NY 10022-6069
Rschwed@shearman.com

*Via efile:*
Peter Moll, Esq.
Howrey L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Via efile:*
John W. Shaw, Esq.
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

_____
Joelle E. Polesky (I.D. No. 3694)