IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC., | ) | |
| | ) | |
| Plaintiff, On Behalf of Itself | ) | |
| and Others Similarly | ) | |
| Situated, | ) | |
| | ) | C.A. No. 05-535-SLR |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Monsanto Controlled Subsidiaries: | ) | |
| | ) | |
| AMERICAN SEEDS INC., | ) | |
| CORN STATES HYBRID, | ) | |
|     SERVICE INC. | ) | |
| ASGROW SEED CO., INC., | ) | |
| HOLDEN FOUNDATION SEEDS, INC., | ) | |
| DEKALB SEEDS, | ) | |
| CALGENE, L.L.C., | ) | |
| CHANNEL BIO CO., | ) | |
| NC+ HYBRIDS, | ) | |
| SEMINIS INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| DARRELL SOUHRADA | ) | |
| | ) | |
| Plaintiff, On Behalf of Itself | ) | |
| and Iowa Citizens Similarly | ) | |
| Situated, | ) | |
| | ) | C.A. No. 05-535-SLR |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

10012265.WPD

| | |
|---|---|
| KENT DUXBURY                              )<br>                                           )<br>    Plaintiff, On Behalf of Itself   )<br>    and Minnesota Citizens           )<br>    Similarly Situated,              )<br>                                           )   C.A. No. 05-535-SLR<br>    v.                                 )<br>                                           )<br>MONSANTO COMPANY,                    )<br>                                           )<br>    Defendant.                         )<br>_____)  | |

## NOTICE OF SERVICE

I certify that on the 20th of March, 2006, copies of this Notice of Service and Plaintiff American Seed Co., Inc.'s Supplemental Objections and Responses to Monsanto's Interrogatories Regarding Class Issues were caused to be served on the following in the manner indicated:

VIA HAND DELIVERY

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

VIA EMAIL

Peter E. Moll
John Rosenthal
Howrey Simon Arnold & White LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004

Richard Schwed (Counsel for Syngenta in Coordinated Matter)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

                                                SMITH, KATZENSTEIN & FURLOW LLP

                                                _____
                                                Joelle E. Polesky (ID No. 3694)
                                                800 Delaware Avenue, 7th Floor
                                                P.O. Box 410
                                                Wilmington, DE 19899 (Courier 19801)
                                                Telephone: 302-652-8400
                                                Facsimile: 302-652-8405
                                                E-mail: jpolesky@skfdelaware.com
Dated: March 20, 2006                          Attorneys for Plaintiffs