## E-Mail Request for Emergency Relief

1. Case Number:        05 -cv- 535   -SLR

2. Check the box that applies:

   XX  Requesting a teleconference with the parties and the court
   ___ Requesting an in-person conference with the parties and the court
   ___ Requesting either of the above listed options at the court's determination

3. BRIEFLY describe the reason for this **emergency** request:
   At the February 21, 2006 discovery conference, the Court requested that each side submit its best case addressing discovery into unrelated class representative litigation. Plaintiffs and defendants each submitted a case the next day. The class representative depositions begin tomorrow, March 21, 2006. Therefore, plaintiffs wish to apprise the Court that the dispute about this issue remains unresolved, and request the Court's guidance.

*Any text added beyond the limits of this space will be disregarded by the court.

4. Name of opposing counsel contacted about this request:  David E. Moore, Esq.

5. Response of opposing counsel to this request:

6. Name of local counsel making this request: Joelle E. Polesky, Esquire

7. Today's Date: March 20, 2006

*********************************************************************************

For court use only:

Both cases cited by the parties support the proposition that the conduct of class representatives in other litigation is an appropriate test of their adequacy. See Randle v. Spectran, 129 F.R.D. 386,392 (D.Mass. 1988); Boro Hall v. Metropolitan Tobacco Co., Inc., 74 F.R.D. 142,144-145 (E.D.N.Y. 1977). Therefore, plaintiffs shall produce documents and respond to questions relating to their participation in other litigation that has occurred during the last five (5) years.

**Opposing Counsel's Response to E-Mail Request for Emergency Relief**

1. Case Number:         05 -cv- 535  -SLR

2. BRIEFLY state your response to the **emergency** request made by opposing counsel:

   Monsanto does not believe an emergency teleconference is necessary. The Court has the issue under advisement. The deposition of named plaintiff, American Seed, is set for tomorrow and Monsanto intends to proceed with that deposition. We do plan to ask questions relating to the facts underlying the pending litigation between Monsanto and American Seed in the Eastern District of Missouri, including the termination of American Seed's license to sell Monsanto products. Monsanto believes such questions are relevant to the issue of American Seed's ability to adequately represent the alleged classes and to potential conflicts between and among alleged class members. The issue can then be briefed in Monsanto's opposition to plaintiff's class motion and decided after full briefing. If a portion of the deposition is later deemed irrelevant, that portion of the transcript can be stricken.

*Any text added to beyond the limits of this space will be disregarded by the court.

3. Name of local counsel submitting this response: David E. Moore

4. Today's Date: March 20, 2006

*********************************************************************************