IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC., | ) | |
| | ) | |
| Plaintiff, On Behalf of Itself | ) | |
| and Others Similarly | ) | |
| Situated, | ) | |
| | ) | C.A. No. 05-535-SLR |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Monsanto Controlled Subsidiaries: | ) | |
| | ) | |
| AMERICAN SEEDS INC., | ) | |
| CORN STATES HYBRID, | ) | |
|   SERVICE INC. | ) | |
| ASGROW SEED CO., INC., | ) | |
| HOLDEN FOUNDATION SEEDS, INC., | ) | |
| DEKALB SEEDS, | ) | |
| CALGENE, L.L.C., | ) | |
| CHANNEL BIO CO., | ) | |
| NC+ HYBRIDS, | ) | |
| SEMINIS INC., | ) | |
| | ) | |
|   Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| DARRELL SOUHRADA, and | ) | |
| DAVE JOHNSON, | ) | |
| | ) | C.A. No. 05-535-SLR |
| Plaintiffs, On Behalf of Themselves | ) | |
| and Iowa Citizens Similarly | ) | |
| Situated, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
|   Defendant. | ) | |

10012339.WPD

| | |
|---|---|
| KENT DUXBURY | ) |
| | ) |
| Plaintiff, On Behalf of Itself and Minnesota Citizens Similarly Situated, | ) ) ) ) |
| | ) C.A. No. 05-535-SLR |
| v. | ) ) |
| MONSANTO COMPANY, | ) ) |
| Defendant. | ) ) |

**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
IN *AMERICAN SEED CO., INC. v. MONSANTO CO.*, C.A. NO. 05-535**

Pursuant to Federal Rule of Civil Procedure 15(a), and for the reasons set forth in plaintiffs' Brief in Support of Motion for Leave to File First Amended Complaint in *American Seed Co., Inc. v. Monsanto Co.*, C.A. No. 05-535, filed contemporaneously with this motion, plaintiffs seeks leave to amend their complaint, in the form attached as Exhibit A, to add an additional class representative, Jerry Ellefson. A "red-line" copy of the proposed amended complaint, indicating changes, is attached as Exhibit B.

SMITH, KATZENSTEIN & FURLOW LLP

Joelle E. Polesky (ID No. 3694)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Facsimile: 302-652-8405
E-mail: jpolesky@skfdelaware.com
Attorneys for Plaintiffs

Dated: March 22, 2006

OF COUNSEL:

KELLOGG, HUBER, HANSEN,
TODD, EVANS & FIGEL P.L.L.C.
Steven F. Benz
Michael S. Zuckman
1615 M St., N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Telecopy: (202) 326-7999

BERRY & LEFTWICH
R. Stephen Berry
J. Daniel Leftwich
Gregory Baruch
1717 Pennsylvania Ave. NW, Suite 450
Washington, DC 20006
Telephone: (202) 296-3020
Telecopy: (202) 296-3038