## LOCAL RULE 7.1.1 CERTIFICATION

Pursuant to Local District Court Civil Rule 7.1.1, on March 14, 2006, Steven F. Benz, counsel to plaintiffs in the instant action, sent a letter to John Rosenthal, counsel for Monsanto, inquiring into whether Monsanto would oppose this motion. On March 21, 2006, Peter Moll, co-counsel for Monsanto, informed Mr. Benz at a deposition in this action that Monsanto would oppose this motion.

SMITH, KATZENSTEIN & FURLOW LLP

_____
Joelle E. Polesky (ID No. 3694)
The Corporate Plaza
800 Delaware Avenue, P.O. Box 410
Wilmington, Delaware 19899
tel: (302) 652-8400
fax: (302) 652-8405
Attorneys for Plaintiffs

Dated: March 22, 2006