## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC., | ) | |
| | ) | |
| Plaintiff, On Behalf of Itself and Others Similarly Situated, | ) ) ) ) | |
| | ) | C.A. No. 05-535-SLR |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Monsanto Controlled Subsidiaries: | ) | |
| | ) | |
| AMERICAN SEEDS INC., | ) | |
| CORN STATES HYBRID, SERVICE INC. | ) ) | |
| ASGROW SEED CO., INC., | ) | |
| HOLDEN FOUNDATION SEEDS, INC., | ) | |
| DEKALB SEEDS, | ) | |
| CALGENE, L.L.C., | ) | |
| CHANNEL BIO CO., | ) | |
| NC+ HYBRIDS, | ) | |
| SEMINIS INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| DARRELL SOUHRADA, and DAVE JOHNSON, | ) ) | |
| | ) | C.A. No. 05-535-SLR |
| Plaintiffs, On Behalf of Themselves and Iowa Citizens Similarly Situated, | ) ) ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

10012339.WPD

| | |
|---|---|
| KENT DUXBURY | ) |
| | ) |
|     Plaintiff, On Behalf of Itself | ) |
|     and Minnesota Citizens | ) |
|     Similarly Situated, | ) |
| | )    C.A. No. 05-535-SLR |
|     v. | ) |
| | ) |
| MONSANTO COMPANY, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**BRIEF IN SUPPORT OF MOTION FOR
LEAVE TO FILE FIRST AMENDED COMPLAINT IN
*AMERICAN SEED CO., INC. v. MONSANTO CO.*, C.A. NO. 05-535**

SMITH, KATZENSTEIN & FURLOW LLP
Joelle E. Polesky (ID No. 3694)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Facsimile: 302-652-8405
E-mail: jpolesky@skfdelaware.com
Attorneys for Plaintiffs

Dated: March 22, 2006

10012339.WPD

# TABLE OF CONTENTS

**Page**

TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ii

NATURE AND STAGE OF PROCEEDING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

STATEMENT OF FACTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

SUMMARY OF ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

       I.     Since There Is No Undue Delay,
             This Motion Should Be Granted . . . . . . . . . . . . . . . . . . . . . . . . . 4

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

10012339.WPD

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Foman v. Davis,*
   371 U.S. 178 (1962) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

*In re Burlington Coat Factory Sec. Litig.,*
   114 F.3d 1410 (3d Cir. 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

**Statutes and Other Authorities**

15 U.S.C. § 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

15 U.S.C. § 15(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

15 U.S.C. § 26 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

FED. R. CIV. P. 15(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 4

## NATURE AND STAGE OF PROCEEDING

This case is an antitrust action arising under Section 2 of the Sherman Act (15 U.S.C. § 2) and Sections 4 and 16 of the Clayton Act (15 U.S.C. §§15(a) and 26). American Seed Co.. Inc. ("American Seed") filed its Complaint on July 26, 2005 (D.I. 1). On July 29, 2005, Plaintiffs Darrell Souhrada and Kent Duxbury moved for leave to file Complaints in Intervention on behalf of Minnesota and Iowa citizens, respectively (D.I. 13). Both motions were granted, and Souhrada and Duxbury filed Complaints in Intervention on November 15, 2005 (D.I. 45 and 46). Defendants answered American Seed's Complaint on August 25, 2005 (D.I. 24), and answered Duxbury's and Souhrada's Complaints in Intervention on November 29, 2005 (D.I. 50 and 51). On January 19, 2006, the Court granted Plaintiffs' unopposed motion to amend the Complaint in Intervention on Behalf of Iowa Citizens to add Plaintiff Dave Johnson as an additional class representative (*see* 1/19/2006 docket entry and D.I. 61).

Pursuant to the Court's Scheduling Order (D.I. 56), the parties are currently taking discovery on matters related to class certification. Class discovery is scheduled to conclude on April 12, 2006, and Plaintiffs' motion for class certification is due on April 14, 2006. Defendants' response is due sixty days thereafter.

## STATEMENT OF FACTS

The motion seeks leave of the Court to amend the Complaint to add an additional proposed Class representative, Jerry Ellefson, to assist in the prosecution of the claims. The Complaint alleges that Monsanto and Monsanto Controlled Subsidiaries (hereinafter "Monsanto") have unlawfully maintained monopolies in the four relevant product markets set out in the Complaint using exclusive dealing and "bundling" agreements. Mr. Ellefson has purchased corn seed directly from Monsanto, and, for the reasons set forth in Plaintiffs' proposed Amended Complaint, is an adequate representative of the classes. (*See* Proposed First Amended Complaint ¶¶ 9, 53-75 (attached as Exhibit A to Motion for Leave to File First Amended Complaint)).

10012339.WPD

## SUMMARY OF ARGUMENT

Under FED. R. CIV. P. 15(a), leave to amend shall be freely granted. The prosecution of Class claims is still in discovery, with the motion in support of class certification not due to be filed until April 14, 2006, and class discovery open until April 12, 2006. Mr. Ellefson will be available for deposition prior to the close of class discovery, and Defendants will not be prejudiced if the motion is granted.

## ARGUMENT

**I.     Since There Is No Undue Delay, This Motion Should Be Granted**

Under Fed. R. Civ. P. 15(a) leave to amend a pleading "shall be freely given when justice so requires." The Supreme Court has emphasized that "this mandate is to be heeded." *Foman v. Davis*, 371 U.S. 178, 182 (1962). "Among the grounds that could justify a denial of leave to amend are undue delay, bad faith, dilatory motive, prejudice, and futility," none of which are present here. *In re Burlington Coat Factory Sec. Litig.*, 114 F.3d 1410, 1434 (3d Cir. 1997).

The initial complaint was filed on July 26, 2005, and the motion in support of class certification in this and related actions is not due until April 14, 2006. Discovery on matters related to class certification is scheduled to conclude on April 12, 2006. The parties have only recently begun conducting depositions relating to class issues. Mr. Ellefson is prepared to respond fully to Monsanto's Interrogatories and Requests for the Production of Documents by April 7, 2006, and is prepared to make himself available for deposition during the second week of April, or at any later date that Monsanto may prefer.

Since Monsanto will receive full discovery from Mr. Ellefson, Defendants will not suffer any prejudice as a result of this motion. While Plaintiffs' motion for class certification is due on April 14, 2006, Monsanto's response is not due until sixty days thereafter. As a result, the addition of Mr. Ellefson as an additional class representative will not in any way impact Monsanto's ability to prepare its opposition to Plaintiffs' motion for class certification.

10012339.WPD                                          4

## CONCLUSION

For the reasons set forth above, plaintiffs request that the Court grant their motion for leave to file a first amended complaint in *American Seed Co., Inc. v. Monsanto Co.,* C.A. No. 05-535.

Dated: March 22, 2006

SMITH, KATZENSTEIN & FURLOW LLP

_____
Joelle E. Polesky (ID No. 3694)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Facsimile: 302-652-8405
E-mail: jpolesky@skfdelaware.com
Attorneys for Plaintiffs

Of Counsel:

KELLOGG, HUBER, HANSEN,
TODD, EVANS & FIGEL P.L.L.C.
Steven F. Benz
Michael S. Zuckman
1615 M St., N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

BERRY & LEFTWICH
R. Stephen Berry
J. Daniel Leftwich
Gregory Baruch
1717 Pennsylvania Ave. NW, Suite 450
Washington, DC 20006
Telephone: (202) 296-3020
Facsimile:  (202) 296-3038

10012339.WPD

5