# CERTIFICATE OF SERVICE

I certify that this 22nd day of March, 2006, copies of the foregoing Motion for Leave to File First Amended Complaint in *American Seed Co., Inc. v. Monsanto Co.*, C.A. No. 05-535, Brief in Support of Motion for Leave to File First Amended Complaint in *American Seed Co., Inc. v. Monsanto Co.*, C.A. No. 05-535, and Local Rule 7.1.1 Certification were caused to be served on the following by efiling:

        Richard L. Horwitz
        Potter Anderson & Corroon LLP
        Hercules Plaza 6th Floor
        1313 N. Market Street
        Wilmington, DE 19801

        Peter E. Moll
        Howrey LLP
        1299 Pennsylvania Ave. N.W.
        Washington, D.C. 20004

_____
Joelle E. Polesky (I.D. No. 3694)