**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMERICAN SEED COMPANY, INC., ) | |
| Individually and on behalf of all others ) | |
| similarly situated, ) | |
| ) | C.A. No. 05-535-SLR |
| Plaintiffs, ) | |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| MONSANTO COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |
| DARRELL SOUHRADA, and ) | |
| DAVE JOHNSON ) | |
| ) | |
| Plaintiff, On Behalf Themselves ) | |
| and Iowa Citizens Similarly ) | |
| Situated, ) | |
| ) | C.A. No. 05-535-SLR |
| v. ) | |
| ) | |
| MONSANTO COMPANY ) | |
| ) | |
| Defendant. ) | |
| KENT DUXBURY ) | |
| ) | |
| Plaintiff, On Behalf Itself ) | |
| and Minnesota Citizens ) | |
| Similarly Situated, ) | |
| ) | |
| v. ) | C.A. No. 05-535-SLR |
| ) | |
| MONSANTO COMPANY ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF DEPOSITION OF DARRELL SOUHRADA**

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for Defendants, MONSANTO COMPANY, ET AL., will take the deposition upon oral examination of Darrell Souhrada. The deposition will proceed

on March 29, 2006, at 9:00 a.m., at the law offices of Stock and Leader in Susquehanna Commerce Center, Suite E600, 221 West Philadelphia Street, York, PA 17401. The deposition will be taken by stenographic means and will be videotaped. You are invited to attend and cross-examine.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON, LLP |
| Peter E. Moll<br>John J. Rosenthal<br>HOWREY LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC  20004<br>(202) 783-0800 | By: */s/ David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    P. O. Box 951<br>    Wilmington, DE 19801<br>    (302) 984-6000<br>    rhorwitz@potteranderson.com |
| Kenneth A. Letzler<br>Jonathan I. Gleklen<br>ARNOLD & PORTER LLP<br>555 12th Street, N.W.<br>Washington, D.C. 20004<br>(202) 942-5000 | dmoore@potteranderson.com<br><br>*Attorneys for Monsanto Company,*<br>*American Seed, Inc., Corn States Hybrid*<br>*Service, Inc., Asgrow Seed Co., Inc., Holden*<br>*Foundation Seeds, Inc., Dekalb Seeds,* |
| Dated:  March 23, 2006 | *Calgene, L.L.C., Channel Bio Co., Nc+*<br>*Hybrids and Semins, Inc.* |

725063

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on March 23, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Joelle E. Polesky, Esq. | John W. Shaw, Esq. |
| Smith, Katzenstein & Furlow LLP | Young Conaway Stargatt & Taylor, L.L.P. |
| 800 Delaware Avenue, 7th Floor | The Brandywine Building |
| P.O. Box 410 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |

I hereby certify that on March 23, 2006, I have sent by Electronically Mailed the foregoing document to the following non-registered participants:

| | |
|---|---|
| Steven F. Benz, Esq. | R. Stephen Berry, Esq. |
| Michael S. Zuckman, Esq. | J. Daniel Leftwich, Esq. |
| Kellogg, Huber, Hansen, Todd, | Gregory Baruch, Esq. |
|     Evans & Figel P.L.L.C | Berry & Leftwich |
| 1615 M Street, NW | 1717 Pennsylvania Ave., NW |
| Suite 400 | Washington, DC 20006 |
| Washington, DC 20036 | sberry@berry-leftwich.com |
| sbenz@khhte.com | dleftwich@berry-leftwich.com |
| | gbaruch@berry-leftwich.com |
| | |
| Charles A. Bird, Esq. | Richard F. Schwed, Esq. |
| Jeremy R. Stevens, Esq. | Thomas A. McGrath III, Esq. |
| Bird, Jacobsen & Stevens | Shearman & Sterling LLP |
| 300 Third Ave. S.E. | 599 Lexington Avenue |
| Rochester, MN 55904 | New York, NY 10022-6069 |
| charles@birdjacobsen.com | rschwed@shearman.com |
| jeremy@birdjacobsen.com | |

696607

        */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

696607