# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC., | ) | |
| | ) | |
| Plaintiff, On Behalf of Itself and Others Similarly Situated, | ) ) ) ) | |
| | ) | C.A. No. 05-535-SLR |
| v. | ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Monsanto Controlled Subsidiaries: | ) ) | |
| AMERICAN SEEDS INC., CORN STATES HYBRID,    SERVICE INC. ASGROW SEED CO., INC., HOLDEN FOUNDATION SEEDS, INC., DEKALB SEEDS, CALGENE, L.L.C., CHANNEL BIO CO., NC+ HYBRIDS, SEMINIS INC., | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| DARRELL SOUHRADA, and DAVE JOHNSON, | ) ) ) | |
| Plaintiffs, On Behalf of Themselves and Iowa Citizens Similarly Situated, | ) ) ) ) | |
| | ) | C.A. No. 05-535-SLR |
| v. | ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Defendant. | ) | |

10012484.WPD

| | |
|---|---|
| KENT DUXBURY )<br>)<br>Plaintiff, On Behalf of Itself )<br>and Minnesota Citizens )<br>Similarly Situated, )<br>)<br>v. )<br>)<br>MONSANTO COMPANY, )<br>)<br>Defendant. )<br>) | C.A. No. 05-535-SLR |

## NOTICE OF SERVICE

I certify that on the 24th of March, 2006, copies of this Notice of Service and Plaintiff Darrell Souhrada's Supplemental Objections and Responses to Monsanto's Interrogatories Regarding Class Issues were caused to be served on the following in the manner indicated:

<u>VIA HAND DELIVERY</u>

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

SMITH, KATZENSTEIN & FURLOW LLP

*/s/ Joelle E. Polesky*

Joelle E. Polesky (ID No. 3694)
Robert K. Beste, III (ID No. 3931)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Facsimile: 302-652-8405
E-mail: jpolesky@skfdelaware.com
Attorneys for Plaintiffs

Dated: March 24, 2006

10012484.WPD

3