IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SEED CO. INC.,                                )<br>                                                                      )<br>    Plaintiff, On Behalf of Itself                       )<br>    and Others Similarly                                  )<br>    Situated,                                                    )<br>                                                                      )<br>            v.                                                     )<br>                                                                      )<br>MONSANTO COMPANY,                             )<br>                                                                      )<br>Monsanto Controlled Subsidiaries:               )<br>                                                                      )<br>AMERICAN SEEDS INC.,                            )<br>CORN STATES HYBRID,                             )<br>    SERVICE INC.                                             )<br>ASGROW SEED CO., INC.,                           )<br>HOLDEN FOUNDATION SEEDS, INC.,     )<br>DEKALB SEEDS,                                          )<br>CALGENE, L.L.C.,                                        )<br>CHANNEL BIO CO.,                                     )<br>NC+ HYBRIDS,                                             )<br>SEMINIS INC.,                                              )<br>                                                                      )<br>    Defendants.                                              )<br>                                                                      ) | C.A. No. 05-535-SLR |
| DARRELL SOUHRADA, and                        )<br>DAVE JOHNSON,                                        )<br>                                                                      )<br>    Plaintiffs, On Behalf of Themselves     )<br>    and Iowa Citizens Similarly                    )<br>    Situated,                                                    )<br>                                                                      )<br>            v.                                                     )<br>                                                                      )<br>MONSANTO COMPANY,                             )<br>                                                                      )<br>    Defendant.                                                ) | C.A. No. 05-535-SLR |

10012489.WPD

| | |
|---|---|
| KENT DUXBURY                                )<br>                                                           )<br>      Plaintiff, On Behalf of Itself       )<br>      and Minnesota Citizens             )<br>      Similarly Situated,                       )<br>                                                           )   C.A. No. 05-535-SLR<br>      v.                                                 )<br>                                                           )<br>MONSANTO COMPANY,                )<br>                                                           )<br>      Defendant.                                  )<br>                                                           ) | |

## NOTICE OF SERVICE

I certify that on the 24th of March, 2006, copies of this Notice of Service and Plaintiff Dave Johnson's Supplemental Objections and Responses to Monsanto's Interrogatories Regarding Class Issues were caused to be served on the following in the manner indicated:

<u>VIA HAND DELIVERY</u>

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

                                        SMITH, KATZENSTEIN & FURLOW LLP

                                        _/s/_____

                                        Joelle E. Polesky (ID No. 3694)
                                        Robert K. Beste, III (ID No. 3931)
                                        800 Delaware Avenue, 7th Floor
                                        P.O. Box 410
                                        Wilmington, DE 19899 (Courier 19801)
                                        Telephone: 302-652-8400
                                        Facsimile: 302-652-8405
                                        E-mail: jpolesky@skfdelaware.com

March 24, 2006                        Attorneys for Plaintiffs