IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SEED COMPANY, INC., Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>MONSANTO COMPANY, et al.,<br><br>    Defendants. | C.A. No. 05-535-SLR<br><br>**JURY TRIAL DEMANDED** |
| DARRELL SOUHRADA<br><br>    Plaintiff, On Behalf Itself and Iowa Citizens Similarly Situated,<br><br>    v.<br><br>MONSANTO COMPANY<br><br>    Defendant. | C.A. No. 05-535-SLR |
| KENT DUXBURY<br><br>    Plaintiff, On Behalf Itself and Minnesota Citizens Similarly Situated,<br><br>    v.<br><br>MONSANTO COMPANY<br><br>    Defendant. | C.A. No. 05-535-SLR |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of John H. Bogart; Arturo DeCastro; Nicole Devero; William


DeVinney; Vanessa H. Forsythe; Adam Hudes; Andreas Stargard and Sean P. Beaty of Howrey LLP, 1299 Pennsylvania Avenue, N.W., Washington, D.C. 20004 to represent Monsanto Company, American Seed, Inc., Corn States Hybrid Service, Inc., Asgrow Seed Co., Inc., Holden Foundation Seeds, Inc., Dekalb Seeds, Calgene, L.L.C., Channel Bio Co., Nc+ Hybrids and Semins, Inc., in this matter.

POTTER ANDERSON & CORROON, LLP

By: /s David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Monsanto Company, American Seed, Inc., Corn States Hybrid Service, Inc., Asgrow Seed Co., Inc., Holden Foundation Seeds, Inc., Dekalb Seeds, Calgene, L.L.C., Channel Bio Co., Nc+ Hybrids and Semins, Inc.*

Dated: April 4, 2006
724008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____      _____
                         United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Utah and California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

[✓] has been paid to the Clerk of the Court

[ ] will be submitted to the Clerk's Office upon the filing of this motion

Date: March 21, 2006     Signed:   */s/ John H. Bogart*
John H. Bogart
HOWREY LLP
1299 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☑ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: March 21, 2006    Signed: */s/ Arturo DeCastro*
Arturo DeCastro
HOWREY LLP
1299 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☑ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: March 21, 2006    Signed:    /s/ Nicole Devero
                                    Nicole Devero
                                    HOWREY LLP
                                    1299 Pennsylvania Avenue N.W.
                                    Washington, D.C. 20004
                                    Telephone: (202) 783-0800

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☑ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: March 21, 2006   Signed: */s/ William DeVinney*
William DeVinney
HOWREY LLP
1299 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maryland and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☑ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: March 21, 2006      Signed: */s/ Vanessa H. Forsythe*
Vanessa H. Forsythe
HOWREY LLP
1299 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☑ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date:   March 20, 2006        Signed:   */s/ Adam Hudes*
                                        Adam Hudes
                                        HOWREY LLP
                                        1299 Pennsylvania Avenue N.W.
                                        Washington, D.C. 20004
                                        Telephone: (202) 783-0800

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☑ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: March 21, 2006     Signed:     */s/ Andreas Stargard*
                                      Andreas Stargard
                                      HOWREY LLP
                                      1299 Pennsylvania Avenue N.W.
                                      Washington, D.C. 20004
                                      Telephone: (202) 783-0800

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Virginia and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☑ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: March 20, 2006        Signed:    /s/ Sean P. Beaty
                                       Sean P. Beaty
                                       HOWREY LLP
                                       1299 Pennsylvania Avenue N.W.
                                       Washington, D.C. 20004
                                       Telephone: (202) 783-0800

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 4, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Joelle E. Polesky<br>Smith, Katzenstein & Furlow LLP<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899 | John W. Shaw<br>Young Conaway Stargatt & Taylor, L.L.P.<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 |

I hereby certify that on April 4, 2006, I have sent by Electronically Mailed the foregoing document to the following non-registered participants:

| | |
|---|---|
| Steven F. Benz<br>Michael S. Zuckman<br>Kellogg, Huber, Hansen, Todd,<br>    Evans & Figel P.L.L.C<br>1615 M Street, NW<br>Suite 400<br>Washington, DC 20036<br>sbenz@khhte.com | R. Stephen Berry<br>J. Daniel Leftwich<br>Gregory Baruch<br>Berry & Leftwich<br>1717 Pennsylvania Ave., NW<br>Washington, DC 20006<br>sberry@berry-leftwich.com<br>dleftwich@berry-leftwich.com<br>gbaruch@berry-leftwich.com |
| Charles A. Bird<br>Jeremy R. Stevens<br>Bird, Jacobsen & Stevens<br>300 Third Ave. S.E.<br>Rochester, MN 55904<br>charles@birdjacobsen.com<br>jeremy@birdjacobsen.com | Richard F. Schwed<br>Thomas A. McGrath III<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>rschwed@shearman.com |

696607

/s/ *David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

696607