**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AMERICAN SEED COMPANY, INC., Individually and on behalf of all others similarly situated, | ) ) ) ) | |
| | ) | C.A. No. 05-535-SLR |
| Plaintiffs, | ) ) | |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| MONSANTO COMPANY, et al., | ) ) ) | |
| Defendants. | ) ) | |
| DARRELL SOUHRADA | ) ) | |
| Plaintiff, On Behalf Itself and Iowa Citizens Similarly Situated, | ) ) ) ) ) | |
| v. | ) ) | C.A. No. 05-535-SLR |
| MONSANTO COMPANY | ) ) ) | |
| Defendant. | ) ) | |
| KENT DUXBURY | ) ) | |
| Plaintiff, On Behalf Itself and Minnesota Citizens Similarly Situated, | ) ) ) ) ) | |
| v. | ) ) | C.A. No. 05-535-SLR |
| MONSANTO COMPANY | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Monsanto Company, hereby certifies that true and correct copies of Monsanto's Objections to Notice of Rule 30(b)(6) Deposition Relating to

Biotechnological Corn Seed and Roundup Ready Soybean Seed Markets were caused to be served on April 4, 2006 on the attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Joelle E. Polesky
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**VIA ELECTRONIC MAIL**

Steven F. Benz
Michael S. Zuckman
Kellogg, Huber, Hansen, Todd,
     Evans & Figel P.L.L.C
1615 M Street, NW
Suite 400
Washington, DC  20036
sbenz@khhte.com

R. Stephen Berry
J. Daniel Leftwich
Gregory Baruch
Berry & Leftwich
1717 Pennsylvania Ave., NW
Washington, DC  20006
sberry@berry-leftwich.com
dleftwich@berry-leftwich.com
gbaruch@berry-leftwich.com

Charles A. Bird
Jeremy R. Stevens
Bird, Jacobsen & Stevens
300 Third Ave. S.E.
Rochester, MN  55904
charles@birdjacobsen.com
jeremy@birdjacobsen.com

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022-6069
rschwed@shearman.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Peter E. Moll<br>John J. Rosenthal<br>HOWREY LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br>(202) 783-0800 | By: */s/ David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Telephone (302) 984-6000<br>    rhorwitz@potteranderson.com |
| Kenneth A. Letzler<br>Jonathan I. Gleklen<br>ARNOLD & PORTER LLP<br>555 12th Street, N.W.<br>Washington, D.C. 20004<br>(202) 942-5000 | dmoore@potteranderson.com<br><br>*Attorneys for Monsanto Company* |

Dated: April 4, 2006

726569

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on April 4, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Joelle E. Polesky | John W. Shaw |
| Smith, Katzenstein & Furlow LLP | Young Conaway Stargatt & Taylor, L.L.P. |
| 800 Delaware Avenue, 7th Floor | The Brandywine Building |
| P.O. Box 410 | 1000 West Street, 17th Floor |
| Wilmington, DE  19899 | Wilmington, DE  19801 |

I hereby certify that on April 4, 2006, I have sent by Electronically Mailed the foregoing document to the following non-registered participants:

| | |
|---|---|
| Steven F. Benz | R. Stephen Berry |
| Michael S. Zuckman | J. Daniel Leftwich |
| Kellogg, Huber, Hansen, Todd, | Gregory Baruch |
|     Evans & Figel P.L.L.C | Berry & Leftwich |
| 1615 M Street, NW | 1717 Pennsylvania Ave., NW |
| Suite 400 | Washington, DC  20006 |
| Washington, DC  20036 | sberry@berry-leftwich.com |
| sbenz@khhte.com | dleftwich@berry-leftwich.com |
| | gbaruch@berry-leftwich.com |
| | |
| Charles A. Bird | Richard F. Schwed |
| Jeremy R. Stevens | Thomas A. McGrath III |
| Bird, Jacobsen & Stevens | Shearman & Sterling LLP |
| 300 Third Ave. S.E. | 599 Lexington Avenue |
| Rochester, MN  55904 | New York, NY  10022-6069 |
| charles@birdjacobsen.com | rschwed@shearman.com |
| jeremy@birdjacobsen.com | |

/s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

696607