# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SEED CO. INC., ) <br> ) <br> Plaintiff, On Behalf of Itself ) <br> and Others Similarly ) <br> Situated, ) <br> ) <br> v. ) <br> ) <br> MONSANTO COMPANY, ) <br> ) <br> Monsanto Controlled Subsidiaries: ) <br> ) <br> AMERICAN SEEDS INC., ) <br> CORN STATES HYBRID, ) <br>   SERVICE INC. ) <br> ASGROW SEED CO., INC., ) <br> HOLDEN FOUNDATION SEEDS, INC., ) <br> DEKALB SEEDS, ) <br> CALGENE, L.L.C., ) <br> CHANNEL BIO CO., ) <br> NC+ HYBRIDS, ) <br> SEMINIS INC., ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 05-535-SLR |
| DARRELL SOUHRADA, and ) <br> DAVE JOHNSON, ) <br> ) <br> Plaintiffs, On Behalf of Themselves ) <br> and Iowa Citizens Similarly ) <br> Situated, ) <br> ) <br> v. ) <br> ) <br> MONSANTO COMPANY, ) <br> ) <br> Defendant. ) | C.A. No. 05-535-SLR |

10013051.WPD

| | |
|---|---|
| KENT DUXBURY )<br>)<br>Plaintiff, On Behalf of Itself )<br>and Minnesota Citizens )<br>Similarly Situated, )<br>)     C.A. No. 05-535-SLR<br>v. )<br>)<br>MONSANTO COMPANY, )<br>)<br>Defendant. )<br>) | |

## NOTICE OF SERVICE

I certify that on the 7th day of April 2006, copies of this Notice of Service and Plaintiff Jerry Ellefson's Objections and Responses to Monsanto's Interrogatories Regarding Class Issues and Plaintiff Jerry Ellefson's Objections and Responses to Monsanto's Request for Production of Documents and Things to Each Plaintiff Regarding Class Issues were caused to be served on the following in the manner indicated:

VIA U.S. MAIL

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

[*Signature follows on page 3*]

10013051.WPD          2

<table>
<tr><td>April 7, 2006</td><td>SMITH, KATZENSTEIN & FURLOW LLP<br><br>_____<br>Joelle E. Polesky (ID No. 3694)<br>Robert K. Beste, III (ID No. 3931)<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899 (Courier 19801)<br>Telephone: 302-652-8400<br>Facsimile: 302-652-8405<br>E-mail: jpolesky@skfdelaware.com<br>Attorneys for Plaintiffs</td></tr>
</table>