## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC., | ) | |
| | ) | |
|     Plaintiff, On Behalf of Itself | ) | |
|     and Others Similarly | ) | |
|     Situated, | ) | |
| | ) | C.A. No. 05-535-SLR |
|     v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Monsanto Controlled Subsidiaries: | ) | |
| | ) | |
| AMERICAN SEEDS INC., | ) | |
| CORN STATES HYBRID, | ) | |
|   SERVICE INC. | ) | |
| ASGROW SEED CO., INC., | ) | |
| HOLDEN FOUNDATION SEEDS, INC., | ) | |
| DEKALB SEEDS, | ) | |
| CALGENE, L.L.C., | ) | |
| CHANNEL BIO CO., | ) | |
| NC+ HYBRIDS, | ) | |
| SEMINIS INC., | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |
| DARRELL SOUHRADA, and | ) | |
| DAVE JOHNSON, | ) | |
| | ) | |
|     Plaintiffs, On Behalf of Themselves | ) | |
|     and Iowa Citizens Similarly | ) | |
|     Situated, | ) | |
| | ) | C.A. No. 05-535-SLR |
|     v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
|     Defendant. | ) | |

10012973.WPD

| | |
|---|---|
| KENT DUXBURY, )<br>)<br>Plaintiff, On Behalf of Itself )<br>and Minnesota Citizens )<br>Similarly Situated, )<br>)<br>v. )<br>)<br>MONSANTO COMPANY, )<br>)<br>Defendant. )<br>) | C.A. No. 05-535-SLR |

**STIPULATION FOR EXTENSION OF TIME**

WHEREAS, Plaintiffs' opening brief in support of its motion for class certification is due on April 14, 2006;

WHEREAS, Plaintiffs' brief will include material designated as "confidential" in accordance with the terms of Stipulated Amended Protective Order ("Protective Order") (D.I. 65);

WHEREAS, Plaintiffs intend to file their brief under seal in accordance with the terms of the Protective Order and of the rules of this Court;

NOW THEREFORE, IT IS STIPULATED by and between the parties, subject to the approval of the Court, as follows:

1. Plaintiffs are granted an extension of time until April 17, 2006 to serve and file their opening brief in accordance with the rules of this Court.

2. Plaintiffs will cause to be hand delivered on April 14, 2006, a courtesy

10012973.WPD                                    2

copy of an unredacted version of their opening brief on defendants' counsel in Washington D.C., John J. Rosenthal, Esquire, Howrey LLP, 1299 Pennsylvania Avenue, Washington D.C. 20004.

| SMITH, KATZENSTEIN & FURLOW LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Joelle E. Polesky | /s/ David E. Moore |
| Joelle E. Polesky (ID #3694) | Richard L. Horwitz (ID #2246) |
| 800 Delaware Avenue, 7th Floor | David E. Moore (ID #3983) |
| P. O. Box 410 | 1313 N. Market Street |
| Wilmington, DE 19899-0410 | P.O. Box 951 |
| tel: (302) 652-8400 | Wilmington, DE 19899-951 |
| fax: (302) 652-8405 | tel: (302) 984-6027 |
| jpolesky@skfdelaware.com | fax: (302) 658-1192 |
| Attorneys for Plaintiffs | dmoore@potteranderson.com |
| | Attorneys for Defendants |

It is SO ORDERED this _____ day of _____, 2006.

_____
J.