IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC., | ) | |
| | ) | |
| Plaintiff, On Behalf of Itself | ) | |
| and Others Similarly | ) | |
| Situated, | ) | |
| | ) | C.A. No. 05-535-SLR |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Monsanto Controlled Subsidiaries: | ) | |
| | ) | |
| AMERICAN SEEDS INC., | ) | |
| CORN STATES HYBRID, | ) | |
|   SERVICE INC. | ) | |
| ASGROW SEED CO., INC., | ) | |
| HOLDEN FOUNDATION SEEDS, INC., | ) | |
| DEKALB SEEDS, | ) | |
| CALGENE, L.L.C., | ) | |
| CHANNEL BIO CO., | ) | |
| NC+ HYBRIDS, | ) | |
| SEMINIS INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| DARRELL SOUHRADA, and | ) | |
| DAVE JOHNSON, | ) | |
| | ) | |
| Plaintiffs, On Behalf of Themselves | ) | |
| and Iowa Citizens Similarly | ) | |
| Situated, | ) | |
| | ) | C.A. No. 05-535-SLR |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

10013229.WPD

| | |
|---|---|
| KENT DUXBURY,                                    ) | |
|                                         ) | |

KENT DUXBURY, )
)
    Plaintiff, On Behalf of Itself )
    and Minnesota Citizens )
    Similarly Situated, )
) C.A. No. 05-535-SLR
v. )
)
MONSANTO COMPANY, )
)
    Defendant. )
)

## NOTICE OF SERVICE

I certify that on the 12th of April, 2006, copies of this Notice of Service and Plaintiff Darrell Souhrada's Supplemental Objections and Responses to Monsanto's Interrogatories Regarding Class Issues were caused to be served on the following in the manner indicated:

| VIA HAND DELIVERY | VIA EMAIL |
|---|---|
| Richard L. Horwitz | John Rosenthal |
| Potter Anderson & Corroon LLP | Howrey LLP |
| Hercules Plaza, 6th Floor | 1299 Pennsylvania Ave. N.W. |
| 1313 N. Market Street | Washington, D.C. 20004 |
| Wilmington, DE 19801 | Email: RosenthalJ@howrey.com |

SMITH, KATZENSTEIN & FURLOW LLP

_/s/ Joelle E. Polesky_

Joelle E. Polesky (ID No. 3694)
Robert K. Beste, III (ID No. 3931)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Facsimile: 302-652-8405
E-mail: jpolesky@skfdelaware.com
Attorneys for Plaintiffs

DATED: April 12, 2006

10013229.WPD                                           2