IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC., | ) | |
| | ) | |
| Plaintiff, On Behalf of Itself and Others Similarly Situated, | ) ) ) ) | |
| | ) | C.A. No. 05-535-SLR |
| v. | ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Monsanto Controlled Subsidiaries: | ) ) | |
| AMERICAN SEEDS INC., CORN STATES HYBRID, SERVICE INC. ASGROW SEED CO., INC., HOLDEN FOUNDATION SEEDS, INC., DEKALB SEEDS, CALGENE, L.L.C., CHANNEL BIO CO., NC+ HYBRIDS, SEMINIS INC., | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| DARRELL SOUHRADA, and DAVE JOHNSON, | ) ) ) | |
| Plaintiffs, On Behalf of Themselves and Iowa Citizens Similarly Situated, | ) ) ) ) | |
| | ) | C.A. No. 05-535-SLR |
| v. | ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Defendant. | ) ) | |

| | |
|---|---|
| KENT DUXBURY,<br><br>    Plaintiff, On Behalf of Itself<br>    and Minnesota Citizens<br>    Similarly Situated,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-535-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Pursuant to Fed. R. Civ. P. 23(b)(3), and for the reasons set forth in Plaintiffs' Brief in Support of Motion for Class Certification, filed contemporaneously with this Motion, Plaintiffs seek an order granting class certification to the following classes:

**National Direct Purchaser Classes (Plaintiff American Seed Company, Inc., and Proposed Intervenor Plaintiff Jerry Ellefson):**

    1.    A class of persons directly purchasing corn seed from Monsanto Company (including its controlled seed companies) which is tolerant of glyphosate herbicide between July 26, 2001 and the present, excluding citizens of the States of Iowa and Minnesota, persons affiliated with Monsanto, and governmental entities.

    2.    A class of persons directly purchasing corn seed resistant to European Corn Borer from the Monsanto Company (including its controlled seed companies) between July 26, 2001 and the present, excluding citizens of the States of Iowa and Minnesota, persons affiliated with Monsanto, and governmental entities.

2

3.A class of persons directly purchasing corn seed resistant to rootworm from the Monsanto Company (including its controlled seed companies) between July 26, 2001 and the present, excluding citizens of the States of Iowa and Minnesota, persons affiliated with Monsanto, and governmental entities.

4.A class of persons directly purchasing corn seed from Monsanto Company (including its controlled seed companies) between July 26, 2001 and the present, excluding citizens of the States of Iowa and Minnesota, persons affiliated with Monsanto, and governmental entities.

**Iowa Classes (Intervenor Plaintiffs Darrell Souhrada and Dave Johnson):**

1.A class of persons who are citizens of Iowa and who have purchased, from Monsanto Company (including its named controlled seed companies) or its independent distributors, corn seed which is tolerant of glyphosate herbicide between July 29, 2001 and the present, excluding persons affiliated with Monsanto and governmental entities.

2.A class of persons who are citizens of Iowa and who have purchased, from Monsanto Company (including its named controlled seed companies) or its independent distributors, corn seed resistant to European Corn Borer between July 29, 2001 and the present, excluding persons affiliated with Monsanto and governmental entities.

3.A class of persons who are citizens of Iowa and who have purchased, from Monsanto Company (including its named controlled seed companies) or its independent

3

distributors, corn seed resistant to rootworm between July 29, 2001 and the present, excluding persons affiliated with Monsanto and governmental entities.

4. A class of persons who are citizens of Iowa and who have purchased, from Monsanto Company (including its named controlled seed companies) or its independent distributors, corn seed with two or more of the Monsanto glyphosate-tolerant, European Corn Borer-resistant, or rootworm-resistant traits between July 29, 2001 and the present, excluding persons affiliated with Monsanto and governmental entities.

These classes do not include persons who purchased Monsanto seed solely for resale.

**Minnesota Classes (Intervenor Plaintiff Kent Duxbury):**

1. A class of persons who are citizens of Minnesota and who have purchased, from Monsanto Company (including its named controlled seed companies) or its independent distributors, corn seed which is tolerant of glyphosate herbicide between July 29, 2001 and the present, excluding persons affiliated with Monsanto and governmental entities.

2. A class of persons who are citizens of Minnesota and who have purchased, from Monsanto Company (including its named controlled seed companies) or its independent distributors, corn seed resistant to European Corn Borer between July 29, 2001 and the present, excluding persons affiliated with Monsanto and governmental entities.

3. A class of persons who are citizens of Minnesota and who have purchased, from Monsanto Company (including its named controlled seed companies) or its independent

distributors, corn seed resistant to rootworm between July 29, 2001 and the present, excluding persons affiliated with Monsanto and governmental entities.

    4.    A class of persons who are citizens of Minnesota and who have purchased, from Monsanto Company (including its named controlled seed companies) or its independent distributors, corn seed with two or more of the Monsanto glyphosate-tolerant, European Corn Borer-resistant, or rootworm-resistant traits between July 29, 2001 and the present, excluding persons affiliated with Monsanto and governmental entities.

These classes do not include persons who purchased Monsanto seed solely for resale.

Plaintiffs also request that the Court appoint the undersigned counsel as class counsel for all classes pursuant to Fed. R. Civ. P. 23(g).

Dated: April 17, 2006

SMITH, KATZENSTEIN & FURLOW LLP

Joelle E. Polesky (ID No. 3694)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
E-mail: jpolesky@skfdelaware.com
Attorneys for Plaintiffs

OF COUNSEL
(for all Plaintiffs and proposed Classes):

KELLOGG, HUBER, HANSEN,
TODD, EVANS & FIGEL P.L.L.C.
Steven F. Benz
Ronald S. Lord
Michael J. Fischer
Michael S. Zuckman
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

BERRY & LEFTWICH
R. Stephen Berry
J. Daniel Leftwich
Gregory Baruch
1717 Pennsylvania Ave., N.W., Suite 450
Washington, D.C. 20006
Telephone: (202) 296-3020
Facsimile: (202) 296-3038

OF COUNSEL
(for Darrell Souhrada, Dave Johnson,
Kent Duxbury, and the proposed
Iowa and Minnesota Classes):

BIRD, JACOBSEN & STEVENS
Charles Bird
Van Jacobsen
Jeremy R. Stevens
300 Third Avenue SE
305 Ironwood Square
Rochester, MN 55904
Telephone: (507) 282-1503
Facsimile: (507) 282-7736

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of April 2006, two copies of the foregoing **PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** were caused to be served via hand delivery on the following:

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

_____
Joelle E. Polesky (I.D. No. 3694)

10013326.WPD