IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC. | ) | |
| | ) | |
| Plaintiff, On Behalf Of Itself | ) | |
| and Others Similarly | ) | |
| Situated, | ) | |
| | ) | C.A. NO. 05-535 |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY, et al. | ) | |
| | ) | |

| | | |
|---|---|---|
| DARRELL SOUHRADA and | ) | |
| DAVE JOHNSON, | ) | |
| | ) | |
| Plaintiffs, On Behalf of Themselves | ) | |
| and Iowa Citizens Similarly | ) | |
| Situated, | ) | C.A. NO. 05-535 |
| | ) | |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY | ) | |
| | ) | |
| Defendant | ) | |

| | | |
|---|---|---|
| KENT DUXBURY | ) | |
| | ) | |
| Plaintiff, On Behalf of Himself | ) | |
| and Minnesota Citizens | ) | |
| Similarly Situated, | ) | C.A. NO. 05-535 |
| | ) | |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY | ) | |
| | ) | |
| Defendant | ) | |

**DECLARATION OF STEVEN F. BENZ
IN SUPPORT OF CLASS CERTIFICATION**

Steven F. Benz declares and states as follows:

1. I am over eighteen years of age and have personal knowledge of the matters contained herein.

2. I am a partner at Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. ("KHHTEF"). I have over fifteen years of litigation experience throughout the United States and have served as counsel in over 100 litigation matters, including contract and competition law, trials and appeals.

3. I am a member of the bars of the District of Columbia and the States of Iowa, Minnesota and Maryland. I am also a member of the bars of the U.S. District Courts for the District of Columbia and Maryland, the United States Courts of Appeals for the Federal, Fourth, Seventh and Eleventh Circuits, the United States Supreme Court, the United States Air Force Court of Criminal Appeals and the United States Court of Appeals for the Armed Forces. I received my undergraduate degree from Johns Hopkins University, a master's degree from the Fletcher School of Law and Diplomacy, and my law degree from Stanford Law School, where I was President of the Stanford Law Review and received the Hilmer Oehlmann, Jr. Award for excellence in legal research and writing.

4. From 1991 to 1998, I served as the Deputy Staff Judge Advocate with the 113th Wing, D.C. Air National Guard, at Andrews Air Force Base, Maryland. My practice there included representing commanders in military justice matters (court martials, administrative discharge boards, non-judicial punishments), providing legal assistance to members (drafting wills and powers of attorney and providing advice on civilian legal matters), and advising

commanders during overseas deployments on status of forces agreements, law of armed conflict and rules of engagement. My decorations include the Air Force Commendation Medal; Air Force Outstanding Unit Award with Oak Leaf Cluster; Small Arms Expert Marksmanship Ribbon; National Defense Service Medal; Air Force Training Ribbon; and Air Force Longevity Service Award Ribbon. I left the service in 2001 with the rank of Major.

5. I am the author of *Below-Cost Sales and the Buying of Market Share*, 42 Stanford Law Review 695 (1990); *Soviet Nationalities Policies and the Soviet Germans*, 16 Heritage Review 11 (1986); *Trade Liberalization and the Global Service Economy*, 19 Journal of World Trade Law 95 (1985); *High Technology Occupations Lead Growth in Services Employment*, 7 Business America 19 (1984). I am a co-author: *The Trigger of Coverage Under CGL Policies, Insurance Coverage Litigation 1993: Critical Issues and Strategies*, New York, Practicing Law Institute (1993); *International Competition in Information Technologies: Foreign Government Intervention and the U.S. Response*, 22 Stanford Journal of International Law 215 (1987); *The Semiconductor Chip Protection Act--Experience in the Utilization of the Law and Current International Developments*, 8 European Intellectual Property Review 229 (1986); *U.S.-Japan Relations--Convergence and Cooperation in a Changing World Economy*, Southwestern Legal Foundation (1986); *Private Investors Abroad: Problems and Solutions in International Business in 1986*, New York, Matthew Bender (1986); *Government Procurement of Semiconductors-- Economic and Environmental Issues Affecting a Major Strategic Resource, San Jose*, Semiconductor Industry Association (1985).

6. KHHTEF is an approximately 50-attorney firm based in Washington, D.C. KHHTEF's practice is focused on trials and appeals in federal and state courts across the United

States and before federal agencies.  The firm has been lead counsel in more than 100 federal and state trials and appeals, and its attorneys have argued more than a score of cases before the United States Supreme Court.  Our clients have included more than a dozen Fortune 100 corporations (in industries ranging from telecommunications, petroleum, computer manufacture and electrical controls, to entertainment and recreation), the leading cellular telephone engineering company, an emerging biotechnology company, a major health-care company, and a leading economic consulting firm.

7.     KHHTEF has substantial experience in litigating and trying complex antitrust, unfair competition, class action and complex business cases.  In 2000, KHHTEF won the largest Sherman Act Section 2 damages award in history for its client, Conwood Company.  A jury awarded KHHTEF's client a monopolization judgment (after trebling) of $1.05 billion.  This verdict was affirmed by the Sixth Circuit in 2002.  *Conwood Company v. United States Tobacco Co.*, 290 F.3d 768 (6th Cir. 2002), *cert denied*, 537 U.S. 1148 (2003).

8.     In the *Lexecon Inc.* decision, 523 U.S. 26 (1998), KHHTEF transformed the practice of multidistrict litigation ("MDL") nationwide.  KHHTEF obtained reversal in the U.S. Supreme Court of a decades-long practice in the lower courts of retaining cases for trial that had been transferred and consolidated by the MDL panel for pre-trial proceedings.  Following remand of that case, KHHTEF won the largest abuse-of-process verdict in history for its client.

9.     In *Volumetrics Medical Imaging Inc. v. ATL UltraSound Inc.* 1:01CV182 (M.D.N.C.), Appeal 03-2195 (U.S. Court of Appeals for the Fourth Circuit), KHHTEF obtained a judgment of $318.75 million for a biotechnology start-up company that had been defrauded by a subsidiary of a large, multinational corporation.  KHHTEF tried the case to a jury on claims of

common law fraud, negligent misrepresentation, and North Carolina's Unfair and Deceptive Trade Practices Act.

10. KHHTEF has represented both plaintiffs and defendants in other high-profile, complex antitrust cases. Our firm's active cases include: *Verizon Communications Inc. v. Law Offices of Curtis v. Trinko, LLP*, 02-682 (U.S.); *Albany Travel Co., et al., v. Orbitz, LLC; United Air Lines, Inc.; American Airlines, Inc. and Delta Air Lines, Inc.*, 02-3459 ER (AJWx) (C.D. Cal.) (Judge Rafeedie); *Cavalier Telephone, LLC v. Verizon Virginia Inc.*, 01- CIV-736 (E.D. Va.), on appeal, Appeal 02-1337 (U.S. Court of Appeals for the Fourth Circuit); *Covad Communications Co., et al., v. Bell Atlantic Corp., et al.*, 1:99CV01046 (GK) (D.D.C.) (Judge Kessler), on appeal, *Covad Communications Co., et al., v. Bell Atlantic Corp., et al.*, 02-7057 (D.C. Cir.); *Greco v. Verizon Communications Inc. and Verizon Internet Services Inc.*, 03 CV 718 (S.D.N.Y.) (KMW) (Judge Wood); *Levine v. BellSouth Corporation*, 03-20274-CIV-Gold/Simonton (S.D. Fla.) (Judge Gold); *In re SBC Communications, Inc. Antitrust Litig. (Consolidated Cases)*, 3:02CV1617 (D. Conn.); *CT TEL v. SBC Communications*, 3:02CV1887 (D. Conn.); *Telcomm Technical Services, Inc. et al. v. Siemens Rolm Communications, Inc.*, 02-141131 (U.S. Court of Appeals for the Eleventh Circuit); *Twombly v. Bell Atlantic, et al.*, 02 CIV 10220 (S.D.N.Y.), Appeal 03-9213 (U.S. Court of Appeals for the Second Circuit); *Z-Tel Communications v. SBC Communications, Inc.*, 5:03CV229 (E.D. Tex.).

11. I, as well as other members of my firm, have received an "AV" rating from Martindale-Hubbell. Martindale-Hubbell describes its rating system as follows: "Martindale-Hubbell is the facilitator of a peer review process that rates lawyers. Ratings reflect the confidential opinions of members of the Bar and the Judiciary. Martindale-Hubbell (TM) Ratings

fall into two categories-legal ability and general ethical standards. Legal Ability Ratings are: C: Good to High; B: High to Very High; A: Very High to Pre-eminent. There is one General Ethical Standards Rating - V or Very High - and an attorney must receive it in order to be rated. CV, BV, and AV are registered certification marks of Reed Elsevier Properties Inc., used in accordance with the Martindale-Hubbell certification procedure standards and policies."

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 14, 2006.

_____
Steven F. Benz

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of April 2006, two copies of the foregoing **DECLARATION OF STEVEN F. BENZ IN SUPPORT OF CLASS CERTIFICATION** were caused to be served via hand delivery on the following:

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

_____
Joelle E. Polesky (I.D. No. 3694)

10013326.WPD