IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SEED CO. INC., <br><br> Plaintiff, On Behalf of Itself and Others Similarly Situated, <br><br> v. <br><br> MONSANTO COMPANY, <br><br> Monsanto Controlled Subsidiaries: <br><br> AMERICAN SEEDS INC., <br> CORN STATES HYBRID, SERVICE INC. <br> ASGROW SEED CO., INC., <br> HOLDEN FOUNDATION SEEDS, INC., <br> DEKALB SEEDS, <br> CALGENE, L.L.C., <br> CHANNEL BIO CO., <br> NC+ HYBRIDS, <br> SEMINIS INC., <br><br> Defendants. | C.A. No. 05-535-SLR |
| DARRELL SOUHRADA, and <br> DAVE JOHNSON, <br><br> Plaintiffs, On Behalf of Themselves and Iowa Citizens Similarly Situated, <br><br> v. <br><br> MONSANTO COMPANY, <br><br> Defendant. | C.A. No. 05-535-SLR |

10013311.WPD

| | |
|---|---|
| KENT DUXBURY,        )<br>                      )<br>    Plaintiff, On Behalf of Itself )<br>    and Minnesota Citizens    )<br>    Similarly Situated,       )<br>                      )<br>v.                    )<br>                      )<br>MONSANTO COMPANY,     )<br>                      )<br>    Defendant.            )<br>                      ) | C.A. No. 05-535-SLR |

## **LOCAL RULE 7.1.1 CERTIFICATION**

Pursuant to District Court Local Rule 7.1.1, counsel for plaintiffs certify that they have made a reasonable effort to reach agreement with counsel for defendants on the matters set forth in Plaintiffs' Motion for Class Certification.

On April 13, 2006, Steven F. Benz, counsel for plaintiffs, contacted John Rosenthal and Peter Moll, counsel for defendants, by telephone and email requesting confirmation that defendants intend to oppose plaintiffs' motion for class certification. On that same day Mr. Benz also spoke with Timothy Finley, counsel for defendants, and requested that he confirm that defendants intend to oppose plaintiffs' motion for class certification.

10013311.WPD                                          2

Defendants' counsel responded by email on April 14, 2006 that they will oppose the motion.

SMITH, KATZENSTEIN & FURLOW LLP

_____
Joelle E. Polesky (I.D. No. 3694)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
E-mail: jpolesky@skfdelaware.com
Attorneys for Plaintiffs

Dated: April 17, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of April 2006, two copies of the foregoing **LOCAL RULE 7.1.1 CERTIFICATION** were caused to be served via hand delivery on the following:

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

_____
Joelle E. Polesky (I.D. No. 3694)

10013326.WPD