**FILED UNDER SEAL - CONTAINS RESTRICTED CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER**

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SEED CO. INC., )<br>)<br>Plaintiff, On Behalf of Itself )<br>and Others Similarly )<br>Situated, )<br>) | |
| | C.A. No. 05-535-SLR |
| v. )<br>) | |
| MONSANTO COMPANY, )<br>Monsanto Controlled Subsidiaries: )<br>)<br>AMERICAN SEEDS INC., )<br>CORN STATES HYBRID, )<br>  SERVICE INC. )<br>ASGROW SEED CO., INC., )<br>HOLDEN FOUNDATION SEEDS, INC., )<br>DEKALB SEEDS, )<br>CALGENE, L.L.C., )<br>CHANNEL BIO CO., )<br>NC+ HYBRIDS, )<br>SEMINIS INC., )<br>)<br>  Defendants. )<br>_____) | |
| DARRELL SOUHRADA, and )<br>DAVE JOHNSON, )<br>)<br>Plaintiffs, On Behalf of Themselves )<br>and Iowa Citizens Similarly )<br>Situated, )<br>) | |
| | C.A. No. 05-535-SLR |
| v. )<br>) | |
| MONSANTO COMPANY, )<br>)<br>  Defendant. ) | |

10013332.WPD

| | |
|---|---|
| KENT DUXBURY, )<br>)<br>Plaintiff, On Behalf of Itself )<br>and Minnesota Citizens )<br>Similarly Situated, )<br>)<br>v. )<br>)<br>)<br>)<br>MONSANTO COMPANY, )<br>)<br>Defendant. )<br>) | C.A. No. 05-535-SLR |

**PLAINTIFFS' BRIEF IN SUPPORT OF**
**MOTION FOR CLASS CERTIFICATION**

THIS DOCUMENT FILED UNDER SEAL.

SMITH, KATZENSTEIN & FURLOW LLP
Joelle E. Polesky (ID No. 3694)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Facsimile: 302-652-8405
E-mail: jpolesky@skfdelaware.com
Attorneys for Plaintiffs

DATED: April 17, 2006

10013332.WPD