**FILED UNDER SEAL - CONTAINS RESTRICTED CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER**

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SEED CO. INC., )<br>)<br>   Plaintiff, On Behalf of Itself )<br>   and Others Similarly )<br>   Situated, )<br>)<br>   v. )<br>)<br>MONSANTO COMPANY, )<br>Monsanto Controlled Subsidiaries: )<br>)<br>AMERICAN SEEDS INC., )<br>CORN STATES HYBRID, )<br>   SERVICE INC. )<br>ASGROW SEED CO., INC., )<br>HOLDEN FOUNDATION SEEDS, INC., )<br>DEKALB SEEDS, )<br>CALGENE, L.L.C., )<br>CHANNEL BIO CO., )<br>NC+ HYBRIDS, )<br>SEMINIS INC., )<br>)<br>   Defendants. )<br>_____) | C.A. No. 05-535-SLR |
| DARRELL SOUHRADA, and )<br>DAVE JOHNSON, )<br>)<br>   Plaintiffs, On Behalf of Themselves )<br>   and Iowa Citizens Similarly )<br>   Situated, )<br>)<br>   v. )<br>)<br>MONSANTO COMPANY, )<br>)<br>   Defendant. ) | C.A. No. 05-535-SLR |

10013333.WPD

| | |
|---|---|
| KENT DUXBURY, | ) |
| | ) |
| Plaintiff, On Behalf of Itself and Minnesota Citizens Similarly Situated, | ) ) ) ) |
| | ) C.A. No. 05-535-SLR |
| v. | ) ) ) ) ) |
| MONSANTO COMPANY, | ) ) |
| Defendant. | ) ) ) |

**APPENDIX TO PLAINTIFFS' BRIEF IN SUPPORT OF**
**<u>MOTION FOR CLASS CERTIFICATION</u>**

THIS DOCUMENT FILED UNDER SEAL.

SMITH, KATZENSTEIN & FURLOW LLP
Joelle E. Polesky (ID No. 3694)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Facsimile: 302-652-8405
E-mail: <u>jpolesky@skfdelaware.com</u>
Attorneys for Plaintiffs

DATED: April 17, 2006

10013333.WPD