## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of April 2006, two copies of the foregoing

**APPENDIX TO BRIEF IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

were caused to be served via hand delivery on the following:

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

_____
Joelle E. Polesky (I.D. No. 3694)

10013326.WPD