**FILED UNDER SEAL - CONTAINS RESTRICTED CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER**

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SEED CO. INC., ) | |
| ) | |
| Plaintiff, On Behalf of Itself ) | |
| and Others Similarly ) | |
| Situated, ) | |
| ) | C.A. No. 05-535-SLR |
| v. ) | |
| ) | |
| MONSANTO COMPANY, ) | |
| Monsanto Controlled Subsidiaries: ) | |
| ) | |
| AMERICAN SEEDS INC., ) | |
| CORN STATES HYBRID, ) | |
|   SERVICE INC. ) | |
| ASGROW SEED CO., INC., ) | |
| HOLDEN FOUNDATION SEEDS, INC., ) | |
| DEKALB SEEDS, ) | |
| CALGENE, L.L.C., ) | |
| CHANNEL BIO CO., ) | |
| NC+ HYBRIDS, ) | |
| SEMINIS INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| DARRELL SOUHRADA, and ) | |
| DAVE JOHNSON, ) | |
| ) | |
| Plaintiffs, On Behalf of Themselves ) | |
| and Iowa Citizens Similarly ) | |
| Situated, ) | |
| ) | C.A. No. 05-535-SLR |
| v. ) | |
| ) | |
| MONSANTO COMPANY, ) | |
| ) | |
| Defendant. ) | |

10013336.WPD

| | |
|---|---|
| KENT DUXBURY, | ) |
| | ) |
| Plaintiff, On Behalf of Itself and Minnesota Citizens Similarly Situated, | ) ) ) ) |
| | ) C.A. No. 05-535-SLR |
| v. | ) ) ) ) |
| MONSANTO COMPANY, | ) ) |
| Defendant. | ) ) |

**DECLARATION OF DR. MORTON KAMIEN IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

THIS DOCUMENT FILED UNDER SEAL.

SMITH, KATZENSTEIN & FURLOW LLP
Joelle E. Polesky (ID No. 3694)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Facsimile: 302-652-8405
E-mail: jpolesky@skfdelaware.com
Attorneys for Plaintiffs

DATED: April 17, 2006

10013336.WPD                               2