IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC., | ) | |
| | ) | |
| Plaintiff, On Behalf of Itself and Others Similarly Situated, | ) ) ) ) | |
| | ) | C.A. No. 05-535-SLR |
| v. | ) ) | |
| MONSANTO COMPANY, et al. | ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| DARRELL SOUHRADA, and DAVE JOHNSON, | ) ) ) | |
| | ) | C.A. No. 05-535-SLR |
| Plaintiffs, On Behalf of Themselves and Iowa Citizens Similarly Situated, | ) ) ) ) | |
| v. | ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Defendant. | ) ) | |

| | | |
|---|---|---|
| KENT DUXBURY | ) ) | |
| Plaintiff, On Behalf of Himself and Minnesota Citizens Similarly Situated, | ) ) ) ) | |
| | ) | C.A. No. 05-535-SLR |
| v. | ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Defendant. | ) ) ) | |

**DECLARATION OF JERRY ELLEFSON**

1. My name is Jerry Ellefson. I am over the age of 21 years and have personal knowledge of the facts contained herein.

2. I reside on my farm which is located at 23510 486th Avenue, Flandreau, South Dakota 57028-6341.

3. I farm approximately 1400 acres of corn and soybeans.

4. Since 2001 I have purchased Monsanto biotechnology corn seed directly from Monsanto Company through Monsanto's sales agent, Mark Stueven of DeKalb Seeds.

5. I purchased seed corn directly from Monsanto Company from each of the relevant markets at issue in this litigation: glyphosate tolerant corn seed, corn borer resistant corn seed, root worm resistant corn seed and corn seed with stacked traits.

6. I paid Monsanto Company directly for the products by personal check.

7. Since 2001 I have personally observed the cost of Monsanto biotechnology corn seed rise at an alarming rate.

8. I wish to serve as a class representative on behalf of all other direct purchasers of Monsanto's biotechnology corn seed. I believe that Monsanto is monopolizing the market for biotechnology corn seed. Monsanto's business practices have limited the number of competitors in biotechnology corn seed market and have increased prices above what the prices should be.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Jerry Ellefson

Executed on April 14, 2006