## CERTIFICATE OF SERVICE

I certify that this 17th day of April, 2006, copies of the foregoing Declaration of Jerry Ellefson were caused to be served on the following by efiling:

>Richard L. Horwitz
>Potter Anderson & Corroon LLP
>Hercules Plaza 6th Floor
>1313 N. Market Street
>Wilmington, DE 19801
>
>Peter E. Moll
>Howrey LLP
>1299 Pennsylvania Ave. N.W.
>Washington, D.C. 20004

_____
Joelle E. Polesky (I.D. No. 3694)

10013357.WPD