**Reply Brief in Support of Motion For Leave To File First Amended Complaint**

**EXHIBIT B**

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3209

(202) 326-7900
FACSIMILE:
(202) 326-7999

March 14, 2006

*By Facsimile and First-Class Mail*

John J. Rosenthal, Esquire
Howrey LLP
1299 Pennsylvania Ave. N.W.
Washington, D.C. 20004

> Re:  *American Seed Company Inc. v. Monsanto Company et al.,*
> *Souhrada et al. v. Monsanto, Duxbury, et al. v. Monsanto,*
> C.A. No. 05-535-SLR (D. Del.)

Dear John:

I write to inquire whether defendants will oppose plaintiffs' addition of a class representative for the direct purchaser class. The proposed class representative is:

> Jerry Ellefson
> 23510 486th Avenue
> Flanderau, SD 57028

Mr. Ellefson has purchased the products at issue directly from defendants in the past four years in his own name. We anticipate producing Mr. Ellefson's documents before the end of the month, responding to defendants' discovery request no later than the first week in April, and making Mr. Ellefson available for deposition during the second week in April, or later if you wish.

Thank you for getting back to me by this Friday, March 17.

Very truly yours,

Steven F. Benz

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

John J. Rosenthal, Esquire
March 14, 2006 - Page 2

cc:    R. Stephen Berry
       Joelle E. Polesky
       Richard F. Schwed