**FILED UNDER SEAL – CONTAINS RESTRICTED CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER**

**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AMERICAN SEED CO. INC., | ) | <u>REDACTED</u> |
| | ) | |
| Plaintiff, On Behalf of Itself and Others Similarly Situated, | ) ) ) | |
| | ) | C.A. No. 05-535-SLR |
| v. | ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Monsanto Controlled Subsidiaries: | ) ) | |
| AMERICAN SEEDS INC., CORN STATES HYBRID, SERVICE INC. ASGROW SEED CO., INC., HOLDEN FOUNDATION SEEDS, INC., DEKALB SEEDS, CALGENE, L.L.C., CHANNEL BIO CO., NC+ HYBRIDS, SEMINIS INC., | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| DARRELL SOUHRADA, and DAVE JOHNSON, | ) ) ) | |
| Plaintiffs, On Behalf of Themselves and Iowa Citizens Similarly Situated, | ) ) ) ) | |
| | ) | C.A. No. 05-535-SLR |
| v. | ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Defendant. | ) | |

| | |
|---|---|
| KENT DUXBURY, ) | |
| ) | |
| Plaintiff, On Behalf of Itself ) | |
| and Minnesota Citizens ) | |
| Similarly Situated, ) | |
| ) | C.A. No. 05-535-SLR |
| v. ) | |
| ) | |
| MONSANTO COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## APPENDIX TO BRIEF IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

Filed on Behalf of Plaintiff American Seed Co. Inc.,
Intervenor Plaintiffs Darrell Souhrada,
Dave Johnson, and Kent Duxbury,
and Proposed Intervenor Plaintiff Jerry Ellefson

SMITH, KATZENSTEIN & FURLOW LLP

Joelle E. Polesky (ID No. 3694)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
E-mail: jpolesky@skfdelaware.com
Attorneys for Plaintiffs

Dated: April 17, 2006

## TABLE OF CONTENTS

**Description**     **Page**

**Appendixes from 2005 Monsanto's Responses and Objections to Syngenta Seed, Inc.'s First Set of Interrogatories (Antitrust Case)**

Appendix E ................................................................. A1

Appendix F ................................................................. A5-1

Appendix G ................................................................. A5-6

Appendix H ................................................................. A5-12

Appendix I ................................................................. A5-17

Appendix J-7 ............................................................... A6

**Excerpts from 2005 Monsanto's First Supplemental Answers and Objections To Syngenta Seeds, Inc. First Set of Interrogatories (Antitrust Case)**

Pages 28 through 31 ........................................................ A116

**Excerpts of Depositions Transcripts**

Deposition of Michele Venneman (March 10, 2006) ............................ A120
    Exhibit 2 (excerpts) ................................................... A124
    Exhibit 3 (excerpts) ................................................... A128
    Exhibit 6 (excerpt) .................................................... A132
    Exhibit 15 (excerpts) .................................................. A133

Deposition of Anthony Leisure, Pricing Designee
    (March 16, 2006) (excerpts) ............................................ A139
    Exhibit 5 .............................................................. A144
    Exhibit 18 ............................................................. A166

Deposition of Michael Rishel (March 21, 2006) (excerpts) ................... A167

Deposition of Darrell Souhrada (March 29, 2006) (excerpts) ................. A173

Deposition of Kent Duxbury (March 30, 2006) (excerpts) ..................... A180

Deposition of Dave Johnson (March 31, 2006) (excerpts) .................... A216

Deposition of Jean-Noel Mutz (April 5, 2006) (excerpts) .................... A235
    Exhibit 27 ............................................................ A241

**PAGES A1-A244 HAVE BEEN REDACTED**

## CERTIFICATE OF SERVICE

I certify that this 17th day of April, 2006, copies of the foregoing Appendix to Brief in Support of Motion for Class Certification (REDACTED) were caused to be served on the following by efiling:

    Richard L. Horwitz
    Potter Anderson & Corroon LLP
    Hercules Plaza 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801

    Peter E. Moll
    Howrey LLP
    1299 Pennsylvania Ave. N.W.
    Washington, D.C. 20004

                                         _____
                                         Joelle E. Polesky (I.D. No. 3694)

10013366.WPD