**FILED UNDER SEAL – CONTAINS RESTRICTED CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER**

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC. | ) | **REDACTED** |
| | ) | |
| Plaintiff, On Behalf Of Itself and Others Similarly Situated, | ) ) ) | |
| | ) | C.A. No. 05-535 |
| v. | ) ) | |
| | ) | |
| MONSANTO COMPANY, et al. | ) ) | |

| | | |
|---|---|---|
| DARRELL SOUHRADA | ) ) | |
| Plaintiff, On Behalf Of Itself and Iowa Citizens Similarly Situated | ) ) ) | |
| | ) | C.A. NO. 05-535 |
| v. | ) ) | |
| MONSANTO COMPANY | ) ) | |
| Defendant | ) ) | |

| | | |
|---|---|---|
| KENT DUXBURY | ) ) | |
| Plaintiff, On Behalf of Itself and Minnesota Citizens Similarly Situated | ) ) ) | |
| | ) | C.A. NO. 05-535 |
| v. | ) ) | |
| MONSANTO COMPANY | ) ) | |
| Defendant | ) | |

## DECLARATION OF DR. WILLIAM H. LESSER

# I. INTRODUCTION

## A. Background

I am William H. Lesser, Professor and Chair, Department of Applied Economics and Management, and Susan Eckert Lynch Professor in Science and Business, Cornell University. I have served in the Department of Applied Economics and Management for over 25 years, since receiving my PhD in Agricultural Economics from the University of Wisconsin.

While at Cornell University my research has been focused on the transfer of agricultural technologies, with particular attention to agricultural inputs, including seeds. Since 1980 I have studied applications of intellectual property rights to plants and seeds, beginning with a study commissioned by the American Seed Trade Association, and subsequently, 1985 and 1987 respectively, evaluating intellectual property applications to genetically modified plant and animal organisms protected by patents.

My analysis of adoption was included in the first, 1985, analysis of a genetically-modified application in agriculture. That product was rBST, or POSILAC® using the Monsanto trademark name, which is introduced into milk cows to increase production. Subsequently, I have written three books on the subject of agricultural biotechnology, along with many articles and international investigations, including those for the World Bank and the World Intellectual Property Organization.

My opinions herein rely upon my economic and biotechnology expertise, the federal and state antitrust complaints, the five class depositions of Monsanto personnel which I attended and assisted as to the questioning, my review of numerous Monsanto documents relevant to benchmarking produced in class discovery, my conversation with

the proposed class representatives. For purposes of class certification I assume the allegations of the complaints as true and seek in conjunction (with Dr. Kamien as set out below) to demonstrate that benchmark products exist to show antitrust price-overcharge injury in a formulaic or common way across the federal and state classes. I have also reviewed Dr. Kamien's declaration also addressed to class issues.

In my opinion there are at least two benchmark products economically-comparable to the relevant biotechnology corn seed markets at issue in these actions. Monsanto gross margins and pricing from the sale of these benchmark products in more competitive conditions are reasonable predictors of Monsanto gross margins and pricing of the relevant products had it not undertaken the monopolization alleged.

My compensation is $550 an hour. Attached as Exhibit A is my curriculum vita, which includes my publications over at least the last ten years. I have not served as an expert over the last four years.

I reserve the right to supplement this report as new discovery or information comes to light.

**B. Proposed Classes**

*Federal Class*

The complaints allege there are three groups of classes seeking certification in this case whose antitrust injury and damages require benchmark analyses and common proof.

Plaintiff American Seed Company and proposed intervenor Jerry Ellefson seek certification of four classes (in all cases excluding citizens of Iowa and Minnesota), consisting of all persons who, since July 26, 2001, have directly purchased from defendants the following:

3

**Direct Purchaser Glyphosate Class**: corn seed that is tolerant of glyphosate herbicide

**Direct Purchaser Corn Borer Class**: corn seed resistant to European corn borer

**Direct Purchaser Root Worm Class**: corn seed resistant to root worm

**Direct Purchaser Stacked Trait Class**: corn seed with stacked traits.

*Iowa State Class*

Plaintiffs Darrell Souhrada and Dave Johnson seek certification of four classes of Iowa citizens who have purchased the following from Defendants or their independent distributors between July 29, 2001 and the present:

**Iowa Glyphosate Class**: corn seed that is tolerant of glyphosate herbicide.

**Iowa Corn Borer Class**: corn seed resistant to European corn borer.

**Iowa Root Worm Class**: corn seed resistant to root worm.

**Iowa Stacked Trait Class**: corn seed with stacked traits.

*Minnesota State Class*

Plaintiff Kent Duxbury seeks certification of four classes of Minnesota citizens who have purchased the following from Defendants or their independent distributors between July 29, 2001 and the present:

**Minnesota Glyphosate Class**: corn seed that is tolerant of glyphosate herbicide.

**Minnesota Corn Borer Class**: corn seed resistant to European corn borer.

**Minnesota Root Worm Class**: corn seed resistant to root worm.

**Minnesota Stacked Trait Class**: corn seed with stacked traits.

### C. Purpose

My analysis is conducted in association with Dr. Morton I. Kamien, Levy Professor of Entrepreneurship at Northwestern University's Kellogg School of

Management. As I understand it, Dr. Kamien is opining as to the formula that may be used to employ gross margin data from selected benchmark markets to estimate in a common fashion pricing for the relevant Monsanto biotechnology corn seed at issue here (with single or stacked traits) sold to direct purchasers which would have prevailed "but for" Monsanto's alleged monopolization. He will also address how to estimate in common way how such Monsanto pricing charged to direct purchasers, its distributors, has been passed on to growers using the relevant products in the States of Iowa and Minnesota.

Using my expertise in applied economics and biotechnology my purpose is to (a) identify products sufficiently economically comparable to the relevant biotechnology corn products at issue whose gross margins and pricing are reasonable predictors of Monsanto margins and pricing on the relevant products in the absence of its alleged monopolization and which are untainted by the exclusionary conduct alleged; (b) assure myself that the Monsanto gross margin and other data in the benchmark markets exist and are recorded by Monsanto or others so that they may be used in Dr. Kamien's formula; and (c) assure myself that unit cost and other data exist and are recorded by Monsanto as to the relevant biotechnology seed products for use in his benchmarking analysis.

Dr. Kamien's formula marries these unit costs for the particular versions of the relevant products to gross margins from the benchmark products to solve for the "but for" pricing of these Monsanto seed products in the absence of its alleged exclusion. Dr. Kamien is also presenting methods to measure the pass-on of such pricing from direct purchasers to growers in Iowa and Minnesota and will opine as to the sources of that data.

I use the phrase 'Monsanto biotechnology corn seed' to refer to corn seed in which Monsanto's trait technologies Roundup Ready (RR), Roundup 2 (R2), YieldGard Corn Borer (YGCB) and YieldGard Root Worm (YGRW) have been incorporated, either singly or in combination of two or more traits technologies (which is known as 'stacking').

The Monsanto YG technologies are based on the transfer of *Bacillus thuringiensis* (*Bt*) genes to the corn seed. The Monsanto technological 'event' used in YGCB is known as 'MON810'. Other firms and products use different events; Syngenta's *Bt* corn borer event for example is known as E176.

Below, I identify two products economically comparable to the relevant Monsanto biotechnology products at issue such that their gross margins would be reasonable indicators of the margins and pricing of the relevant products in the absence of the alleged Monsanto monopolization:

REDACTED

## II.  BENCHMARKS SERVING AS REASONABLE PREDICTORS
### OF "BUT FOR" PRICING FOR THE
### A.  RELEVANT MONSANTO PRODUCTS

REDACTED

REDACTED

REDACTED

Presently, three Bt events for corn borer have regulatory approval for use in the United States[1]:

- E176 ('Knockout', Syngenta; approved 1995):

- Bt11 ('CB YieldGard'; Syngenta; approved 1996); and

- MON810 ('YGCB', Monsanto; approved 1996).

REDACTED

---

[1] Clive James, 2003. "Global Review of Commercialized Transgenic Crops: 2002 Feature: Bt Maize." ISAAA Brief 29.  ISAAA: Ithaca, NY, Table 55.

9

REDACTED

---

[3] <u>Pioneer Hi-Bred Int. v. Monsanto Co.</u>, U.S. District Court for the Western District of Wisconsin (4:97CV01609-ERW), Case No. '97C 0199C.

REDACTED

REDACTED

## III.  AVAILABILITY OF THE NECESSARY DATA FOR THE RELEVANT BIOTECHNOLOGY CORN SEED

Here the federal class is attempting to model in a common, formulaic way Monsanto price overcharges to direct purchasers of the relevant Monsanto biotechnology corn seed.  And the state classes are seeking to show how these overcharges have been

---

[6] Per  contract requirement Section 5.4.

passed on to growers in Iowa and Minnesota through the Monsanto distributors and dealers.

REDACTED

REDACTED

I declare under penalty of perjury that the foregoing is true and correct.

William H. Lesser

**EXHIBIT A**

**WILLIAM HENRI LESSER**
**Susan Eckert Lynch Professor in**
**Science and Business**

**Office Address**
153 Warren Hall
Department of Applied Economics
   and Management
Cornell University
Ithaca, New York 14853
Tel: (607) 255-4595
Fax: (607) 255-9984
Email: WHL1@cornell.edu

**Home Address**
406 Coddington Road
Ithaca, New York 14850
(607) 277-0877

## Education

| | |
|---|---|
| Ph.D. | Agricultural Economics<br>University of Wisconsin (1978)<br>Major in Marketing, minor in Quantitative Methods |
| M.S. | Resource Economics<br>University of Rhode Island (1974) |
| B.A. | Geography major, Math minor<br>University of Washington (1968) |

## Employment History

| | |
|---|---|
| 2003- Present | Chairman, Department of Applied Economics and Management |
| 2002 – Present | Professor of International Agriculture, Cornell University, College of Agriculture and Life Sciences |
| 2002 | Sabbatical leave/Visiting Scientist, FAO/AGPS advising on Intellectual Property Rights and biotechnology matters |
| 1991-Present | Professor of Marketing, Department of Applied Economics and Management, Cornell University |
| 1994-95 | Acting Executive Director, International Service for the Acquisition of Agri-Biotech Applications |
| 1993-94 | Sabbatical leave with the International Academy of the Environment in Geneva, Switzerland to establish a program in biodiversity and biotechnology |

1990-93                    Director, Cornell Western Societies Program

1989-91                    Kellogg National Fellowship Program


## Research Program

**Research Interests**

Biotechnology: Technology Transfer, Impact and Property Rights Issues
Food Distribution Efficiency
Livestock and Fish Marketing


## Publications

**Books and Book-Length Monographs**
Lesser, W. (Ed.) **"Transitions in Agbiotech:  Economics of Strategy and Policy."**
Proceedings of NE-165 Conference, June 24-25, 1999, Washington D.C.  Including papers
presented at the International Consortium on Agricultural Biotechnology Research Conference,
June 17-19, 1999, Rome Tor Vergata, Italy.  Available online at:  *http://agecon.lib.umn.edu/
ne165.html#transit.*

Lele, U., W. Lesser, and G. Horstkotte-Wesseler (Eds.), **Intellectual Property Rights in
Agriculture:  The World Bank's Role in Assisting Borrower and Member Countries,**
Environmentally and Socially Sustainable Development - Rural Development Series,
Washington: The World Bank, 87 pp., September 1999.

Lesser, W., **Sustainable Use of Genetic Resources under the Convention on Biological
Diversity: Exploring Access and Benefit Sharing Issues,** London: CABI, 1998.

Krattiger, A.F., J.A. McNeely, W.H. Lesser, K.R. Miller, Y. St. Hill and R. Senanayake (Eds.),
**Widening Perspectives on Biodiversity,** Gland and Geneva: IUCN and IAE, 473 pp., 1994.

Lesser, W., **Marketing Livestock and Meat,** Binghamton, NY, Food Products Press, 1993.

Lesser, W., **Equitable Patent Protection in the Developing World: Issues and Approaches,**
Tsukuba, Japan: Eubios Ethics Inst., 1991.

Lesser, W. (Ed.), **Animal Patents: The Legal, Economic and Social Issues,** New York,
Stockton Press, 1989.

Lesser, W. and R.T. Masson, **An Economic Analysis of the Plant Variety Protection Act,**
American Seed Trade Association, Washington, D.C., 1985.


## Book Chapters and Proceedings

Lesser, W., "Patents, trade secrets and other forms of intellectual property rights." In Rothschild, M. and S. Newman (eds.), **Intellectual Property Rights in Animal Breeding and Genetics.** Chap. 1, Oxon, UK: CABI Publishing, 2002.

Lesser, W. and M. Mutschler, "Lessons from the patenting of plants." In Rothschild, M. and S. Newman (eds.), **Intellectual Property Rights in Animal Breeding and Genetics.** Chap. 7, Oxon, UK: CABI Publishing, 2002.

## Journal Publications and Other Reviewed Articles

Lesser, W., 2005. "Intellectual Property Rights in a Changing Political Environment: Perspectives on the Types and Administration of Protection". *AgBioForum,* 8: Article 2. Available at www.agbiforum.org

Lesser, W., and M. A. Mutschler. 2004. Balancing Investment Incentives and Social Benefits When Protecting Plant Varieties: Implementing Initial Variety Systems. *Crop Science* 44:1113-20.

Lesser, W., and T. Lybbert. 2004. Do Patents Come Too Easy?. *IDEA: The Journal of Law and Technology* 44(3):381-409.

Lesser, W., 2002. "The Effects of Intellectual Property Rights on Foreign Direct Investments and Imports into Developing Countries in the Post-TRIPs Era". Ithaca, NY, http://www.biodevelopments.org/ip/index.htm (electronic).

Lesser, W., T.M. Schmit, and L.M. Ruiz, 2001. "Elite Germplasm for GMOs in Brazil: Modeling Government-Agribusiness Negotiations," *International Food and Agribusiness Management Review,* 2(3/4): 391-406.

Lesser, W., 2000. "An Economic Approach to Identifying an 'Effective *Sui Generis* System' for Plant Variety Protection Under TRIPS," *Agribusiness,* 16(1): 96-114.

## Distance Education
Lesser, W. and M.A. Mutschler, 2004. "Intellectual Property Rights in agriculture". CD of a conference sponsored by the Farm Foundation and held in conjunction with the Crop Science Society Annual Meeting, Denver, CO., November.

Lesser, W, 2000. "Plant Breeders' Rights". www.isaaa.org/ip/vw/pbr

Lesser, W., 1999 "Export Marketing: An Introductory Guide." CD-ROM.

## Grants
Agreement ID 1225 (Lesser)                9/15/00- 9/15/04
Rutgers University Newark                 $132,000
Innovation and Dynamic Efficiency in Agricultural Biotechnology

Farm Foundation, $ 87,500 grant to run conference and policy briefing on the implications of intellectual property rights in agriculture. Conference to be run in conjunction with the Crop Science Society November 2003 annual meeting, Denver

121-3120 (Lesser)                          Unrestricted gift - no dates specified
Source: DeJure Foundation (gift)          $ 25,000
Funds will be used to develop a new course on the economics and socioeconomics of agricultural biotechnology.

Co PI (Hoffmann/Lesser)                    1 year
USDA                                        $ 997,000
Agricultural Innovation Center

## EXHIBIT 1

### WILLIAM HENRI LESSER
#### Susan Eckert Lynch Professor in
#### Science and Business

<table>
<tr><td valign="top">

**Office Address**
153 Warren Hall
Department of Applied Economics
  and Management
Cornell University
Ithaca, New York 14853
Tel: (607) 255-4595
Fax: (607) 255-9984
Email: WHL1@cornell.edu

</td><td valign="top">

**Home Address**
406 Coddington Road
Ithaca, New York 14850
(607) 277-0877

</td></tr>
</table>

**Education**

| | |
|---|---|
| Ph.D. | Agricultural Economics<br>University of Wisconsin (1978)<br>Major in Marketing, minor in Quantitative Methods |
| M.S. | Resource Economics<br>University of Rhode Island (1974) |
| B.A. | Geography major, Math minor<br>University of Washington (1968) |

**Employment History**

| | |
|---|---|
| 2003- Present | Chairman, Department of Applied Economics and Management |
| 2002 – Present | Professor of International Agriculture, Cornell University, College of Agriculture and Life Sciences |
| 2002 | Sabbatical leave/Visiting Scientist, FAO/AGPS advising on Intellectual Property Rights and biotechnology matters |
| 1991-Present | Professor of Marketing, Department of Applied Economics and Management, Cornell University |
| 1994-95 | Acting Executive Director, International Service for the Acquisition of Agri-Biotech Applications |
| 1993-94 | Sabbatical leave with the International Academy of the Environment in Geneva, Switzerland to establish a program in biodiversity and biotechnology |

1990-93          Director, Cornell Western Societies Program

1989-91          Kellogg National Fellowship Program

## Research Program

**Research Interests**

Biotechnology: Technology Transfer, Impact and Property Rights Issues
Food Distribution Efficiency
Livestock and Fish Marketing

## Publications

**Books and Book-Length Monographs**

Lesser, W. (Ed.) **"Transitions in Agbiotech:  Economics of Strategy and Policy."**
Proceedings of NE-165 Conference, June 24-25, 1999, Washington D.C.   Including papers
presented at the International Consortium on Agricultural Biotechnology Research Conference,
June 17-19, 1999, Rome Tor Vergata, Italy.  Available online at:  *http://agecon.lib.umn.edu/
ne165.html#transit.*

Lele, U., W. Lesser, and G. Horstkotte-Wesseler (Eds.), **Intellectual Property Rights in
Agriculture:  The World Bank's Role in Assisting Borrower and Member Countries,**
Environmentally and Socially Sustainable Development - Rural Development Series,
Washington: The World Bank, 87 pp., September 1999.

Lesser, W., **Sustainable Use of Genetic Resources under the Convention on Biological
Diversity: Exploring Access and Benefit Sharing Issues,** London: CABI, 1998.

Krattiger, A.F., J.A. McNeely, W.H. Lesser, K.R. Miller, Y. St. Hill and R. Senanayake (Eds.),
**Widening Perspectives on Biodiversity**, Gland and Geneva: IUCN and IAE, 473 pp., 1994.

Lesser, W., **Marketing Livestock and Meat**, Binghamton, NY, Food Products Press, 1993.

Lesser, W., **Equitable Patent Protection in the Developing World: Issues and Approaches**,
Tsukuba, Japan: Eubios Ethics Inst., 1991.

Lesser, W. (Ed.), **Animal Patents: The Legal, Economic and Social Issues**, New York,
Stockton Press, 1989.

Lesser, W. and R.T. Masson, **An Economic Analysis of the Plant Variety Protection Act**,
American Seed Trade Association, Washington, D.C., 1985.

**Book Chapters and Proceedings**

Lesser, W., "Patents, trade secrets and other forms of intellectual property rights." In Rothschild, M. and S. Newman (eds.), **Intellectual Property Rights in Animal Breeding and Genetics.** Chap. 1, Oxon, UK: CABI Publishing, 2002.

Lesser, W. and M. Mutschler, "Lessons from the patenting of plants." In Rothschild, M. and S. Newman (eds.), **Intellectual Property Rights in Animal Breeding and Genetics.** Chap. 7, Oxon, UK: CABI Publishing, 2002.

**Journal Publications and Other Reviewed Articles**

Lesser, W., 2005. "Intellectual Property Rights in a Changing Political Environment: Perspectives on the Types and Administration of Protection". *AgBioForum,* 8: Article 2. Available at www.agbiforum.org

Lesser, W., and M. A. Mutschler. 2004. Balancing Investment Incentives and Social Benefits When Protecting Plant Varieties: Implementing Initial Variety Systems. *Crop Science* 44:1113-20.

Lesser, W., and T. Lybbert. 2004. Do Patents Come Too Easy?. *IDEA: The Journal of Law and Technology* 44(3):381-409.

Lesser, W., 2002. "The Effects of Intellectual Property Rights on Foreign Direct Investments and Imports into Developing Countries in the Post-TRIPs Era". Ithaca, NY, http://www.biodevelopments.org/ip/index.htm (electronic).

Lesser, W., T.M. Schmit, and L.M. Ruiz, 2001. "Elite Germplasm for GMOs in Brazil: Modeling Government-Agribusiness Negotiations," *International Food and Agribusiness Management Review,* 2(3/4): 391-406.

Lesser, W., 2000. "An Economic Approach to Identifying an 'Effective *Sui Generis* System' for Plant Variety Protection Under TRIPS," *Agribusiness,* 16(1): 96-114.

**Distance Education**
Lesser, W. and M.A. Mutschler, 2004. "Intellectual Property Rights in agriculture". CD of a conference sponsored by the Farm Foundation and held in conjunction with the Crop Science Society Annual Meeting, Denver, CO., November.

Lesser, W, 2000. "Plant Breeders' Rights". www.isaaa.org/ip/vw/pbr

Lesser, W., 1999 "Export Marketing: An Introductory Guide." CD-ROM.

**Grants**

| | | |
|---|---|---|
| Agreement ID 1225 (Lesser) | 9/15/00- 9/15/04 | |
| Rutgers University Newark | $132,000 | |
| Innovation and Dynamic Efficiency in Agricultural Biotechnology | | |

Farm Foundation, $ 87,500 grant to run conference and policy briefing on the implications of intellectual property rights in agriculture. Conference to be run in conjunction with the Crop Science Society November 2003 annual meeting, Denver

121-3120 (Lesser)                              Unrestricted gift - no dates specified
Source: DeJure Foundation (gift)              $ 25,000
Funds will be used to develop a new course on the economics and socioeconomics of agricultural biotechnology.

Co PI (Hoffmann/Lesser)                        1 year
USDA                                          $ 997,000
Agricultural Innovation Center

# EXHIBIT B
# REDACTED

**EXHIBIT C**
**REDACTED**

# EXHIBIT D
# REDACTED

**EXHIBIT E
REDACTED**

# EXHIBIT F
# REDACTED

**EXHIBIT G**
**REDACTED**

## CERTIFICATE OF SERVICE

I certify that this 17th day of April, 2006, copies of the foregoing Declaration of Dr. William H. Lesser (REDACTED) were caused to be served on the following by efiling:

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Peter E. Moll
Howrey LLP
1299 Pennsylvania Ave. N.W.
Washington, D.C. 20004

Joelle E. Polesky (I.D. No. 3694)