# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC., On behalf of Itself and Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, and<br><br>Monsanto Controlled Subsidiaries: AMERICAN SEEDS INC., CORN STATES HYBRID SERVICE INC., ASGROW SEED CO., INC., HOLDEN FOUNDATION SEEDS, INC., DEKALB SEEDS, CALGENE, L.L.C., CHANNEL BIO CO., NC+ HYBRIDS and SEMINIS INC.,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C. A. No. 05-535-SLR |
| DARRELL SOUHRADA, and DAVE JOHNSON, On Behalf of Themselves and Iowa Citizens Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C. A. No. 05-535-SLR |
| KENT DUXBURY, On Behalf of Itself and Minnesota Citizens Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>    Defendant | ) ) ) ) ) ) ) ) ) ) ) | C. A. No. 05-535-SLR |

**STIPULATION AND ORDER EXTENDING TIME<br>AND AMENDING THE DECEMBER 6, 2006 ORDER**

WHEREAS, under the Court's December 6, 2006 Order ("Scheduling Order") (D.I. 96), Defendants' answering brief in response to plaintiffs' motion for class certification, and its rebuttal expert report are due on June 13, 2006, and Plaintiffs' reply brief is due on July 13, 2006;

WHEREAS, the parties have agreed to extend the time for Defendants to file their answering brief and for Plaintiffs to file their reply brief to accommodate the parties and plaintiffs' expert, Dr. William Lesser, in scheduling Dr. Lesser's deposition;

WHEREAS, Defendants' answering brief and Plaintiffs' reply brief will include material designated as "confidential" in accordance with the terms of Stipulated Amended Protective Order ("Protective Order") (D.I. 65);

WHEREAS, Defendants and Plaintiffs intend to file their briefs under seal in accordance with the terms of the Protective Order and of the rules of this Court;

WHEREAS the parties do not seek to change any other deadline in the Scheduling Order;

NOW THEREFORE, IT IS STIPULATED by and between the parties, subject to the approval of the Court, the Scheduling Order is amended as follows:

1. The deposition of Dr. William Lesser will take place on June 1, 2006.

2. Defendants are granted an extension of time until July 3, 2006, to serve and file their answering brief and rebuttal expert report in accordance with the rules of this Court.

3. Defendants will cause to be hand delivered on June 30, 2006, a courtesy copy of an unredacted version of their answering brief and rebuttal expert report

on plaintiffs' counsel in Washington D.C., Steven F. Benz, Kellogg, Huber, Hansen, Todd, Evans & Figel, 1615 M Street, N.W., Suite 400, Washington D.C. 20036 and R. Stephen Berry, Berry & Leftwich, 1717 Pennsylvania Avenue, N.W., Suite 450, Washington D.C. 20006.

4. Plaintiffs are granted an extension of time until August 7, 2006, to serve and file their reply brief in accordance with the rules of this Court.

5. Plaintiffs will cause to be hand delivered on August 4, 2006, a courtesy copy of an unredacted version of their reply brief on defendants' counsel in Washington D.C., John J. Rosenthal, Esquire, Howrey LLP, 1299 Pennsylvania Avenue, Washington D.C. 20004.

| SMITH, KATZENSTEIN & FURLOW LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By:  */s/ Joelle E. Polesky*<br>    Joelle E. Polesky (ID #3694)<br>    800 Delaware Avenue, 7th Floor<br>    P. O. Box 410<br>    Wilmington, DE 19899-0410<br>    Tel: (302) 652-8400<br>    Fax: (302) 652-8405<br>    jpolesky@skfdelaware.com<br><br>Attorneys for Plaintiffs | By:  */s/ Richard L. Horwitz*<br>    Richard L. Horwitz (ID #2246)<br>    David E. Moore (ID #3983)<br>    1313 N. Market Street<br>    P.O. Box 951<br>    Wilmington, DE 19899-951<br>    Tel: (302) 984-6027<br>    Fax: (302) 658-1192<br>    dmoore@potteranderson.com<br><br>Attorneys for Defendants |

It is SO ORDERED this _____ day of _____, 2006.

_____
Chief Judge Sue L. Robinson

733058