IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC., | ) | |
| | ) | |
| Plaintiff, On Behalf of Itself | ) | |
| and Others Similarly | ) | |
| Situated, | ) | |
| | ) | C.A. No. 05-535-SLR |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Monsanto Controlled Subsidiaries: | ) | |
| | ) | |
| AMERICAN SEEDS INC., | ) | |
| CORN STATES HYBRID, | ) | |
|   SERVICE INC. | ) | |
| ASGROW SEED CO., INC., | ) | |
| HOLDEN FOUNDATION SEEDS, INC., | ) | |
| DEKALB SEEDS, | ) | |
| CALGENE, L.L.C., | ) | |
| CHANNEL BIO CO., | ) | |
| NC+ HYBRIDS, | ) | |
| SEMINIS INC., | ) | |
| | ) | |
|   Defendants. | ) | |

| | | |
|---|---|---|
| DARRELL SOUHRADA, and | ) | |
| DAVE JOHNSON, | ) | |
| | ) | C.A. No. 05-535-SLR |
| Plaintiffs, On Behalf of Themselves | ) | |
| and Iowa Citizens Similarly | ) | |
| Situated, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
|   Defendant. | ) | |

| | |
|---|---|
| KENT DUXBURY | ) |
| | ) |
|     Plaintiff, On Behalf of Itself | ) |
|     and Minnesota Citizens | ) |
|     Similarly Situated, | ) |
| | )    C.A. No. 05-535-SLR |
| v. | ) |
| | ) |
| MONSANTO COMPANY, | ) |
| | ) |
|     Defendant. | ) |

## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT IN *DUXBURY V. MONSANTO CO.*, C.A. NO. 05-535

Pursuant to Federal Rule of Civil Procedure 15(a), and for the reasons set forth in plaintiffs' Brief in Support of Motion for Leave to File First Amended Complaint in *Duxbury v. Monsanto*, C.A. No. 05-535, filed contemporaneously with this motion, plaintiffs seek leave to amend their complaint, in the form attached as Exhibit A, to add an additional class representative, Benjamin Rein. A "red-line" copy of the proposed Amended Complaint, indicating changes, is attached as Exhibit B.

                SMITH, KATZENSTEIN & FURLOW LLP

                /s/ Joelle E. Polesky
                Joelle E. Polesky (ID No. 3694)
                800 Delaware Avenue, 7th Floor
                P.O. Box 410
                Wilmington, DE 19899 (Courier 19801)
                Telephone: 302-652-8400
                Facsimile: 302-652-8405
                E-mail: jpolesky@skfdelaware.com

Dated: May 24, 2006           Attorneys for Plaintiffs

OF COUNSEL:

KELLOGG, HUBER, HANSEN,
TODD, EVANS & FIGEL P.L.L.C.
Steven F. Benz
Ronald L. Lord
Michael J. Fischer
Michael S. Zuckman
1615 M St., N.W.
Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

BERRY & LEFTWICH
R. Stephen Berry
J. Daniel Leftwich
Gregory Baruch
1717 Pennsylvania Ave. NW
Suite 450
Washington, DC 20006
Telephone: (202) 296-3020
Facsimile: (202) 296-3038