## LOCAL RULE 7.1.1 CERTIFICATION

Pursuant to Local District Court Civil Rule 7.1.1, Steven F. Benz, Of Counsel to plaintiffs in the instant action, contacted John Rosenthal, co-counsel for Monsanto, by letter on May 14, 2006, to inquire into whether Monsanto would oppose this motion. On May 18, 2006, Peter Moll, co-counsel for Monsanto, informed Mr. Benz by letter that Monsanto would be opposing this motion.

SMITH, KATZENSTEIN & FURLOW LLP

_____
Joelle E. Polesky (ID No. 3694)
The Corporate Plaza
800 Delaware Avenue, P.O. Box 410
Wilmington, Delaware 19899
tel: (302) 652-8400
fax: (302) 652-8405
Attorneys for Plaintiffs

Dated: May 24, 2006

6