## CERTIFICATE OF SERVICE

I certify that this 24th day of May, 2006, copies of the foregoing Motion for Leave to File First Amended Complaint in *Duxbury v. Monsanto Co.*, C.A. No. 05-535, Brief in Support of Motion for Leave to File First Amended Complaint in *Duxbury v. Monsanto Co.*, C.A. No. 05-535, and Local Rule 7.1.1 Certification were caused to be served on the following by efiling:

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Peter E. Moll
Howrey LLP
1299 Pennsylvania Ave. N.W.
Washington, D.C. 20004

_____
Joelle E. Polesky (I.D. No. 3694)

10014507.WPD