## CERTIFICATE OF SERVICE

I certify that this 19th day of June, 2006, copies of the foregoing Reply Brief in Support of Motion for Leave to File First Amended Complaint in *Duxbury v. Monsanto Co.*, C.A. No. 05-535, were caused to be served on the following by efiling:

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Peter E. Moll
Howrey LLP
1299 Pennsylvania Ave. N.W.
Washington, D.C. 20004

_____
Joelle E. Polesky (I.D. No. 3694)

i

10015175.WPD