

**Smith Katzenstein Furlow LLP**

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Joelle E. Polesky
Roger D. Anderson
Robert K. Beste
Etta R. Wolfe

June 20, 2006

**VIA E-FILING AND HAND DELIVERY**

The Honorable Sue L. Robinson
U. S. District Court for the District of Delaware
844 King Street
Wilmington, DE 19801-3570

Re:   *American Seed Company Inc. v. Monsanto Company*, C.A. No. 05-535 SLR

Dear Judge Robinson:

I represent plaintiffs in the above matter. Pursuant to Local Rule 7.1.4, I write to request oral argument on plaintiffs' Motion for Leave to File First Amended Complaint in *Duxbury v. Monsanto*, C.A. No. 05-535 (D.I. 113). The parties completed briefing on the motion to amend on June 19, 2006.

I am available if Your Honor has any questions.

Respectfully,

Joelle E. Polesky (ID No. 3694)

cc:   Clerk of Court (via e-filing)
      Richard L. Horwitz, Esquire (via e-filing)
      Peter E. Moll, Esquire (via e-filing)

10015190.WPD