## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC. | ) | |
| | ) | |
|     Plaintiff, On Behalf Of Itself | ) | |
|     and Others Similarly | ) | |
|     Situated, | ) | |
| | ) | C.A. No. 05-535-SLR |
|     v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Monsanto Controlled Subsidiaries: | ) | |
| | ) | |
| AMERICAN SEEDS INC., | ) | |
| CORN STATES HYBRID SERVICE INC. | ) | |
| ASGROW SEED CO., INC. | ) | |
| HOLDEN FOUNDATION SEEDS, INC. | ) | |
| DEKALB SEEDS, | ) | |
| CALGENE, L.L.C., | ) | |
| CHANNEL BIO CO., | ) | |
| NC+ HYBRIDS, | ) | |
| SEMINIS INC. | ) | |
| | ) | |
|     Defendants. | ) | |

| | | |
|---|---|---|
| DARRELL SOUHRADA, and | ) | |
| DAVE JOHNSON, | ) | |
| | ) | |
|     Plaintiffs, On Behalf of | ) | |
|     Themselves and Iowa Citizens | ) | |
|     Similarly Situated, | ) | |
| | ) | C.A. No. 05-535-SLR |
|     v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
|     Defendant. | ) | |

| | |
|---|---|
| KENT DUXBURY )<br>)<br>   Plaintiff, On Behalf of Itself )<br>   and Minnesota Citizens )<br>   Similarly Situated, )<br>)<br>v. )<br>)<br>MONSANTO COMPANY, )<br>)<br>   Defendant. ) | C.A. No. 05-535-SLR |

## NOTICE OF DEPOSITION
## OF DR. WILLIAM C. MYSLINSKI

PLEASE TAKE NOTICE that Class Plaintiffs in the above-captioned case, pursuant to the provisions of Rule 30 of the Federal Rules of Civil Procedure, will take the deposition of William C. Myslinski on July 12, 2006, in the offices of Howrey LLP, 1299 Pennsylvania Avenue, NW, Washington, DC 20004. The deposition will commence at 9:00 a.m. and will continue from day to day until complete. The deposition will be recorded by stenographic means.

SMITH KATZENSTEIN & FURLOW LLP

*/s/ Robert K. Beste*

Joelle E. Polesky (Id. No. 3694)
Robert K. Beste, III (Id. No. 3931)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899 (Courier 19801)
Telephone:  (302) 652-8400
Telecopy:  (302) 652-8405

Of Counsel:  *Attorneys for plaintiff*

BIRD, JACOBSEN & STEVENS
Charles A. Bird
Jeremy R. Stevens
300 Third Ave. SE
Rochester, MN  55904
Telephone:  (507) 282-1503
Telecopy:  (507) 282-7736

KELLOGG, HUBER, HANSEN,
TODD, EVANS & FIGEL P.L.L.C.
Steven F. Benz
Michael S. Zuckman
1615 M St., N.W.
Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Telecopy: (202) 326-7999

BERRY & LEFTWICH
R. Stephen Berry
J. Daniel Leftwich
Gregory Baruch
1717 Pennsylvania Ave. NW
Suite 450
Washington, DC  20006
Telephone:  (202) 296-3020
Telecopy:   (202) 296-3038

10015646.WPD                                    3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of July, 2006, copies of the foregoing NOTICE OF DEPOSITION was caused to be served on the following via e-filing:

>Richard L. Horwitz
>Potter Anderson & Corroon LLP
>Hercules Plaza 6th Floor
>1313 N. Market Street
>Wilmington, DE 19801
>
>Peter E. Moll
>Howrey LLP
>1299 Pennsylvania Ave. N.W.
>Washington, D.C. 20004

>>*/s/ Robert K. Beste*
>>
>>Robert K. Beste, III (Id. No. 3931)