IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED COMPANY, INC., Individually and on behalf of all others similarly situated, | ) ) ) ) | C.A. No. 05-535-SLR |
| Plaintiffs, | ) ) ) | **JURY TRIAL DEMANDED** |
| v. | ) ) | **PUBLIC VERSION** |
| MONSANTO COMPANY, et al., | ) ) ) | |
| Defendants. | ) | |
| DARRELL SOUHRADA | ) ) | |
| Plaintiff, On Behalf Itself and Iowa Citizens Similarly Situated, | ) ) ) ) ) | |
| v. | ) ) | C.A. No. 05-535-SLR |
| MONSANTO COMPANY, | ) ) ) | |
| Defendant. | ) | |
| KENT DUXBURY | ) ) | |
| Plaintiff, On Behalf Itself and Minnesota Citizens Similarly Situated, | ) ) ) ) ) | |
| v. | ) ) | C.A. No. 05-535-SLR |
| MONSANTO COMPANY, | ) ) ) | |
| Defendant. | ) | |

**DECLARATION OF KENNETH RINKENBERGER IN SUPPORT OF
DEFENDANT MONSANTO COMPANY'S MEMORANDUM
IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

OF COUNSEL:

Peter E. Moll
John J. Rosenthal
Timothy Finley
HOWREY LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
(202) 783-0800

Dated: June 30, 2006
Public Version Dated: July 10, 2006

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
Wilmington, DE 19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Monsanto Company,
American Seed, Inc., Corn States Hybrid Service,
Inc., Holden Foundation Seeds, Inc., Dekalb Seeds,
Calgene, L.L.C., Channel Bio Co., Nc+ Hybrids
and Semins, Inc.*

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SEED CO. INC.,<br><br>    Plaintiff, On Behalf of Itself<br>    and Others Similarly<br>    Situated,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Monsanto Controlled Subsidiaries:<br><br>AMERICAN SEEDS INC.,<br>CORN STATES HYBRID,<br>   SERVICE INC.<br>ASGROW SEED CO., INC.,<br>HOLDEN FOUNDATION SEEDS, INC.,<br>DEKALB SEEDS,<br>CALGENE, L.L.C.,<br>CHANNEL BIO CO.,<br>NC+ HYBRIDS,<br>SEMINIS INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-535-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| DARRELL SOUHRADA, and<br>DAVE JOHNSON,<br><br>    Plaintiffs, On Behalf of Themselves<br>    and Iowa Citizens Similarly<br>    Situated, | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-535-SLR |

|  |  |  |
|---|---|---|
| v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

|  |  |  |
|---|---|---|
| KENT DUXBURY, | ) | |
| | ) | |
| Plaintiff, On Behalf of Itself and Minnesota Citizens Similarly Situated, | ) ) ) ) | |
| | ) | C.A. No. 05-535-SLR |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Defendant. | ) ) | |

I, Kenneth Rinkenberger, declare as follows:

1. My name is Kenneth Rinkenberger. I have been the President of Corn States Hybrid Service and Holden's Foundation Seed Company since August 2002. The following declaration is based on my personal knowledge. I am over twenty-one years old, and I could competently testify to the following.

2. I have worked for Monsanto for eight years. During that time, I have held the positions of U.S. Seed Marketing Lead for Monsanto, Corn Strategy Lead for Monsanto's Product Management Group, and most recently, President of Corn States/Holden's.

### I. MONSANTO'S TRANSGENIC CORN SEED PRODUCTS

3. In the 1980s through the 1990s, Monsanto invested billions of dollars on researching, developing and commercializing genetically modified crops. Monsanto commercialized three types of transgenic corn seed: European corn borer ("ECB") resistant, glyphosate tolerant, and corn-rootworm (CRW) resistant.

4.  **ECB-Resistant Seed** – The European corn borer is an insect that bores into and damages corn stalks, resulting in smaller crops and yield. Monsanto introduced its first ECB seed in 1997 under the brand name YieldGard.

5.  **Glyphosate-Tolerant Seed** – Glyphosate is a highly effective herbicide, but it is not selective, meaning that it kills both crops and weeds when applied. One of Monsanto's most successful products has been its glyphosate-based herbicide, Roundup®. In 1998, Monsanto introduced its Roundup Ready® corn seed, which can tolerate application of glyphosate-based herbicides like Roundup®. Monsanto launched a second generation Roundup Ready® corn seed product in 2001.

6.  **CRW-Resistant Seed** – The corn rootworm feeds on and damages a corn plant's roots, resulting in yield losses. In 2003, Monsanto introduced its CRW-resistant seed, YieldGard Rootworm.

7.  **Stacked Traits** – In 2004, Monsanto introduced seed that contained more than one trait "stacked" into a single seed. A grower can now purchase any combination of Monsanto's traits, or all traits, stacked into a single seed.

## II. MONSANTO'S CORN SEED BUSINESSES

8.  Monsanto sells its transgenic corn seed ███████████████. First, through Holden's/Corn States, Monsanto sells foundation seed, much of which is transgenic, to other seed companies. Foundation seed is not planted as a crop but rather is combined with other foundation seed to make hybrid seed – the seed that corn growers actually plant to make crops. Second, Monsanto sells branded DEKALB and Asgrow hybrid seed to ███████████████ ███████. Third, through its subsidiary American Seeds Inc. (ASI), Monsanto owns a number of small, regional seed companies which sell transgenic and conventional hybrids ███████

3

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Fourth, Monsanto sells unbranded transgenic and conventional hybrids ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

9. In addition to corn seed sales, Monsanto licenses its transgenic traits (*e.g.* insect resistance or glyphosate tolerance) to other seed companies.

### A. CORN STATES

10. **Trait Licensing Business.** Monsanto licenses its traits through Corn States. Corn States licenses Monsanto's traits ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

11. Monsanto's license agreements contain ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

12. The different provisions in the license agreements ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

13. **Foundation Seed Business.** Holden's/Corn States sells foundation seed to seed companies. Foundation seed, or parent seed, refers to seed that is combined with other foundation seed to make the hybrid seed that growers plant as crops.

14. Foundation seed ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇



15. Some seed companies who purchase foundation seed from Holden's/Corn States ▄▄▄▄

16. A transgenic trait comprises a ▄▄▄▄ Corn seed also contains base germplasm, which refers to the corn seed's naturally occurring genetic properties. The corn seed's germplasm ▄▄▄▄

17. Seed lines have been crossbred for hundreds of years to develop germplasm adapted to different growing conditions, such as climate, soil composition, disease pressure and insect infestation. For that reason, growers choose from thousands of different seed varieties – both transgenic and conventional.

18. Germplasm varies by quality. Holden's/Corn States produces many germplasm lines, ▄▄▄▄

19. Seed companies that license Monsanto's traits ▄▄▄▄

███████████████████████████████████████████████████████████████
██████████

20.   **Private Label Business.** In addition to selling foundation seed, Holden's/Corn States also produces private label seed ████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████

21.   **Corn States Hybrid Service, LLC Brokerage Business.** In addition to foundation seed sales and private label hybrid seed sales, Corn States Hybrid Service offers seed brokerage services. Seed companies often over or under produce a specific hybrid, or over or under estimate the specific demand for a hybrid. As a result, Corn States Hybrid Service

████████████████████████████████████████████████████████████

███████████████████████████ Corn States charges a fee for its services but does not purchase or sell the seed itself.

22.   **Plaintiff American Seed's Dealings with Corn States Hybrid Service.** From July 1, 2001, to the present █████████████████████████████████████
███████.

23.   On April 24, 2002, American Seed ████████████████████████████
████████████████████████████████████████████████████████████
███████████████████████

24.   On April 25, 2002, American Seed ████████████████████████████
████████████████████████████████████████████████████████████
███████████████████████

6

25. On May 8, 2002, American Seed ███████████████████
███████████████████████████████████████████████████████
███████████████

26. On May 8, 2002, American Seed ███████████████████
███████████████████████████████████████████████████████
███████████████

27. In each of these transactions with American Seed, Corn States Hybrid Service
███████████████████████████████████████████████████████
███████████████

B. **ASGROW AND DEKALB BRANDED SEED**

28. Monsanto sells its branded corn seed through its Asgrow and DEKALB brands. Asgrow and DEKALB produce hybrid seed, both conventional and transgenic, and sell it ███████████████████████████████████████ In 2005, Asgrow and DEKALB offered ███████████████████████████████ Asgrow and DEKALB ███████████████████████████████████████████████████████
███████████████

29. Asgrow and DEKALB price their varieties ███████████████████
███████████████████████████████████████████████████████
███████████████

30. Asgrow and DEKALB sell corn seed varieties, including transgenic seed, to their dealers ███████████████████████████████████████████████████
███████████████████████████████████████

31. ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████

32. ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████

33. In 2005, Asgrow and DEKALB accounted for ████████████ corn seed sales in the United States.

C. **ASI COMPANIES**

34. Monsanto owns several seed companies that sell their branded hybrid seed ████████████████ Monsanto owns those companies through its holding company, American Seeds, Inc. The brands comprising the ASI Companies are: Channel Bio, Crow's, NC+, Midwest Seed, Trelay Seeds, Gold Country Seed, Inc., Heritage Seeds, Stewart Applied Genetics, Fontanelle and Specialty Seeds.

35. ████████████████████████████████████████
████████████████████████████████████████
██████████████████████████

36. ████████████████████████████████████████
████████████████████████████████████████
██████████████████████

## III. MONSANTO'S LICENSE AGREEMENT WITH PIONEER

37.  Monsanto has licensed its ECB-resistant trait to Pioneer ███████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████ Thus, by licensing its traits to Pioneer,

███████████████████████████████████████

███████████████████████████████████████

███████

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 29th day of June, 2006, in the City of St. Louis, County of St. Louis, State of Missouri.

*Kenneth Rinkenberger*
Kenneth Rinkenberger

9

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

    I, David E. Moore, hereby certify that on July 10, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Joelle E. Polesky<br>Smith, Katzenstein & Furlow LLP<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899 | John W. Shaw<br>Young Conaway Stargatt & Taylor, L.L.P.<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 |

    I hereby certify that on July 10, 2006, I have sent by Electronically Mailed the foregoing document to the following non-registered participants:

| | |
|---|---|
| Steven F. Benz<br>Michael S. Zuckman<br>Kellogg, Huber, Hansen, Todd,<br>    Evans & Figel P.L.L.C<br>1615 M Street, NW<br>Suite 400<br>Washington, DC 20036<br>sbenz@khhte.com | R. Stephen Berry<br>J. Daniel Leftwich<br>Gregory Baruch<br>Berry & Leftwich<br>1717 Pennsylvania Ave., NW<br>Washington, DC 20006<br>sberry@berry-leftwich.com<br>dleftwich@berry-leftwich.com<br>gbaruch@berry-leftwich.com |
| Charles A. Bird<br>Jeremy R. Stevens<br>Bird, Jacobsen & Stevens<br>300 Third Ave. S.E.<br>Rochester, MN 55904<br>charles@birdjacobsen.com<br>jeremy@birdjacobsen.com | Richard F. Schwed<br>Thomas A. McGrath III<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>rschwed@shearman.com |

*/s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

696607

2