# Exhibit A

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# Exhibit B

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# Exhibit C

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# Exhibit D

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**