IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SEED COMPANY, INC., Individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MONSANTO COMPANY, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-535-SLR <br><br> **JURY TRIAL DEMANDED** <br><br> **PUBLIC VERSION** |
| DARRELL SOUHRADA <br><br> Plaintiff, On Behalf Itself and Iowa Citizens Similarly Situated, <br><br> v. <br><br> MONSANTO COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-535-SLR |
| KENT DUXBURY <br><br> Plaintiff, On Behalf Itself and Minnesota Citizens Similarly Situated, <br><br> v. <br><br> MONSANTO COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-535-SLR |

**DECLARATION OF JEAN-NOEL MUTZ IN SUPPORT OF DEFENDANT
MONSANTO COMPANY'S MEMORANDUM IN OPPOSITION
TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

OF COUNSEL:

Peter E. Moll
John J. Rosenthal
Timothy Finley
HOWREY LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
(202) 783-0800

Dated: June 30, 2006
Public Version Dated: July 10, 2006

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
Wilmington, DE 19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Monsanto Company,
American Seed, Inc., Corn States Hybrid Service,
Inc., Holden Foundation Seeds, Inc., Dekalb Seeds,
Calgene, L.L.C., Channel Bio Co., Nc+ Hybrids
and Semins, Inc.*

29-06-2006   16:08   DE   MONSANTO EUROPE AFRIQUE   A   00013146942965   P.02/05

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SEED CO. INC., <br><br> Plaintiff, On Behalf of Itself and Others Similarly Situated, <br><br> v. <br><br> MONSANTO COMPANY, <br><br> Monsanto Controlled Subsidiaries: <br><br> AMERICAN SEEDS INC., <br> CORN STATES HYBRID, SERVICE INC. <br> ASGROW SEED CO., INC., <br> HOLDEN FOUNDATION SEEDS, INC., <br> DEKALB SEEDS, <br> CALGENE, L.L.C., <br> CHANNEL BIO CO., <br> NC+ HYBRIDS, <br> SEMINIS INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-535-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| DARRELL SOUHRADA, and <br> DAVE JOHNSON, <br><br> Plaintiffs, On Behalf of Themselves and Iowa Citizens Similarly Situated, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-535-SLR |

v.                                         )
                                           )
MONSANTO COMPANY,                          )
                                           )
    Defendant.                           )

---

KENT DUXBURY,                              )
                                           )
    Plaintiff, On Behalf of Itself       )
    and Minnesota Citizens               )
    Similarly Situated,                  )
                                           )    C.A. No. 05-535-SLR
v.                                         )
                                           )
MONSANTO COMPANY,                          )
                                           )
    Defendant.                           )

---

I, Jean-Noel Mutz, declare as follows:

1. My name is Jean-Noel Mutz. I am currently Licensing Manager for Biotech Traits in Europe and Africa. I work for Monsanto Agricultural France SAS. My day-to-day responsibilities include negotiating Monsanto's trait licensing contracts with seed companies in Europe.

2. To commercialize a genetic trait in Europe, a company must first submit the event to the European Union regulatory body. Once the trait is approved by the EU, companies must then register the products they wish to sell with each member country. Companies must register *each* hybrid variety containing an approved transgenic trait separately, and register with *each* member country. This is significantly more restrictive than the US regulatory process, and directly influences Monsanto's product offerings in Spain. Based on my knowledge of the industry, I believe that the process also must affect our competitors' product line as well.

3. The Spanish market for ECB-resistant seed ████████████ Approximately ████████████

DM_US\8347807.v1

[redacted]

4. The distribution system in Spain is more complex than in the United States. [redacted]

5. Spain was the first country to allow a hybrid containing a transgenic event to be commercialized when, in 1998, Syngenta registered an ECB-resistant hybrid variety. This sent a shockwave throughout Europe, and other EU members pressured Spain to not register any additional transgenic hybrids. From 1999 until 2003, no countries registered any hybrids containing transgenic traits. [redacted]

6. In 2003, Spain lifted its moratorium on hybrid registration, and allowed each company to register one hybrid with a transgenic trait. [redacted]

7. [redacted]

8. In 2004, the EU announced a future ban, starting in June 2005, on the sale of any events that carry antibiotic resistance markers. [redacted]

3

9. ██████████████████████████████████

10. The total area affected by ECB in Spain ████████

11. ██████████████████████████████████

Spain's climate supports multiple generations of ECB within a growing season.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 28th day of June, 2006, in the City of Lyon, France.

Jean-Noël Mutz

Public Version Dated:  July 10, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on July 10, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Joelle E. Polesky | John W. Shaw |
| Smith, Katzenstein & Furlow LLP | Young Conaway Stargatt & Taylor, L.L.P. |
| 800 Delaware Avenue, 7th Floor | The Brandywine Building |
| P.O. Box 410 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |

I hereby certify that on July 10, 2006, I have sent by Electronically Mailed the foregoing document to the following non-registered participants:

| | |
|---|---|
| Steven F. Benz | R. Stephen Berry |
| Michael S. Zuckman | J. Daniel Leftwich |
| Kellogg, Huber, Hansen, Todd, | Gregory Baruch |
| Evans & Figel P.L.L.C | Berry & Leftwich |
| 1615 M Street, NW | 1717 Pennsylvania Ave., NW |
| Suite 400 | Washington, DC 20006 |
| Washington, DC 20036 | sberry@berry-leftwich.com |
| sbenz@khhte.com | dleftwich@berry-leftwich.com |
| | gbaruch@berry-leftwich.com |
| | |
| Charles A. Bird | Richard F. Schwed |
| Jeremy R. Stevens | Thomas A. McGrath III |
| Bird, Jacobsen & Stevens | Shearman & Sterling LLP |
| 300 Third Ave. S.E. | 599 Lexington Avenue |
| Rochester, MN 55904 | New York, NY 10022-6069 |
| charles@birdjacobsen.com | rschwed@shearman.com |
| jeremy@birdjacobsen.com | |

*/s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

696607