# Appendix and Exhibits

# APPENDIX E

# THIS APPENDIX HAS BEEN REDACTED IN ITS ENTIRETY

# APPENDIX F

**THIS APPENDIX HAS BEEN REDACTED IN ITS ENTIRETY**

# EXHIBIT 1

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 2

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY