# E-Mail Request for Emergency Relief

1. Case Number:     05 -cv- 535 -SLR

2. Check the box that applies:

   XX   Requesting a teleconference with the parties and the court
   ___  Requesting an in-person conference with the parties and the court
   ___  Requesting either of the above listed options at the court's determination

3. BRIEFLY describe the reason for this **emergency** request:

   Plaintiffs' reply brief on class certification is due on August 4, 2006 (hand delivery of unredacted version to counsel) and August 7, 2006 (filing and service of redacted version). Plaintiffs' counsel requested a one week extension of time to August 11 and August 14, 2006 respectively, because of scheduling issues that have arisen as a result of other litigation matters on which plaintiffs' counsel are working and vacations. Defendants' counsel has denied this request. Defendants will not be prejudiced by the one week extension of time for plaintiffs to serve and file their reply brief on class certification, as a hearing on class certification is not currently scheduled. Accordingly, plaintiffs respectfully request an extension of time on their reply brief to August 11, 2006 (hand delivery of unredacted version to counsel) and August 14, 2006 (filing and service of redacted version).

   ----

   *Any text added beyond the limits of this space will be disregarded by the court.

4. Name of opposing counsel contacted about this request:   Timothy Finley and William DeVinney

5. Response of opposing counsel to this request:
   Opposing counsel has denied this request.

6. Name of local counsel making this request:   Joelle E. Polesky, Esquire

7. Today's Date:   7/12/06

********************************************************************************

For court use only:

☐  A teleconference will be held on _____ to be coordinated and initiated by

☐  An in-person discovery conference will be held on:

☑  Other:  Plaintiffs' request is granted.