# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SEED CO. INC., ) | |
| ) | |
| Plaintiff, On Behalf of Itself ) | |
| and Others Similarly ) | |
| Situated, ) | |
| ) | C.A. No. 05-535-SLR |
| v. ) | |
| ) | |
| MONSANTO COMPANY, ) | |
| ) | |
| Monsanto Controlled Subsidiaries: ) | |
| ) | |
| AMERICAN SEEDS INC., ) | |
| CORN STATES HYBRID, ) | |
|   SERVICE INC. ) | |
| ASGROW SEED CO., INC., ) | |
| HOLDEN FOUNDATION SEEDS, INC., ) | |
| DEKALB SEEDS, ) | |
| CALGENE, L.L.C., ) | |
| CHANNEL BIO CO., ) | |
| NC+ HYBRIDS, ) | |
| SEMINIS INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| DARRELL SOUHRADA, and ) | |
| DAVE JOHNSON, ) | |
| ) | C.A. No. 05-535-SLR |
| Plaintiffs, On Behalf of Themselves ) | |
| and Iowa Citizens Similarly ) | |
| Situated, ) | |
| ) | |
| v. ) | |
| ) | |
| MONSANTO COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

10015720.WPD

| | |
|---|---|
| KENT DUXBURY | ) |
| | ) |
|    Plaintiff, On Behalf of Itself and Minnesota Citizens Similarly Situated, | ) ) ) ) |
| | ) C.A. No. 05-535-SLR |
| v. | ) ) |
| MONSANTO COMPANY, | ) ) |
|    Defendant. | ) ) |

## MOTION AND ORDER FOR ADMISSION
### *PRO HAC VICE* OF AUSTIN C. SCHLICK

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Austin C. Schlick, Esquire to represent American Seed Co. Inc., Intervenor Plaintiffs Darrell Souhrada, Dave Johnson, and Kent Duxbury, and Proposed Intervenor Plaintiffs Jerry Ellefson and Benjamin Rein in this matter.

                        SMITH, KATZENSTEIN & FURLOW LLP

                        _____
                        Joelle E. Polesky (ID No. 3694)
                        800 Delaware Avenue, 7th Floor
                        P.O. Box 410
                        Wilmington, DE 19899 (Courier 19801)
                        Telephone: 302-652-8400
                        Facsimile: 302-652-8405
                        E-mail: jpolesky@skfdelaware.com

Dated: July 13, 2006            Attorneys for Plaintiffs

### ORDER GRANTING MOTION

    IT IS HEREBY ORDERED the motion for admission *pro hac vice* of Austin C. Schlick is granted.

Date: July    , 2006               _____
                                      United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Austin C. Schlick, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ Austin C. Schlick*
Austin C. Schlick
D.C. Bar No. 450042
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street N.W.
Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Telecopy: (202) 326-7999

Dated: July 11, 2006

## CERTIFICATE OF SERVICE

I certify that this 13th day of July, 2006, copies of the foregoing Motion and Order for Admission *Pro Hac Vice*, were caused to be served on the following by efiling:

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Peter E. Moll
Howrey LLP
1299 Pennsylvania Ave. N.W.
Washington, D.C. 20004

Joelle E. Polesky (I.D. No. 3694)