**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMERICAN SEED COMPANY, INC., | : |
| Plaintiff, | : |
| DARRELL SOUHRADA and KENT DUXBURY, | : |
| Intervenor Plaintiffs, | : |
| v. | : Civil Action No. 05-535-SLR |
| MONSANTO COMPANY, | : |
| Defendant. | : |

## ORDER

At Wilmington this **25th** day of **January, 2006**.

IT IS ORDERED that plaintiff's counsel shall advise the Magistrate Judge when the class certification issue is decided, any change in the schedule of the Syngenta antitrust action presently scheduled for trial in January 2007, or a decision from the Federal Circuit regarding the Shaw and Lundquist patents. Within 30 days of notification of the class certification decision, a telephonic conference will be scheduled with the Magistrate Judge to discuss the status of the case and the parties' interest in ADR. **Plaintiff's counsel will initiate the teleconference.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE