## E-Mail Request for Emergency Relief

1. Case Number:     05 -cv- 535   -SLR

2. Check the box that applies:

   ✓  Requesting a teleconference with the parties and the court
      Requesting an in-person conference with the parties and the court
      Requesting either of the above listed options at the court's determination

3. BRIEFLY describe the reason for this **emergency** request:

   Plaintiffs request a brief extension of time to October 2, 2006 of the discovery cut-off for the production of documents on the merits in this matter. The current deadline for discovery cut-off for document production is September 1, 2006, with a fact discovery cut-off of December 15, 2006. The one month extension of time for document production will not require an extension of the fact discovery cut-off, or of any other deadlines in the Scheduling Order (D.I. 56).

   Defendants will not be prejudiced by the proposed extension to October 2, 2006, as it will not require that the parties extend any other deadlines, including fact discovery, summary judgment deadlines, and the trial date. Defendants have refused to stipulate to this extension, without explanation.

   *Any text added beyond the limits of this space will be disregarded by the court.

4. Name of opposing counsel contacted about this request: John Rosenthal, Tim Finley

5. Response of opposing counsel to this request:

   Opposing counsel will not agree to the extension of time.

6. Name of local counsel making this request: Joelle E. Polesky (ID No. 3694)

7. Today's Date: August 10, 2006

****************************************************************************************

For court use only:

☐ A teleconference will be held on _____ to be coordinated and initiated by

☐ An in-person discovery conference will be held on:

☑ Other:  Plaintiff's request is denied.

**Opposing Counsel's Response to E-Mail Request for Emergency Relief**

1. Case Number: 05 -cv- 535 -SLR

2. BRIEFLY state your response to the **emergency** request made by opposing counsel:

   Plaintiffs' requests are untimely. Plaintiffs did not timely serve a request for the production of merits documents, which they neglect to advise the Court in their emergency motion. Plaintiffs offer no compelling reason for amending the schedule now to permit written merits discovery at this late date. Plaintiffs were aware of this jointly negotiated and agreed-to deadline. Amending the schedule prejudices Monsanto, having to respond to requests, conduct meet and confers, and collect documents for production during a time intended for fact depositions on the merits. Moreover, Monsanto will have to do so while undertaking expert discovery, potentially preparing summary judgment motions and other pretrial activities in the Syngenta case. With 6.2 million pages already produced, there is no compelling reason for moving this deadline.

*Any text added to beyond the limits of this space will be disregarded by the court.

3. Name of local counsel submitting this response: David E. Moore

4. Today's Date: August 11, 2006

*********************************************************************************