PUBLIC VERSION

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC., | ) | |
| | ) | |
| Plaintiff, On Behalf of Itself and Others Similarly Situated, | ) ) ) ) | |
| | ) | |
| v. | ) | C.A. No. 05-535-SLR |
| | ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Monsanto Controlled Subsidiaries: | ) ) | |
| AMERICAN SEEDS INC., CORN STATES HYBRID, SERVICE INC. ASGROW SEED CO., INC., HOLDEN FOUNDATION SEEDS, INC., DEKALB SEEDS, CALGENE, L.L.C., CHANNEL BIO CO., NC+ HYBRIDS, SEMINIS INC., | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

---

| | | |
|---|---|---|
| DARRELL SOUHRADA, and DAVE JOHNSON, | ) ) ) | |
| Plaintiffs, On Behalf of Themselves and Iowa Citizens Similarly Situated, | ) ) ) ) | |
| v. | ) ) ) | C.A. No. 05-535-SLR |
| MONSANTO COMPANY, | ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| KENT DUXBURY | ) | |
| | ) | |
|    Plaintiff, On Behalf of Himself | ) | |
|    and Minnesota Citizens | ) | |
|    Similarly Situated, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-535-SLR |
| | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
|    Defendant. | ) | |

## SECOND DECLARATION OF DR. WILLIAM H. LESSER IN SUPPORT OF CLASS CERTIFICATION

Filed on Behalf of Plaintiff American Seed Co., Inc.,
Intervenor Plaintiffs Darrell Souhrada, Dave Johnson, and Kent Duxbury,
and Proposed Intervenor Plaintiffs Jerry Ellefson and Benjamin Rein

SMITH, KATZENSTEIN & FURLOW LLP

Joelle E. Polesky (ID No. 3694)
Robert K. Beste, III (ID No. 3931)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Facsimile: 302-652-8405
E-mail: jpolesky@skfdelaware.com

Attorneys for Plaintiffs

Dated: August 14, 2006

This Declaration addresses criticisms raised by Dr. William Myslinski and Monsanto regarding the proposed benchmarks discussed in my previous Declaration. It continues to be my opinion that the two benchmarks I have proposed ███████████ ███████████████████████████████████████████████ ███████████████████████████████████ ████████████████████████████████) are suitable benchmarks for the purpose of determining the effect of Monsanto's anticompetitive conduct in the relevant markets.

Benchmarks are used to measure the effect of anticompetitive conduct by finding another "benchmark" market, as similar as possible to the relevant market, in which the anticompetitive conduct is not present. ███████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████ ████████████████████████████████) The benchmark market must be untainted by the anticompetitive conduct. With such an untainted benchmark, one can meaningfully compare the gross margins in the benchmark market with the gross margins in the relevant market to determine whether the gross margins in the relevant market were inflated by the anticompetitive conduct.

By their nature, benchmark markets are proxies and are never identical in all respects to the relevant market. The issue is whether a benchmark is similar enough that

an economist can make meaningful comparisons. In this case, the proposed benchmarks are similar enough to provide meaningful comparisons, and indeed I believe that they are well-suited to determining the magnitude of the effect of Monsanto's alleged anticompetitive conduct on the relevant biotechnology corn seed prices.

[redacted]

**The Pioneer Benchmark**

[redacted]



███████████████████████████
███████████████████████████
██████████████████████
█████████████████████
████████████████████████
███████████████████████
████████████████

**The Spanish Benchmark**

██████████████████████████
███████████████████████████
███████████████████████████
██████████████████████████
█████████████████████████
███████████████████████████
███████████████████████████
███████████████████████████
██████████████████████████
███████████████████████████
██████████████████████████
███████████████████████████
███████████████████████████
████████████████████████



Dr. Myslinski also states (page 53) that more seed is sold through farmers' cooperatives in Spain than in the United States.



7

I hereby declare under penalty of perjury that the foregoing is true and correct.

_____
William H. Lesser

8

**ALL SUPPORTING EXHIBITS HAVE BEEN REDACTED**