PUBLIC VERSION

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC., | ) | |
| | ) | |
| Plaintiff, On Behalf of Itself and Others Similarly Situated, | ) ) ) | |
| | ) | |
| v. | ) ) | C.A. No. 05-535-SLR |
| | ) | |
| MONSANTO COMPANY, | ) ) | |
| Monsanto Controlled Subsidiaries: | ) ) | |
| AMERICAN SEEDS INC., CORN STATES HYBRID, SERVICE INC. ASGROW SEED CO., INC., HOLDEN FOUNDATION SEEDS, INC., DEKALB SEEDS, CALGENE, L.L.C., CHANNEL BIO CO., NC+ HYBRIDS, SEMINIS INC., | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| DARRELL SOUHRADA, and DAVE JOHNSON, | ) ) | |
| | ) | |
| Plaintiffs, On Behalf of Themselves and Iowa Citizens Similarly Situated, | ) ) ) | |
| | ) | |
| v. | ) ) | C.A. No. 05-535-SLR |
| | ) | |
| MONSANTO COMPANY, | ) ) | |
| Defendant. | ) | |

| | |
|---|---|
| KENT DUXBURY )<br>)<br>  Plaintiff, On Behalf of Himself )<br>  and Minnesota Citizens )<br>  Similarly Situated, )<br>)<br>v. )<br>)<br>)<br>MONSANTO COMPANY, )<br>)<br>  Defendant. ) | C.A. No. 05-535-SLR |

## APPENDIX TO PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

Filed on Behalf of Plaintiff American Seed Co., Inc.,
Intervenor Plaintiffs Darrell Souhrada, Dave Johnson, and Kent Duxbury,
and Proposed Intervenor Plaintiffs Jerry Ellefson and Benjamin Rein

SMITH, KATZENSTEIN & FURLOW LLP

Joelle E. Polesky (ID No. 3694)
Robert K. Beste, III (ID No. 3931)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Facsimile: 302-652-8405
E-mail: jpolesky@skfdelaware.com

Attorneys for Plaintiffs

Dated: August 14, 2006

**ALL PAGES (C1-C297) HAVE BEEN REDACTED**

Case 1:05-cv-00535-SLR   Document 140   Filed 08/14/2006   Page 3 of 3