IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SEED CO. INC., )<br>)<br>Plaintiff, On Behalf of Itself )<br>and Others Similarly )<br>Situated, )<br>)<br>v. )<br>)<br>MONSANTO COMPANY, )<br>)<br>Monsanto Controlled Subsidiaries: )<br>)<br>AMERICAN SEEDS INC., )<br>CORN STATES HYBRID, )<br>  SERVICE INC. )<br>ASGROW SEED CO., INC., )<br>HOLDEN FOUNDATION SEEDS, INC., )<br>DEKALB SEEDS, )<br>CALGENE, L.L.C., )<br>CHANNEL BIO CO., )<br>NC+ HYBRIDS, )<br>SEMINIS INC., )<br>)<br>    Defendants. )<br>) | C.A. No. 05-535-SLR |
| DARRELL SOUHRADA, and )<br>DAVE JOHNSON, )<br>)<br>Plaintiffs, On Behalf of Themselves )<br>and Iowa Citizens Similarly )<br>Situated, )<br>)<br>v. )<br>)<br>MONSANTO COMPANY, )<br>)<br>    Defendant. )<br>) | C.A. No. 05-535-SLR |

10016781.WPD

| | |
|---|---|
| KENT DUXBURY | ) |
| | ) |
|    Plaintiff, On Behalf of Itself | ) |
|    and Minnesota Citizens | ) |
|    Similarly Situated, | ) |
| | ) C.A. No. 05-535-SLR |
| v. | ) |
| | ) |
| MONSANTO COMPANY, | ) |
| | ) |
|    Defendant. | ) |
| | ) |

TO:  Richard L. Horwitz
      Potter Anderson & Corroon LLP
      Hercules Plaza 6th Floor
      1313 N. Market Street
      Wilmington, DE 19801

### NOTICE OF DEPOSITION *DUCES TECUM*

PLEASE TAKE NOTICE that plaintiffs will take the deposition *duces tecum*\* of Dow AgroSciences LLC on August 31, 2006 at the offices of Smith, Katzenstein & Furlow LLP, 800 Delaware Avenue, 7th Floor, Wilmington, DE 19801.

                                      SMITH, KATZENSTEIN & FURLOW LLP

                                      Joëlle E. Polesky (ID No. 3694)
                                      800 Delaware Avenue, 7th Floor
                                      P.O. Box 410
                                      Wilmington, DE 19899 (Courier 19801)
                                      Telephone: 302-652-8400
                                      Facsimile: 302-652-8405
                                      Attorneys for Plaintiffs

Dated: August 17, 2006

\*Attendance at the deposition will be waived if the records requested in Attachment A are received on or before August 31, 2006.

10016781.WPD

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August 2006, I caused a copy of the foregoing NOTICE OF DEPOSITION to be served on the following counsel of record via e-filing:

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Peter E. Moll
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004

/s/ Joelle E. Polesky
Joelle E. Polesky (ID No. 3694)