## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SEED CO. INC., ) | |
| ) | |
| Plaintiff, On Behalf of Itself ) | |
| and Others Similarly ) | |
| Situated, ) | |
| ) | C.A. No. 05-535-SLR |
| v. ) | |
| ) | |
| MONSANTO COMPANY, ) | |
| ) | |
| Monsanto Controlled Subsidiaries: ) | |
| ) | |
| AMERICAN SEEDS INC., ) | |
| CORN STATES HYBRID, ) | |
|   SERVICE INC. ) | |
| ASGROW SEED CO., INC., ) | |
| HOLDEN FOUNDATION SEEDS, INC., ) | |
| DEKALB SEEDS, ) | |
| CALGENE, L.L.C., ) | |
| CHANNEL BIO CO., ) | |
| NC+ HYBRIDS, ) | |
| SEMINIS INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| DARRELL SOUHRADA, and ) | |
| DAVE JOHNSON, ) | |
| ) | C.A. No. 05-535-SLR |
| Plaintiffs, On Behalf of Themselves ) | |
| and Iowa Citizens Similarly ) | |
| Situated, ) | |
| ) | |
| v. ) | |
| ) | |
| MONSANTO COMPANY, ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| KENT DUXBURY )<br>)<br>   Plaintiff, On Behalf of Itself )<br>   and Minnesota Citizens )<br>   Similarly Situated, )<br>)<br>   v. )<br>)<br>MONSANTO COMPANY, )<br>)<br>   Defendant. )<br>) | C.A. No. 05-535-SLR |

TO:   Richard L. Horwitz
       Potter Anderson & Corroon LLP
       Hercules Plaza 6th Floor
       1313 N. Market Street
       Wilmington, DE 19801

### NOTICE OF DEPOSITION *DUCES TECUM*

PLEASE TAKE NOTICE that plaintiffs will take the deposition *duces tecum** of Pioneer Hi-Bred International, Inc. on August 31, 2006 at the offices of Smith, Katzenstein & Furlow LLP, 800 Delaware Avenue, 7th Floor, Wilmington, DE 19801.

                        SMITH, KATZENSTEIN & FURLOW LLP

                        */s/ Joelle E. Polesky*
                        Joelle E. Polesky (ID No. 3694)
                        800 Delaware Avenue, 7th Floor
                        P.O. Box 410
                        Wilmington, DE 19899 (Courier 19801)
                        Telephone: 302-652-8400
                        Facsimile: 302-652-8405
                        Attorneys for Plaintiffs

Dated: August 17, 2006

*Attendance at the deposition will be waived if the records requested in Attachment A are received on or before August 31, 2006.

10016777.WPD

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August 2006, I caused a copy of the foregoing NOTICE OF DEPOSITION to be served on the following counsel of record via e-filing:

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Peter E. Moll
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004

/s/ Joelle E. Polesky
Joelle E. Polesky (ID No. 3694)

10016777.WPD