**Potter  
Anderson  
& Corroon** LLP

1313 North Market Street  
P.O. Box 951  
Wilmington, DE 19899-0951  
302 984-6000

www.potteranderson.com

**David E. Moore**  
Attorney at Law  
dmoore@potteranderson.com  
302 984-6147 Direct Phone  
302 658-1192 Fax

August 17, 2006

**VIA ELECTRONIC FILING  
AND HAND-DELIVERY**

Chief Judge Sue L. Robinson  
U.S. District Court  
J. Caleb Boggs Federal Building  
844 N. King Street  
Wilmington, DE 19801

> Re: *American Seed Co., Inc. v. Monsanto Company, et al.*  
> **C.A. No. 05-535 (SLR)**

Dear Chief Judge Robinson:

On August 16, 2006, counsel for plaintiffs in the above matter requested oral argument on their Motion for Class Certification (D.I. 96). If the Court is inclined to hold any hearing, defendants respectfully request that the Court consider allowing testimony from the parties' respective experts.

Respectfully submitted,

*/s/David E. Moore*

David E. Moore

PAC/746080

cc: Clerk of the Court (By Hand Delivery)  
Joelle E. Polesky, Esquire (By Electronic Mail Delivery)  
John W. Shaw, Esquire (By Electronic Mail Delivery)  
Steven F. Benz, Esquire (By Electronic Mail Delivery)  
R. Stephen Berry, Esquire (By Electronic Mail Delivery)  
Charles A. Bird, Esquire (By Electronic Mail Delivery)  
Richard F. Schwed, Esquire (By Electronic Mail Delivery)