## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC., | ) | |
| | ) | |
| Plaintiff, On Behalf of Itself and Others Similarly Situated, | ) ) ) | |
| v. | ) | C.A. No. 05-535-SLR |
| | ) | |
| MONSANTO COMPANY, et al., | ) ) | |
| Monsanto Controlled Subsidiaries: | ) ) | |
| AMERICAN SEEDS INC., CORN STATES HYBRID SERVICE, INC. ASGROW SEED CO., INC., HOLDEN FOUNDATION SEEDS, INC., DEKALB SEEDS, CALGENE, L.L.C., CHANNEL BIO CO., NC+ HYBRIDS, SEMINIS INC., | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| DARRELL SOUHRADA and DAVE JOHNSON, | ) ) ) | |
| Plaintiffs, On Behalf of Themselves and Iowa Citizens Similarly Situated, | ) ) ) | |
| v. | ) ) | C.A. No. 05-535-SLR |
| MONSANTO COMPANY, | ) ) | |
| Defendant | ) ) | |

| | |
|---|---|
| KENT DUXBURY, | ) |
| | ) |
| Plaintiff, On Behalf of Itself | ) |
| and Minnesota Citizens | ) |
| Similarly Situated, | ) |
| | ) C.A. No. 05-535-SLR |
| v. | ) |
| | ) |
| MONSANTO COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF SERVICE

I certify that this 30th day of August, 2006, copies of this Notice of Service and copies of *Plaintiffs' Interrogatories Directed to Monsanto Company and the Monsanto Controlled Subsidiaries* were served on the following in the manner indicated:

**VIA HAND DELIVERY**

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

**VIA EMAIL**(MollP@howrey.com)

Peter Moll
Howrey LLP
1299 Pennsylvania Ave. N.W.
Washington, D.C. 20004

SMITH, KATZENSTEIN & FURLOW LLP

/s/ Robert K. Beste
Joelle E. Polesky (ID No. 3694)
Robert K. Beste, III (ID No. 3931)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Facsimile: 302-652-8405

*Attorneys for plaintiffs*