IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED COMPANY, INC., Individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 05-535-SLR |
| MONSANTO COMPANY, et al., | ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| DARRELL SOUHRADA, | ) ) | |
| Plaintiff, individually and on behalf of Iowa citizens similarly situated, | ) ) ) ) ) ) | |
| v. | ) ) | Civ. No. 05-535-SLR |
| MONSANTO COMPANY, | ) ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| KENT DUXBURY, | ) ) | |
| Plaintiff, individually and on behalf of Minnesota citizens similarly situated, | ) ) ) ) ) ) | |
| v. | ) ) | Civ. No. 05-535-SLR |
| MONSANTO COMPANY, | ) ) ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this 14th day of September, 2006, having reviewed plaintiffs' motions to file amended complaints to add class representatives and the papers filed in connection therewith;

IT IS ORDERED that said motions (D.I. 81, 113) are granted, as the scheduling order entered in this case permitted joinder of parties on or before August 15, 2006. However, because these motions were filed so as to preclude defendants from pursuing follow up factual discovery before the close of class discovery, these newly added class representatives shall not be considered in connection with the class certification process.

IT IS FURTHER ORDERED that, on or before September 28, 2006, plaintiffs shall produce to defendants all documents relating to the newly added class representatives.

                                                     */s/ Sue L. Robinson*
                                            United States District Judge