IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED COMPANY, INC., Individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civ. No. 05-535-SLR |
| MONSANTO COMPANY, et al., | ) ) ) | |
| Defendants. | ) | |
| | | |
| DARRELL SOUHRADA, | ) ) | |
| Plaintiff, individually and on behalf of Iowa citizens similarly situated, | ) ) ) ) ) ) | |
| v. | ) ) | Civ. No. 05-535-SLR |
| MONSANTO COMPANY, | ) ) ) | |
| Defendant. | ) | |
| | | |
| KENT DUXBURY, | ) ) | |
| Plaintiff, individually and on behalf of Minnesota citizens similarly situated, | ) ) ) ) ) ) | |
| v. | ) ) | Civ. No. 05-535-SLR |
| MONSANTO COMPANY, | ) ) ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this 14th day of September, 2006, the parties having fully briefed plaintiffs' motion for class certification (D.I. 96);

IT IS ORDERED that oral argument on said motion shall be held on **October 3, 2006** at **1:00 p.m.** in courtroom 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. Each side shall be given one hour and fifteen minutes with which to present their argument and raise any pending discovery disputes[1].

                                    _____
                                    United States District Judge

---

[1]The teleconference scheduled from the bench today for October 3, 2006 is hereby cancelled as the court will allow time for discovery disputes during the oral argument.