IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC. and<br>JERRY ELLEFSON, | )<br>)<br>) | |
|     Plaintiffs, On Behalf of Themselves<br>    and Others Similarly<br>    Situated, | )<br>)<br>)<br>) | |
| v. | ) | C.A. No. 05-535-SLR |
| MONSANTO COMPANY, | )<br>)<br>) | |
| Monsanto Controlled Subsidiaries: | )<br>) | |
| AMERICAN SEEDS INC.,<br>CORN STATES HYBRID,<br>   SERVICE INC.<br>ASGROW SEED CO., INC.,<br>HOLDEN FOUNDATION SEEDS, INC.,<br>DEKALB SEEDS,<br>CALGENE, L.L.C.,<br>CHANNEL BIO CO.,<br>NC+ HYBRIDS,<br>SEMINIS INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
|     Defendants. | ) | |
| DARRELL SOUHRADA and<br>DAVE JOHNSON, | )<br>)<br>) | |
|     Plaintiffs, On Behalf of Themselves<br>    and Iowa Citizens Similarly<br>    Situated, | )<br>)<br>)<br>) | |
| v. | ) | C.A. No. 05-535-SLR |
| MONSANTO COMPANY, | )<br>)<br>) | |
|     Defendant. | ) | |

| | |
|---|---|
| KENT DUXBURY and BENJAMIN REIN, )<br>)<br>Plaintiffs, On Behalf of Themselves )<br>and Minnesota Citizens )<br>Similarly Situated, )<br>)<br>v. )<br>)<br>MONSANTO COMPANY, )<br>)<br>Defendant. ) | C.A. No. 05-535-SLR |

## PLAINTIFFS' MOTION FOR RECONSIDERATION OF SEPTEMBER 14, 2006 ORDER [DOCKET NO. 148]

Pursuant to Fed. R. Civ. P. 59(e) and the Court's inherent authority, Plaintiffs respectfully move the Court to reconsider that portion of its September 14, 2006 Order [D.I. 148] that precluded consideration of the newly added class representatives in connection with the pending class certification motion. As demonstrated in the accompanying Opening Brief in Support of Plaintiffs' Motion for Reconsideration of September 14, 2006 Order [Docket No. 148], filed contemporaneously with this motion, Plaintiffs did not seek to "preclude defendants from pursuing follow up factual discovery before the close of class discovery." D.I. 148 at 1. Rather, Defendant Monsanto had a full opportunity to take discovery concerning newly added Plaintiff Jerry Ellefson within the class discovery period, and indeed received Mr. Ellefson's discovery materials within that period. Monsanto likewise had an opportunity for timely discovery concerning newly added Plaintiff Benjamin Rein. Monsanto refused these offers, declining the discovery that Plaintiffs made available to it.

Monsanto's refusal to take available discovery should not preclude consideration of the new Plaintiffs during class certification.

SMITH, KATZENSTEIN & FURLOW LLP

_/s/ Joelle E. Polesky_

Joelle E. Polesky (ID No. 3694)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Facsimile: 302-652-8405
E-mail: jpolesky@skfdelaware.com
Attorneys for Plaintiffs

Dated: September 19, 2006

OF COUNSEL:

KELLOGG, HUBER, HANSEN,
TODD, EVANS & FIGEL P.L.L.C.
Steven F. Benz
Austin C. Schlick
Michael S. Zuckman
1615 M St., N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

BERRY & LEFTWICH
R. Stephen Berry
J. Daniel Leftwich
Gregory Baruch
1717 Pennsylvania Ave. NW, Suite 450
Washington, DC 20006
Telephone: (202) 296-3020
Facsimile: (202) 296-3038