## CERTIFICATE OF SERVICE

This 19th day of September, 2006, the foregoing Plaintiffs' Motion for Reconsideration of September 14, 2006 Order [Docket No. 148], Opening Brief in Support of Plaintiffs' Motion for Reconsideration of September 14, 2006 Order [Docket No. 148], and Local Rule 7.1.1 Certification were caused to be served on the following via e-filing:

> Richard L. Horwitz
> Potter Anderson & Corroon LLP
> Hercules Plaza 6th Floor
> 1313 N. Market Street
> Wilmington, DE 19801
>
> Peter E. Moll
> Howrey LLP
> 1299 Pennsylvania Ave. N.W.
> Washington, D.C. 20004

_____
Joelle E. Polesky (ID No. 3694)

10017739.WPD