## LOCAL RULE 7.1.1 CERTIFICATION

Pursuant to Local District Court Civil Rule 7.1.1, Steven F. Benz, co-counsel for plaintiffs in the instant action, spoke with John Rosenthal, co-counsel for Monsanto, by telephone at 11:10 am on Sept. 18, 2006, to inquire into whether Monsanto would oppose this motion. Mr. Rosenthal informed Mr. Benz that Monsanto will oppose this motion.

SMITH, KATZENSTEIN & FURLOW LLP

_____
Joelle E. Polesky (ID No. 3694)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Facsimile: 302-652-8405
E-mail: jpolesky@skfdelaware.com
Attorneys for Plaintiffs

Dated: September 19, 2006

10017739.WPD