**EXHIBIT A**

# HOWREY LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
www.howrey.com

**Peter E. Moll**
Partner
T 202.383.6966
F 202.383.6610
mollp@howrey.com

May 18, 2006

**VIA FAX & U.S. MAIL**

Steven F. Benz, Esq.
Kellog, Huber, Hanson, Todd, Evans & Figel P.L.L.C
Sumner Square
1615 M Street, N.W., Suite 400
Washington, DC 20036

Re:   *American Seed Co. v. Monsanto, C.A. No. 05-535*

Dear Steve:

In response to your letter of May 15, 2006, Monsanto will not consent to your request at this late date to add Benjamin Rein as another representative of your purported Minnesota class.

Class discovery closed a month ago on April 15, 2006. In your class certification motion, you represented to the Court that Mr. Duxbury can adequately represent the purported Minnesota class. Thus, adding Mr. Rein adds nothing and simply places a belated and unwarranted burden on Monsanto. Please do not attempt to bootleg your argument on Mr. Rein by producing his documents now, since we do not have the luxury of reviewing them at this time given the status of this case.

Sincerely,

Peter E. Moll

cc:   John Rosenthal, Esq.
      Timothy Finley, Esq.