**CERTIFICATE OF SERVICE**

I certify that this 20th day of September, 2006, copies of the foregoing First Amended Complaint in *American Seed Co., Inc. v. Monsanto Co.,* was caused to be served on the following by efiling:

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Peter E. Moll
Howrey LLP
1299 Pennsylvania Ave. N.W.
Washington, D.C. 20004

Joelle E. Polesky (I.D. No. 3694)

10012339.WPD