## E-Mail Request for Emergency Relief

1. Case Number:   05-cv-535 -SLR

2. Check the box that applies:

   ✓ Requesting a teleconference with the parties and the court
      Requesting an in-person conference with the parties and the court
      Requesting either of the above listed options at the court's determination

3. BRIEFLY describe the reason for this **emergency** request:

   Plaintiffs seek an expedited schedule for briefing on Plaintiffs' Motion for Reconsideration of Sept.14, 2006 Order [D.I. 150, 151], filed yesterday, so that the motion can be fully briefed before the October 3 class certification hearing. In the reconsideration motion, plaintiffs have asked the Court to consider the newly added class representatives in the pending class certification proceeding, or, alternatively, to establish a short period for class discovery concerning the two new class representatives, with succinct supplemental briefing. Under Local Rule 7.1.2(a)(2), defendants' answering brief on the reconsideration motion must be filed on or before Oct. 3, 2006, which is the date of the class certification hearing. Expedited briefing would allow the Court to consider plaintiffs' motion prior to (or at) the hearing, which would assist the parties in focusing their presentations at the hearing.

   *Any text added beyond the limits of this space will be disregarded by the court.

4. Name of opposing counsel contacted about this request: John Rosenthal, Esquire

5. Response of opposing counsel to this request:

   Defendants oppose expedited briefing.

6. Name of local counsel making this request: Joelle E. Polesky, Esquire

7. Today's Date: 9/20/2006

***************************************************************************************

For court use only:
☐ A teleconference will be held on                  to be coordinated and initiated by

☐ An in-person discovery conference will be held on:

☑ Other: Motion to expedite denied.

**Opposing Counsel's Response to E-Mail Request for Emergency Relief**

1. Case Number:          05 -cv- 535   -SLR

2. BRIEFLY state your response to the **emergency** request made by opposing counsel:

   While Plaintiffs may disagree with the Court's September 14, 2006 Order, there is no basis to reconsider that ruling, much less on an expedited basis. Had Plaintiffs not waited 5 days after the Order issued to file their motion, there would be no need to deprive Monsanto of its time to respond or to divert it from preparing for the October 3rd hearing.  Expedited briefing will not "assist the parties in focusing the presentations for the hearing."  Even if the Court were to reconsider its ruling, the newly added parties' impact, if any, on the class motion will not be ripe for consideration at the October 3rd hearing.  The new plaintiffs have not been served with written discovery, have not been deposed, have not been addressed by the parties' experts, and have not been addressed in the parties' briefs.  Accordingly, the emergency motion should be denied.

   ------------------------------

*Any text added to beyond the limits of this space will be disregarded by the court.

3. Name of local counsel submitting this response: David E. Moore

4. Today's Date: September 20, 2006

*******************************************************************************