IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SEED CO., INC., and JERRY ELLEFSON, <br><br> Plaintiffs, On Behalf of Themselves and Others Similarly Situated, <br><br> v. <br><br> MONSANTO COMPANY, et al., <br><br> Defendants. | C.A. No. 05-535-SLR <br><br> **JURY TRIAL DEMANDED** |
| DARRELL SOUHRADA, and DAVE JOHNSON, <br><br> Plaintiffs, On Behalf of Themselves and Iowa Citizens Similarly Situated, <br><br> v. <br><br> MONSANTO COMPANY, <br><br> Defendant. | C.A. No. 05-535-SLR |
| KENT DUXBURY, and BENJAMIN REIN, <br><br> Plaintiffs, On Behalf of Themselves and Minnesota Citizens Similarly Situated, <br><br> v. <br><br> MONSANTO COMPANY, <br><br> Defendant. | C.A. No. 05-535-SLR |

## NOTICE OF SERVICE

The undersigned, counsel for Monsanto Company, hereby certifies that true and correct copies of Monsanto's Answers and Objections to Plaintiffs' First Set of Merits

Interrogatories were caused to be served on the following attorneys of record on the dates and at the addresses as indicated below:

**VIA HAND DELIVERY (October 4, 2006)**

Steven V. Benz, Esq.
Kellogg, Huber, Hansen, Todd,
  Evans & Figel P.L.L.C
1615 M Street, NW, Suite 400
Washington, DC  20036


**VIA HAND DELIVERY (October 5, 2006)**

Joelle E. Polesky, Esq.
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899

**VIA FEDERAL EXPRESS (October 5, 2006)**

| | |
|---|---|
| Charles A. Bird<br>Jeremy R. Stevens<br>Bird, Jacobsen & Stevens<br>300 Third Ave. S.E.<br>Rochester, MN  55904 | R. Stephen Berry, Esq.<br>Berry & Leftwich<br>1717 Pennsylvania Ave., NW<br>Washington, DC  20006 |
| OF COUNSEL:<br><br>Peter E. Moll<br>John J. Rosenthal<br>HOWREY LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC  20004<br>Tel: (202) 783-0800<br><br>Kenneth A. Letzler<br>Jonathan I. Gleklen<br>ARNOLD & PORTER LLP<br>555 12th Street, N.W.<br>Washington, D.C. 20004<br>Tel: (202) 942-5000<br><br><br>Dated: October 5, 2006<br>715289 / 29369 | POTTER ANDERSON & CORROON LLP<br><br>By: /s/ David E. Moore<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    P. O. Box 951<br>    Wilmington, DE 19899<br>    Tel: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Monsanto Company,*<br>*American Seed, Inc., Corn States Hybrid*<br>*Service, Inc., Asgrow Seed Co., Inc., Holden*<br>*Foundation Seeds, Inc., Dekalb Seeds,*<br>*Calgene, L.L.C., Channel Bio Co., Nc+*<br>*Hybrids and Semins, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on October 5, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Joelle E. Polesky
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899

I hereby certify that on October 5, 2006, I have sent by Electronically Mailed the foregoing document to the following:

Steven F. Benz
Michael S. Zuckman
Kellogg, Huber, Hansen, Todd,
    Evans & Figel P.L.L.C
1615 M Street, NW
Suite 400
Washington, DC  20036
sbenz@khhte.com

R. Stephen Berry
J. Daniel Leftwich
Gregory Baruch
Berry & Leftwich
1717 Pennsylvania Ave., NW
Washington, DC  20006
sberry@berry-leftwich.com
dleftwich@berry-leftwich.com
gbaruch@berry-leftwich.com

Charles A. Bird
Jeremy R. Stevens
Bird, Jacobsen & Stevens
300 Third Ave. S.E.
Rochester, MN  55904
charles@birdjacobsen.com
jeremy@birdjacobsen.com

/s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

696607