# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC., and<br>JERRY ELLEFSON, | )<br>)<br>) | |
| Plaintiffs, On Behalf Of Themselves<br>and Others Similarly Situated, | )<br>)<br>) | C.A. No. 05-535-SLR |
| v. | )<br>) | |
| MONSANTO COMPANY, | )<br>) | |
| Monsanto Controlled Subsidiaries: | )<br>) | |
| AMERICAN SEEDS INC.,<br>CORN STATES HYBRID SERVICE INC.<br>ASGROW SEED CO., INC.<br>HOLDEN FOUNDATION SEEDS, INC.<br>DEKALB SEEDS,<br>CALGENE, L.L.C.,<br>CHANNEL BIO CO.,<br>NC+ HYBRIDS,<br>SEMINIS INC. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| DARRELL SOUHRADA, and<br>DAVE JOHNSON, | )<br>)<br>) | |
| Plaintiffs, On Behalf of<br>Themselves and Iowa Citizens<br>Similarly Situated, | )<br>)<br>)<br>) | C.A. No. 05-535-SLR |
| v. | )<br>) | |
| MONSANTO COMPANY, | )<br>) | |
| Defendant. | ) | |

| | |
|---|---|
| KENT DUXBURY, and | ) |
| BENJAMIN REIN | ) |
| | ) |
|     Plaintiff, On Behalf of Himself | ) |
|     and Minnesota Citizens | ) |
|     Similarly Situated, | ) |
| | ) |
| v. | )    C.A. No. 05-535-SLR |
| | ) |
| MONSANTO COMPANY, | ) |
| | ) |
|     Defendant. | ) |

### FILING OF PARTIES' DEPOSITION DESIGNATIONS
### FOR DEPOSITION OF DR. MORTON KAMIEN

As authorized by the Court at the Class Hearing on October 3, 2006, the parties herewith file their deposition designations for the deposition of Dr. Morton Kamien. Defendants' designations are underlined in blue. Plaintiffs' counterdesignations are underlined in red. A complete copy of the transcript, with the color-coded designations, is attached as Exhibit A (which is being paper filed). The designations are as follows:

<u>Plaintiffs' Designations</u>

| Begin Page/Line | End Page/Line |
|---|---|
| 25 : 7 | 25 : 16 |
| 36 : 10 | 38 : 10 |
| 38 : 17 | 39 : 2 |
| 39 : 9 | 39 : 18 |
| 39 : 21 | 39 : 23 |
| 40 : 2 | 41 : 1 |
| 44 : 9 | 44 : 15 |
| 46 : 16 | 46 : 24 |
| 61 : 20 | 63 : 22 |
| 78 : 22 | 79 : 21 |
| 80 : 3 | 80 : 24 |
| 85 : 1 | 85 : 20 |
| 86 : 7 | 86 : 14 |

| | |
|---|---|
| 86 : 18 | 86 : 23 |
| 97 : 10 | 98 : 17 |
| 98 : 20 | 98 : 21 |
| 99 : 5 | 99 : 12 |
| 114 : 14 | 114 : 16 |
| 116 : 8 | 116 : 17 |
| 127 : 1 | 130 : 17 |
| 131 : 13 | 132 : 17 |
| 134 : 15 | 134 : 24 |
| 135 : 11 | 135 : 21 |
| 136 : 5 | 136 : 24 |
| 137 : 24 | 138 : 18 |
| 140 : 8 | 141 : 3 |
| 146 : 3 | 146 : 7 |
| 146 : 10 | 146 : 13 |
| 146 : 15 | 146 : 20 |
| 146 : 23 | 146 : 23 |
| 147 : 2 | 148 : 1 |
| 184 : 2 | 185 : 21 |
| 186 : 24 | 188 : 6 |
| 188 : 9 | 188 : 10 |
| 188 : 16 | 189 : 20 |

## Defendants' Designations

| Begin Page/Line | End Page/Line |
|---|---|
| 8 : 18 | 9 : 22 |
| 10 : 3 | 10 : 3 |
| 10 : 14 | 10 : 16 |
| 13 : 2 | 13 : 11 |
| 16 : 4 | 16 : 16 |
| 17 : 21 | 18 : 8 |
| 18 : 14 | 18 : 16 |
| 18 : 18 | 18 : 19 |
| 18 : 21 | 19 : 1 |
| 19 : 3 | 19 : 7 |
| 23 : 2 | 23 : 3 |
| 23 : 5 | 23 : 14 |
| 23 : 16 | 23 : 17 |
| 23 : 19 | 24 : 2 |
| 24 : 4 | 24 : 5 |
| 24 : 7 | 24 : 11 |

| | |
|---|---|
| 31 : 9 | 31 : 11 |
| 31 : 14 | 31 : 16 |
| 34 : 4 | 34 : 5 |
| 34 : 7 | 34 : 8 |
| 34 : 15 | 35 : 6 |
| 35 : 9 | 35 : 13 |
| 35 : 15 | 35 : 21 |
| 35 : 24 | 36 : 1 |
| 36 : 3 | 36 : 4 |
| 41 : 13 | 41 : 16 |
| 47 : 1 | 47 : 14 |
| 59 : 3 | 59 : 17 |
| 59 : 20 | 59 : 20 |
| 59 : 23 | 60 : 3 |
| 60 : 5 | 60 : 6 |
| 60 : 10 | 60 : 17 |
| 60 : 19 | 60 : 21 |
| 61 : 15 | 61 : 18 |
| 64 : 19 | 64 : 21 |
| 64 : 23 | 64 : 24 |
| 65 : 2 | 65 : 4 |
| 65 : 7 | 65 : 9 |
| 79 : 22 | 80 : 2 |
| 84 : 12 | 84 : 24 |
| 89 : 2 | 89 : 9 |
| 89 : 14 | 90 : 4 |
| 91 : 24 | 92 : 12 |
| 130 : 18 | 130 : 21 |
| 132 : 18 | 133 : 15 |
| 135 : 22 | 136 : 4 |
| 138 : 19 | 140 : 7 |
| 141 : 4 | 141 : 10 |
| 141 : 13 | 141 : 21 |
| 142 : 16 | 142 : 17 |
| 142 : 20 | 142 : 22 |
| 182 : 24 | 183 : 2 |
| 183 : 5 | 183 : 5 |
| 183 : 7 | 183 : 9 |
| 183 : 11 | 183 : 11 |
| 183 : 13 | 183 : 18 |
| 183 : 20 | 183 : 21 |
| 183 : 23 | 183 : 24 |
| 188 : 7 | 188 : 8 |
| 188 : 11 | 188 : 15 |

| | |
|---|---|
| 190 : 2 | 191 : 2 |
| 191 : 5 | 191 : 9 |
| 191 : 11 | 192 : 7 |
| 193 : 2 | 193 : 5 |
| 193 : 10 | 193 : 14 |
| 193 : 16 | 193 : 23 |

SMITH, KATZENSTEIN & FURLOW LLP

/s/ Joelle E. Polesky
Joelle E. Polesky (ID No. 3694)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Facsimile: 302-652-8405
E-mail: jpolesky@skfdelaware.com

Dated: October 16, 2006            Attorneys for Plaintiffs

OF COUNSEL:

| | |
|---|---|
| KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL P.L.L.C.<br>Steven F. Benz<br>Austin C. Schlick<br>Michael S. Zuckman<br>1615 M St., N.W., Suite 400<br>Washington, D.C. 20036<br>Telephone: (202) 326-7900<br>Facsimile: (202) 326-7999 | BERRY & LEFTWICH<br>R. Stephen Berry<br>Gregory Baruch<br>J. Daniel Leftwich<br>1717 Pennsylvania Ave. NW, Suite 450<br>Washington, DC 20006<br>Telephone: (202) 296-3020<br>Facsimile: (202) 296-3038 |