## CERTIFICATE OF SERVICE

This 16th day of October, 2006, the foregoing Filing of Parties' Deposition Designations for Deposition of Dr. Morton Kamien were caused to be served on the following via e-filing:

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Peter E. Moll
Howrey LLP
1299 Pennsylvania Ave. N.W.
Washington, D.C. 20004

Joelle E. Polesky (ID No. 3694)