## CERTIFICATE OF SERVICE

This 16th day of October, 2006, the foregoing Filing of Parties' Deposition Designations for Deposition of Mr. Michael Rishel were caused to be served on the following via e-filing:

        Richard L. Horwitz
        Potter Anderson & Corroon LLP
        Hercules Plaza 6th Floor
        1313 N. Market Street
        Wilmington, DE 19801

        Peter E. Moll
        Howrey LLP
        1299 Pennsylvania Ave. N.W.
        Washington, D.C. 20004

                      Joelle E. Polesky (ID No. 3694)

10018659.WPD