IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SEED CO. INC., and<br>JERRY ELLEFSON,<br><br>    Plaintiffs, On Behalf Of Themselves<br>    and Others Similarly Situated,<br><br>    v.<br><br>MONSANTO COMPANY,<br><br>Monsanto Controlled Subsidiaries:<br><br>AMERICAN SEEDS INC.,<br>CORN STATES HYBRID SERVICE INC.<br>ASGROW SEED CO., INC.<br>HOLDEN FOUNDATION SEEDS, INC.<br>DEKALB SEEDS,<br>CALGENE, L.L.C.,<br>CHANNEL BIO CO.,<br>NC+ HYBRIDS,<br>SEMINIS INC.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-535-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| DARRELL SOUHRADA, and<br>DAVE JOHNSON,<br><br>    Plaintiffs, On Behalf of<br>    Themselves and Iowa Citizens<br>    Similarly Situated,<br><br>    v.<br><br>MONSANTO COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-535-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| KENT DUXBURY, and<br>BENJAMIN REIN<br><br>    Plaintiff, On Behalf of Himself<br>    and Minnesota Citizens<br>    Similarly Situated,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-535-SLR<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING OF PAPER DOCUMENTS

PLEASE TAKE NOTICE that the following documents were paper filed by plaintiffs:

**EXHIBIT A TO FILING OF PARTIES' DEPOSITION DESIGNATIONS FOR DEPOSITION OF MR. MICHAEL RISHEL**

Related Docket No.: __163__

**EXHIBIT A TO FILING OF PARTIES' DEPOSITION DESIGNATIONS FOR DEPOSITION OF DR. MORTON KAMIEN**

Related Docket No.: __162__

SMITH, KATZENSTEIN & FURLOW LLP

_/s/ Joelle E. Polesky_
Joelle E. Polesky (ID No. 3694)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Facsimile: 302-652-8405
Attorneys for Plaintiffs

Dated: October 16, 2006