## CERTIFICATE OF SERVICE

I certify that on this 16th day of October 2006, I caused a copy of the foregoing NOTICE OF FILING OF PAPER DOCUMENTS to be served via e-filing and paper copies of EXHIBIT A TO FILING OF PARTIES' DEPOSITION DESIGNATIONS FOR DEPOSITION OF MR. MICHAEL RISHEL and EXHIBIT A TO FILING OF PARTIES' DEPOSITION DESIGNATIONS FOR DEPOSITION OF DR. MORTON KAMIEN to be served on the following counsel of record in the manner indicated :

**HAND DELIVERY**
Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19801

**FEDERAL EXPRESS**
Peter E. Moll
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004

/s/ Joelle E. Polesky
Joelle E. Polesky (ID No. 3694)