IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SEED CO. INC., and JERRY ELLEFSON,<br><br>    Plaintiffs, On Behalf of Themselves and Others Similarly Situated,<br><br>    v.<br><br>MONSANTO COMPANY, et al.<br><br>    Defendants. | C.A. No. 05-535-SLR<br><br>**JURY TRIAL DEMANDED**<br><br>Dated: November 1, 2006 |
| DARRELL SOUHRADA, and DAVE JOHNSON,<br><br>    Plaintiffs, On Behalf of Themselves and Iowa Citizens Similarly Situated,<br><br>    v.<br><br>MONSATO COMPANY,<br><br>    Defendant. | C.A. No. 05-535-SLR |
| KENT DUXBURY, and BENJAMIN REIN,<br><br>    Plaintiffs, On Behalf of Themselves and Minnesota Citizens Similarly Situated,<br><br>    v.<br><br>MONSANTO COMPANY,<br><br>    Defendant. | C.A. No. 05-535-SLR |

**STIPULATION AND ORDER FOR EXTENSION OF TIME
TO RESPOND TO MONSANTO'S MOTION TO COMPEL**

It is hereby stipulated by movant, Monsanto Company ("Monsanto") and Greenleaf Genetics LLC ("Greenleaf"), subject to the approval of the Court, that Greenleaf shall have an extension of

time until and including November 10, 2006 in which to respond to Monsanto's pending motion to compel.

| | |
|---|---|
| /s/ David E. Moore | /s/ William M. Kelleher |
| Richard L. Horwitz | William M. Kelleher (#3961) |
| David E. Moore (#3983) | BALLARD SPAHR ANDREWS |
| POTTER ANDERSON & | & INGERSOLL LLP |
| CORROON LLP | 919 North Market Street |
| Hercules Plaza, 6th Floor | 12th Floor |
| P.O. Box 951 | Wilmington, DE 19801-3034 |
| Wilmington, DE 19899 | (302) 252-4465 |
| rhorwitz@potteranderson.com | kelleherw@ballardspahr.com |
| dmoore@potteranderson.com | |
| Attorneys for Monsanto Company | Attorneys for Greenleaf Genetics LLC |
| Dated: November 1, 2006 | Dated: November 1, 2006 |

SO ORDERED:

_____
U.S.D.J.