## CERTIFICATE OF SERVICE

I CERTIFY that on this 9th day of November, 2006, copies of the foregoing Notice of Deposition were caused to be served on the following by efiling:

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Peter E. Moll
Howrey LLP
1299 Pennsylvania Ave. N.W.
Washington, D.C. 20004

Joelle E. Polesky (ID No. 3694)

{10019510.DOC}