IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SEED CO. INC., and<br>JERRY ELLEFSON,<br><br>    Plaintiffs, On Behalf Of Themselves<br>    and Others Similarly Situated,<br><br>    v.<br><br>MONSANTO COMPANY,<br><br>Monsanto Controlled Subsidiaries:<br><br>AMERICAN SEEDS INC.,<br>CORN STATES HYBRID SERVICE INC.<br>ASGROW SEED CO., INC.<br>HOLDEN FOUNDATION SEEDS, INC.<br>DEKALB SEEDS,<br>CALGENE, L.L.C.,<br>CHANNEL BIO CO.,<br>NC+ HYBRIDS,<br>SEMINIS INC.<br><br>    Defendants. | C.A. No. 05-535-SLR |
| DARRELL SOUHRADA, and<br>DAVE JOHNSON,<br><br>    Plaintiffs, On Behalf of<br>    Themselves and Iowa Citizens<br>    Similarly Situated,<br><br>    v.<br><br>MONSANTO COMPANY,<br><br>    Defendant. | C.A. No. 05-535-SLR |

| | |
|---|---|
| KENT DUXBURY, and <br> BENJAMIN REIN, <br><br>     Plaintifsf, On Behalf of Themselves <br>     and Minnesota Citizens <br>     Similarly Situated, <br><br> v. <br><br> MONSANTO COMPANY, <br><br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    C.A. No. 05-535-SLR <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs in the above-captioned case, by counsel, shall take the deposition of Delbert Harper. The deposition shall commence at 9:00 a.m. on Wednesday, December 6, 2006 at the offices of Husch & Eppenberger LLC, 190 Carondelet Plaza, Suite 600, in the City of St. Louis, State of Missouri. The deposition shall be conducted before an officer authorized to administer oaths by the laws of the United States, and shall be recorded by sound-and-visual and stenographic means.

SMITH, KATZENSTEIN & FURLOW LLP

_____
Joelle E. Polesky (ID No. 3694)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Facsimile: 302-652-8405
E-mail: jpolesky@skfdelaware.com

Dated: November 9, 2006                 *Attorneys for Plaintiffs*

{10019514.DOC}