# Exhibit 4

# Delaware

PAGE  1

*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF

DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT

COPY OF THE CERTIFICATE OF FORMATION OF "GREENLEAF GENETICS

LLC", FILED IN THIS OFFICE ON THE TENTH DAY OF APRIL, A.D. 2006,

AT 1:45 O'CLOCK P.M.



*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

4093775  8100

060482050

AUTHENTICATION: 4761096

DATE: 05-19-06

FROM CORPORATION TRUST WILM. TEAM #2          (MON) 4. 10' 06 12:39/ST. 12:37/NO. 4863796221 P  3

IN WITNESS WHEREOF, the undersigned has executed this Certificate
of Formation this 10th day of April, 2006.

By: _R C Wulfkuhle_____

Name: Ronald E. Wulfkuhle
Title:   Authorized Person