# Exhibit 6

# HOWREY LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
www.howrey.com

John J. Rosenthal

202-383-7234
202.383.6610
rosenthalj@howrey.com

File 05010.0010.000000

April 12, 2006

BY E-MAIL

Richard F. Schwed
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022

  Re: Syngenta vs. Monsanto

Dear Richard:

  Yesterday, Syngenta and DuPont announced the formation of a joint venture to out license seed genetics and biotechnology traits. The joint venture appears to be an extension or reorganization of GreenLeaf Genetics. The joint venture and its planned activities are directly relevant to the issues in the pending litigation. We request that you immediately supplement your document production and interrogatory answers in this matter as they relates to GreenLeaf Genetics and this joint venture. We anticipate that Syngenta will produce the documents relating to the joint venture, including but not limited to agreements, documents relating to the rationale of the transaction, negotiations leading to the transaction, communications between Syngenta and DuPont/Pioneer concerning the joint venture, communications with Syngenta AG regarding the joint venture, communications, financial documents (including forecasts), business plans, actual or planned submissions to any competition authority, communications (actual or planned) with customers, press releases, filings, etc.

  The press release issued by Syngenta AG, states: "'As a result, North American growers will have access to broader product choices and technologies,' said Mike Mack, chief operating officer of Syngenta Seeds." We had previously inquired into the continued status of Mr. Mack as an officer of Syngenta Seeds. During our meet and confer, you indicated that he had resigned his position with Syngenta Seeds upon becoming a member of Syngenta AG's Executive Committee. It appears that your representation was not correct. Please provide a date as to when Mr. Mack will be made available for his deposition in the United States as an officer of Syngenta Seeds. Absent receiving a date by the end of the week, we will proceed to issue a notice for his deposition.

  On a related matter, Syngenta's announcement why Mr. Wullfkuhle refused to answer certain questions during his deposition. Those instructions were not only improper at the time, but now having released this information publicly, there can be no basis for his continued refusal to answer. Shearman & Sterling has not moved for a protective order as it indicated it would do at the deposition. We request that Mr. Wullfkuhle be produced for his continued deposition. Please let us know when we may continue his deposition. If you are unable or unwilling to

AMSTERDAM  BRUSSELS  CHICAGO  EAST PALO ALTO  HOUSTON  IRVINE  LONDON
LOS ANGELES  NORTHERN VIRGINIA  PARIS  SALT LAKE CITY  SAN FRANCISCO  TAIPEI  WASHINGTON, DC

# HOWREY LLP

Richard F. Schwed
April 12, 2006
Page 2

provide a date in advance of the April 20, 2006 discovery status conference, we will ask the Court to provide a date.

Please do not hesitate to call if you have any questions.

Sincerely,

John J. Rosenthal

JJR:met