# Exhibit 7

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>SYNGENTA SEEDS, INC. and SYNGENTA BIOTECHNOLOGY, INC.,<br><br>    Defendants. | Civ. No. 04-305-SLR |

O R D E R

At Wilmington this 1st day of May, 2006, having conferred with counsel about various discovery disputes;

IT IS ORDERED that:

1. **Electronic format.** My review of the documents submitted indicate that Excel spread sheets have been produced without objection in native format. Therefore, on or before **May 8, 2006**, Monsanto shall produce, in native format, the disputed "simulator" and exhibit 67.

2. **Syngenta and DuPont/Pioneer joint venture.** On or before **May 8, 2006**, Syngenta shall produce all the business plans and presentations related to the above business venture.

3. **Scruggs litigation.** I ordered Monsanto to produce "whatever materials the judge looked at in deciding your summary

judgment motion and whatever materials the Federal Circuit looked at in deciding its . . . appeal." To the extent that pages or documents were not made part of the court record, I decline to supplement my order further in this regard.[1]

4. **Monsanto/Dow settlement.** Although the terms of a settlement agreement generally are not subject to discovery, I believe that, in the context of antitrust litigation, the ongoing business relationship between two companies competing in a target market is relevant and discoverable. Therefore, **on or before May 8, 2006**, Monsanto shall produce any cross licenses that relate to the market at issue that were executed by Monsanto and Dow as a result of the settlement.[2]

5. **Garst documents.** Syngenta shall produce, **on or before May 8, 2006**, all documents that relate to the deal between Garst and Syngenta, as identified in Syngenta's antitrust counterclaim, whether said documents are in its possession or in the possession of Syngenta AG.

6. **"Load files".** Syngenta shall produce, **on or before May 8, 2006**, any and all such files maintained by Syngenta that

---

[1] I recall the discussion about the missing pages. I do not recall any specific discussion about the appendix to the expert's report. To the extent such appendix was made part of the court record, it must be produced to Syngenta **on or before May 8, 2006**.

[2] Under the circumstances, these licenses shall be provided to outside counsel only, until further order of the court.

2

reflect market shares by trait and/or sales data by trait.

7. **Sanctions.** Any party not complying with this order shall be fined $10,000 per day for each day of noncompliance.[3]

_____
United States District Judge

---

[3]So, too, shall a party be fined $10,000 for frivolous objections; i.e., document production shall be closed, one way or another, without further conferences with the court.

3