# Exhibit 8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC., and<br>JERRY ELLEFSON, | ) | C.A. No. 05-535-SLR |
| Plaintiffs, On Behalf of Themselves<br>and Others Similarly Situated, | ) | **JURY TRIAL DEMAND** |
| v. | ) | **DECLARATION OF**<br>**RONALD WULFKUHLE** |
| MONSANTO COMPANY, et al | ) | |
| Defendants. | ) | |
| DARREL SOUHRADA, and<br>DAVE JOHNSON, | ) | |
| Plaintiffs, On Behalf of Themselves<br>and Others Similarly Situated, | ) | |
| v. | ) | C.A. No. 05-535-SLR |
| MONSANTO COMPANY, | ) | |
| Defendant. | ) | |
| KENT DUXBURY and<br>BENJAMINE REIN, | ) | |
| Plaintiffs on Behalf of Themselves<br>and Minnesota Citizens Similarly<br>Situated, | ) | |
| v. | ) | C.A. No. 05-535-SLR |
| MONSANTO COMPANY, | ) | |
| Defendant | ) | |

Ronald E. Wulfkuhle being duly sworn deposes and declares as follows:

1. I am over the age of 21 and competent to testify regarding each of the facts and matters set forth hereafter.

00218860                                1

2. I am and have been the Chief Executive Officer of GreenLeaf Genetics, LLC ("GreenLeaf") since its formation. Previously, from 2004, I was responsible for the operations of Syngenta's division, "GreenLeaf Genetics" ("GLG"). While I was head of GLG, GLG offered to license corn traits and germplasm to seed companies and GLG presently licenses traits to seed companies.

3. GreenLeaf is a Delaware limited liability company formed on or about April 10, 2006. GreenLeaf is a member-managed limited liability company and has two members, Syngenta Seeds, Inc., a Delaware corporation ("Syngenta"), and Pioneer Hi-Bred International, Inc., an Iowa corporation ("Pioneer").

4. Based upon GreenLeaf's Limited Liability Company Agreement, GreenLeaf will sell, among other things, Foundation corn seed and Hybrid seeds (as defined under Attachment A to the Subpoena), and will license seed genetics, and will facilitate the licensing of certain genetic traits or biotechnology traits of its members, beginning on or after January 1, 2007. Presently, GreenLeaf is in the start-up phase of its operations and has not entered into any commercial corn or soybean genetic licensing agreements with either independent seed companies or foundation seed companies. In addition, GreenLeaf has not, at present, separately entered into any licensing agreements with its members which grant GreenLeaf the right to commercially sublicense to independent seed companies or foundation seed companies any germplasm from its members related to Foundation corn seed or Hybrid seeds. Thus, at present, GreenLeaf does not have a germplasm base from which it may commercially license to independent seed companies or foundation seed companies. GreenLeaf has previously entered into a distribution agreement with each of its members but at present, no products have been added to such agreement.

5. During my deposition, which was taken in the Syngenta Litigation, I was asked a number of questions by Monsanto's legal counsel regarding the business unit GLG. I answered all of the questions regarding GLG, but declined to answer questions

regarding the yet to be formed GreenLeaf upon advice of counsel. I was never required to attend a continued deposition, or to answer any of the questions which I refused to answer at my initial deposition.

6.     I have personally reviewed the Subpoena which was served upon GreenLeaf by Monsanto, and with regard to the topics on which Monsanto seeks to depose GreenLeaf, I would advise the Court that:

    a.     Since its formation on or about April 10, 2006, GreenLeaf has not granted a commercial license with respect to seed genetics to independent seed companies or foundation seed companies;

    b.     Since GreenLeaf was formed on April 10, 2006, GreenLeaf does not have performance data of its products prior to the date of its formation. Moreover, as described above, since GreenLeaf will not begin licensing genetics or selling seeds under on or after January 1, 2007, GreenLeaf does not have current performance data of its seed sales; and

    c.     Since GreenLeaf does not currently operate a breeding program or currently have the right to commercially license genetics or to sell Foundation corn seeds or Hybrid seeds, GreenLeaf does not have performance data with respect to such a breeding program.

7.     Since April, 2006, GreenLeaf, as a member managed LLC, has been preparing to begin operational activities. Such operational activities will not start until January, 2007. Such preparatory activities have included the drafting of financial and other projections which are based upon and contain highly sensitive and confidential financial, pricing and sales information and projections as well as trade secrets with respect to GreenLeaf's business plan for 2007 and thereafter. Such information has been and is kept confidential by GreenLeaf. The disclosure of any of this information to any

competitor, including Monsanto, would result in significant and immediate economic harm to GreenLeaf's anticipated business activities, as it would provide a competitor a clear picture of GreenLeaf's strategies and plans with respect to all of its planned business and pricing efforts and expectations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: November 9, 2006.

_____
Ronald E. Wulfkuhle

00218860                                                        4