IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC., and<br>JERRY ELLEFSON,<br><br>    Plaintiffs, On Behalf of Themselves<br>    and Others Similarly Situated,<br><br>    v.<br><br>MONSANTO COMPANY, et al<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-535-SLR<br><br>**JURY TRIAL DEMAND**<br><br>**PUBLIC VERSION**<br>**Dated: November 10, 2006** |
| DARREL SOUHRADA, and<br>DAVE JOHNSON,<br><br>    Plaintiffs, On Behalf of Themselves<br>    and Others Similarly Situated,<br><br>    v.<br><br>MONSANTO COMPANY,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-535-SLR |
| KENT DUXBURY and<br>BENJAMIN REIN,<br><br>    Plaintiffs on Behalf of Themselves<br>    and Minnesota Citizens Similarly<br>    Situated,<br><br>    v.<br><br>MONSANTO COMPANY,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-535-SLR |

## **CERTIFICATE OF SERVICE**

    I, William M. Kelleher, Esquire, hereby certify that on this 10th day of November, 2006, I caused two copies of the foregoing Memorandum of GreenLeaf Genetics LLC in Opposition to Monsanto's Motion to Compel Production of Documents and Deposition Testimony Responsive to Monsanto's Subpoena and Cross-

Motion to Quash Monsanto's Subpoena to be served as follows:

**BY E-SERVICE AND HAND DELIVERY**

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Dated: November 10, 2006

_____
William M. Kelleher
(3961)

2