IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED COMPANY, INC., Individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civ. No. 05-535-SLR |
| MONSANTO COMPANY, et al., | ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| DARRELL SOUHRADA, | ) ) | |
| Plaintiff, individually and on behalf of Iowa citizens similarly situated, | ) ) ) ) ) ) | |
| v. | ) ) | Civ. No. 05-535-SLR |
| MONSANTO COMPANY, | ) ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| KENT DUXBURY, | ) ) | |
| Plaintiff, individually and on behalf of Minnesota citizens similarly situated, | ) ) ) ) ) ) | |
| v. | ) ) | Civ. No. 05-535-SLR |
| MONSANTO COMPANY, | ) ) ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this 13th day of November, 2006 consistent with the memorandum order issued this same date;

IT IS ORDERED that plaintiffs' motion for class certification (D.I. 96) is denied.

                                       /s/ Sue L. Robinson
                                       United States District Judge