IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC., and<br>JERRY ELLEFSON,<br><br>    Plaintiffs, On Behalf of Themselves<br>    and Others Similarly Situated,<br><br>    v.<br><br>MONSANTO COMPANY, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-535-SLR<br><br><br><br>**JURY TRIAL DEMANDED** |
| DARRELL SOUHRADA, and<br>DAVE JOHNSON,<br><br>    Plaintiffs, On Behalf of Themselves<br>    and Iowa Citizens Similarly Situated,<br><br>    v.<br><br>MONSANTO COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-535-SLR |
| KENT DUXBURY, and<br>BENJAMIN REIN,<br><br>    Plaintiffs, On Behalf of Themselves<br>    and Minnesota Citizens Similarly<br>    Situated,<br><br>    v.<br><br>MONSANTO COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-535-SLR |

## STIPULATION FOR EXTENSION OF TIME

       IT IS STIPULATED by and between the parties, subject to the approval of the Court, that the deadline by which all parties are to complete fact discovery is

extended from December 15, 2006 to January 15, 2007. All other dates in the December 6, 2005 Scheduling Order (D.I. 56) remain the same.

| SMITH, KATZENSTEIN & FURLOW LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Joelle E. Polesky*<br>Joelle E. Polesky (ID #3694)<br>800 Delaware Avenue, 7th Floor<br>P. O. Box 410<br>Wilmington, DE 19899-0410<br>Tel: (302) 652-8400<br>Fax: (302) 652-8405<br>jpolesky@skfdelaware.com<br><br>*Attorneys for Plaintiffs* | By: */s/ David E. Moore*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendants* |

It is SO ORDERED this _____ day of November, 2006.

_____
J.