# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SEED CO. INC. and ) <br> JERRY ELLEFSON, ) <br> ) <br>     Plaintiffs, On Behalf of Themselves ) <br>     and Others Similarly Situated, ) <br> ) <br>     v. ) <br> ) <br> MONSANTO COMPANY, ) <br> ) <br> Monsanto Controlled Subsidiaries: ) <br> ) <br> AMERICAN SEEDS INC., ) <br> CORN STATES HYBRID SERVICE INC., ) <br> ASGROW SEED CO., INC. ) <br> HOLDEN FOUNDATION SEEDS, INC. ) <br> DEKALB SEEDS, ) <br> CALGENE, L.L.C., ) <br> CHANNEL BIO CO., ) <br> NC+ HYBRIDS, ) <br> SEMINIS INC., ) <br> ) <br>     Defendants. ) | C.A. No. 05-535-SLR |

| | |
|---|---|
| DARRELL SOUHRADA and ) <br> DAVE JOHNSON, ) <br> ) <br>     Plaintiffs, On Behalf of Themselves ) <br>     and Iowa Citizens ) <br>     Similarly Situated, ) <br> ) <br>     v. ) <br> ) <br> MONSANTO COMPANY, ) <br> ) <br>     Defendant. ) | C.A. No. 05-535-SLR |

| | |
|---|---|
| KENT DUXBURY and )<br>BENJAMIN REIN, )<br>     )<br>    Plaintiffs, On Behalf of Themselves )<br>    and Minnesota Citizens )<br>    Similarly Situated, )<br>     )<br>    v. )<br>     )<br>MONSANTO COMPANY, )<br>     )<br>    Defendant. ) | C.A. No. 05-535-SLR |

## JOINT MOTION FOR STAY OF ACTION

The parties jointly move, subject to the approval of the Court, that this action be administratively stayed pending resolution of plaintiffs' Fed. R. Civ. P. 23(f) appeal. The parties will contact the Court following resolution of the appeal to request a Scheduling Conference for the entry of a revised Scheduling Order amending the dates in the December 6, 2005 Scheduling Order (D.I. 56) and the parties' November 13, 2006 proposed Stipulation for Extension of Time (D.I. 181).

The parties further move that notwithstanding the above stay, the parties may complete any outstanding third-party discovery, including pending motions that relate to discovery from third parties.

Respectfully submitted,

| SMITH, KATZENSTEIN & FURLOW LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/  Robert K. Beste | /s/ David E. Moore |
| Joelle E. Polesky (ID No. 3694) | Richard L. Horwitz (ID #2246) |
| Robert K. Beste, III (ID  No. 3931) | David E. Moore (ID #3983) |
| 800 Delaware Avenue, 7th Floor | 1313 N. Market Street |
| P.O. Box 410 | P.O. Box 951 |
| Wilmington, DE 19899-0410 | Wilmington, DE 19899-951 |
| Telephone: (302) 652-8400 | Telephone: (302) 984-6027 |
| Facsimile: (302) 652-8405 | Facsimile: (302) 658-1192 |
| Email: rkb@skfdelaware.com | Email: dmoore@potteranderson.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

It is SO ORDERED this _____ day of November, 2006.

_____
United States District Judge