# **CERTIFICATE OF SERVICE**

I certify that this 17th day of November, 2006, copies of the foregoing Joint Motion for Stay of Action in *American Seed Co., Inc. v. Monsanto Co.,* was caused to be served on the following by efiling:

>Richard L. Horwitz
>Potter Anderson & Corroon LLP
>Hercules Plaza 6th Floor
>1313 N. Market Street
>Wilmington, DE 19801
>
>Peter E. Moll
>Howrey LLP
>1299 Pennsylvania Ave. N.W.
>Washington, D.C. 20004

>>/s/ Robert K. Beste
>>Robert K. Beste, III (I.D. No. 3931)

10019834.WPD