

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984-6000

www.potteranderson.com

November 22, 2006

**VIA ELECTRONIC FILING**

Chief Judge Sue L. Robinson
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801

    Re:   *American Seed Co., Inc. v. Monsanto Company, et al.*
           **C.A. No. 05-535 (SLR)**

Dear Chief Judge Robinson:

    Briefing is now complete on Defendant Monsanto Company's Motion to Compel Documents and Deposition Testimony from third-party GreenLeaf Genetics LLC (D.I. 169). Monsanto respectfully requests oral argument on its Motion to Compel and is prepared to appear in person or by telephone, at the Court's convenience.

    Respectfully submitted,

    */s/David E. Moore*

    David E. Moore

DEM/
763665 / 29369

cc:   Clerk of the Court  (By Hand Delivery)
      Joelle E. Polesky, Esquire  (By Electronic Mail Delivery)
      William M. Kelleher (By Electronic Mail Delivery)
      Steven F. Benz, Esquire (By Electronic Mail Delivery)
      R. Stephen Berry, Esquire (By Electronic Mail Delivery)
      Charles A. Bird, Esquire (By Electronic Mail Delivery)
      Edward H. Tricker (By Electronic Mail Delivery)
      Richard F. Schwed, Esquire (By Electronic Mail Delivery)