# EXHIBIT 1

Page 1

```
1           IN THE UNITED STATES DISTRICT COURT

2           IN AND FOR THE DISTRICT OF DELAWARE

3                    - - -

4   MONSANTO COMPANY and        :    CIVIL ACTION
    MONSANTO TECHNOLOGY LLC,     :
5                               :
           Plaintiffs           :
6                               :
         vs.                    :
7                               :
    SYNGENTA SEEDS, INC. and     :
8   SYNGENTA BIOTECHNOLOGY,      :
    INC.,                        :
9                               :
         Defendants            :    NO. 04-305 (SLR)
10                   - - -

11                    Wilmington, Delaware
12                    Thursday, April 20, 2006
                      4:25 o'clock, p.m.
13
                       - - -
14
    BEFORE:  HONORABLE SUE L. ROBINSON, Chief Judge
15
                       - - -
16
    APPEARANCES:
17

18          POTTER, ANDERSON & CORROON LLP
            BY:  W. HARDING DRANE, JR., ESQ.
19

20                  -and-

21

22

23                      Valerie J. Gunning
                        Official Court Reporter
24

25
```

Page 2

```
1   APPEARANCES (Continued):

2

3   HOWREY, SIMON, ARNOLD & WHITE, LLP
    BY:  PETER E. MOLL, ESQ. and
3        SEAN P. BEATTY, ESQ.
4        (Washington, D.C.)

5
           Counsel for Plaintiffs
6

7
    YOUNG, CONAWAY, STARGATT & TAYLOR LLP
8   BY:  JOHN W. SHAW, ESQ.

9
                  -and-
10

11  SHEARMAN & STERLING LLP
    BY:  RICHARD SCHWED, ESQ.
12       (New York, New York)

13
                  -and-
14

15  SHEARMAN & STERLING LLP
    BY:  HEATHER L. KAFELE, ESQ.
16       (Washington, D.C.)

17
           Counsel for Defendants
18

19               - - -

20

21

22

23

24

25
```

Page 3

3           PROCEEDINGS

5           (Proceedings commenced in the courtroom,
6   beginning at 4:25 p.m.)

8           THE COURT: Good afternoon.
9           MS. KAFELE: Good afternoon, your Honor. Heather
10  Kafele, on behalf of Syngenta.
11          First of all, thank you for agreeing to see us.
12  We realize some scheduling constraints, but we thought it
13  made sense to try to get through whatever issues we can since
14  there are upcoming depositions, and a lot of the issues we
15  have to raise we believe the information is necessary in
16  order to proceed effectively.
17          Our first issue that we'd like to address is one
18  of a continuing delay.
19          We have been waiting for quite some time on
20  supplemental responses to interrogatory requests and specific
21  documents that have come up in depositions and just missing
22  documents. And the reason that we believe this is pertinent
23  now to bring to your attention is that the first week in May,
24  we have -- we have been having depositions, but coming up
25  the first week in May we have several important depositions,

Page 4

1   including, for example, the presidents of Corn States,
2   which is one of the divisions of Monsanto that is at the
3   heart of this case, and, from our perspective, we really
4   need those answers to interrogatories and documents so we
5   can ask questions about it and proceed in the depositions.
6           The first issue on the interrogatories, your
7   Honor, is that when -- we served a set of second
8   interrogatory requests. When Monsanto's response came to us,
9   we had several issues with them. We raised those issues with
10  them, and hours before the last conference February 13th, we
11  came to an agreement and they basically agreed to resolve
12  those issues. Based on that, we did not raise it the last
13  time we were before you.
14          After that hearing, we sent them letters
15  memorializing that agreement and follow-up letters asking
16  when we could expect the supplements.
17          We finally received them something like seven
18  weeks later, on April 7th, and many of the responses
19  or a few of the responses did not change at all or
20  minimally.
21          For example, there was one response in which
22  their original response was one sentence and the supplemental
23  response was the exact same one sentence.
24          So we responded a couple days later with a
25  letter, asking them to fix these issues, and now they are

**Page 5**

1 telling us, again, that they will fix them, but it's another
2 two weeks.
3     And another two weeks puts us, once again, after
4 more depositions, after important depositions, and puts us at
5 a significant disadvantage.
6     Other issues that have, similar issues are that
7 through the depositions that have taken place so far, we have
8 identified isolated specific documents that have been
9 testified about, and we have requested those.
10     For example, the first deposition was March
11 10th. A couple days after that deposition, we sent a letter
12 asking for some very specific documents. Three or four weeks
13 later we finally got a response, and the response was, you
14 know, we're looking for it. You know, if we have it, we'll
15 get you it. And they have now agreed to provide it, but,
16 again, in a time period that does not necessarily assure us
17 that we're going to have it before these upcoming
18 depositions.
19     Likewise, there are other instances in the
20 depositions where witnesses have actually testified that,
21 I've got a binder of these agreements and they're sitting
22 on the credenza in my office, which should mean it's
23 pretty simple to get it to us pretty quickly, I would
24 think.
25     And we still don't have those and they are

**Page 6**

1 telling us two weeks.
2     Again, those are agreements where we would like
3 to ask the witnesses -- we would have liked to have them
4 sooner, frankly, but we certainly would like to bring them to
5 the attention of the witnesses coming up.
6     Another example or instance is there is a
7 document called the long-range plan for January 2006, in
8 which one of Monsanto's employees testified in that document
9 that they do, for each seed company specific trait, corn
10 trait penetration, and it shows the assumption underlying
11 those. It's clearly relevant to our case. I don't think
12 that they dispute that, but sort of what we've been going
13 back and forth on is if they -- they would like us to
14 schedule another meet and confer basically to discuss that
15 document along with maybe others, and our fear is that this
16 process will, again, push this out several weeks and, once
17 again, impact the upcoming depositions, and, frankly, get
18 much too close to the end of fact discovery in this case,
19 which is June 23rd.
20     The last sort of issue in this theme of
21 continuing delay is third-party productions. Both sides in
22 this case, your Honor, have subpoenaed third-party seed
23 companies or other third parties for documents. What we are
24 asking for is in the instances where Monsanto has subpoenaed
25 a third party, and that third party produces documents to

**Page 7**

1 Monsanto, we want a timely production of those documents to
2 us.
3     What has happened is that the seed companies,
4 at least in two instances I know of, for example, have
5 produced documents in February, and we finally just got
6 copies of those yesterday. And so we want going forward
7 with that specific issue a rule which we're happy to apply
8 to both sides, and we, I believe, have been doing this,
9 that when we receive the documents from a third party, we
10 turn it around and produce it to the opposite side within
11 two days.
12     So the bottom line, your Honor, is on each of
13 these various issues from the interrogatory responses to the
14 specific documents, which in many respects they have agreed
15 to produce, but it's a matter of when they produce them, we
16 would like an order ordering them to do it within a week so
17 that we have them in time, sufficient time to digest them and
18 to use them in the depositions. Otherwise, frankly, it
19 defeats the purpose.
20     Your Honor, we have other issues that I would
21 like to bring to your attention, but since we have a limited
22 time here, it probably makes sense to give them an
23 opportunity to respond.
24     THE COURT: All right. Thank you very much.
25     MS. KAFELE: All right.

**Page 8**

1     THE COURT: Mr. Moll?
2     MR. MOLL: Good afternoon, your Honor.
3     THE COURT: Good afternoon.
4     MR. MOLL: The fact is that there is
5 supplementation due on both sides. The fact is that
6 at these depositions, and I can list the deposition of
7 Mr. Dunder, one of Syngenta's witnesses, Mr. Jessen, another
8 one of their witnesses, Mr. Wulfkuhle, another one of their
9 witnesses, documents on Project Cornucopia and documents
10 on the Garst deposition, which is one of the key allegations
11 in their complaint that we somehow interfered with it, in
12 Paragraph 133, that we simply don't have and are waiting
13 for. We've asked them for it.
14     And if counsel wants to have a rule where we
15 will supplement by next Friday, the 28th, and they will also
16 supplement by next Friday, the 28th, what's good for the
17 goose is good for the gander is fine with us.
18     This is the first time I am aware of any issue
19 on third-party production, but if counsel for Syngenta wants
20 a rule that the documents be turned around in two days, we
21 are perfectly amenable to that rule.
22     THE COURT: All right. I guess the question is
23 if, in fact, this kind of conversation has happened before
24 and agreements have been reached but we still have dangling
25 supplementation, I will say this: Everyone's supplements and

Page 9

1  all these loose ends have to be resolved by next Friday.
2  Otherwise, I'm going to make you all come back here the
3  following Monday with all the documents and all the responses
4  in hand, and if there are issues, we go document by document
5  or interrogatory response by interrogatory response and get
6  it straightened out.
7       MS. KAFELE: Your Honor, if I could just clarify
8  one point real quickly, with respect to the different issues
9  that Mr. Moll just identified, with respect to Eric Dunder,
10 we have responded. With respect to Jessen, we have
11 responded.
12      The other two people, frankly, we just got a
13 letter yesterday afternoon, which is quite different than our
14 letters, which have been pending three, four-plus weeks or
15 more, frankly --
16      THE COURT: I understand, but after you've gotten
17 what you want, and all I'm saying is without judging whether
18 you've complied or not, all I'm saying is it has been
19 suggested that any loose ends in this regard be cleared up by
20 next Friday. If you have no loose ends, then I am very
21 pleased to hear that.
22      And the next thing I'm saying is, if you all
23 can't manage to resolve this, then rather than have an
24 argument about documents that haven't been produced, you are
25 going to end upcoming here with the documents in hand,

Page 10

1  because I assume there's a problem why you haven't produced
2  them. That's all I'm saying. And I know your depositions
3  start, so it's going to be inconvenient, but that's the whole
4  point of making you do that, to make you want to comply.
5       So are there still outstanding questions about
6  the first couple of issues raised or are we all in
7  agreement?
8       MR. MOLL: Raised by me, your Honor?
9       THE COURT: No.
10      MR. MOLL: No. The supplementation by next
11 Friday, the 28th, and the two-day rule is fine with us.
12      THE COURT: All right.
13      MR. MOLL: It's clear, and we have absolutely no
14 problem with it as long as it's mutual.
15      THE COURT: All right.
16      MS. KAFELE: Your Honor, I would just ask for one
17 further point: Friday is a little bit of a crunch for us
18 because obviously our depositions start early next week, so
19 if we could have them a few days in advance of that, it would
20 make it -- it would serve the purpose all the better and we
21 would be prepared on our side to do the same.
22      THE COURT: I thought you actually asked for a
23 week.
24      MR. MOLL: That's what counsel did ask for, your
25 Honor.

Page 11

1       THE COURT: Well, that was my recollection. I'm
2  sorry.
3       MR. MOLL: Thank you.
4       THE COURT: All right. So 4/28.
5       And let me actually give you a time on Monday,
6  the 1st. And it will be 2:00 o'clock on Monday, the 1st, if
7  you all cannot tie up all these loose ends. And you are to
8  come with documents in tow. Otherwise, there will be
9  sanctions if you don't bring the documents that have been
10 requested with you.
11      All right. So we've got the first set of
12 Syngenta issues.
13      Mr. Moll, you've got the first set of Monsanto
14 issues?
15      MR. MOLL: Yes. Thank you, your Honor.
16      There was recently a press release issued by
17 Syngenta and DuPont/Pioneer. That press release indicates
18 that Syngenta and DuPont/Pioneer have agreed to form and are
19 forming a joint venture.
20      THE COURT: I actually read that.
21      MR. MOLL: Greenleaf LLC.
22      Greenleaf LLC, as I understand, again, the
23 documents that I've seen, which are the press release and
24 there was some sort of presentation done in one of these
25 analyst's calls, I believe, indicate that the traits that

Page 12

1  Syngenta has available are going to be put into this joint
2  venture.
3       DuPont/Pioneer have developed a new
4  glyphosate-tolerant trait that is going to be put into this
5  joint venture. This joint venture is going to have access to
6  Pioneer's foundation seeds, which is an issue in this case,
7  as the Court knows, foundation seeds, and they are going to
8  sell and license these traits across the board.
9       This venture is directly relevant to the claims
10 that Syngenta has raised on Section 2 in this case. They
11 have claimed that they have been foreclosed from the market.
12 They have claimed there are various entries that prevent them
13 from getting into the market. They have claimed they don't
14 have access to germ plasm and foundation seed, all of which
15 directly go to these -- this venture, which now, according to
16 their press statements, gives them all of that and more, plus
17 Syngenta has been saying for some time that they are
18 developing a glyphosate-tolerant trait.
19      It has been our position Syngenta is not
20 in the market because they have not been able to develop
21 such a trait. They are now getting this new DuPont/Pioneer
22 trait, and this is, of course, relevant to whether Syngenta
23 has been foreclosed by some conduct allegedly engaged in by
24 Monsanto or by their own inability to invent.
25      And so we have written a letter, and obviously

Page 13

1  this comes after the close of document discovery. We have
2  written a letter asking for the negotiations, the reasons
3  why this was entered into, the basis for it, the structure
4  of it, the basic underlying agreements, how they value it,
5  what rights are involved. Again, whether are planning a
6  license, because if they are, in fact, planning as part
7  of this joint venture to license GA21, which they got
8  from Monsanto to Pioneer, this is an issue directly under
9  our counterclaim, and so we would ask for the production
10  of those documents, including the documents that set forth
11  the structure and ownership of the joint venture and any
12  filing that was made to get clearance for this joint
13  venture.
14      In addition, because this is a related issue,
15  when we were at the deposition of Mr. Wulfkuhle, and I will
16  spell that for the record: W-u-l-f-k-u-h-l-e, and I
17  apologize to the gentleman if I've murdered his name, he was
18  instructed not to answer questions about this new venture
19  team that he was a member of. And it is now clear, of
20  course, that it was this venture team that was just
21  announced, because the press release indicates that Mr.
22  Wulfkuhle is going to be the president of Greenleaf LLC.
23      And I don't believe that Syngenta's counsel has,
24  in fact, denied that if he had answered the questions, we
25  would have gotten answers concerning this new proposed joint

Page 14

1  venture, and we would ask that Mr. Wulfkuhle be directed to
2  answer those questions.
3      Thank you, your Honor.
4      THE COURT: All right. Thank you.
5      Let's hear from Syngenta.
6      MR. SCHWED: Thank you, your Honor. Richard
7  Schwed.
8  ..    Just to clarify a few points, this joint venture
9  with Pioneer and this new glyphosate-tolerant technology,
10  which is called GAT, G-A-T, is a new event for glyphosate
11  tolerance. As the press release says, it's not going to be
12  registered -- either going to be registered at the earliest
13  in 2009. And there's actually GAT for soybeans, and corn and
14  soybeans, if you look on Pioneer's website, is in Phase 3 and
15  corn is in Phase 2, meaning soybeans are ahead of corn.
16      So, in any event, we're talking earliest time
17  that this would go out there, if everything goes perfect,
18  which it usually doesn't in this world, would be 2009.
19      And what this case is about is about Monsanto's
20  conduct over the last ten years foreclosing entry into the
21  market. It's about their licensing practices, intimidation
22  and threats. And nothing in the Pioneer transaction,
23  Pioneer/DuPont transaction, is at all relevant to any of
24  that. I think it's all about what's going to be happening in
25  the future, and what I think it's potentially relevant,

Page 15

1  probably marginally so, is to say, Well, if we've been
2  injured already by Monsanto's ongoing conduct, how much is
3  the ongoing injury and damages from that?
4      And I can see that there's an argument that it
5  might be relevant to that. And that's why, when Monsanto
6  wrote a letter that says, we want every piece of paper having
7  to do with the Pioneer transaction, I wrote back saying,
8  we're willing to discuss a reasonable mutual production of
9  documents that have taken place, of events that have happened
10  after the document production.
11      For example, we have a transaction with Pioneer.
12  Monsanto has a transaction with Dow, that they refuse to let
13  any witnesses answer any questions about and refuse to
14  produce any documents. I said, let's talk about a mutual
15  exchange of documents about these types of transactions.
16      And the response was, last night Ms. Kafele had a
17  meet-and-confer session with Mr. Rosenthal, and the response
18  was, I don't want to hear about any proposals having to do
19  with this issue.
20      So that's what has happened in this, and had they
21  been listening, I would have said, look, we'll start by
22  giving you the agreements that set up this joint venture so
23  you can see what it's all about. They give it the rights to
24  license, the germ plasm that it can license, the traits that
25  it can license. Whatever germ plasm or corn that it can

Page 16

1  license to get into the market, we'll give you those
2  agreements and see if you disagree with us about the
3  relevance of the case, and now once you've had real facts
4  about what has happened, come to the Court.
5      They were not even willing to listen. They are
6  not willing to give us anything on their transaction, and we
7  stand here, and I should caveat that saying subject to
8  appropriate confidentiality. We've had some heightened
9  confidentiality and we're still, as we sit here, willing to
10  do that even though they weren't willing to listen.
11      The second issue is Mr. Wulfkuhle's deposition.
12  He was deposed while the -- while the transaction was being
13  negotiated in Delaware. It usually comes up in Chancery
14  Court, recognizes a business strategy privilege, which
15  is when you have ongoing acquisition negotiations that
16  might be jeopardized by disclosure in discovery, that's
17  a basis.
18      I should note that Monsanto itself has invoked,
19  they have not done it where there's an ongoing acquisition,
20  but has directed their witnesses not to discuss the already
21  consummated Dow transaction. We have not directed any
22  witness since the transaction was consummated to not answer a
23  question.
24      And so that's -- what he did was perfectly within
25  the law, and it usually -- it's a Delaware privilege that

Page 17

1 would apply in this case under Rule, Federal Rule of Evidence
2 501, and we don't think there's any reason to recall him,
3 among other reasons. Well, he will be the head of Greenleaf
4 Genetics. That's the same job he has today. Right today, he
5 is the head of a division of Syngenta called Greenleaf
6 Genetics. That division of Syngenta has become a limited
7 liability corporation that is now a joint venture owned
8 50/50. He's continuing in the same role. Nothing has
9 changed in that respect.
10       In terms of the impact of the actual transaction,
11 he was not part of the Syngenta negotiating team, Syngenta,
12 people who were making the decisions. The two primary people
13 who were involved in all aspects of that transaction are
14 Elana Tooter (phonetic) and Travis Dickinson, both of whom
15 whose depositions have been requested and will be provided.
16 And if Monsanto can, after their depositions, come back and
17 say there's actually something that the two negotiators don't
18 know about the transaction, that Mr. Wulfkuhle, who is not a
19 key member of that transaction, then maybe there would be
20 some basis for expanding what -- they've already used their
21 seven hours, but reopening the deposition.
22       But at this point, the fact is I can't see any
23 basis for going down that road.
24       THE COURT: All right. Let me ask you a
25 question.

Page 18

1       My first thought was, I assume these companies
2 have gone to the trouble of engaging in these negotiations
3 and starting a business venture with the full expectation
4 that it will be a successful business venture, and that
5 Syngenta, through this business venture, will, in fact, be in
6 the market that we are talking about.
7       So if this is really all a question of damages, I
8 take it Syngenta would rather go down this complicated
9 discovery road and start sharing confidential documents
10 than just saying, as of some date, whether it's today or
11 tomorrow, we just won't ask for damages anymore. I mean, I
12 take it that's what you are saying: That you would rather
13 play litigation than just play, okay. You know, we've got
14 our foot in the door and we think this is going to be
15 successful and we are not interested in anything other than
16 the damages that we are entitled to up until the point that
17 we are here?
18       MR. SCHWED: You're absolutely correct. A
19 lot of what we're looking for, among other things, is
20 injunctive relief, to give us the opportunity to compete
21 fairly, but we also are looking for damages, and that's why
22 I was prepared to offer, had they been willing to listen, to
23 give them the agreements that will tell them what exactly we
24 can do.
25       Again, a lot of it in terms of a glyphosate-

Page 19

1 tolerant event is very futuristic. That's why I've been
2 offering to give the agreements.
3       THE COURT: All right. I think you answered my
4 question.
5       So tell me exactly what you are willing to give
6 up at this point.
7       MR. SCHWED: There are a -- as I understand it, I
8 wasn't involved in the transaction, there are a set of
9 agreements that set up the joint venture, provide for its
10 formation, and provide whatever rights the joint venture will
11 have to, for example, GA21, which is the Syngenta event,
12 Syngenta glyphosate-tolerant event, GAT, which is the Pioneer
13 glyphosate-tolerant event, any germ plasm of Pioneer, which
14 is also at issue, and any germ plasm of Syngenta or any of
15 its affiliates.
16       That full set of agreements that govern the corn
17 business of Greenleaf Genetics LLC, which is what's at issue
18 here, was something we're willing to give.
19       THE COURT: All right. Now, Mr. Moll, not
20 surprisingly, has asked for everything.
21       Mr. Moll, I will get to you in a minute.
22       MR. MOLL: I'm sorry. I thought you --
23       THE COURT: No. I just mentioned your name. I
24 didn't mean to energize you into action yet.
25       So what has Mr. Moll asked for that you find --

Page 20

1 specifically, are there specific requests that he has made
2 besides we want everything having to do that you find
3 particularly troublesome that I can help you discuss at this
4 point to see whether there's anything more than this first
5 step I should consider.
6       MR. SCHWED: Well, as your Honor recognized, it's
7 very hard to say what we have trouble with when the request
8 was, please supplement your discovery responses to reflect
9 what has happened. And neither side -- we have not asked
10 them, and just to clarify what Ms. Kafele has asked for, we
11 have not asked them to say give us everything that has -- the
12 things we asked for was very specific. Somebody said, I got
13 this binder on my desk. I would be willing to listen to any
14 specific request, but I honestly think what we're offering to
15 give is plenty. It's very hard to say what do you have
16 problems with when they say everything.
17       They've said everything and they have a laundry
18 list saying, including basically, which redefines
19 everything.
20       THE COURT: Thank you. You may take a seat.
21       Mr. Moll, you may more specifically give me a
22 common sense reasonable request of what you think you deserve
23 beyond the set of agreements.
24       MR. MOLL: Fine, your Honor. And I will refer to
25 the letter that we sent to counsel for Syngenta --

Page 21

1    THE COURT: Take it one at a time.

2    MR. MOLL: -- which did not ask for everything,

3  but did specify what we wanted. The agreements they have

4  agreed to give us, documents relating to the rationale for

5  the transaction.

6    THE COURT: Now, what exactly do you have in

7  mind?

8    MR. MOLL: What I have in mind is that there

9  must be a reason why Syngenta has decided to do this. And

10  if the reason they've decided to do this, as articulated

11  in their internal documents is, look, we are getting killed

12  in the marketplace because we don't have a viable

13  glyphosate-tolerant product, and our conventional seeds and

14  our herbicides can't effectively compete, and we need to do

15  this merger or joint venture with Pioneer/DuPont in order to

16  become an effective competitor out there, then that is

17  directly relevant to, as I said before, whether or not they

18  have been foreclosed or whether or not it's their inability

19  to get in. It's relevant to the market because they are

20  saying the market is just traits, not corn and herbicides,

21  and so we've asked for that and I think that's directly

22  relevant.

23    THE COURT: And when you say give me all the

24  documents that reflect the rationale for the transaction,

25  what exactly does that bring to mind for you? E-mails?

Page 22

1    MR. MOLL: Well, it brings --

2    THE COURT: Presentations? I mean --

3    MR. MOLL: It brings to mind, your Honor, that

4  unless Syngenta operates differently than any other company I

5  know, there had to be presentations made at various levels as

6  to why this transaction made sense and why they needed to do

7  it.

8    THE COURT: All right. And a third request?

9    MR. MOLL: We had also asked for, again, in our

10  letter, any business plan that they have or plans that they

11  have for this venture. Again, typically, a corporation does

12  not do this kind of venture without having some sort of plan,

13  here's what it's going to do, here's where we think it's

14  going to make sense strategically, here's the way we see the

15  growth, here's why it makes sense for us to, in fact, invest

16  and do this. Those are the things we'd like.

17    Again, we are limited by the fact we only have

18  the press release, we only have what has been publicly

19  disclosed, which is fairly limited, and we have not been able

20  to ask any deposition questions about that, but as I sit here

21  now and look at our letter, articulating what we want, that

22  would be -- those would be the things that I would want in

23  addition to the agreements. And I'm assuming the agreements

24  are going to show us the structure of the transaction,

25  because we do need to know that, and the financials behind

Page 23

1  it. In other words, is someone paying money? How is it

2  being done?

3    I'm making the assumption that that would be

4  included in the agreements. Those are the things.

5    THE COURT: All right. Thank you.

6    Mr. Schwed?

7    At this point, I'm just going to put out of the

8  way e-mails and informal internal documentation about this.

9  What I am interested in is hearing your response to the

10  request for any formal presentations made and any formal

11  business plans that were created in connection with this

12  transaction.

13    MR. SCHWED: Your Honor, I have no qualm with any

14  formal business plans that have been created for this new

15  joint venture. There were pre-existing business plans for

16  Greenleaf Genetics that I'm aware of, and to the extent that,

17  you know, there's a new business plan that reflects Greenleaf

18  Genetics LLC as a joint venture rather than Greenleaf

19  Genetics as a division, I'm comfortable giving that subject

20  to what I don't think Monsanto objects to, the heightened

21  confidentiality for that given the sensitivity, which we've

22  granted to them for a number of their documents.

23    THE COURT: All right.

24    MR. SCHWED: I think the presentation, again, not

25  knowing what the universe is out there, there are probably

Page 24

1  all different types of things that potentially could be

2  considered presentations. I think in some sense, when you

3  are talking about what the damages are, what speaks for

4  itself is what's going to happen with this business unit and

5  is it going to make money, is it going to be able to

6  compete. And to the extent it competes more successfully

7  than perhaps it would have without this venture, then that

8  does reduce our damages, and I think all of that would be --

9  you know, part of it is expert, I won't say speculation, but

10  expert testimony, and part of it is what's in these business

11  plans and asking people questions.

12    I would also imagine that some of the

13  presentations talking about these things are very intertwined

14  with attorney work product and legal advice, because when you

15  are talking about these markets, there are two lawsuits that

16  are, you know, that in some sense involve all of our thinking

17  over at Syngenta, or the client's thinking, which is this one

18  and the patent lawsuit, not to mention any potential

19  settlement negotiations about those.

20    So all of that are things that would at least

21  implicitly and probably explicitly be in presentations that

22  would make those a much more complicated world.

23    And then I would just answer that I would expect

24  that we would get reciprocity on the Dow acquisition, which

25  has come up in just about every -- not acquisition -- Dow

Page 25

1 arrangement, which has come up in just about every
2 deposition.
3     THE COURT: All right. Well, before you sit
4 down, and then we'll talk about Dow, I understand that, and
5 will set a time for this, that the agreements and the
6 business plan will be provided with a heightened
7 confidentiality. I also want you to go back and review what
8 the universe of presentations includes, and we will have a
9 further discussion about that when you actually have a better
10 idea of what we are talking about. All right?
11     MR. SCHWED: Okay. Thank you, your Honor.
12     THE COURT: All right. Thank you.
13     Now, let's hear, Mr. Moll, about the Dow
14 arrangement.
15     Oh, and with respect to this deposition, let me
16 make sure I understood and heard correctly: Mr. Schwed, you
17 said that the depositions of two of the primary negotiators
18 are going to be held soon?
19     MR. SCHWED: Yes. Well, one of the two is
20 scheduled, I couldn't tell you the date off the top of my
21 head. The other, they requested a few days ago, and we will
22 arrange a schedule for him.
23     THE COURT: All right. Well, I agree that the
24 president does not need to be redeposed until the two
25 negotiators have been deposed, and then if there's an issue

Page 26

1 about the redeposition, we will have a further discussion
2 about that.
3     MR. SCHWED: Thank you, your Honor.
4     THE COURT: All right. Mr. Moll, the Dow
5 arrangement and whether, in fact, the kinds of documents that
6 are now going to be produced with respect to this joint
7 venture, whether there shouldn't be some reciprocity in
8 connection with the Dow arrangement.
9     MR. MOLL: Well, first of all, your Honor, I'm
10 at a disadvantage because I was not aware in any way, shape
11 or form that I was going to be even asked about this subject
12 or they were going to request these today. But I will tell
13 the Court Dow is a totally different thing. It is not
14 relevant, and it was a settlement of a legal dispute is what
15 it was.
16     But if the Court wants to hear on it, I would
17 like to have an opportunity to be properly prepared and to
18 be able to argue it on the basis of the facts in a little
19 more detail, which, again, I don't have at my command right
20 now.
21     THE COURT: All right. All right. Well, I will
22 ask Mr. Schwed one more question about that and then I will
23 figure out where we go from there.
24     Mr. Moll, do you have any more issues before we
25 go back and see if Syngenta has any issues that they still

Page 27

1 want to address this afternoon?
2     MR. MOLL: I do have issues, but I do want to
3 make sure we get to one of the issues that they want to
4 raise, because it involves a deposition of one of their top
5 people that was scheduled for last week, and they cancelled
6 it and said they were going to seek a protective order. And
7 I would like to get it -- that matter heard so we could go
8 forward with that deposition.
9     THE COURT: All right. Was that on Syngenta's
10 list or is that basically a Monsanto issue?
11     MR. MOLL: Well, Syngenta has said they were
12 going to ask for a protective order.
13     We had agreed to the deposition of Mr. Klevorn,
14 K-l-e-v-o-r-n, your Honor. His first name is Thomas.
15     THE COURT: All right.
16     MR. MOLL: Who, so the Court knows, had already
17 been deposed in the Shaw patent case on October 5th, 2005,
18 without any difficulty or issues whatsoever arising. And we
19 had him scheduled for last week, set in New York, and
20 Syngenta, for reasons which I will let them articulate and I
21 can respond to, declined to go forward.
22     THE COURT: Is he a Monsanto witness or a
23 Syngenta witness?
24     MR. MOLL: He is a Syngenta witness. At one
25 point in time he was an employee of Monsanto. He was a

Page 28

1 management employee of Monsanto earlier in his career. He
2 left Monsanto in around 2000, had a consulting agreement with
3 Monsanto after that, and then went to Syngenta on about June
4 24th, 2002.
5     THE COURT: And Monsanto is the one who scheduled
6 the deposition?
7     MR. MOLL: Yes. It was agreed upon.
8     THE COURT: In the antitrust part of it?
9     MR. MOLL: In the antitrust case, it was all of
10 these depositions are going forward with agreement of the
11 parties. It was agreed upon and set, and Syngenta has
12 cancelled it.
13     THE COURT: All right. Perhaps we should hear
14 from counsel for Syngenta.
15     MR. MOLL: And I'd love an opportunity to respond
16 to that.
17     THE COURT: All right. Mr. Schwed?
18     MR. SCHWED: Thank you, your Honor.
19     Before I get to Mr. Klevorn, did you have a
20 question you wanted to ask me?
21     THE COURT: Oh.
22     MR. SCHWED: About Dow?
23     THE COURT: Yes. Just briefly, if, in fact, if
24 the Dow agreement or arrangement is the result of settlement
25 of a legal dispute, that is slightly different than -- well,

Page 29

1  it is different -- I will not qualify it -- than a business
2  arrangement.
3        So I guess I do want to hear from you very
4  briefly as to how this is relevant or the same.
5        MR. SCHWED: My understanding, again, it's
6  limited, is that there was a resolution of a legal dispute.
7  There was a legal dispute. It was resolved, and at the same
8  time, whether it was -- I don't know what documents were
9  entered, there was an ongoing license and some sort of
10  commercial arrangement, maybe a joint venture, I don't know,
11  between Dow and Monsanto.
12        But I'm not looking into the terms of who
13  admitted what in the underlying lawsuit or who paid what to
14  settle the underlying lawsuit. But to the extent there's an
15  ongoing commercial arrangement, which includes, among other
16  things, as I understand it, the right to stack certain
17  products, which is directly at issue because there's a broad
18  industry by Monsanto prohibition on certain stacking
19  problems, which is part of our complaint.
20        So I'm not looking for any settlement documents.
21  What I'm looking for is what are the ongoing commercial
22  arrangements, which even if there was a lawsuit that kind of
23  forced somebody to enter a commercial agreement, the fact is
24  there's an ongoing commercial agreement, which is no
25  different in that respect than the ongoing commercial

Page 30

1  agreement between Pioneer -- that's based on my limited
2  understanding.
3        THE COURT: Thank you. Let's get to Mr.
4  Klevorn.
5        MR. SCHWED: Mr. Klevorn was employed by
6  Monsanto in the nineties and has been employed by
7  Syngenta for now the last four or so years. My understanding
8  is, I have not seen it, he had a confidentiality agreement
9  with Monsanto. My understanding is Monsanto typically has
10  confidentiality agreements with all their employees and
11  everybody who does business with them. And his deposition
12  was scheduled, and I wrote Mr. Rosenthal a letter saying,
13  in preparing him for his deposition, we expect that we
14  should be able to use, to talk to him about his time at
15  Monsanto as long as it's done under this protective order.
16  To the extent you have confidentiality concerns, they are
17  more than adequately addressed by the protective order. I
18  told him I would be willing to give it even beyond the
19  protective order to make it outside counsel only, but that
20  that was something we should be able to do in this -- in
21  preparing him.
22        And I also asked a question, one of things
23  that might color whether this is important is, Are you
24  going to be asking him things about when he was at Monsanto.
25  Originally Mr. Rosenthal said no, I don't think so. Let

Page 31

1  me get back to you. Then he said, Yes, I have the right to
2  ask him about Monsanto but you can't talk to him about
3  anything that happened at Monsanto, even under the protective
4  order.
5        And what's basically happening is that they are
6  using this protective order as a shield to prevent us from
7  developing our case.
8        What I said is I don't want to run the risk, I
9  have not read this confidentiality order, agreement. I don't
10  know if I'm allowed to look at it under the materials of it,
11  but I don't want to run the risk of violating it, so I want
12  to get the Court's guidance before we go forward with his
13  deposition as to what the ground rules are are here.
14        THE COURT: Okay. So basically what counsel for
15  Monsanto wanted to do was basically have Mr. Klevorn almost
16  an adverse witness to you because you wouldn't be able to
17  talk to him about his testimony before he --
18        MR. SCHWED: Exactly. And I think the Courts are
19  pretty clear that confidentiality agreements serve a valid
20  purpose in this world, which is to protect, you know, a
21  company's secrets from being used by a competitor. We
22  understand that. That's when they get enforced. What Courts
23  are pretty uniform about is that confidentiality agreements
24  are not meant to interfere with the litigation process, and,
25  of course, uniformly -- it's not like there's a third-party

Page 32

1  issue. It's just Monsanto.
2        The Courts say, look, you cannot use a
3  confidentiality agreement that you control as a way to hinder
4  a party from meaningfully preparing and prosecuting its
5  case.
6        THE COURT: All right. Let's hear from Mr. Moll
7  on that issue.
8        MR. MOLL: We are certainly not in any way, shape
9  or form attempting to use any confidentiality agreement to
10  keep Syngenta from properly preparing its case or from doing
11  discovery.
12        When we take the deposition of Mr. Klevorn or
13  not, when we're done, I assume counsel for Syngenta will be
14  there, and they will have a complete opportunity on the
15  record to ask Mr. Klevorn whatever questions they want to ask
16  Mr. Klevorn about whatever subject they want to ask Mr.
17  Klevorn about, and if we have an objection to that or an
18  issue with it, we can raise it at the time properly.
19        The problem here is that Mr. Klevorn has a -- Mr.
20  Klevorn was not a low level employee of Monsanto. Mr.
21  Klevorn was a management level employee at Monsanto. He
22  signed certain agreements when he was there and agreed to
23  abide by them.
24        After he left, he was given a consulting
25  agreement under the terms of which he would be paid certain

Page 33

1  moneys, but, again, it was -- the work he did was
2  confidential.
3         THE COURT:  Well --
4         MR. MOLL:  And my problem is, counsel for
5  Syngenta, and, in addition, Mr. Klevorn was involved in a
6  number of matters with lawyers that definitely involved
7  attorney/client and other privileges.  And I do not believe
8  that Mr. Schwed or anyone else at Sherman & Stearling should
9  be the arbiter of what they can find out from Mr. Klevorn.
10  They don't -- it's not that they are being prevented from
11  getting discovery; they're being prevented from sitting down
12  in a room with Mr. Klevorn and pumping him for information
13  about Monsanto that they're not entitled to in that way, that
14  may be privileged, that's proprietary and confidential.  That
15  is the problem.
16         If anybody has a right to sit down with Mr.
17  Klevorn and talk to him about what happened when he was at
18  Monsanto, it's us.
19         THE COURT:  All right.  Let me just make sure.
20  So what you are saying is, and I understand your position,
21  but if at the deposition, I take it you're going to be
22  talking to him about his time at Monsanto?
23         MR. MOLL:  There may be some questions.  As I
24  said, your Honor, Mr. Klevorn has been prolific in his
25  depositions and in his testimony at trial on various

Page 34

1  matters.
2         THE COURT:  All right.  Well, I'm running out of
3  time.
4         MR. MOLL:  Right.
5         THE COURT:  And there might be other issues and
6  I'm giving you more time than I thought I would, so just
7  answer my particular question.
8         I take it that you may be asking Mr. Klevorn
9  about his time at Monsanto; is that correct?
10         MR. MOLL:  Yes, your Honor.
11         THE COURT:  And that means that by answering
12  those questions, he will be answering questions that, at
13  least arguably, fall within the scope of this confidentiality
14  agreement; is that correct?
15         MR. MOLL:  Yes, your Honor.
16         THE COURT:  And what you are saying is, if
17  Monsanto's attorneys open that door, that Syngenta's
18  counsel will be able to walk through and cross-examine, or
19  I don't know whether it's cross-examine or directly examine
20  Mr. Klevorn on those issues in the deposition.  However, they
21  should not be entitled to not be constrained at all and ask
22  him about anything that could possibly be asked about his
23  employment at Monsanto.
24         Is that correct?
25         MR. MOLL:  That is correct, your Honor.

Page 35

1         THE COURT:  I think that is a reasonable position
2  to take.  I don't see why there shouldn't be some constraint
3  consistent with the confidentiality agreement.  However, as
4  always, I will be available -- well, within reason, if, in
5  fact, the door is opened and Syngenta's attorneys aren't
6  allowed to walk through inconsistent with my understanding of
7  what should happen today.
8         All right.  Let's move on to another issue, if
9  there is one.
10         MR. MOLL:  Thank you, your Honor.  Even though
11  that was Syngenta's issue, I believe I have covered the key
12  issues that I wanted to cover and I know -- and, again, we
13  were prepared to wait until another day and I know your Honor
14  has had a long day, so we'll sit down.
15         THE COURT:  All right.  Any further issues from
16  Syngenta?
17         MS. KAFELE:  Yes, your Honor.  We have two
18  issues.
19         One is a fairly quick issue I think we can
20  address.  It is both sides have requested from each other
21  something called a market or pricing simulator.  Basically
22  what this is is it is like an interactive database, where
23  you -- there are different fields on pricing or quantity and
24  information is inputted into it.  You run the program and it
25  shows, based on those entry points, what the impact is on

Page 36

1  market share.
2         We have, Syngenta has produced its simulator in
3  native form, and we have asked Monsanto to do the same, but
4  it refuses -- it has produced the document in an Excel spread
5  sheet format, but refuses to provide it in a native or
6  database format.  And the reason this is important is
7  basically, if you've got a printout of what the fields are or
8  what the database is, it's really of absolutely no value to
9  us.
10         In order for our economist to utilize it and to
11  understand what the formulas and assumptions are, we need to
12  have, just like we provided them, the native form documents
13  so that our experts can input the data that we see in their
14  documents into it, see what the results are and do other
15  analysis that are, frankly, fundamental to the market
16  definition, which is a contested issue in this case.
17         So, your Honor, we have requested, and, frankly,
18  they have not articulated a basis for not providing this and
19  there does not seem to be a basis, and both sides agree it's
20  relevant.
21         THE COURT:  All right.  Thank you.
22         MS. KAFELE:  Okay.
23         MR. MOLL:  Thank you, your Honor.
24         Counsel is correct, that this document was called
25  for, this pricing document was called for on the original

Thursday, April 20, 2006                    CondenseIt™

---

Page 37

1  document request. Syngenta did produce it this Tuesday, two
2  days ago. Extremely late production.
3         They said, We'll produce it in native, and I
4  said, and we said, We don't need it in native. And they
5  said, No, we're producing it in native. And that's just a
6  red herring that they produced it in native. They did that
7  so they could get up here and make that argument.
8         The fact of the matter is this, your Honor. We
9  did produce this document in its entirety with all the data
10  and all the fields. We produced it in accordance with the
11  agreement of the parties. The parties, before discovery
12  started and documents were produced, sat down and agreed that
13  this production of these types of documents should be in
14  TIFF. That's what we agreed to. That's the way we produced
15  it last January, in TIFF, months ago.
16         And now, what they are -- so this isn't even a
17  case under the local standard on native TIFF where, if
18  there's a disagreement on how a document should be produced,
19  you go to the default and produce it in TIFF and can resolve
20  it later if there's a particularized need.
21         Here, the parties agreed to produce it in TIFF,
22  and now Syngenta does not like, for some reason, the
23  agreement they made.
24         The fact of the matter is, we have produced,
25  and Syngenta can't say anything otherwise, on pricing, we

---

Page 38

1  have produced all of our pricing information, what the
2  prices were. We have told them how the prices were reached.
3  We have given them all the market research that we did
4  to determine the prices. We have given them every
5  single presentation with all the data and they have every
6  single piece of data in that production that we made
7  that the Monsanto executives had when they made their
8  decisions.
9         We have told them, in addition to that, we would
10  look at additional financial information. We gave them
11  that. We told them we would look at what we think our
12  competitors are going to put in the marketplace, what we're
13  going to have in the marketplace in determining prices. We
14  gave them that.
15         THE COURT: All right. Thank you.
16         I appreciate it, but I am running out of time,
17  and I understand you've given them everything you think is
18  appropriate and you've given them it in a TIFF format, not
19  native, because that's not what you all agreed to.
20         MR. MOLL: We agreed to TIFF and we have complied
21  with our agreement and we did it in January.
22         THE COURT: All right. Thank you.
23         MS. KAFELE: I will be brief, your Honor.
24         THE COURT: Yes?
25         MS. KAFELE: First of all, a couple points of

---

Page 39

1  clarification.
2         On the production point, and ours being the last
3  few days, your Honor, I would like to point out that Monsanto
4  actually did not produce this document to -- even the TIFF
5  format of this to us except when we came to your Honor and
6  asked for specific materials, briefs, excuse me, that
7  Monsanto filed in another antitrust case called the Scruggs
8  case.
9         In providing those briefs, the simulator wasn't
10  part of that, so that's how we got it. So I just want to be
11  clear on that issue.
12         THE COURT: I know. You guys can't help
13  yourselves. You've got to point fingers at each other and
14  I'm not interested in that. I'm interested in resolving the
15  dispute, particularly when I'm getting late for my commitment
16  here.
17         So no more of that the rest of our time
18  together. I don't want to hear it.
19         MS. KAFELE: Okay.
20         THE COURT: But, in any event, did you, in fact,
21  agree to exchange documents in TIFF? And, if so, why is this
22  document different?
23         MS. KAFELE: Your Honor, we agreed to exchange
24  most of our documents in TIFF format with the exception, we
25  had specific categories of things in our document requests

---

Page 40

1  which we asked, to the extent available, to provide it in the
2  native or electronic format, and both sides, for certain
3  things, have done that. And so we disagree that with this
4  particular document, that there was an agreement that this
5  was to be produced in TIFF.
6         THE COURT: Well, I obviously don't know what you
7  agreed to. I think you've got to live with your agreement.
8  If you all want to send along whatever documents you think
9  demonstrate the fact that this is the sort of document that
10  you agreed to produce in some other format, I'm happy to look
11  at it, but I don't have the time to try to figure out
12  whose -- I don't have the time to listen to your arguments to
13  think that I can be convinced that this is an agreement or
14  not.
15         So I am happy to look at that, if you want to,
16  and, hopefully, I will get to it. I mean, it might get lost
17  in my shuffle of paper, but with help from my staff,
18  hopefully, I will look at those documents and let you know
19  whether I agree with any party's version of the agreement.
20  That's the best I can do.
21         MS. KAFELE: Thank you, your Honor.
22         THE COURT: Anything else before we conclude
23  today?
24         MS. KAFELE: We do have one more issue, but I
25  know your Honor has time commitments, so we would be happy to

---

Monsanto v. Syngenta

Thursday, April 20, 2006

CondenseIt™

Page 41

1  reschedule for another day, if that's preferable.

2       THE COURT: All right. Well, I have given you

3  Monday, May 1st, at 1:00. If these still document

4  production? Is this an issue that needs -- I really do want

5  to get beyond document production, so on Monday, May 1, at

6  2:00 o'clock, it seems to me as though any outstanding

7  document production issues will be resolved by the documents

8  being brought here so that if I decide that the document

9  should be produced, there will be an exchange right here in

10  the courtroom, where I can see it. Okay?

11       MS. KAFELE: Okay, your Honor.

12       THE COURT: All right.

13       MS. KAFELE: Thank you.

14       THE COURT: All right, counsel. Thank you very

15  much.

16       You can leave. I've got to get out of my

17  computer.

18       Oh, and before you do, the business documents

19  that we discussed in connection with this new joint venture,

20  Mr. Schwed, do you have any idea how long it will take you to

21  gather those things so we've got some deadline here?

22       MR. SCHWED: Your Honor, are you talking about

23  the agreements that I agreed to produce and any business

24  plan?

25       THE COURT: Yes.

Page 42

1       MR. MOLL: And the presentation.

2       THE COURT: Well, he's going to check about the

3  presentation because he doesn't know what the universe really

4  is of that.

5       MR. MOLL: Thank you.

6       MR. SCHWED: I would think I could do it, at the

7  latest, by the next time we're in front of your Honor.

8       THE COURT: By the 1st?

9       All right. Thank you very much, counsel. Have a

10  good day.

11       (Counsel respond, "Thank you, your Honor.")

12       (Court recessed at 5:23 p.m.)

13       - - -

14

15

16

17

18

19

20

21

22

23

24

25

Monsanto v. Syngenta

Thursday, April 20, 2006 — CondenseIt™ — -and - conventional

-and [3]  1:20    2:9
2:13
00 [3]    11:6    41:3
41:6
04-305 [1]    1:9
1 [2]    41:3    41:5
10th [1]  5:11
133 [1]  8:12
13th [1]  4:10
1st [4]   11:6    11:6
41:3    42:8
2 [4]    11:6    12:10
14:15    41:6
20 [1]    1:12
2000 [1] 28:2
2002 [1] 28:4
2005 [1] 27:17
2006 [1] 1:12    6:7
2009 [2] 14:13    14:18
23 [1]    42:12
23rd [1] 6:19
24th [1] 28:4
25 [2]    1:12    3:6
28th [3] 8:15    8:16
10:11
3 [1]    14:14
4 [2]    1:12    3:6
4/28 [1] 11:4
5 [1]    42:12
50/50 [1]    17:8
501 [1] 17:2
5th [1]  27:17
7th [1]  4:18
abide [1]    32:23
able [8]  12:20    22:19
24:5    26:18    30:14
30:20    31:16    34:18
absolutely [3]   10:13
18:18    36:8
access [2]    12:5
12:14
accordance [1] 37:10
according [1]   12:15
acquisition [4]  16:15
16:19    24:24    24:25
action [2]    1:4
19:24
actual [1]    17:10
addition [4]    13:14
22:23    33:5    38:9
additional [1]   38:10
address [2]    3:17
35:20
addressed [1]   30:17
adequately [1] 30:17
admitted [1]    29:13
advance [1]    10:19
adverse [1]    31:16
advice [1]    24:14
affiliates [1]    19:15
afternoon [5]    3:8
3:9    8:2    8:3

9:13
again [15]    5:3
5:16    6:2    6:16
6:17    11:22    13:5
18:25    22:9    22:11
22:17    23:24    26:19
29:5    35:12
ago [3]    25:21    37:2
37:15
agree [4] 25:23    36:19
39:21    40:19
agreed [18]    4:11
5:15    7:14    11:18
21:4    27:13    28:7
28:11    33:22    37:12
37:14    37:21    38:19
38:20    39:23    40:7
40:10    41:23
agreeing [1]    3:11
agreement [22]    4:11
4:15    10:7    28:2
28:10    28:24    29:23
29:24    30:8    31:9
32:3    32:9    32:25
34:14    35:3    37:11
37:23    38:21    40:4
40:7    40:13    40:19
agreements [21] 5:21
6:2    8:24    13:4
15:22    16:2    18:23
19:2    19:9    19:16
20:23    21:3    23:5
22:23    23:4    25:5
30:10    31:19    34:23
32:22    41:23
ahead [1]    14:15
allegations [1] 8:10
allegedly [1]    12:23
allowed [2]    31:10
35:6
almost [1]    31:15
along [2]    6:15
40:8
always [1]    35:4
amenable [1]    8:21
among [3]    17:3
18:19    29:15
analysis [1]    36:15
analyst's [1]    11:25
ANDERSON [1]
1:18
announced [1] 13:21
answer [6]    13:18
14:2    15:13    16:22
24:23    34:7
answered [2] 13:24
19:3
answering [2] 34:11
34:12
answers [2]    4:4
13:25
antitrust [3]    28:8
28:9    39:7
apologize [1]    13:17
APPEARANCES [1]
1:16
apply [1]    7:7

appreciate [1] 38:16
appropriate [2] 16:8
38:18
April [2]    1:12
4:18
arbiter [1]    33:9
arguably [1]    34:13
argue [1]    26:18
argument [3]    9:24
15:4    37:7
arguments [1] 40:12
arising [1]    27:18
ARNOLD [1]    2:2
arrange [1]    25:22
arrangement [7]
25:14    26:5    26:8
28:24    29:2    29:10
29:15
arrangements [1]
29:22
articulate [1]    27:20
articulated [2]    21:10
36:18
articulating [1] 22:21
aspects [1]    17:13
assume [1]    32:13
assuming [1]    22:23
assumption [2] 6:10
23:3
assumptions [1]
36:11
assure [1]    5:16
attempting [1] 32:9
attention [3]    3:23
6:5    7:21
attorney [1]    24:14
attorney/client [1]
33:7
attorneys [2]    34:17
35:5
available [1]    35:4
aware [3]    8:18
23:16    26:10
based [2]    4:12
35:25
basic [1] 13:4
basis [1] 13:3    16:17
17:20    17:23    26:18
36:18    36:19
BEATTY [1]    2:3
become [2]    17:6
21:16
beginning [1]    3:6
behalf [1]    3:10
behind [1]    22:25
best [1] 40:20
better [2]    10:20
25:9
between [1]    29:11
beyond [3]    20:23
30:18    41:5
binder [2]    5:21
20:13

BIOTECHNOLOGY
[1]    1:8
bit [1]    10:17
board [1]    12:8
bottom [1]    7:12
brief [1] 38:23
briefly [2]    28:23
29:4
briefs [2]    39:6
39:9
bring [5]3:23    6:4
7:21    11:9    21:25
brings [1]    22:3
broad [1]    29:17
brought [1]    41:8
business [16]    16:14
18:3    18:4    18:5
19:17    22:10    23:11
23:14    23:15    23:17
24:4    24:10    25:6
30:11    41:18    41:23
C [1]    3:3
calls [1] 11:25
cancelled [2]    27:5
28:12
cannot [2]    11:7
32:2
case [17] 4:3    6:11
6:18    6:22    12:6
12:10    14:19    16:3
27:17    28:9    31:7
32:5    32:10    36:16
37:17    39:7    39:8
categories [1]    39:25
caveat [1]    16:7
certain [5]    29:16
29:18    32:22    32:25
40:2
certainly [2]    6:4
32:8
Chancery [1]    16:13
change [1]    4:19
changed [1]    17:9
check [1]    42:2
Chief [1]    1:14
CIVIL [1]    1:4
claimed [3]    12:11
12:12    12:13
claims [1]    12:9
clarify [3]    9:7
14:8    20:10
clear [4] 10:13    13:19
31:19    39:11
clearance [1]    13:12
cleared [1]    9:19
clearly [1]    6:11
client's [1]    24:17
close [1] 6:18
color [1] 30:23
comfortable [1]23:19
coming [2]    3:24
6:5
command [1]    26:19
commenced [1] 3:5

commercial [6] 29:10
29:15    29:21    29:23
29:24    29:25
commitment [1]
39:15
commitments [1]
40:25
common [1]    20:22
companies [2]    6:23
7:3
company [3]    1:4
6:9    22:4
company's [1]    31:21
compete [1]    18:20
21:14    24:6
competes [1]    24:6
competitor [2]    21:16
31:21
competitors [1] 38:12
complaint [2]    8:11
29:19
complete [1]    32:14
complicated [2]
18:8    24:22
complied [2]    9:18
38:20
comply [1]    10:4
computer [1]    41:17
CONAWAY [1]
2:7
concerning [1] 13:25
concerns [1]    30:16
conclude [1]    40:22
conduct [3]    12:23
14:20    15:2
confer [1]    6:14
conference [1]    4:10
confidential [3]
18:9    33:2    33:14
confidentiality [14]
16:8    16:9    23:21
25:7    30:8    30:10
30:16    31:9    31:19
31:23    32:3    32:9
34:13    35:3
connection [2] 23:11
26:8    41:19
consider [1]    20:5
considered [1]    24:2
consistent [1]    35:3
constrained [1] 34:21
constraint [1]    35:2
constraints [1] 3:12
consulting [2]    28:2
32:24
consummated [2]
16:21    16:22
contested [1]    36:16
continuing [3]    3:18
6:21    17:8
control [1]    32:3
conventional [1]
21:13

Thursday, April 20, 2006 · CondenseIt™ · conversation - format

conversation [1]
8:23
convinced [1]    40:13
copies [1]    7:6
corn [7] 6:9    14:13
14:15    14:15    15:25
14:16    21:20
Cornucopia [1] 8:9
corporation [2] 17:7
22:11
correct [6]    18:18
34:9    34:14    34:24
34:25    36:24
correctly [1]    25:16
CORROON [1] 1:18
counsel [17]    2:5
2:17    8:14    8:19
10:24    13:23    20:25
28:14    30:19    31:14
32:13    33:4    34:18
36:24    41:14    42:9
42:11
counterclaim [1]
13:9
couple [4]    4:24
5:11    10:6    38:25
course [3]    12:22
13:20    31:25
Court [69]    1:23
3:8· ·    7:24    8:3
8:22    9:16    10:9
10:12    10:15    10:22
11:4    11:20    12:7
14:4    16:4    16:14
17:24    19:3    19:19
19:23    20:20    21:6
21:23    22:2    22:6
23:5    23:23    25:3
25:12    25:23    26:4
26:13    26:16    26:21
27:9    27:15    27:16
27:22    28:5    28:8
28:13    28:17    28:21
28:23    30:3    31:14
32:6    33:3    33:19
34:2    34:5·    34:11
34:16    35:15    36:21
38:15    38:22    38:24
39:12    39:20    40:6
40:22    41:2    41:12
41:14    41:25    42:2
42:8    42:12
Court's [1]    31:12
courtroom [2]    3:5
41:10
Courts [3]    31:18
31:22    32:2
cover [1]    35:12
covered [1]    35:11
created [2]    23:11
23:14
credenza [1]    5:22
cross-examine [1]
34:18    34:19
crunch [1]    10:17
D [1]    3:3
D.C [2]    2:4    2:16
damages [7]    15:3

18:7    18:11    18:16
18:21    24:3    24:8
dangling [1]    8:24
data [4] 36:13    37:9
38:5    38:6
database [1]    35:22
36:6    36:8
date [2] 18:10    25:20
days [8] 4:24    5:11
7:11    8:20    10:19
25:21    37:2    39:3
deadline [1]    41:21
decide [1]    41:8
decided [2]    21:9
21:10
decisions [2]    17:12
38:8
declined [1]    27:21
default [1]    37:19
defeats [1]    7:19
Defendants [2] 1:9
2:17
definitely [1]    33:6
definition [1]    36:16
Delaware [4]    1:2
1:11    16:13    16:25
delay [2]    3:18
6:21
demonstrate [1]
40:9
denied [1]    13:24
deposed [3]    16:12
25:25    27:17
deposition [20] 5:10
5:11    8:6    8:10
13:15    16:11    17:21
22:20    25:2    25:15
27:4    27:8    27:13
28:6    30:11    30:13
31:13    32:12    33:21
34:20
depositions [20]
3:14    3:21    3:24
3:25    4:5    5:4
5:4    5:7    5:18
5:20    6:17    7:18
8:6    10:2    10:18
17:15    17:16    25:17
28:10    33:25
deserve [1]    20:22
desk [1] 20:13
detail [1]    26:19
determine [1]    38:4
determining [1] 38:13
develop [1]    12:20
developed [1]    12:3
developing [2]  12:18
31:7
Dickinson [1]    17:14
different [7]    9:8
9:13    26:13    28:25
29:25    35:23    39:22
differently [1]  22:4
difficulty [1]   27:18
digest [1]    7:17

directed [1]    16:20
16:21
directly [7]    12:9
12:15    13:8    21:17
21:21    29:17    34:19
disadvantage [2]
5:5    26:10
disagree [1]    16:2
40:3
disagreement [1]
37:18
disclosed [1]    22:19
disclosure [1]    16:16
discovery [7]    6:18
16:16    18:9    20:8
32:11    33:11    37:11
discuss [4]    6:14
15:8    16:20    20:3
discussed [1]    41:19
discussion [1]    25:9
dispute [6]    6:12
26:14    28:25    29:6
29:7    39:15
DISTRICT [1]    1:2
division [3]    17:5
17:6    23:19
divisions [1]    4:2
document [20]    6:7
6:8    6:15    9:4
9:4    15:10    36:4
36:24    36:25    37:9
37:18    39:4    39:22
39:25    40:4    40:9
41:3    41:5    41:7
41:8
documentation [1]
23:8
documents [42] 3:21
3:22    4:4    5:8
5:12    6:23    6:25
7:5    7:9    7:14
8:9    8:9    8:20
9:3    9:24    9:25
11:8    11:9    11:23
13:10    13:10    15:9
15:14    15:15    18:9
21:4    21:11    21:24
23:22    26:5    29:8
29:20    36:12    36:14
37:12    37:13    39:21
39:24    40:8    40:18
41:7    41:18
doesn't [2]    14:18
42:3
done [6] 11:24    16:19
23:2    30:15    32:13
40:3
door [3] 18:14    34:17
35:5
Dow [12]    15:12
16:21    24:24    24:25
25:4    25:13    26:4
26:8    26:13    28:22
28:24    29:11
down [7]    17:23
18:8    25:4    33:11
33:16    35:14    37:12
due [1]    8:5

Dunder [2]    8:7
9:9
DuPont/Pioneer [4]
11:17    11:18    12:3
12:21
E [3]    2:3    3:3
3:3
e-mails [2]    21:25
23:8
earliest [1]    14:12
14:16
early [1] 10:18
economist [1]    36:10
effective [1]    21:16
effectively [2] 3:16
21:14
either [1]    14:12
Elana [1]    17:14
electronic [1]    40:2
employed [2]    30:5
30:6
employee [3]    27:25
32:20    32:21
employees [2]    6:8
30:10
employment [1]
34:23
end [2]    6:18    9:25
ends [3] 9:19    9:20
11:7
energize [1]    19:24
enforced [1]    31:22
engaged [1]    12:23
engaging [1]    18:2
enter [1] 29:23
entered [2]    13:3
29:9
entirety [1]    37:9
entitled [3]    18:16
33:13    34:21
entries [1]    12:12
entry [2] 14:20    35:25
Eric [1] 9:9
ESQ [6] 1:18    2:3
2:3    2:8    2:11
2:15
event [6]    14:10
14:16    19:11    19:12
19:13    39:20
events [1]    15:9
everybody [1]    30:11
Everyone's [1] 8:25
exact [1]4:23
exactly [5]    18:23
19:5    21:6    21:25
31:18
examine [1]    34:19
example [6]    4:21
5:10    6:6    7:4
15:11    19:11
Excel [1]    36:4
except [1]    39:5
exception [1]    39:24
exchange [4]    15:15

39:21    39:23    41:9
excuse [1]    39:6
executives [1]    38:7
expanding [1]    17:20
expect [3]    4:16
24:23    30:13
expectation [1] 18:3
expert [2]    24:9
24:10
experts [1]    36:13
explicitly [1]    24:21
extent [4]    23:16
24:6    29:14    30:16
Extremely [1]    37:2
fact [18] 6:18    8:4
8:5    8:23    13:6
13:24    17:22    18:5
22:15    22:17    26:5
28:23    29:23    35:5
37:8    37:24    39:20
40:9
facts [2] 16:3    26:18
fairly [3]    18:21
22:19    35:19
fall [1]    34:13
far [1]    5:7
fear [1]    6:15
February [2]    4:10
7:5
few [5]    4:19    10:19
14:8    25:21    39:3
fields [3]    35:23
36:7    37:10
figure [2]    26:23
40:11
filed [1] 39:7
filing [1]    13:12
finally [3]    4:17
5:13    7:5
financial [1]    38:10
financials [1]    22:25
fine [2] 8:17    10:11
20:24
fingers [1]    39:13
first [14] 3:11    3:17
3:23    3:25    4:6
5:10    8:18    10:6
11:11    11:13    20:4
26:9    27:14    38:25
fix [1]    4:25
follow-up [1]    4:15
following [1]    9:3
foot [1]    18:14
forced [1]    29:23
foreclosed [3] = 12:11
12:23    21:18
foreclosing [1] 14:20
form [5] 11:18    26:11
32:9    36:3    36:12
formal [3]    23:10
23:10    23:14
format [1]    36:5
36:6    38:18    39:5
39:24    40:2    40:10

Thursday, April 20, 2006   CondenseIt™   formation - materials

formation [1]   19:10

forming [1]   11:19

formulas [1]   36:11

forth [2] 6:13   13:10

forward [5]   7:6
27:8   27:21   28:10
31:12

foundation [3] 12:6
12:7   12:14

four [2] 5:12   30:7

four-plus [1]   9:14

frankly [7]   6:4
6:17   7:18   9:12
9:15   36:15   36:17

Friday [5]   8:8
8:16   9:20   10:11
10:17

front [1] 42:7

full [2] 18:3   19:16

fundamental [1]
36:15

future [1]   14:25

G [1]   3:3

G-A-T [1]   14:10

GA21 [2]   13:7
19:11

gander [1]   8:17

Garst [1]   8:10

GAT [3] 14:10   14:13
19:12

gather [1]   41:21

Genetics [6]   17:4
17:6   19:17   23:16
23:18   23:19

gentleman [1]   13:17

germ [5] 12:14   15:24
15:25   19:13   19:14

given [7]   23:21
32:24   38:3   38:4
38:17   38:18   41:2

giving [3]   15:22
23:19   34:6

glyphosate [2] 14:10
18:25

glyphosate-tolerant
[6]   12:4   12:18
14:9   19:12   19:13
21:13

goes [1] 14:17

gone [1] 18:2

good [7] 3:8   3:9
8:2   8:3   8:16
8:17   42:10

goose [1]   8:17

govern [1]   19:16

granted [1]   23:22

Greenleaf [9]   11:21
11:22   13:22   17:3
17:5   19:17   23:16
23:17   23:18

ground [1]   31:13

growth [1]   22:15

guess [2]   8:22
29:3

guidance [1]   31:12

Gunning [1]   1:23

guys [1] 39:12

hand [2] 9:4   9:25

happening [2]   14:24
31:5

happy [4]   7:7
40:10   40:15   40:25

hard [2] 20:7   20:15

HARDING [1] 1:18

head [3] 17:3   17:5
25:21

hear [9] 9:21   14:5
15:18   25:13   26:16
28:13   29:3   32:6
39:18

heard [2]   25:16
27:7

hearing [2]   4:14
23:9

heart [1] 4:3

Heather [2]   2:15
3:9

heightened [3] 16:8
23:20   25:6

held [1] 25:18

help [3] 20:3   39:12
40:17

herbicides [2]   21:14
21:20

herring [1]   37:6

hinder [1]   32:3

honestly [1]   20:14

Honor [42]   3:9
4:7   6:22   7:12
7:20   8:2   9:7
10:8   10:16   10:25
11:15   14:3   14:6
20:6   20:24   22:3
23:13   25:11   26:3
26:9   27:14   28:18
33:24   34:10   34:15
34:25   35:10   35:13
35:17   36:17   36:23
37:8   38:23   39:3
39:5   39:23   40:21
40:25   41:11   41:22
42:7   42:11

HONORABLE [1]
1:14

hopefully [2]   40:16
40:18

hours [2]   4:10
17:21

HOWREY [1]   2:2

idea [2] 25:10   41:20

identified [2]   5:8
9:9

imagine [1]   24:12

impact [2]   6:17
17:10   35:25

implicitly [1]   24:21

important [4]   3:25
5:4   30:23   36:6

inability [1]   12:24
21:18

INC [2] 1:7   1:8

included [1]   23:4

includes [2]   25:8
29:15

including [1]   13:10
20:18

inconsistent [1]
35:6

inconvenient [1]
10:3

indicate [1]   11:25

indicates [2]   11:17
13:21

industry [1]   29:18

informal [1]   23:8

information [4] 3:15
33:12   35:24   38:10

injunctive [1]   18:20

injured [1]   15:2

injury [1]   15:3

input [1] 36:13

inputted [1]   35:24

instance [1]   6:6

instances [3]   5:19
6:24   7:4

instructed [1]   13:18

interactive [1]   35:22

interested [4]   18:15
23:9   39:14   39:14

interfere [1]   31:24

interfered [1]   8:11

internal [2]   21:11
23:8

interrogatories [2]
4:4   4:6

interrogatory [5]
3:20   4:8   7:13
9:5   9:5

intertwined [1] 24:13

intimidation [1]
14:21

invent [1]   12:24

invest [1]   22:15

invoked [1]   16:18

involve [1]   24:16

involved [5]   13:5
17:13   19:8   33:5
33:6

involves [1]   27:4

isolated [1]   5:8

issue [24]   3:17
4:6   6:20   7:7
8:18   12:6   13:8
13:14   15:19   16:11
19:14   19:17   25:25
27:10   29:17   32:7
32:18   35:8   35:11
35:19   36:16   39:11
40:24   41:4

issued [1]   11:16

issues [26]   3:13
3:14   4:9   4:9
4:12   4:25   5:6
5:6   7:13   7:20
9:4   9:8   10:6

11:12   11:14   26:24
26:25   27:2   27:3
27:18   34:5   34:20
35:12   35:15   35:18
41:7

itself [2] 16:18   24:4

J [1]   1:23

January [3]   6:7
37:15   38:21

jeopardized [1] 16:16

Jessen [2]   8:7
9:10

job [1]   17:4

JOHN [1]   2:8

joint [18]   11:19
12:5   12:5   13:7
13:11   13:12   13:25
14:8   15:22   17:7
19:9   19:10   21:15
23:15   23:18   26:6
29:10   41:19

JR [1]   1:18

Judge [1]   1:14

judging [1]   9:17

June [2] 6:19   28:3

K-l-e-v-o-r-n [1]
27:14

Kafele [18]   2:15
3:9   3:10   7:25
9:7   10:16   15:16
20:10   35:17   36:22
38:23   38:25   39:19
39:23   40:21   40:24
41:11   41:13

keep [1] 32:10

key [2]   8:10   17:19
35:11

killed [1]   21:11

kind [2] 8:23   22:12
29:22

kinds [1]   26:5

Klevorn [19]   27:13
28:19   30:4   30:5
31:15   32:12   32:15
32:16   32:17   32:19
32:20   32:21   33:5
33:9   33:12   33:17
33:24   34:8   34:20

knowing [1]   23:25

knows [2]   12:7
27:16

L [2]   1:14   2:15

last [10] 4:10   4:12
6:20   14:20   15:16
27:5   27:19   30:7
37:15   39:2

late [2] 37:2   39:15

latest [1]   42:7

laundry [1]   20:17

law [1] 16:25

lawsuit [4]   24:18
29:13   29:14   29:22

lawsuits [1]   24:15

lawyers [1]   33:6

least [3] 7:4   24:20
34:13

leave [1] 41:16

left [2]   28:2   32:24

legal [5] 24:14   26:14
28:25   29:6   29:7

letter [10]   4:25
5:11   9:13   12:25
13:2   15:6   20:25
22:10   22:21   30:12

letters [3]   4:14
4:15   9:14

level [2] 32:20   32:21

levels [1]   22:5

liability [1]   17:7

license [7]   12:8
13:6   13:7   15:24
15:24   15:25   29:9

licensing [1]   14:21

liked [1] 6:3

Likewise [1]   5:19

limited [5]   7:21
17:6   22:17   22:19
29:6

line [1]   7:12

list [3]   8:6   20:18
27:10

listen [5]   16:5
16:10   18:22   20:13
40:12

listening [1]   15:21

litigation [2]   18:13
31:24

live [1] 40:7

LLC [6] 1:4   11:21
11:22   13:22   19:17
23:18

LLP [5] 1:18   2:2
2:7   2:11   2:15

local [1] 37:17

long-range [1]   6:7

look [11] 14:14   15:21
21:11   22:21   31:10
32:2   38:10   38:11
40:10   40:15   40:18

looking [6]   5:14
18:19   18:21   29:12
29:20   29:21

loose [3] 9:19   9:20
11:7

lost [1]   40:16

love [1] 28:15

low [1] 32:20

makes [2]   7:22
22:15

manage [1]   9:23

management [1]
32:21

March [1]   5:10

market [10]   12:11
12:13   12:20   14:21
18:6   21:19   21:20
35:21   36:15   38:3

marketplace [1]
21:12   38:12   38:13

markets [1]   24:15

materials [1]   31:10

39:6

matter [4]          7:15
27:7      37:8      37:24

matters [1]         33:6

may [9]  3:23       3:25
20:20    20:21      33:14
33:23    34:8       41:3
41:5

mean [5]5:22        18:11
19:24    22:2       40:16

meaning [1]         14:15

meaningfully [1]
32:4

means [1]           34:11

meant [1]           31:24

meet [1] 6:14

meet-and-confer [1]
15:17

member [2]          13:19
17:19

memorializing [1]
4:15

mention [1]         24:18

mentioned [1]       19:23

merger [1]          21:15

might [5]           15:5
16:16    30:23      34:5
40:16

mind [4]21:7        21:8
21:25    22:3

minimally [1]       4:20

minute [1]          19:21

missing [1]         3:21

Moll [45]           2:3
8:2      8:4        9:9
10:8     10:10      10:13
10:24    11:3       11:13
11:15    11:21      19:19
19:21    19:22      19:25
20:21    20:24      21:2
21:8     22:3       22:9
25:13    26:4       26:9
26:24    27:2       27:11
27:16    27:24      28:7
28:9     28:15      32:6
32:8     33:4      .33:23
34:4.    34:10      34:15
34:25    35:10      36:23
38:20    42:5

Monday [5]          9:3
11:5     11:6       41:3
41:5

money [1]           24:5

Monsanto [39]       1:4
1:4      4:2        6:24
11:13    12:24      13:8
15:5     15:12      16:18
17:16    23:20      27:10
27:22    27:25      28:2
28:3     28:5       29:11
29:18    30:6       30:9
30:9     30:15      30:24
31:2     31:3       31:15
32:20    32:21      33:13
33:18    33:22      34:9
34:23    36:3       38:7
39:3     39:7

Monsanto's [5] 4:8

6:8      14:19      15:2
34:17

months [1]          37:15

most [1] 39:24

move [1]            35:8

Ms [16]  3:9        7:25
9:7      10:16      15:16
20:10    35:17      36:22
38:23    38:25      39:19
39:23    40:21      40:24
41:11    41:13

murdered [1]        13:17

must [1] 21:9

mutual [3]          10:14
15:8     15:14

N [1]    3:3

name [3]13:17       19:23
27:14

native [10]         36:3
36:5     36:12      37:3
37:4     37:5       37:6
37:17    38:19      40:2

necessarily [1] 5:16

necessary [1]       5:16

need [7] 4:4        21:14
22:25    25:24      36:11
37:4     37:20

needed [1]          22:6

needs [1]           41:4

negotiated [1]      16:13

negotiating [1]     17:11

negotiations [4]
13:2     16:15      18:2
24:19

negotiators [3]     17:17
25:17    25:25

neither [1]         20:9

new [12] 2:12       2:12
12:3     12:21      13:18
13:25    14:9       14:10
23:14    23:17      27:19
41:19

next [7] 8:15       8:16
9:20     9:22       10:10
10:18    42:7

night [1]15:16

nineties [1]        30:6

note [1] 16:18

nothing [2]         14:22
17:8

now [17] 3:23       4:25
5:15     12:15      12:21
13:19    16:3       17:7
19:19    21:6       22:21
25:13    26:6       26:20
30:7     37:16      37:22

number [2]          23:22
33:6

O [1]    3:3

o'clock [3]         1:12
11:6     41:6

objection [1]       32:17

objects [1]         23:20

obviously [3]       10:18
12:25    40:6

October [1]         27:17

off [1]   25:20

offer [1] 18:22

offering [1]        19:2
20:14

office [1]          5:22

Official [1]        1:23

once [3] 5:3        6:16
16:3

one [24]  3:17      4:2
4:21     4:22       4:23
6:8      8:7        8:8
8:8      8:10       9:8
10:16    11:24      24:17
25:19    26:22      27:3
27:4     27:24      28:5
30:22    35:9       35:19
40:24

ongoing [9]         15:2
15:3     16:15      16:19
29:9     29:15      29:21
29:24    29:25

open [1] 34:17

opened [1]          35:5

operates [1]        22:4

opportunity [5] 7:23
18:20    26:17      28:15
32:14

opposite [1]        7:10

order [12]          3:16
7:16     21:15      27:6
27:12    30:15      30:17
30:19    31:4       31:6
31:9     36:10

ordering [1]        7:16

original [2]        4:22
36:25

Originally [1]      30:25

otherwise [4]       7:18
9:2      11:8       37:25

ours [1]  39:2

outside [1]         30:19

outstanding [2] 10:5
41:6

own [1]  12:24

owned [1]           17:13

ownership [1]       13:11

P [2]     2:3       3:3

p.m.[3]  1:12       3:6
42:12

paid [2] 29:13      32:25

paper [2]           15:6
40:17

Paragraph [1]       8:12

part [7]  13:6      17:11
24:9     24:10      28:8
29:19    39:10

particular [1]      34:7
40:4

particularized [1]
37:20

particularly [2] 20:3
39:15

parties [5]         6:23
28:11    37:11      37:11

37:21

party [4]6:25       6:25
7:9      32:4

party's [1]         40:19

patent [2]          24:18
27:17

pending [1]         9:14

penetration [1] 6:10

people [5]          9:12
17:12    17:12      24:11
27:5

perfect [1]         14:17

perfectly [2]       8:21
16:24

perhaps [2]         24:7
28:13

period [1]          5:16

perspective [1] 4:3

pertinent [1]       3:22

PETER [1]           2:3

Phase [2]           14:14
14:15

phonetic [1]        17:14

piece [2]15:6       38:6

Pioneer [7]         13:8
14:9     14:22      15:7
15:11    19:12      19:13

Pioneer's [1]       12:6
14:14

Pioneer/DuPont [2]
14:23    21:15

place [2]5:7        15:9

Plaintiffs [1]      1:5
2:5

plan [6]  6:7       22:10
22:12    23:17      25:6
41:24

planning [2]        13:5
13:6

plans [2]           22:10
23:11    23:14      23:15
24:11

plasm [5]           12:14
15:24    15:25      19:13
19:14

play [2] 18:13      18:13

pleased [1]         9:21

plenty [1]          20:15

plus [1] 12:16

point [12]          9:8
10:4     10:17      17:22
18:16    19:6       20:4
23:7     27:25      39:2
39:3     39:13

points [3]          14:8
35:25    38:25

position [2]        12:19
33:20

possibly [1]        34:22

potential [1]       24:18

potentially [1] 14:25

POTTER [1]          1:18

practices [1]       14:21

pre-existing [1] 23:15

prepared [4]        10:21
18:22    26:17      35:13

preparing [1]       30:13
30:21    32:4       32:10

presentation [4]
11:24    23:24      38:5
42:3

presentations [7]
22:2     22:5       23:10
24:2     24:13      24:21
25:8

president [2]       13:22
25:24

press [7] 11:16     11:17
11:23    12:16      13:21
14:11    22:18

pretty [4]          5:23
5:23     31:19      31:23

prevent [2]         12:12
31:6

prevented [2]       33:10
33:11

prices [4]          38:2
38:2     38:4       38:13

pricing [4]         35:21
35:23    36:25      37:25

primary [1]         17:12
25:17

printout [1]        36:7

privilege [2]       16:14
16:25

privileged [1]      33:14

privileges [1]      33:7

problem [1]         10:14
32:19    33:4       33:15

problems [2]        20:16
29:19

proceed [2]         3:16
4:5

Proceedings [1]3:5

process [2]         6:16
31:24

produce [11]        7:10
7:15     7:15       15:14
37:3     37:9       37:19
37:21    39:4       40:10
41:23

produced [13]       7:5
9:24     26:6       36:2
36:4     37:6       37:10
37:12    37:14      37:18
37:24    40:5       41:9

produces [1]        6:25

producing [1]       37:5

product [2]         21:13
24:14

production [11] 8:19
13:9     15:8       15:10
37:2     37:13      38:6
39:2     41:4       41:5
41:7

productions [1] 6:21

products [1]        29:17

program [1]         35:24

prohibition [1] 29:18

Project [1]         8:9

prolific - sufficient

prolific [1]          33:24
properly [3]          26:17
  32:10    32:18
proposals [1]         15:18
proposed [1]          13:25
proprietary [1]       33:14
prosecuting [1] 32:4
protect [1]           31:20
protective [7]        27:6
  27:12    30:15    30:17
  30:19    31:3    31:6
provide [4]           5:15
  19:9    19:10    36:5
provided [3]          17:15
  25:6    36:12
providing [2]         36:18
  39:9
publicly [1]          22:18
pumping [1]           33:12
purpose [3]           7:19
  10:20    31:20
push [3] 6:16
put [3]    12:4    23:7
  38:12
puts [2]  5:3    5:4
qualm [1]             23:13
quantity [1]          35:22
questions [11]        4:5
  10:5    13:18    13:24
  14:2    15:13    22:20
  24:11    32:15    33:23
  34:12    34:12
quick [1]             35:19
quickly [2]           5:23
  9:8
quite [2] 3:19    9:13
R [1]      3:3
raise [4] 3:15    4:12
  27:4    32:18
raised [4]            4:9
  10:6    10:8    12:10
rather [4]            9:23
  18:8    18:12    23:18
rationale [2]         21:4
  21:24
reached [2]           8:24
  38:2
read [2]  11:20    31:9
real [2]  9:8    16:3
realize [1]           3:12
really [5]            4:3
  18:7    36:8    41:4
  42:3
reason [7]            3:22
  17:2    21:9    21:10
  35:4    36:6    37:22
reasonable [2]        15:8
  20:22
reasons [3]           13:2
  17:3    27:20
receive [1]           7:9
received [1]          4:17
recently [1]          11:16
recessed [1]          42:12

reciprocity [2] 24:24
  26:7
recognized [1]        20:6
recognizes [1]        16:14
record [1]            13:16
  32:15
red [1]   37:6
redefines [1]         20:18
redeposed [1]         25:24
reduce [1]            24:8
refer [1] 20:24
reflect [2]           20:8
  21:24
reflects [1]          23:17
refuse [2]            15:12
  15:13
refuses [2]           36:4
  36:5
regard [1]            9:19
registered [1]        14:12
  14:12
related [1]           13:14
relating [1]          21:4
release [6]           11:16
  11:17    11:23    13:21
  14:11    22:18
relevance [1]         16:3
relevant [12]         6:11
  12:9    12:22    14:23
  14:25    15:5    21:17
  21:19    21:22    26:14
  29:4    36:20
relief [1]            18:20
reopening [1]         17:21
Reporter [1]          1:23
request [6]           20:7
  20:14    20:22    22:8
  23:10    26:12
requested [6]         5:9
  11:10    17:15    25:21
  35:20    36:17
requests [1]          3:20
  4:8    39:25
research [1]          38:3
resolution [1]        29:6
resolve [3]           4:11
  9:23    37:19
resolved [2]          29:7
  41:7
resolving [1]         39:14
respect [7]           9:8
  9:9    9:10    17:9
  25:15    26:6    29:25
respects [1]          7:14
respond [4]           7:23
  27:21    28:15    42:11
responded [4]         4:24
  9:10    9:11
response [11]         4:8
  4:21    4:22    4:23
  5:13    5:13    9:5
  9:5    15:16    15:17
  23:9
responses [6]         3:20
  4:18    4:19    7:13

9:3       20:8
rest [1]  39:17
result [1]            28:24
results [1]           36:14
review [1]            25:7
Richard [2]           2:11
  14:6
right [43]            7:24
  7:25    8:22    10:12
  10:15    11:4    11:11
  14:4    17:4    17:24
  19:3    19:19    22:8
  23:5    23:23    25:3
  25:10    25:12    25:23
  26:4    26:19    26:21
  26:21    27:9    27:15
  28:13    28:17    29:16
  32:6    33:16    33:19
  34:2    34:4    35:8
  35:15    36:21    38:15
  38:22    41:2    41:9
  41:12    41:14    42:9
rights [3]            13:5
  15:23    19:10
risk [2]  31:8    31:11
road [2] 17:23    18:9
ROBINSON [1]
  1:14
role [1]  17:8
room [1] 33:12
Rosenthal [3]         15:17
  30:12    30:25
rule [5]  7:7    8:14
  8:20    8:21    10:11
rules [1] 31:13
run [2]   31:8    31:11
  35:24
running [2]           34:2
  38:16
S [1]     3:3
sanctions [1]         11:9
sat [1]   37:12
says [2] 14:11    15:6
schedule [2]          6:14
  25:22
scheduled [5]         25:20
  27:5    27:19    28:5
  30:12
scheduling [1]        3:12
Schwed [24]           2:11
  14:6    14:7    18:18
  19:7    20:6    23:6
  23:13    23:24    25:11
  25:16    25:19    26:3
  26:22    28:17    28:18
  28:22    29:5    30:5
  31:18    33:8    41:20
  41:22    42:6
scope [1]             34:13
Scruggs [1]           39:7
SEAN [1]              2:3
seat [1]  20:20
second [2]            4:7
  16:11
secrets [1]           31:21
Section [1]           12:10

see [12]  3:11    15:4
  15:23    17:6    17:22
  20:4    22:14    26:25
  35:2    36:13    36:14
  41:10
seed [4]  6:9    6:22
  7:3    12:14
seeds [4]             1:7
  12:6    12:7    21:13
seek [1]  27:6
seem [1] 36:19
sell [1]  12:8
send [1] 40:8
sense [8]             3:13
  7:22    20:22    22:6
  22:14    22:15    24:2
  24:16
sensitivity [1]       23:21
sent [3]  4:14    5:11
  20:25
sentence [2]          4:22
  4:23
serve [2] 10:20       31:19
served [1]            4:7
session [1]           15:17
set [12]  4:7    11:11
  11:13    13:10    15:22
  19:8    19:9    19:16
  20:23    25:5    27:19
  28:11
settle [1]            29:14
settlement [3]        24:19
  26:14    28:24    29:20
seven [2]             4:17
  17:21
several [3]           3:25
  4:9    6:16
shape [1]             26:10
  32:8
sharing [1]           18:9
Shaw [2]              2:8
  27:17
SHEARMAN [2]
  2:11    2:15
sheet [1] 36:5
Sherman [1]           33:8
shield [1]            31:6
show [1] 22:24
shows [2]             6:10
  35:25
shuffle [1]           40:17
side [3]  7:10    10:21
  20:9
sides [6] 6:21    7:8
  8:5    35:20    36:19
  40:2
signed [1]            32:22
significant [1]       5:5
similar [1]           5:6
SIMON [1]             2:2
simple [1]            5:23
simply [1]            8:12
simulator [3]         35:21
  36:2    39:9

single [1]            38:5
  38:6
sit [5]   16:9    22:20
  25:3    33:16    35:14
sitting [2]           5:21
  33:11
slightly [1]          28:25
SLR [1]  1:9
soon [1] 25:18
sooner [1]            6:4
sorry [1] 11:2    19:22
sort [6]  6:12    6:20
  11:24    22:12    29:9
  40:9
soybeans [1]          14:13
  14:14    14:15
speaks [1]            24:3
specific [10]         3:20
  5:8    5:12    6:9
  7:7    7:14    20:12
  20:14    39:6    39:25
specifically [1] 20:21
specify [1]           21:3
speculation [1] 24:9
spell [1] 13:16
spread [1]            36:4
stack [1]29:16
stacking [1]          29:18
staff [1] 40:17
stand [1]             16:7
standard [1]          37:17
STARGATT [1]
  2:7
start [4] 10:3    10:18
  15:21    18:9
started [1]           37:12
starting [1]          18:3
statements [1]        12:16
Stearling [1]         33:8
step [1] 20:5
STERLING [2] 2:11
  2:15
still [6] 5:25    8:24
  10:5    16:9    26:25
  41:3
straightened [1]
  9:6
strategically [1]
  22:14
strategy [1]          16:14
structure [1]         13:3
  13:11    22:24
subject [4]           16:7
  23:19    26:11    32:16
subpoenaed [1] 6:22
  6:24
successful [2]    18:4
  18:15
successfully [1]
  24:6
such [1]  12:21
SUE [1]  1:14
sufficient [1]        7:17

suggested [1]    9:19

supplement [3] 8:15
8:16    20:8

supplemental [2]
3:20    4:22

supplementation [3]
8:5    8:25    10:10

supplements [2]
4:16    8:25

surprisingly [1]
19:20

Syngenta [41]    1:7
1:8    3:10    8:19
11:12    11:17    11:18
12:10    12:17    12:19
12:22    14:5    17:5
17:6    17:11    17:11
18:5    18:8    19:11
19:12    19:14    20:25
21:9    22:4    24:17
26:25    27:11    27:20
27:23    27:24    28:3
28:11    28:14    30:7
32:10    32:13    33:5
35:16    36:2    37:22
37:25

Syngenta's [6]    8:7
13:23    27:9    34:17
35:5    35:11

TAYLOR [1]    2:7

team [3] 13:19    13:20
17:11

technology [2]    1:4
14:9

ten [1]    14:20

terms [4]    17:10
18:25    29:12    32:25

testified [3]    5:9
5:20    6:8

testimony [3]    24:10
31:17    33:25

thank [25]    3:11
7:24    11:3    11:15
14:3    14:4    14:6
20:20    23:5    25:11
25:12    26:3    28:18
30:3    35:10    36:21
36:23    38:15    38:22
40:21    41:13    41:14
42:5    42:9    42:11

theme [1]    6:20

they've [3]    17:20
20:17    21:10

thinking [2]    24:16
24:17

third [5] 6:23    6:25
6:25    7:9    22:8

third-party [4]    6:21
6:22    8:19    31:25

Thomas [1]    27:14

thought [4]    3:12
10:22    19:22    34:6

threats [1]    14:22

three [2] 5:12    9:14

through [5]    3:13
5:7    18:5    34:18
35:6

Thursday [1]    1:12

tie [1]    11:7

TIFF [11]    37:14
37:15    37:17    37:19
37:21    38:18    38:20
39:4    39:21    39:24
40:5

today [6]    17:4
17:4    18:10    26:12
35:7    40:23

together [1]    39:18

tolerance [1]    14:11

tomorrow [1]    18:11

too [1]    6:18

Tooter [1]    17:14

top [2] 25:20    27:4

totally [1]    26:13

tow [1]    11:8

trait [6] 6:9    6:10
12:4    12:18    12:21
12:22

traits [4] 11:25    12:8
15:24    21:20

transaction [19] 14:22
14:23    15:7    15:11
15:12    16:6    16:12
16:21    16:22    17:10
17:13    17:18    17:19
19:8    21:5    21:24
22:6    22:24    23:12

transactions [1]
15:15

Travis [1]    17:14

trial [1] 33:25

trouble [2]    18:2
20:7

troublesome [1]
20:3

try [2]    3:13    40:11

turn [1] 7:10

turned [1]    8:20

two [13] 5:2    5:3
7:4    7:11    8:20
9:12    17:12    17:17
24:15    25:17    25:19
25:24    35:17

two-day [1]    10:11

types [2]    15:15
37:13

typically [2]    22:11
30:9

under [6]    13:8
30:15    31:3    31:10
32:25    37:17

underlying [4]    6:10
13:4    29:13    29:14

understand [9] 9:16
11:22    19:7    25:4
29:16    31:22    33:20
36:11    38:17

understood [1] 25:16

uniform [1]    31:23

uniformly [1]    31:25

unit [1] 24:4

universe [3]    23:25

25:8    42:3

unless [1]    22:4

up [12]    3:21    3:24
6:5    9:19    11:7
15:22    16:13    18:16
19:6    19:9    24:25
37:7

upcoming [4]    3:14
5:17    6:17    9:25

used [2] 17:20    31:21

using [1]    31:6

usually [4]    14:18
16:13    16:25

utilize [1]    36:10

Valerie [1]    1:23

valid [1] 31:19

value [2]    13:4
36:8

various [4]    7:13
12:12    12:25    33:25

venture [28]    11:19
12:2    12:5    12:5
12:9    12:15    13:7
13:11    13:13    13:18
13:20    14:8    15:22
17:7    18:3    18:4
18:5    19:9    19:10
21:15    22:11    22:12
23:15    23:18    24:7
26:7    29:10    41:19

version [1]    40:19

viable [1]    21:12

violating [1]    31:11

vs [1]    1:6

W [2]    1:18    2:8

W-u-l-f-k-u-h-l-e [1]
13:16

wait [1] 35:13

waiting [2]    3:19
8:12

walk [2] 34:18    35:6

wants [3]    8:14
8:19    26:16

Washington [2] 2:4
2:16

website [1]    14:14

week [7] 3:23    3:25
7:16    10:18    10:23
27:5    27:19

weeks [6]    4:18
5:2    5:3    5:12
6:16    9:14

whatsoever [1] 27:18

WHITE [1]    2:2

whole [1]    10:3

willing [10]    15:8
16:5    16:6    16:9
16:10    18:22    19:5
19:18    20:13    30:18

Wilmington [1] 1:11

within [5]    7:10
7:16    16:24    34:13
35:4

without [4]    9:17
22:12    24:7    27:18

witness [5]    16:22
27:22    27:23    27:24
31:16

witnesses [8]    5:20
6:3    6:5    8:7
8:8    8:9    15:13
16:20

world [3]    14:18
24:22    31:20

written [2]    12:25
13:2

wrote [2]    15:6
15:7    30:12

Wulfkuhle [4]    8:8
13:15    13:22    17:18

Wulfkuhle's [1]
16:11

years [2] 14:20    30:7

yesterday [2]    7:6
9:13

yet [1]    19:24

York [3] 2:12    2:12
27:19

YOUNG [1]    2:7

yourselves [1] 39:13