# EXHIBIT 2

May 1, 2006                                        CondenseIt™

---

Page 1

```
1              IN THE UNITED STATES DISTRICT COURT
2              IN AND FOR THE DISTRICT OF DELAWARE
3                        - - -
4    MONSANTO COMPANY and        :      CIVIL ACTION
     MONSANTO TECHNOLOGY LLC,    :
5                                :
          Plaintiffs            :
6                                :
          vs.                    :
7                                :
     SYNGENTA SEEDS, INC. and    :
8    SYNGENTA BIOTECHNOLOGY,     :
     INC., et al.,               :
9                                :
          Defendants            :   NO. 04-305 (SLR)
10                       - - -
11                            Wilmington, Delaware
12                            Monday, May 1, 2006
                              2:00 o'clock, p.m.
13                       - - -
14
     BEFORE:  HONORABLE SUE L. ROBINSON, Chief Judge
15
                         - - -
16
     APPEARANCES:
17
18            POTTER, ANDERSON & CORROON LLP
              BY:  W. HARDING DRANE, JR., ESQ.
19
20                  -and-
21
22
23
24                            Valerie J. Gunning
                              Official Court Reporter
25
```

---

Page 2

```
1    APPEARANCES (Continued):
2            HOWREY LLP
             BY:  PETER E. MOLL, ESQ. and
3                 SEAN P. BEATY, ESQ.
                 (Washington, D.C.)
4
                 Counsel for Plaintiffs
5
6
             YOUNG, CONAWAY, STARGATT & TAYLOR LLP
7            BY:  JOHN W. SHAW, ESQ.
8
                 -and-
9
10           SHEARMAN & STERLING
             BY:  RICHARD F. SCHWED, ESQ.
11                (Washington, D.C.)
12
                 Counsel for Defendants
13
                      - - -
14
15
16
17
18
19
20
21
22
23
24
25
```

---

Page 3

```
1
2
3                   P R O C E E D I N G S
4
5         (Proceedings commenced in the courtroom,
6    beginning at 2:00 p.m.)
7
8         THE COURT:  All right.  I take it the fact you're
9    here means that you didn't work out everything, so I will
10   start with Mr. Schwed and you can fill me in on what issues
11   you believe we still need to bring closure to.
12        MR. SCHWED:  Thank you, your Honor.
13        We have not too many issues, so, hopefully, it
14   won't take too long.
15        The first issue had to do with what we referenced
16   last time as the simulator.  As you may recall, and Mr. Moll
17   didn't dispute that this was an important document, a
18   relevant document, one that did not have much, if any, use
19   unless it was produced in electronic form.  But what he said
20   was we had an agreement that everything would be produced in
21   TIFF.  We said that wasn't our recollection.  And you said --
22   well, the Court said that it was necessary to understand what
23   the back and forth was.
24        And I'm prepared to do that, your Honor, and
25   I can either hand it up or read from it.  I think the
```

---

Page 4

```
1    reading is pretty clear.  In a letter from myself to
2    Mr. Rosenthal regarding Instruction No. 6, which had
3    to do with the format, producing documents, there's a
4    general statement that says Produce in TIFF.  However,
5    Instruction 6 says, When a request calls for information
6    in electronic form, both Monsanto and Syngenta have agreed to
7    produce databases, to the extent they exist, in a file usable
8    by the other side.  That's repeated in a letter in October,
9    October 17th, from myself to Mr. Rosenthal.
10        There's no doubt about our Document Request No. 5,
11   which has to do with pricing, it's one of, I believe, three
12   requests where we specifically say that you have the
13   information in electronic format, please produce it in usable
14   electronic format.
15        And then since that time, both parties have
16   exchanged, I believe, dozens, going both ways, of Excel
17   spread sheets and electronic files where they specifically
18   have been requested.  It hasn't been that everything -- you
19   know, every e-mail has obviously not been in native format.
20   We would have been drowning more than we already are.  But
21   there are a number of specific instances where Monsanto, even
22   ones that weren't in their document request, they came back
23   to us and we produced over 60 files.  They said we want that
24   in electronic format, we want that in electronic format, and
25   we have gone ahead and done that.  And as late as the day
```

---

Page 5

1 before the last conference, they wrote a letter to Ms. Castle
2 raising certain issues of our electronic production.
3        So we think in light of that, the simulator
4 and then it has come to light in another deposition,
5 there's at least one other document, which during the
6 deposition Mr. Rosenthal had thought that it was produced
7 to us in electronic format. I came back and said we can't
8 find it. It actually wasn't. It's Exhibit 67, but it's a
9 similar type pricing model that ought to be in electronic
10 format.
11        The next issue --
12        THE COURT: And are you going to hand up those
13 documents? If the point has been conceded, that's fine, but
14 if it hasn't, then you can hand up the documents you're
15 referring to.
16        MR. SCHWED: Your Honor, I would be happy to hand
17 up to the Court some documents (handing documents to the
18 Court).
19        THE COURT: The other issue I have was you were
20 going to check out to see what kind of presentations, if any,
21 were made in connection with the joint venture between
22 Syngenta and DuPont.
23        MR. SCHWED: Yes, your Honor. Bear with me for
24 one second.
25        THE COURT: All right.

Page 6

1        MR. SCHWED: I may have handed the Court one
2 letter that I did not hand to Mr. Moll.
3        THE COURT: All right.
4        (Pause.)
5        MR. SCHWED: Did I hand you multiple copies of
6 the February 1st letter? I may have inadvertently handed the
7 Court my entire pile of one letter dated February 1st, I
8 believe.
9        THE COURT: No. I have July 28, October 17,
10 February 1 and April 19.
11        MR. SCHWED: I have it (handing document to Mr.
12 Moll).
13        Yes, your Honor. We can turn to that issue.
14        I also did have one other issue where we were
15 seeking documents. Do you want to do the issue about the
16 presentations first, or --
17        THE COURT: Well, it doesn't matter to me. I
18 just want to make sure I get --
19        MR. SCHWED: Okay. The second issue where we're
20 seeking documents has to do with the Scruggs case, and which
21 you may recall was before your -- before the Court maybe a
22 month or two ago, probably two months. Mr. Fishbein was up
23 here on that issue.
24        And the issue on that is there was a prior
25 antitrust litigation that had some overlapping issues,

Page 7

1 including the very license incentive agreement that's at the
2 heart of this case.
3        And what we're -- there are two separate items
4 that we're asking for in connection with that case. The
5 first is literally one or possibly two pages.
6        And just to remind the Court of the history, we
7 had originally asked for a list of antitrust litigations,
8 relevant antitrust litigations. Out of that list, we picked
9 one case that we thought had relevant materials where we went
10 back and said, you know, this is what we need, and that was
11 the Scruggs case, because it was the important overlap. We
12 did not ask for everything from that case. We specifically
13 said, we want the summary judgment papers. There was a
14 summary judgment motion and an appellate decision on summary
15 judgment.
16        We had to come to the Court to get that. The
17 Court ordered that produced.
18        When we got the papers and we started looking
19 at them, there's a page missing, and that page is a
20 critical page in the presentation. And this presentation
21 is entitled "Project Atlas: Building a Plant Biotech
22 Powerhouse." And there's a page, it begins -- it has, like,
23 sections. Section 3 is, "Actions to achieve powerhouse
24 vision. Strengthen trait exclusivity."
25        And then there's a page that begins on Page 3-3,

Page 8

1 and what it looks like is Page 3-3 and 3-4 somehow got
2 combined in a copying machine somewhere. That page does not
3 have a header. It looks like it has been cut off. So we go
4 from 3-2, and 3-3 and 3-4 seem to be combined somewhat on one
5 page and we're missing one of those pages, and 3-5.
6        The last item on that page is "Adopt a set of
7 licensing guidelines that is focused on obtaining and
8 maintaining exclusivity," exactly what this case is about.
9 And to be honest, this document and that type of provision
10 could have provided the basis for us trying to reopen the
11 decision that said 1996 is the cutoff date for document
12 production, because this is 1995.
13        That's not what we've done. We've gone back and
14 said we just want the missing page, and the reasons we've
15 received is, that's the way it was submitted to the Court in
16 Mississippi and the only thing that we were actually ordered
17 to do is exactly what was submitted to the Court in
18 Mississippi.
19        We're asking them to go back and look in the
20 original, not in the original files that was submitted to the
21 Court, but in the original document, whatever Project Atlas
22 where document this is kept, and find that document, which,
23 I believe, is a presentation to the then president of the
24 company.
25        The second issue also relates to the Scruggs

Page 9

1  documents. In the Scruggs documents, there's -- one of the
2  materials submitted to the Court was an expert report of
3  Kenneth G. Elzinger, and that expert report has an appendix
4  that says, "For reader convenience, detailed analysis of the
5  licensing incentive agreement," and that's the agreement
6  that's at the heart of this case, is -- and then it goes on,
7  is basically -- is placed in Appendix E.
8      So there's a detailed analysis of the agreements
9  at issue in this case that's in an appendix. Again, that
10  appendix wasn't part of what we received. Apparently, it
11  wasn't part of it, what was actually submitted to the Court.
12  Again, it's shown to be highly relevant and shouldn't be a
13  burden to produce. And, once again, it's consistent with
14  what we could hear, which is an incremental approach.
15  Instead of saying, give us every Scruggs document, we went
16  out, said, give us a limited set. There was a glaring
17  omission. We've asked for two specific items.
18      Your Honor, do you need me, now that I've handed
19  up these letters, to go through them again or are they clear
20  on their face?
21      THE COURT: No. I will look at them. Thank
22  you.
23      MR. SCHWED: Thank you, your Honor.
24      The third issue where we're seeking relief, your
25  Honor, has to do with the agreement between Monsanto and Dow,

Page 10

1  which also was raised last time when -- it is actually in
2  response to the Pioneer issue, where we agreed to produce the
3  agreements with Pioneer regarding the joint venture, and what
4  we said is it should be a two-way street. We want the
5  agreements with -- between Monsanto and Dow or Mycogen, which
6  is the subsidiary, that they've entered into recently, and
7  which we understand is some sort of business arrangement.
8  Whether it was licensing or joint venture, I don't know the
9  details.
10      Mr. Moll said he wanted to put it off because he
11  didn't know that that was coming up, but did raise the issue
12  that that arose out of a litigation and that was settled.
13  And so I do want to bring that before the Court. And just to
14  highlight that what we're focusing on is the business
15  arrangement between Monsanto and Dow and the fact that it
16  happened to have arisen out of a litigation does not mean
17  that it's not an important business arrangement, an
18  important, what I believe to be license that may have some
19  different terms that are different from the industry, may
20  relate to anti-stacking, where they have a different rule
21  about stacking their products, and we also potentially could
22  be -- something that has some sort of exclusivity in it,
23  which is obviously highly relevant in terms of how much of
24  the market is potentially available to Syngenta.
25      So we're not looking for settlement documents

Page 11

1  per se or what would ordinarily be a settlement agreement.
2  What we want is the ongoing business relationship that's
3  going to govern in the future.
4      Turning to the Pioneer documents, we produced,
5  as agreed, we produced seven different agreements with
6  Pioneer this morning, and those are all the agreements that
7  set up the joint venture and give it the ability to operate
8  in the corn arena. In other words, the corn licenses, the
9  corn germ plasm licenses, the corn trait licenses. That's
10  what we had agreed to give in terms of the agreements and
11  those were produced this morning.
12      There were two other categories of documents that
13  were discussed previously. One was presentations where --
14  seeking approval, the formal presentation seeking approval of
15  the transaction.
16      I've been able to locate two things that I
17  think would fit into that category: A memo to the board
18  and a, I guess you call it a slide pack. You know, a
19  Power Point-type presentation to the board.
20      I think that it's not necessary to produce those
21  because of, A, we're giving the agreements that I think speak
22  for themselves and, B, just because of the context of how
23  this decision was made, which is there are multiple
24  litigations between Monsanto and Syngenta, both on the
25  soybean side and the corn side, including the one we're in

Page 12

1  today, the one that's going to trial in 30 days, and this
2  decision was obviously made in that context.
3      And while there's information in there that I
4  don't think is probably privileged, it does -- the entire
5  context of those agreements is -- is -- makes it unnecessary
6  given that they actually have the agreements. It's not
7  something that's hypothetical. They can look at the
8  agreements and figure out what the deal is and what the
9  impact is and I'm sure their economists will do it.
10      The second issue are business plans. We are
11  still trying to figure out if there is a final business
12  plan. We received some documents that were just recently
13  obtained from the business that we're trying to and we will,
14  as soon as possible, be producing whatever formal business
15  plan there is for Greenleaf Genetics LLC as a joint venture
16  rather than Greenleaf Genetics as a business division of
17  Syngenta.
18      THE COURT: All right. Thank you.
19      MR. MOLL: If I may, your Honor, I would be happy
20  to start off where Mr. Schwed left off.
21      I was not aware, and no one with me was aware
22  that any documents had been produced on -- which related to
23  this joint venture. If Mr. Schwed is right, they were sent
24  to my office this morning. I have no idea what the
25  agreements say, and, therefore, I can make no comment on

Page 13

1   them.
2          The presentations to the board and the
3   presentations, any presentations to management which led
4   to a presentation to the board are, again, highly relevant
5   because they go to the market. They go to Syngenta's ability
6   to enter the market. If Syngenta is saying we have not been
7   able to get in and can't get in without this joint venture,
8   that goes right to impact, antitrust impact.
9          If they're saying we're getting, because we don't
10  have a transgenic product out there, we're getting killed in
11  our conventional seeds, that goes right to the market.
12         Counsel has these now. There's no burden. They
13  should be produced and we should also have whatever business
14  plans there are.
15         This business is already operating. My
16  understanding is there is going to be a board meeting of this
17  joint venture that was set up within two weeks. It is not
18  conceivable that a business would be set up by companies as
19  sophisticated as Syngenta on the one hand and DuPont/Pioneer
20  on the other hand and not have a business plan as to what
21  they're going to do.
22         Now, whether it's — counsel uses, you know,
23  chooses his words very carefully. When he says is there a
24  formal business plan, I don't know what the plan is called
25  because I'm not inside that joint venture, but there must be

Page 14

1   some sort of a plan as to what they're going to do.
2          So, again, I think we should have the
3   presentations. I think we should have the plan or plans,
4   whatever they are, and I can make no comment on these
5   agreements which we just got this morning and I have not seen
6   and I've just first heard about, your Honor.
7          THE COURT: All right.
8          MR. MOLL: As to the agreement, whatever the
9   settlement agreement with Monsanto and Dow, again, counsel
10  did not raise that issue. It wasn't on the agenda last time
11  until we brought up the joint venture with Pioneer, and then
12  they raised it.
13         Your Honor, there were a number of pieces of
14  litigation between Dow and Monsanto. Involving Bt in
15  Australia, there was a Federal Circuit appeal. There
16  was a court case in Indianapolis. There was an issue that
17  was being litigated on whether Monsanto had a certain gene
18  that related to Herculex. All of this was settled. It's
19  a settlement of intellectual property litigation. And
20  very frequently, as we said last time, in intellectual
21  property settlements, there are licenses and cross licenses
22  that are entered into for the sole purpose of settling the
23  case.
24         There is no business arrangement. There is
25  nothing other than a settlement with licenses and cross

Page 15

1   licenses that were entered into, not in the marketplace, not
2   businessman to businessman, but for the purpose of settling
3   worldwide litigation, which was done. And that is not —
4   it's not relevant. They can't introduce them. They can't
5   use them. The settlement is of no value here for any
6   purpose. And, your Honor, for that reason, it should not be
7   produced.
8          As to the Scruggs case, we were here before
9   on the Scruggs case, and it's regrettable we're here
10  again.
11         Syngenta asked for the documents, a large
12  amount of documents on the Scruggs case. We had a hearing
13  before this Court on January 12th, 2006. We argued that the
14  expert reports and materials that went with summary judgment
15  need not be produced. Your Honor disagreed with us. And
16  this is what your Honor ruled at that transcript: "What I'm
17  ordering you to give them, subject to the protective order in
18  this case, is whatever materials the judge looked at in
19  deciding your summary judgment motion and whatever materials
20  the Federal Circuit looked at in deciding its motion or
21  deciding its appeal. You don't have to give them anything
22  else."
23         We have fully complied, fully complied.
24  Whatever was submitted to the Court was produced and I don't
25  believe counsel is arguing otherwise. And whatever went to

Page 16

1   the Federal Circuit was produced. If there's some other
2   piece of paper that Mr. Elzinger worked on, whatever it is,
3   it it didn't go to the Court, and it didn't go to the Federal
4   Circuit, and we have complied and produced exactly what your
5   Honor asked us to produce, and I don't think anyone could say
6   we're not in compliance with the Court's order.
7          Unfortunately, this has become an exercise in,
8   okay, now we have this, let's see what else we can try to
9   get, without an end to any of this.
10         On Project Atlas, again, we were asked to produce
11  the documents from the case. We did. We were told in the
12  production of the documents from the case, there was a single
13  page missing from a single document. We went back through
14  our files to see whether there was a copying error. We went
15  to the files of the law firm that handled the case. That's
16  exactly the way the document appears in the case files,
17  exactly the way it was filed for the Court, and we went
18  through the files of both of the law firms.
19         Now counsel wants us to go back and look
20  for a page out of a document that was produced because it
21  was in the Scruggs case that is dated in 1995, as counsel
22  admits, before the production date in this case, January 1,
23  1996, before either of the parties introduced a single
24  transgenic trait, and, indeed, before Syngenta was ever in
25  existence.

Page 17

1    But every time we produce things and produce
2  what the Court has ordered us to produce, they are going
3  through it and say, now we notice we're missing this and
4  we're missing that, and there will be no end to this. There,
5  literally, will be no end. And I don't think counsel can
6  dispute we've produced what we were ordered to produce by the
7  Court. And we are now here arguing because apparently
8  counsel did not like or is not now satisfied with the Court's
9  decision as far as the Elzinger report is concerned and
10 Project Atlas.
11    And now we're on the simulator and Exhibit 67,
12 and I was under the impression, if counsel was going to have
13 additional information, that information would have already
14 been submitted to the Court on what the parties agreed to.
15    THE COURT: No. I asked everyone to bring their
16 papers today and what they were relying on to support their
17 position.
18    MR. MOLL: Okay. So I misheard that.
19    Again, what counsel is relying on is his letter
20 of October 17th, 2005 to Mr. Rosenthal, and that's the one he
21 relies on.
22    "Instruction 6: When a request calls for
23 information in electronic form, the parties have agreed to
24 produce databases to the extent they exist in a file useful
25 by the other side."

Page 18

1    There's no question that everybody agreed to
2  produce databases because databases had to be produced that
3  way. Otherwise, they were going to be unintelligible. We
4  don't dispute that.
5    The documents that counsel is referring to are
6  not databases. And we have an agreement, your Honor, that,
7  and, again, I'm reading from Mr. Schwed's letter of July
8  28th, 2005. And his letter says, "With respect to the form
9  of production, the parties agreed that neither party is
10 required to produce native files and that the electronic
11 documents may be produced in TIFF format," and that's exactly
12 what we did. And as I said last time, they have not only the
13 documents, they have all the data printouts from the
14 documents, they have every single, conceivable document that
15 we have that shows exactly how Monsanto arrived at its
16 prices, the alternatives it considered, every single last
17 piece of data it considered.
18    And, again, all we're asking is
19 Syngenta abide by its agreement. This document was produced
20 to them in January, months ago, pursuant to the agreement,
21 again, that counsel, Mr. Schwed, set out in his own letter.
22    Now, for him to say now these are databases is
23 just not accurate. It's just not accurate because they're
24 not. They're completely different and they were produced in
25 accordance with the agreement. And if we have to keep

Page 19

1  relitigating the agreement and keep relitigating documents
2  that the Court has decided on, there will never be an end to
3  this.
4    We are constantly getting requests now
5  for documents that were created after the production
6  dates.
7    THE COURT: All right. This is my problem: Is
8  that these seem like fairly discrete, not complicated
9  disputes, and it astounds me that you are taking your
10 clients' money and my time to go through them.
11    Just by its very nature, a simulator seems
12 to be something that should be produced in something other
13 than TIFF, so whether it's a database or not, if it's not
14 usable, it's not usable, and it seems to me as though you all
15 shouldn't be fighting over it.
16    But, Mr. Moll, if you are done with your
17 presentation, if you have any additional issues, I am
18 happy to hear them and then I will make my decisions on
19 everything.
20    MR. MOLL: That's right.
21    Your Honor, if there was a way to produce
22 documents in this case and to finally get to a resolution,
23 we would have done that a long time ago. I'm not interested
24 in -- I really, and I apologize. The Court shouldn't be
25 sitting here dealing with this, but regardless of what we

Page 20

1  did, it was then something else.
2    And, yes, I do have --
3    THE COURT: All right.
4    MR. MOLL: I do have some issues.
5    THE COURT: All right.
6    MR. MOLL: The last time we were here, we asked
7  for the Garst documents.
8    Again, Garst is -- and they relate to the
9  acquisition of Garst. And we want those documents because in
10 the complaint filed in this case, Paragraph 133, there's a
11 specific allegation that in April 2004, after learning of
12 Syngenta's acquisition of GA-21, Monsanto renewed its effort
13 to acquire Advanta, which was, in fact, Garst was a part of.
14    Monsanto came in, eventually made an increased
15 offer. Syngenta bought Garst. They say they had to pay an
16 increased price for it.
17    This is all part of their allegations of our
18 anticompetitive conduct.
19    We asked for the agreements concerning the deal
20 documents. We don't have the deal documents. We still don't
21 have the deal documents.
22    We asked, your Honor, for documents. If, in
23 fact, you wound up paying more, as your allegation is, where
24 are the documents concerning the negotiation? We don't have
25 those documents.

May 1, 2006                      CondenseIt™

## Page 21

1    Where are the documents concerning how you had to
2 come up with a higher price?
3         THE COURT: We're still talking about the Garst
4 documents?
5         MR. MOLL: That's right. We don't have them.
6         What we did get is the Hart-Scott-Rodino filing,
7 not by the plaintiff in this case, but by Syngenta AG of
8 Switzerland, because they're the one that bought this
9 company, Garst, that everybody is now complaining about in
10 this case.
11        We don't have the documents, and, again, it goes
12 right to the allegations in their complaint. We should be
13 entitled to those documents.
14        The final thing that we don't have is we do
15 not have, and this has been denominated between the parties,
16 the extricated load file. It's a document produced by
17 Syngenta.
18        We are trying to get from Syngenta information
19 that they have on market share by trait and sales data by
20 trait.
21        They say they don't have such data. It's hard to
22 believe, but if they don't, I would like to get a statement
23 on the record that they don't maintain market share data and
24 sales data by trait, and then we would be satisfied with
25 that.

## Page 22

1    Thank you, your Honor.
2         THE COURT: All right. Thank you, Mr. Moll.
3    Mr. Schwed?
4         MR. MOLL: Your Honor, may I give you, just so
5 you have a complete record, the letter of the 28th, which
6 references the agreement? I don't know if --.
7         THE COURT: I think I have July 28th.
8         MR. MOLL: Do you have it?
9         THE COURT: I do.
10        MR. MOLL: Thank you.
11        I have July 28, October 17th,
12 February 1, and April 19th.
13        MR. SCHWED: Yes, your Honor. The July 28th was
14 the same letter being referenced in both presentations.
15        THE COURT: All right.
16        MR. SCHWED: Just briefly, on the Pioneer
17 acquisition, I think there's one thing that is worth
18 explaining here. Unlike other joint ventures, where you have
19 a newly formed entity that, of course, in order for it to be
20 formed and start operating, you have to say, well, the two
21 joint ventures have to figure out the business plan, what
22 it's going to be doing.
23        The fact is it was Greenleaf Genetics on the day
24 before the agreement with Pioneer as a division of Syngenta.
25 The day after the agreement or whatever day it was signed, it

## Page 23

1 was Greenleaf Genetics LLC, and what it was doing the day
2 after the agreement is exactly what it was doing the day
3 before the agreement, which was licensing Syngenta Genetics
4 and Syngenta Agrasure trait.
5         So I understand that in many cases, you could
6 say how could you form a joint venture without knowing what
7 the joint venture is doing. The fact is the joint venture is
8 just continuing operating for now.
9         What is significant about the Pioneer deal, it's
10 a forward looking deal. And among other things, there's this
11 GAT technology, which is an alternative glyphosate tolerant
12 trait, and this joint venture will have the ability in 2009,
13 or some later date, to license that trait.
14        And that's why, while Mr. Moll may be right, that
15 in most instances you could not form a joint venture with a
16 lot of things happening that probably have not happened in
17 this case, and that's why, as far as I'm aware, as I said,
18 we're going to go back and figure out, but as far as I'm
19 assured, it's not as if the two joint ventures, Pioneer and
20 Syngenta, 50/50, entered this as a business plan. This is
21 the business plan for the next five years for Greenleaf
22 Genetics LLC. That may explain the context of documents we
23 will and won't find.
24        THE COURT: All right. As far as that issue is
25 concerned, it's my understanding that you have not refused to

## Page 24

1 produce the business plans, you just have not found any yet.
2 The presentations, you did find two documents, and you are at
3 this point, you have not at this point produced them and at
4 this point are saying you don't think they ought to be
5 produced?
6         MR. SCHWED: Yes, your Honor.
7         THE COURT: All right.
8         MR. SCHWED: In terms of the Dow, the Dow issue,
9 just to clarify, the day before the last conference, a
10 witness was instructed not to answer any questions on Dow,
11 so this is not as if it is an issue that has been around
12 forever and we've just been sitting on. It was obviously a
13 timely issue, and I just want to highlight that, although the
14 agreements may have been between two parties that litigated,
15 what Mr. Moll didn't say is that there are independent
16 standalone agreements, and that's exactly what is at issue in
17 this case: Monsanto's license agreements with seed
18 companies. Dow means Mycogen, which is one of the biggest
19 seed companies out there, and the terms of that license
20 agreement are essential, are essential, to understanding this
21 market and our claims.
22        Again, this isn't like a patent dispute,
23 where you're just giving somebody the rights to the
24 patented technology. There's an independent license of
25 Monsanto's traits to Dow, as we understand it, what I

Monsanto v. Syngenta                              Page 21 - Page 24

Page 25

1 think I heard. We want to know what are the terms of
2 that business arrangement. Because it has to come out
3 of a settlement arrangement doesn't make it immune from
4 antitrust review.
5          THE COURT: And if I can understand your argument
6 a little better, what you just said was that regardless of
7 its origins, any business arrangements like this affect the
8 market and have some relevance to what the market is
9 vis-a-vis the standards for the antitrust case?
10         MR. SCHWED: Yes, your Honor.
11         THE COURT: All right.
12         MR. SCHWED: Yes. Particularly a license
13 agreement for traits, which I think is probably at issue
14 here.
15         THE COURT: All right.
16         MR. SCHWED: The third issue, just briefly, is on
17 Scruggs. They kept saying we got what we ordered. That's
18 what we asked for because, as I said, we were doing it in a
19 reasonable approach, and the fact that it was 1995 is --
20 before traits were on the market, this document is clear.
21 This is Monsanto's master plan for dominating the traits
22 markets with exclusivity and what we want is the missing page
23 from the master plan. It's still in effect today, your
24 Honor.
25         And then, finally, with the issues Mr. Moll

Page 26

1 raised, the Garst documents, just to clarify, we have
2 produced everything we have with one exception, which was
3 outlined in a letter to Howrey's law firm on Friday, when we
4 produced the documents.
5          There is one -- you know, one set of documents
6 that apparently were in Garst's possession, and as I
7 understand it, the owner of Garst, the former owner of Garst,
8 who sold Garst to Syngenta, is saying, we may have ownership
9 rights in these documents.
10         And what we have done is we've reviewed the
11 documents, we are prepared to produce them, but we don't want
12 to run afoul of any ownership rights or confidentiality
13 rights or any other privilege rights that the former owners
14 of Garst may have.
15         And what I would propose, I understand your Honor
16 has done, in other instances, is you set an order that says
17 you must produce them within two weeks or some amount of
18 time, where we will provide the former owners of Garst, and
19 I've been in contact with them, telling them that this is
20 what I thought would happen.
21         We reviewed them over the weekend. We could
22 today provide them a copy of everything that we are ready,
23 willing and able to produce, and if your Honor sets a date
24 and says produce it by X date, whatever date that is, if
25 and unless the owners of, the former owners of Garst want --

Page 27

1 are -- unless they come in to Court and seek relief.
2          The two things that their counsel represented to
3 me, and he said, look, I have not seen the documents, I'm not
4 sure what is in there, but if it's what I think it is, of
5 particular concern, and might prevent them from having to
6 come in to Court is, one, that it be on an outside-counsel
7 basis only, and, two, that to the extent there were other
8 bidders for Garst in competition with Syngenta, that just the
9 names of those bidders, who are independent bidders, other
10 than, say, Syngenta or Monsanto, that the names of those
11 bidders who were independent be redacted.
12         And just for the record, the former owner, I
13 believe it is AstraZeneca and there's another entity.
14         So what we would propose, we provide them with
15 documents with an order from your Honor that says within X
16 days, they -- we will produce them or they would have to come
17 in to the Court.
18         And as I said, that's the only Garst documents
19 that I am aware of that have been requested and not
20 produced.
21         MR. MOLL: Your Honor, I would like to -- if I
22 could have a minute on that last point.
23         THE COURT: Well, you'll be allowed to talk
24 before we leave.
25         MR. MOLL: Thank you, your Honor.

Page 28

1          THE COURT: But not until Mr. Schwed was done.
2          MR. MOLL: Fine. I didn't know if he was done.
3          MR. SCHWED: The only other issue is the
4 extricated load file. As I said, I'm not aware of any market
5 share by trait and sales data by trait data that has not been
6 produced.
7          I'm willing to go back and recheck one
8 more time. If there's anything, I'm not aware of any
9 deponent.
10         Last week, I was not defending them, so I don't
11 know what they said, but we had two of our key, what I will
12 call beta-type people, who were deposed. I don't know what
13 they said. Obviously, we're not withholding anything on that
14 and I would be happy to redouble our efforts to look for
15 them, although I don't believe -- I'm not aware of anything
16 in that area.
17         Thank you.
18         THE COURT: All right. And with respect to the
19 simulator in Exhibit 67, I just wanted to make sure I
20 understand that there's some dispute -- well, if I am
21 actually looking at these documents, are you basically
22 saying, Mr. Schwed, that you understand that this simulator
23 in Exhibit 67 is not databases, but there was another
24 exception to this agreement that these come under because
25 they can't readily be used or serve any purpose unless they

Page 29

1  are produced in native format?
2      MR. SCHWED: I'm not an IT person to know exactly
3  what is a database, but I think at least some of them, the
4  documents we're asking for were Excel spread sheets. Both
5  sides have produced Excel spread sheets under the part of
6  this that says databases. I don't think, until I was
7  standing here today, I ever heard in any case such a
8  hypertechnical reading of the word database. I'm sure there
9  are a lot of IT people that have a lot of different
10 meanings.
11     I think, by all accounts, anybody involved would
12 have to say that this is the type of document that everybody
13 would have understood and the context of those letter
14 agreements obviously would be considered a database or
15 otherwise producible because it makes, as your Honor ·
16 correctly said, makes no sense to produce it otherwise. ·
17     THE COURT: All right. Thank you, Mr. Schwed.
18     MR. SCHWED: Thank you.
19     THE COURT: All right. Mr. Moll?
20     MR. MOLL: Your Honor, on the Garst, there was an
21 acquisition of Garst. It's a matter of public record. It's
22 alleged in the complaint there must be deal documents.
23     THE COURT: He said he has produced documents.
24     MR. MOLL: We don't have it. He said he has
25 produced documents, but he didn't say he produced the deal

Page 30

1  documents.
2      Unless they can tell me a Bates number where they
3  are, we don't have the deal documents. We don't. And this
4  notion that Syngenta could have an acquisition -- have an
5  allegation in Paragraph 123 of their complaint that it was
6  because Monsanto made an offer that that drove the price up
7  and they had to pay more for it, but if they have documents
8  that apparently are at Garst that have the names of other
9  bidders in them, who may well have affected the price, we're
10 entitled to those names.
11     THE COURT: Well, I have to say, Mr. Moll, you,
12 as always, are arguing beautifully, but I'm not competent
13 that we have a dispute of that kind. From what Mr. Schwed
14 said, he produced documents except for one set that the
15 former owners might have some interest in.
16     If there is really a dispute about whether the
17 deal documents have been produced or whether they are
18 relevant, Mr. Schwed -- I mean, tell me before we get off
19 into an issue that really isn't in dispute.
20     Have the deal documents been produced?
21     MR. SCHWED: Your Honor --
22     THE COURT: Whatever that means?
23     MR. SCHWED: To be perfectly frank, I don't know
24 the answer to that. I know that we have not withheld the
25 deal documents. This is the first that I've heard that this

Page 31

1  was an issue that was going to be raised today. The only
2  issue that I knew that was out there where there was an issue
3  was this one set of documents that we didn't produce on
4  Friday. This is the first I've heard that there's some other
5  set of documents.
6      Again, I know that we did not withhold any deal
7  documents.
8      MR. MOLL: Here's the problem, your Honor, and I
9  know your Honor is in no position right now to determine
10 whether or not they've produced the deal documents or not.
11 Mr. Schwed probably doesn't know.
12     This is the -- we made the request for these
13 documents the last time we were here.
14     THE COURT: Well, it must have been the time
15 before that because I don't see it in the last transcript.
16 But the Garst documents do seem familiar to me.
17     MR. MOLL: Right. The problem is that I hope
18 we're not playing a shell game here because Mr. Schwed keeps
19 saying we produced the documents that we have. If they have
20 an allegation here that we somehow interfered with the
21 acquisition of Garst and the entity that filed the
22 Hart-Scott-Rodino on the allegation on that acquisition was
23 not Syngenta Seeds, it was Syngenta AG over in Switzerland,
24 on the very acquisition they are complaining about.
25     If those documents that they're -- that relate to

Page 32

1  the negotiations and the deal are sitting over in
2  Switzerland, then they either, your Honor, have to produce
3  those documents or they have to drop that allegation out.
4  They can't have it both ways, and I think that's exactly
5  what's going on here.
6      THE COURT: Okay. I agree.
7      MR. MOLL: I'm not going to comment on Monsanto's
8  master plan. I'm not going to answer those kinds of
9  allegations. We gave him all the documents from those
10 cases. They came in and asked for the documents from the
11 case. We gave them all the documents we were ordered to
12 produce.
13     We gave them every last little thing, and to
14 satisfy ourselves that it wasn't a mistake in our files, we
15 went back and searched and went through the files of the
16 other law firms that were involved. They have the complete
17 records of those cases, everything the District Court had,
18 everything the Federal Circuit had that we were ordered to
19 produce.
20     And, again, I don't know how much clearer I can
21 be, but counsel keeps saying that there's a separate business
22 arrangement as part of this Dow/Monsanto settlement, and
23 there is no separate business arrangement. There is a
24 settlement of a lawsuit.
25     Yes, frequently, as I think the Court is well

May 1, 2006                                CondenseIt™

Page 33

1  aware, when patent cases and other kinds of intellectual
2  property cases are settled, there is cross-licensing as part
3  of the settlement. It does not go to what's going on in the
4  marketplace. It doesn't go to the value of what's going on
5  in the marketplace.
6          THE COURT: It has to affect the marketplace,
7  doesn't it? When you've got two big players in a relatively
8  narrow market that enter into an agreement for an ongoing
9  business relationship, that's got to affect the market,
10 doesn't it, whether or not it's kind of a free market --
11 whether or not they entered into the agreement purely because
12 they wanted to do business or whether they entered into the
13 agreement to resolve a dispute still has to have some effect
14 on the market, I would think.
15         MR. MOLL: Well, your Honor, settlement
16 agreements are not discoverable.
17         THE COURT: Well, I'm not asking for a settlement
18 agreement. On occasions in the past, I never ordered
19 production of settlement agreements. What I do order
20 production of on occasion are the license agreements, the
21 actual ongoing business documents that the parties are going
22 to use in the future to conduct their business relationship
23 that affects their business relationship. There's a
24 difference between the two.
25         Now, if you are telling me there are no license

Page 34

1  agreements and all there is is a settlement agreement, that's
2  one thing. If you are telling me that because of the
3  settlement agreement, there are license agreements, that's
4  something else.
5          MR. MOLL: What I'm telling you, your Honor, is
6  that as part of the settlement, there were licenses, cross
7  licenses. Whether or not they were part of the settlement
8  document, I don't know the answer to that question. But I do
9  know there were cross licenses on a worldwide basis through a
10 number of different products, some of which have no relevance
11 to this case and certainly on a worldwide basis have no
12 relevance to the case.
13         Now, counsel is talking about, well, there's some
14 sort of separate business arrangement with Mycogen, which is
15 Dow's seed company.
16         Again, I don't know where that came from, but I'm
17 not aware of any separate business arrangement with Mycogen.
18 Certainly, if it's relevant and it relates to the products
19 here and it comes within the relevant period of time and we
20 have a business arrangement with Mycogen that's relevant, I'm
21 not trying to not produce that. What I'm trying to do is not
22 produce the settlement and the cross-licensing agreements
23 that go with the settlement.
24         Again, the very fact that they're cross-licensing
25 agreements that settle litigation are -- and the only thing

Page 35

1  those licensing agreements can have, if products are being
2  licensed, cross licensed, is to, in effect, open the market
3  up.
4          THE COURT: Well, on Page 9 of the transcript
5  from the last time, I basically said, "If you all can't
6  clean up the loose ends of your document production, here
7  we are into depositions. You are going to end up coming
8  here with the documents in hand and I will make decisions
9  on that."
10         Now, no one, I assume, brought these documents
11 that are still disputed. I don't, frankly, want to see you
12 again, so you are left with my decision without seeing any
13 documents.
14         I just want to let you know that I will get a
15 decision out by the end of the day on all of these issues.
16 All right?
17         Mr. Moll, anything else on any of your other
18 issues?
19         MR. MOLL: No. But the other point I would make
20 is, it is -- there is a vast difference between all these
21 other documents that are electronic and databases and there
22 has never been an issue about databases and no one has ever
23 had a problem. No one has ever been in here yelling about
24 databases.
25         What we have now is Syngenta trying to go

Page 36

1  back on, and Mr. -- really, counsel can't sit here and say,
2  I really don't know what a database is. You know, a data --
3  databases are specific things and there has never been an
4  issue on the production of these database documents because
5  if you don't produce them a certain way, they're jibberish
6  and you can't read them.
7          That's not the situation here. The situation
8  with this simulator is that there were all sorts of scenarios
9  run and every single last one of them was printed out and
10 given to them and every single last bit of data that was
11 generated was given to them. All the information that
12 Monsanto had when it made its decision was given to them in
13 exactly the form that Monsanto had it, so they could do
14 exactly what Monsanto could have done with it.
15         It is not a database, and really, it's not
16 really reasonable to say, well, it's sort of -- you know, I
17 didn't really know what a database is and it sort of is
18 electronic, so it must be. That's really not the way this
19 has been done.
20         THE COURT: All right. Thank you.
21         MR. SCHWED: Your Honor, may I just briefly
22 say --
23         THE COURT: No. I've certainly heard enough.
24         MR. SCHWED: All right.
25         THE COURT: Okay. By the end of the day, I will

Page 37

1  get something out.
2         MR. SCHWED:  Thank you.
3         MR. MOLL:  Thank you.
4         (Hearing concluded at 2:53 p.m.)
5             - - -
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

May 1, 2006 | CondenseIt™ | -and - copying

-and- [2] 1:20    2:8
00 [2]    1:12    3:6
04-305 [1]    1:9
1 [4]    1:12    6:10
16:22    22:12
123 [1]    30:5
12th [1]    15:13
133 [1]    20:10
17 [1]    6:9
17th [3]  4:9    17:20
22:11
19 [1]    6:10
1995 [3] 8:12    16:21
25:19
1996 [2] 8:11    16:23
19th [1]  22:12
1st [2]    6:6    6:7
2 [3]    1:12    3:6
37:4
2004 [1] 20:11
2005 [2] 17:20    18:8
2006 [2] 1:12    15:13
2009 [1] 23:12
28 [2]    6:9    22:11
28th [4] 18:8    22:5
22:7    22:13
3 [1]    7:23
3-2 [1]    8:4
3-3 [2]  7:25    8:4
3-4 [1]    8:4
3-5 [1]    8:5
5 [1]    4:10
50/50 [1]    23:20
53 [1]    37:4
6 [3]    4:2    4:5
17:22
60 [1]    4:23
67 [4]    5:8    17:11
28:19    28:23
9 [1]    35:4
abide [1]    18:19
ability [3]    11:7
13:5    23:12
able [3] 11:16    13:7
26:23
accordance [1]  18:25
accounts [1]    29:11
accurate [2]    18:23
18:23
achieve [1]    7:23
acquire [1]    7:23
acquisition [8] 20:9
20:12    22:17    29:21
30:4    31:21    31:22
31:24
ACTION [1]    1:4
Actions [1]    7:23
actual [1]    33:21
additional [2]  17:13
19:17
admits [1]    16:22
Adopt [1]    8:6

Advanta [1]    20:13
affect [3]    25:7
33:6    33:9
affected [1]    30:9
affects [1]    33:23
afoul [1] 26:12
AG [2]    21:7    31:23
again [21]    9:9
9:12    9:13    9:19
13:4    14:2    14:9
15:10    16:10    17:19
18:7    18:18    18:21
20:8    21:11    24:22
31:6    32:20    34:16
34:24    35:12
agenda [1]    14:10
ago [3]    6:22    18:20
19:23
Agrasure [1]    23:4
agree [1] 32:6
agreed [7]    4:6
10:2    11:5    11:10
17:14    17:23    18:9
agreement [23]    3:20
9:5    9:15    9:25
14:8    14:9    18:6
18:19    18:20    18:25
22:6    22:24    22:25
23:2    23:3    24:20
25:13    28:24    33:8
33:11    33:13    33:18
34:3
agreements [23] 9:8
10:3    10:5    11:5
11:6    11:10    11:21
12:5    12:6    12:8
12:25    14:5    20:19
24:14    24:16    24:17
29:14    33:16    33:19
33:20    34:3    34:22
34:25
ahead [1]    4:25
al [1]    1:8
allegation [6]    20:11
20:23    30:5    31:20
31:22    32:3
allegations [3]  20:17
21:12    32:9
alleged [1]    29:22
allowed [1]    27:23
alternative [1]  23:11
alternatives [1] 18:16
always [1]    30:12
among [1]    23:10
amount [2]    15:12
26:17
analysis [2]    9:4
9:8
ANDERSON [1]
1:18
answer [4]    24:10
30:24    32:8    34:8
anti-stacking [1]
10:20
anticompetitive [1]
20:18

antitrust [6]    6:25
7:7    7:8    13:8
25:4    25:9
apologize [1]    19:24
appeal [2]    14:15
15:21
APPEARANCES [1]
1:16
appellate [1]    7:14
appendix [4]    9:3
9:7    9:9    9:10
approach [1]    9:14
25:19
approval [2]    11:14
11:14
April [3]    6:10
20:11    22:12
area [1]  28:16
arena [1]    11:8
argued [1]    15:13
arguing [3]    15:25
17:7    30:12
argument [1]    25:5
arisen [1]    10:16
arose [1] 10:12
arrangement [11]
10:7    10:15    10:17
14:24    25:2    25:3
32:22    32:23    34:14
34:17    34:20
arrangements [1]
25:7
arrived [1]    18:15
assume [1]    35:10
assured [1]    23:19
astounds [1]    19:9
AstraZeneca [1]
27:13
Atlas [4]    7:21
8:21    16:10    17:10
Australia [1]    14:15
available [1]    10:24
aware [8]    12:21
12:21    23:17    27:19
28:4    28:8    28:15
34:17
B [1]    11:22
basis [4] 8:10    27:7
34:9    34:11
Bates [1]    30:2
Bear [1] 5:23
BEATY [1]    2:3
beautifully [1]  30:12
become [1]    16:7
beginning [1]    3:6
begins [2]    7:22
7:25
beta-type [1]    28:12
better [1]    25:6
between [10]    5:21
9:25    10:5    10:15
11:24    14:14    21:15
24:14    33:24    35:20
bidders [5]    27:8

27:9    27:9    27:11
30:9
big [1]    33:7
biggest [1]    24:18
Biotech [1]    7:21
BIOTECHNOLOGY
[1]    1:8
bit [1]    36:10
board [5]    11:17
11:19    13:2    13:4
13:16
bought [2]    20:15
21:8
briefly [3]    22:16
25:16    36:21
bring [3] 3:11    10:13
17:15
brought [2]    14:11
35:10
Bt [1]    14:14
Building [1]    7:21
burden [2]    9:13
13:12
business [30]    10:7
10:14    10:17    11:2
12:10    12:11    12:13
12:14    12:16    13:13
13:15    13:18    13:20
13:24    14:24    22:21
23:20    23:21    25:2
25:7    32:21    32:23
33:9    33:12    33:21
33:22    33:23    34:14
34:17    34:20
businessman [2]
15:2    15:2
C [1]    3:3
calls [2] 4:5    17:22
carefully [1]    13:23
case [32] 6:20    7:2
7:4    7:9    7:11
7:12    8:8    9:6
9:9    14:16    14:23
15:8    15:9    15:12
15:18    16:11    16:12
16:15    16:16    16:21
16:22    19:22    20:10
21:7    21:10    23:17
24:17    25:9    29:7
32:11    34:11    34:12
cases [4] 23:5    32:10
32:17    33:2
categories [1]    11:12
category [1]    11:17
certain [3]    5:2
14:17    36:5
certainly [3]    34:11
34:18    36:23
check [1]    5:20
Chief [1]    1:14
chooses [1]    13:23
Circuit [4]    14:15
15:20    16:4    32:18
CIVIL [1]    1:4
claims [1]    24:21
clarify [1]    24:9

clean [1] 35:6
clear [2] 9:19    25:20
clearer [1]    32:20
clients' [1]    19:10
closure [1]    3:11
combined [2]    8:2
8:4
coming [2]    10:11
35:7
commenced [1] 3:5
comment [3]    12:25
14:4    32:7
companies [1]    13:18
24:18    24:19
company [4]    1:4
8:24    21:9    34:15
competent [1]    30:12
competition [1] 27:8
complaining [2]
21:9    31:24
complaint [4]    20:10
21:12    29:22    30:5
complete [2]    22:5
32:16
completely [1]  18:24
compliance [1] 16:6
complicated [1]
19:8
complied [1]    15:23
15:23    16:4
CONAWAY [1]
2:6
conceded [1]    5:13
conceivable [2] 13:18
18:14
concern [1]    27:5
concerned [2]    17:9
23:25
concerning [2]  20:19
20:24
concluded [1]    37:4
conduct [2]    20:18
33:22
conference [1]  24:9
confidentiality [1]
26:12
connection [1]  5:21
7:4
considered [3]  18:16
18:17    29:14
consistent [1]    9:13
constantly [1]  19:4
contact [1]    26:19
context [5]    11:22
12:2    12:5    23:22
29:13
continuing [1]  23:8
convenience [1]
9:4
conventional [1]
13:11
copies [1]    6:5
copy [1] 26:22
copying [2]    8:2

```
16:14
corn [5]    11:8      11:8
  11:9      11:9      11:25
correctly [1]         29:16
CORROON [1] 1:18
counsel [17]          2:4
  2:12     13:12     13:22
  14:9     15:25     16:19
  16:21    17:5      17:8
  17:12    17:19     18:5
  18:21    27:2      32:21
  34:13
course [1]            22:19
court [69]            1:24
  3:8      3:22      5:12
  5:17     5:18      5:19
  5:25     6:3       6:7
  6:9      6:17      6:21
  7:6      7:16      7:17
  8:15     8:17      8:21
  9:2      9:11      9:21
  10:13    12:18     14:7
  14:16    15:13     15:24
  16:3     16:17     17:2
  17:7     17:14     17:15
  19:2     19:7      19:24
  20:3     20:5      21:3
  22:2     22:7      22:9
  22:11    22:15     23:24
  24:7     25:5      25:11
  25:15    27:6      27:17
  27:23    28:18     29:17
  29:19    29:23     30:11
  30:22    31:14     32:6
  32:17    32:25     33:6
  33:17    35:4      36:20
  36:23    36:25
Court's [2]           16:6
  17:8
courtroom [1]         3:5
created [1]           19:5
critical [1]          7:20
cross [5]   14:21    14:25
  34:6     34:9      35:2
cross-licensing [3]
  33:2     34:22     34:24
cut [1]     8:3
cutoff [1]            8:11
D [1]       3:3
D.C [2]     2:3       2:11
data [10]   18:13    18:17
  21:19    21:21     21:23
  21:24    28:5      28:5
  36:2     36:10
database [8]          19:13
  29:3     29:8      29:14
  36:2     36:4      36:15
  36:17
databases [12]        4:7
  17:24    18:2      18:2
  18:6     18:22     28:23
  29:6     35:21     35:22
date [6]    8:11     16:22
  23:13    26:23     26:24
  26:24
dated [2]             6:7
  16:21

dates [1]             19:6
days [1]              27:16
deal [14]   12:8     20:19
  20:20    20:21     23:9
  23:10    29:22     29:25
  30:3     30:17     30:20
  30:25    31:6      31:10
dealing [1]           19:25
decided [1]           19:2
deciding [3]          15:19
  15:20    15:21
decision [8]          7:14
  8:11     11:23     12:2
  17:9     35:12     35:15
  36:12
decisions [2]         19:18
  35:8
Defendants [2]        1:9
  2:12
defending [1]         28:10
Delaware [2]          1:2
  1:11
denominated [1]
  21:15
deponent [1]          28:9
deposed [1]           28:12
deposition [2]        5:4
  5:6
depositions [1]       35:7
detailed [2]          9:4
  9:8
details [1]           10:9
determine [1]         31:9
difference [2]        33:24
  35:20
different [7]         10:19
  10:19    10:20     11:5
  18:24    29:9      34:10
disagreed [1]         15:15
discoverable [1]
  33:16
discrete [1]          19:8
discussed [1]         11:13
dispute [9]           3:17
  17:6     18:4      24:22
  28:20    30:13     30:16
  30:19    33:13
disputed [1]          35:11
disputes [1]          19:9
District [2]          1:2
  32:17
division [2]          12:16
  22:24
document [22]         3:17
  3:18     4:10      4:22
  5:5      6:11      8:9
  8:11     8:21      8:22
  8:22     9:15      16:13
  16:16    16:20     18:14
  18:19    21:16     25:20
  29:12    34:8      35:6
documents [71]        4:3
  5:13     5:14      5:17
  5:17     6:15      6:20
  10:25    11:4      11:12
  12:12    12:22     15:11

15:12     16:11     16:12
18:5      18:11     18:13
18:14     19:5      19:22
20:7      20:9      20:21
20:20     20:21     20:22
20:24     20:25     21:4
21:11     21:13     23:22
24:2      26:4      26:5
26:9      26:11     27:3
27:15     27:18     28:21
29:4      29:22     29:23
29:25     30:3      30:7
30:14     30:17     30:20
30:25     31:3      31:5
31:7      31:10     31:13
31:16     31:19     31:25
32:3      32:9      32:10
32:11     33:21     35:8
35:10     35:13     35:21
36:4
doesn't [6]           6:17
  25:3     31:11     33:4
  33:7     33:10
dominating [1]        25:21
done [10]             4:25
  8:13     15:3      19:16
  19:23    26:10     26:16
  28:2     36:14     36:19
doubt [1]             4:10
Dow [10]              9:25
  10:5     10:15     14:9
  14:14    24:8      24:8
  24:10    24:18     24:25
Dow's [1]             34:15
Dow/Monsanto [1]
  32:22
dozens [1]            4:16
DRANE [1]   1:18
drop [1] 32:3
drove [1]             30:6
drowning [1]          4:20
DuPont [1]            5:22
DuPont/Pioneer [1]
  13:19
during [1]            5:5
E [4]       2:2       3:3
  3:3      9:7
e-mail [1]            4:19
economists [1]        12:9
effect [3]            25:23
  33:13    35:2
effort [1]            20:12
efforts [1]           28:14
either [3]            3:25
  16:23    32:2
electronic [14]       3:19
  4:2      4:13      4:14
  4:17     4:24      4:24
  5:2      5:7       5:9
  17:23    18:10     35:21
  36:18
Elzinger [3]          9:3
  16:2     17:9
end [7]     16:9      17:4
  17:5     19:2      35:7
  35:15    36:25
ends [1]    35:6

enter [2]   13:6      33:8
entered [5]           10:6
  14:22    23:20     33:11
  33:12
entire [2]            6:7
  12:4
entitled [3]          7:21
  21:13    30:10
entity [3]            22:19
  27:13    31:21
error [1]             16:14
ESQ [5]     1:18      2:2
  2:3      2:7       2:10
essential [2]         24:20
  24:20
et [1]      1:8
eventually [1]        20:14
everybody [2]         21:9
  29:12
exactly [13]          8:8
  8:17     16:4      16:16
  16:17    18:11     18:15
  23:2     24:16     29:2
  32:4     36:13     36:14
Excel [3]             4:16
  29:4     29:5
except [1]            30:14
exception [2]         26:2
  28:24
exchanged [1]         4:16
exclusivity [4]       7:24
  8:8      10:22     25:22
exercise [1]          16:7
Exhibit [4]           5:8
  17:11    28:19     28:23
  26:13    26:18     26:25
  27:12    30:15
exist [2]   4:7       17:24
existence [1]         16:25
expert [3]            9:2
  9:3      15:14
explain [1]           23:22
explaining [2]        22:18
extent [3]            4:7
  17:24    27:7
extricated [2]        21:16
  28:4
F [1]       2:10
face [1]    9:20
fact [8]    3:8       10:15
  20:13    20:23     22:23
  23:7     25:19     34:24
fairly [1]            19:8
familiar [1]          31:16
far [4]     17:9      23:17
  23:18    23:24
February [4]          6:6
  6:7      6:10      22:12
Federal [4]           14:15
  15:20    16:3      32:18
fighting [1]          19:15
figure [4]            12:8
  12:11    12:21     23:18
file [4]    4:7       17:24
  21:16    28:4
filed [3]   16:17     20:10
  31:21

files [10]  4:17      4:23
  8:20     16:14     16:15
  16:16    16:18     18:10
  32:14    32:15
filing [1]            21:6
fill [1]    3:10
final [2]   12:11     21:14
finally [1]           19:22
  25:25
fine [2]    5:13      28:2
firm [2]    16:15     26:3
firms [1]             16:18
  32:16
first [6]   3:15      6:16
  7:5      14:6      30:25
  31:4
Fishbein [1]          6:22
fit [1]     11:17
five [1]    23:21
focused [1]           8:7
focusing [1]          10:14
forever [1]           24:12
form [7]    3:19      4:6
  17:23    18:8      23:6
  23:15    36:13
formal [3]            11:14
  12:14    13:24
format [9]            4:3
  4:13     4:14      4:19
  4:24     4:24      5:7
  5:10     18:11
formed [2]            22:19
  22:20
former [6]            26:7
  26:13    26:18     26:25
  27:12    30:15
forth [1]   3:23
forward [1]           23:10
frank [1]             30:23
frankly [1]           35:11
free [1]    33:10
frequently [2]        14:20
  32:25
Friday [2]            26:3
  31:4
fully [2]   15:23     15:23
future [2]            11:3
  33:22
G [2]       3:3       9:3
GA-21 [1]             20:12
game [1] 31:18
Garst [2]             20:7
  20:8     20:9      20:13
  20:15    21:3      21:9
  26:7     26:7      26:8
  26:14    26:18     26:25
  27:8     27:18     29:20
  29:21    30:8      31:16
  31:21
Garst's [1]           26:6
GAT [1] 23:11
gene [1] 14:17
general [1]           4:4
generated [1]         36:11
```

genetics [5] 12:15
12:16  22:23  23:3
23:22
germ [1] 11:9
given [4]
36:10  36:11  12:6  36:12
giving [2]  11:21
24:23
glaring [1]  9:16
glyphosate [1] 23:11
goes [4] 9:6  13:8
13:11  21:11
gone [2] 4:25  8:13
govern [1]  11:3
Greenleaf [4]  12:15
12:16  22:23  23:21
guess [1]  11:18
guidelines [1]  8:7
Gunning [1]  1:24
hand [9] 3:25  5:12
5:14  5:16  6:2
6:5  13:19  13:20
35:8
handed [2]  6:6
9:18
handing [2]  5:17
6:11
handled [1]  16:15
happening [1] 23:16
happy [4]  5:16
12:19  19:18  28:14
hard [1] 21:21
HARDING [1] 1:18
Hart-Scott-Rodino [2]
21:6  31:22
header [1]  8:3
hear [2] 9:14  19:18
heard [5]  14:6
29:7  30:25  31:4
36:23
hearing [2]  15:12
37:4
heart [2] 7:2  9:6
Herculex [1]  14:18
higher [1]  21:2
highlight [2]  10:14
24:13
highly [3]  9:12
10:23  13:4
history [1]  7:6
honest [1]  8:9
Honor [37]  3:12
3:24  5:16  5:23
6:13  9:18  9:23
9:25  12:19  14:6
14:13  15:6  15:15
15:16  16:5  18:6
19:21  20:22  22:4
22:13  24:6  25:10
25:24  26:15  26:23
27:15  27:21  27:25
29:15  29:20  30:21
31:8  31:9  32:2
33:15  34:5  36:21

HONORABLE [1]
1:14
hope [1] 31:17
hopefully [1]  3:13
HOWREY [1]  2:2
Howrey's [1]  26:3
hypertechnical [1]
29:8
hypothetical [1]
12:7
idea [1] 12:24
immune [1]  25:3
impact [3]  12:9
13:8  13:8
important [4]  3:17
7:11  10:17  10:18
impression [1] 17:12
inadvertently [1]
6:6
INC [2] 1:7  1:8
incentive [1]  9:5
including [1]  11:25
increased [2]  20:14
20:16
incremental [1] 9:14
indeed [1]  16:24
independent [3]
24:15  24:24  27:9
27:11
Indianapolis [1]
14:16
industry [1]  10:19
information [8] 4:5
.4:13  12:3  17:13
17:13  17:23  21:18
36:11
inside [1]  13:25
instances [3]  4:21
23:15  26:16
Instead [1]  9:15
instructed [1]  24:10
Instruction [3]  4:2
4:5  17:22
intellectual [3] 14:19
14:20
interest [1]  30:15
interested [1]  19:23
interfered [1]  31:20
introduce [1]  9:3
introduced [1]  16:23
involved [2]  29:11
32:16
Involving [1]  14:14
issue [30]  3:15
5:11  5:19  6:13
6:14  6:15  6:19
6:23  6:24  8:25
9:9  9:24  10:2
10:11  12:10  14:10
14:16  23:24  24:8
24:11  24:13  24:16
25:13  25:16  28:3
30:19  31:2  31:2
35:22  36:4
issues [9]  3:10

3:13  5:2  6:25
19:17  20:4  25:25
35:15  35:18
item [1] 8:6
items [2]  7:3
9:17
J [1]  1:24
January [1]  15:13
16:22  18:20
jibberish [1]  36:5
JOHN [1]  2:7
joint [18]  5:21
10:3  10:8  11:7
12:15  12:23  13:7
13:17  13:25  14:11
22:18  22:21  23:6
23:7  23:7  23:12
23:15  23:19
JR [1]  1:18
judge [2]  1:14
15:18
judgment [5]  7:13
7:14  7:15  15:14
15:19
July [5] 6:9  18:7
22:7  22:11  22:13
keep [1] 18:25
keeps [2]  31:18
32:21
Kenneth [1]  9:3
kept [2] 8:22  25:17
key [1] 28:11
killed [1]  13:10
kind [3] 5:20  30:13
33:10
kinds [1]  32:8
knew [1]  31:2
knowing [1]  23:6
L [1]  1:14
large [1] 15:11
last [16] 3:16  8:6
14:10  14:20  18:12
18:16  20:6  24:9
27:22  28:10  31:13
31:15  32:13  35:5
36:9  36:10
late [1]  4:25
law [4]  16:15  16:18
26:3  32:16
lawsuit [1]  32:24
learning [1]  20:11
least [2] 5:5  29:3
leave [1] 27:24
led [1]  13:3
left [2]  12:20  35:12
letter [12]  4:8
6:2  6:6  6:7
17:19  18:7  18:8
18:21  22:5  22:14
26:3  29:13
letters [1]  9:19
license [9]  10:18
23:13  24:17  24:19
24:24  25:12  33:20
33:25  34:3

licensed [2]  35:2
35:2
licenses [9]  11:8
11:9  11:9  14:21
14:21  14:25  34:6
34:7  34:9
licensing [1]  8:7
9:5  10:8  23:3
light [2] 5:3  5:4
limited [1]  9:16
list [2]  7:7  7:8
literally [2]  7:5
17:5
litigated [2]  14:17
24:14
litigation [7]  6:25
10:12  10:16  14:14
14:19  15:3  34:25
litigations [3]  7:7
7:8  11:24
LLC [3] 1:4  12:15
23:22
LLP [3] 1:18  2:2
2:6
load [2] 21:16  28:4
locate [1]  11:16
look [6] 8:19  9:21
12:7  16:19  27:3
28:14
looked [2]  15:18
15:20
looking [4]  7:18
10:25  23:10  28:21
looks [1]  8:3
loose [1] 35:6
machine [1]  8:2
maintain [1]  21:23
maintaining [1] 8:8
makes [3]  12:5
29:15  29:16
management [1]
13:3
market [16]  10:24
13:5  13:6  13:11
21:19  21:23  24:21
25:8  25:8  25:20
28:4  33:8  33:9
33:10  33:14  35:2
marketplace [3]
33:4  33:5  33:6
markets [1]  25:22
master [2]  25:21
25:23  32:8
materials [5]  7:9
9:2  15:14  15:18
15:19
matter [2]  6:17
29:21
may [16] 1:12  3:16
6:6  6:21  10:18
10:19  12:19  18:11
22:4  23:14  23:22
24:14  26:8  26:14
30:9  36:21
mean [2] 10:16  30:18
meanings [1]  29:10

means [3]  3:9
24:18  30:22
meeting [1]  13:16
memo [1]  11:17
might [2]  27:5
30:15
minute [1]  27:22
misheard [1]  17:18
missing [7]  7:19
8:5  8:14  16:13
17:3  17:4  25:22
Mississippi [2] 8:16
8:18
mistake [1]  32:14
model [1]  5:9
Moll [35]  2:2
3:16  6:2  6:12
10:10  12:19  14:8
17:18  19:16  19:20
20:4  20:6  21:5
22:2  22:4  22:8
22:10  23:14  24:15
25:25  27:21  27:25
28:2  29:19  29:20
29:24  30:11  31:8
31:17  32:7  33:15
34:5  35:17  35:19
37:3
Monday [1]  1:12
money [1]  19:10
Monsanto [19]  1:4
1:4  4:6  4:21
9:25  10:5  10:15
11:24  14:9  14:14
14:17  18:15  20:12
20:14  27:10  30:6
36:12  36:13  36:14
Monsanto's [4] 24:17
24:25  25:21  32:7
month [1]  6:22
months [2]  6:22
18:20
morning [4]  11:6
11:11  12:24  14:5
most [1] 23:15
motion [1]  7:14
15:19  15:20
multiple [1]  6:5
11:23
must [5] 13:25  26:17
29:22  31:14  36:18
Mycogen [5]  10:5
24:18  34:14  34:17
34:20
N [1]  3:5
names [4]  27:9
27:10  30:8  30:10
narrow [1]  33:8
native [2]  4:19
18:10
nature [1]  19:11
necessary [2]  3:22
11:20
need [4] 3:11  7:10
9:18  15:15
negotiation [1] 20:24

May 1, 2006 | CondenseIt™ | RICHARD - YOUNG

26:21
RICHARD [1] 2:10
right [29] 3:8
5:25 6:3 12:18
12:23 13:8 13:11
14:7 19:7 19:20
20:3 20:5 21:5
21:12 22:2 22:15
23:14 23:24 24:7
25:11 25:15 28:18
29:17 29:19 31:9
31:17 35:16 36:20
36:24
rights [5] 24:23
26:9 26:12 26:13
26:13
ROBINSON [1]
1:14
Rosenthal [4] 4:2
4:9 5:6 17:20
rule [1] 10:20
ruled [1] 15:16
run [2] 26:12 36:9
S [1] 3:3
sales [2] 21:19 21:24
28:5
satisfied [2] 17:8
21:24
satisfy [1] 32:14
says [9] 4:4 4:5
9:4 13:23 18:8
26:16 26:24 27:15
29:6
scenarios [1] 36:8
Schwed [34] 2:10
3:10 3:12 5:16
5:23 6:5 6:11
6:19 9:23 12:20
12:23 18:21 22:3
22:13 22:16 24:6
24:8 25:10 25:12
25:16 28:3 28:22
29:2 29:17 29:18
30:13 30:18 30:21
30:23 31:11 31:18
36:21 36:24 37:2
Schwed's [1] 18:7
Scruggs [9] 6:20
7:11 8:25 9:15
15:8 15:9 15:12
16:21 25:17
SEAN [1] 2:3
searched [1] 32:15
second [4] 5:24
6:19 8:25 12:10
Section [1] 7:23
sections [1] 7:23
see [5] 5:20 16:8
16:14 31:15 35:11
seed [3] 24:17 24:19
34:15
seeds [3] 1:7
13:11 31:23
seeing [1] 35:12
seeking [5] 6:15
6:20 9:24 11:14
11:14

seem [3] 8:4 19:8
31:16
sense [1] 29:16
sent [1] 12:23
separate [5] 7:3
32:21 32:23 34:14
34:17
serve [1] 28:25
set [11] 8:6 9:16
11:7 13:17 13:18
18:21 26:5 26:16
30:14 31:3 31:5
sets [1] 26:23
settle [1] 34:25
settled [3] 10:12
14:18 33:2
settlement [17] 10:25
14:9 14:19 14:25
15:5 25:3 32:22
32:24 33:3 33:15
33:17 33:19 34:3
34:6 34:7 34:22
34:23
settlements [1] 14:22
settling [2] 14:22
15:2
seven [1] 11:5
share [3] 21:19 21:23
28:5
SHAW [1] 2:7
SHEARMAN [1]
2:10
sheets [3] 4:17
29:4 29:5
shell [1] 31:18
shown [1] 9:12
shows [1] 18:15
side [4] 4:8 11:25
11:25 17:25
sides [1] 29:5
signed [1] 22:25
significant [1] 23:9
similar [1] 13:6
simulator [7] 3:16
5:3 17:11 19:11
28:19 28:22 36:8
single [7] 16:12
16:13 16:23 18:14
18:16 36:9 36:10
sitting [1] 19:25
24:12
situation [2] 36:7
36:7
slide [1] 11:18
SLR [1] 1:9
sold [1] 26:8
sole [1] 14:22
somewhat [1] 8:4
somewhere [1] 8:2
soon [1] 12:14
sophisticated [1]
13:19
sort [5] 10:7 10:22
34:14 35:16 36:17

sorts [1] 36:8
soybean [1] 11:25
speak [1] 11:21
specific [4] 4:21
9:17 20:11 36:3
specifically [4] 4:12
4:17 7:12
spread [3] 4:17
29:4 29:5
stacking [1] 10:3
standalone [1] 24:16
standards [1] 25:9
standing [1] 29:7
STARGATT [1]
2:6
start [3] 3:10 12:20
22:20
started [1] 7:18
statement [4] 4:4
21:22
STERLING [1] 2:10
still [7] 3:11 12:11
20:20 21:3 25:23
33:13 35:11
street [1] 10:4
Strengthen [1] 7:24
subject [1] 15:17
submitted [7] 8:15
8:17 8:20 9:2
9:11 15:24 17:14
subsidiary [1] 10:6
such [4] 21:21 29:7
SUE [1] 1:14
summary [5] 7:13
7:14 7:14 15:14
15:19
support [1] 17:16
Switzerland [3] 21:8
31:23 32:2
Syngenta [27] 1:7
1:8 4:6 5:22
10:24 11:24 12:17
13:6 13:19 15:11
16:24 18:19 20:15
21:7 21:17 21:18
22:24 23:3 23:4
23:20 26:8 27:8
27:10 30:4 31:23
31:23 35:25
Syngenta's [2] 13:5
20:12
taking [1] 19:9
TAYLOR [1] 2:6
technology [3] 1:4
23:11 24:24
telling [4] 26:19
33:25 34:2 34:5
terms [5] 10:19
10:23 11:10 24:8
24:19
Thank [13] 3:12
9:21 12:18 12:18
22:2 22:10 27:25
28:17 29:17 29:18
36:20 37:2 37:3

themselves [1] 11:22
therefore [1] 12:25
they've [2] 10:6
31:10
third [2] 9:24 25:16
thought [2] 5:6
7:9 26:20
three [1] 4:11
through [7] 9:19
16:13 16:18 17:3
19:10 32:15 34:9
TIFF [4] 3:21 4:4
18:11 19:13
timely [1] 24:13
today [4] 17:16
25:23 26:22 29:7
tolerant [1] 23:11
too [2] 3:13 3:14
trait [11] 7:24 11:9
16:24 21:19 21:20
21:24 23:4 23:12
23:13 28:5 28:5
traits [4] 24:25 25:13
25:20 25:21
transaction [1] 11:15
transcript [3] 15:16
31:15 35:4
transgenic [2] 13:10
16:24
try [1] 16:8
trying [7] 8:10
12:11 12:13 21:18
34:21 34:21 35:25
turn [1] 6:13
Turning [1] 11:4
two [18] 6:22 6:22
7:3 7:5 9:17
11:12 11:16 13:17
22:20 23:19 24:2
24:14 26:17 27:2
27:7 28:11 33:7
33:24
two-way [1] 10:4
type [3] 5:9 8:9
29:12
under [3] 17:12
28:24 29:5
understand [9] 3:22
10:7 23:5 24:25
25:5 26:7 26:15
28:20 28:22
understood [1] 29:13
Unfortunately [1]
16:7
unintelligible [1]
18:3
unless [4] 3:19
26:25 28:25 30:2
Unlike [1] 22:18
unnecessary [1]
12:5
up [17] 3:25 5:12
5:14 5:17 6:22
9:19 10:11 11:7
13:17 13:18 14:11
20:23 21:2 30:6

35:3 35:6 35:7
usable [4] 4:7
4:13 19:14 19:14
used [1] 28:25
useful [1] 17:24
uses [1] 13:22
Valerie [1] 1:24
value [2] 15:5
33:4
vast [1] 35:20
venture [15] 5:21
10:3 10:8 11:7
12:15 12:23 13:7
13:17 13:25 14:11
23:6 23:17 23:7
23:12 23:15
ventures [1] 22:18
22:21 23:19
vis-a-vis [1] 25:9
vision [1] 7:24
vs [1] 1:6
W [2] 1:18 2:7
wants [1] 16:19
Washington [2] 2:3
2:11
ways [2] 4:16 32:4
week [1] 28:10
weekend [1] 26:21
weeks [2] 13:17
26:17
willing [1] 26:23
28:7
Wilmington [1] 1:11
withheld [1] 30:24
withhold [1] 31:6
withholding [1] 28:13
within [4] 13:17
26:17 27:15 34:19
without [4] 13:7
16:9 23:6 35:12
witness [1] 24:10
word [1] 29:8
words [2] 11:8
13:23
worked [1] 16:2
worldwide [3] 15:3
34:9 34:11
worth [1] 22:17
wound [1] 20:23
X [2] 26:24 27:15
years [1] 23:21
yelling [1] 35:23
YOUNG [1] 2:6