# EXHIBIT 3

# HOWREY LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
T 202.783.0800
F 202.383.6610
www.howrey.com

April 19, 2006

Heather Lamberg Kafele
Shearman & Sterling LLP
801 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004-2634

Re: **Monsanto Company, et al v. Syngenta Seeds, et al – Ronald Wulfkuhle Deposition**

Dear Heather:

During his deposition on March 30, 2006, Mr. Wulfkuhle identified various categories of documents that are responsive to Monsanto's requests for production that apparently have not been produced. Specifically, Mr. Wulfkuhle testified that he had communications with seed companies on GreenLeaf Genetics traits, as well as conversations with seed companies regarding Monsanto. Mr. Wulfkuhle said that "it would be typical" for him to write down customer concerns learned during those conversations. Monsanto has reviewed Syngenta's document production and has been unable to identify any memoranda, notes or other documents reflecting or regarding Mr. Wulfkuhle's discussions with seed companies. Please produce any such documents immediately.

Mr. Wulfkuhle also testified that he was involved in discussions regarding Syngenta and competitive incentive programs, including a program called "Leapfrog," about which he maintains or would have maintained documents, and that he maintains customer lists, licensee lists, and GreenLeaf Genetics agreements in his office. Syngenta has not produced any of these documents, which are responsive to Monsanto's document requests. Please produce these documents immediately.

Mr. Wulfkuhle further testified that he is a member of a "special project team" responsible for "new business development opportunities." Unless counsel advises otherwise, Monsanto assumes that this team is responsible for the recently announced joint venture between Syngenta and DuPont, which appears to be an extension or reorganization of GreenLeaf Genetics. No documents relating to this project have been produced. Syngenta, for example, has not produced any documents regarding the special project team of which Mr. Wulfkuhle was a member, or its work on any business development opportunity; planning documents, evaluations and analyses of the proposed joint venture between Syngenta and DuPont/Pioneer; communications between Syngenta and DuPont/Pioneer concerning the joint venture; negotiations leading to the transaction; agreements or draft agreements between the parties; and actual or proposed communications with customers regarding the joint venture. These documents should be produced immediately.

If these documents have been produced, we would ask that you identify the documents by production numbers. Please do not hesitate to contact me with any questions.

Sincerely,

Nicole D. Devero

cc: John Rosenthal, Esq.

\* Admitted to practice in N.Y. only. Not yet admitted in D.C. Practicing under the supervision of firm principals.