# EXHIBIT 4

# SHEARMAN & STERLING LLP

801 PENNSYLVANIA AVENUE, NW I WASHINGTON, DC I 20004-2634

WWW.SHEARMAN.COM I T +1.202.508.8000 I F +1.202.508.8100

hkafele@shearman.com                                              April 28, 2006
(202) 508-8097

Via Email deveron@howrey.com
Via U.S. Mail

Nicole Devero
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Syngenta Seeds, Inc. v. Monsanto Company, et al., C.A. No. 04-908 (SLR)*

Dear Nicole:

This letter is in response to your letter dated April 19, 2004, regarding various documents
discussed during the Ron Wulfkuhle deposition.

Communications with Seed Companies

We have produced documents reflecting Mr. Wulfkuhle's communications with seed companies
concerning GreenLeaf Genetics traits and Monsanto. For example, we have produced call
reports, including the documents starting at the following Bates numbers:

- SYN-AT-000020546
- SYN-AT-000020547
- SYN-AT-000020647
- SYN-AT-000033266
- SYN-AT-000512612

- SYN-AT-000891341
- SYN-AT-000891343
- SYN-AT-001388138
- SYN-AT-001413301

ABU DHABI I BEIJING I BRUSSELS I DÜSSELDORF I FRANKFURT I HONG KONG I LONDON I MANNHEIM I MENLO PARK
MUNICH I NEW YORK I PARIS I ROME I SAN FRANCISCO I SÃO PAULO I SINGAPORE I TOKYO I TORONTO I WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.

Nicole Devero                                                      April 28, 2006
Page 2

Project Leapfrog

We have produced documents concerning Syngenta's competitive incentive programs, including
the Project Leapfrog mentioned in your letter. For example, documents discussing Project
Leapfrog include the documents starting at the following Bates numbers:

- SYN-AT-000020686
- SYN-AT-000024163
- SYN-AT-000029269
- SYN-AT-000036867
- SYN-AT-000062807
- SYN-AT-000062808

- SYN-AT-000503356
- SYN-AT-000528368
- SYN-AT-000711239
- SYN-AT-000804786
- SYN-AT-000891402
- SYN-AT-001931969

Customer and Licensee Lists

The enclosed CD contains GreenLeaf Genetics customer and licensee lists maintained by Mr.
Wulfkuhle bearing bates range SYN-AT-003211340 – SYN-AT-003211741.

GreenLeaf Genetics Agreements

Also on the enclosed CD are GreenLeaf Genetics agreements, some of which may have
previously been produced and others that were not included in our earlier productions because
they were executed after the cut-off date of May 13, 2005 for Monsanto's document request.
These agreements bear the bates range SYN-AT-003207081 – SYN-AT-003210077.

Syngenta and DuPont/Pioneer Joint Venture

Syngenta will produce documents concerning the recent Syngenta and DuPont/Pioneer joint
venture consistent with the Court's order.

Sincerely,

*Heather Lamberg Kafele / JDR*

Heather Lamberg Kafele