## **CERTIFICATE OF SERVICE**

I, William M. Kelleher, Esquire, certify that I am over 18 years of age and that on this 28th day of November, 2006, I caused a true and correct copy of Greenleaf Genetics LLC's Reply Memorandum of Law in Further Support of its Cross-Motion to Quash Monsanto's Subpoena, to be served on the following via Hand Delivery:

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>P.O. Box 951
>Wilmington, DE 19899

BALLARD SPAHR ANDREWS & INGERSOLL, LLP

By:  /s/ William M. Kelleher
William M. Kelleher, Esquire (No. 3961)

Dated: November 28, 2006
Wilmington, Delaware