UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

December 12, 2006
DCO-35

No. 06-8068

American Seed Co Inc., On Behalf of Itself and Others
Similarly Situated; Jerry Ellefson; Benjamin Rein;

Dave Johnson; Kent Duxbury; Darrell Souhrada (Intervenors in D.C.)

vs.

Monsanto Company; American Seeds Inc, Monsanto Controlled;
Subsidiaries; Corn States Hybrid Service Inc., Monsanto Controlled Subsidiaries;
Asgrow Seed Co Inc, Monsanto Controlled subsidiaries; Holden Foundation Seeds, Inc.,
Monsanto Controlled Subsidiaries; Dekalb Seeds, Monsanto Controlled Subsidiaries;
Calgene LLC, Monsanto Controlled Subsidiaries; Channel Bio Co., Monsanto Controlled
Subsidiaries; NC+Hybrids, Monsanto Controlled Subsidiaries; Seminis Inc, Monsanto
Controlled Subsidiaries; Greenleaf Genetics LLC

American Seed Co Inc., Jerry Ellefson,
Benjamin Rein, Dave Johnson, Kent
Duxbury and Darrell Souhrada,
Appellants

(District Court for the District of Delaware Civil No. 05-cv-00535)

**Present:**     **BARRY, AMBRO and FISHER,** <u>Circuit Judges</u>

1. Petition for Leave to Appeal Pursuant to F.R.Civ. P. 23(f) by Appellants together with Appendix.

2. Response by Respondents Monsanto Company together with Appendix.

　　　　　　　　　　　　　　　　　　　　　  /s/ LaToya Corprew
　　　　　　　　　　　　　　　　　　　　　LaToya Corprew
　　　　　　　　　　　　　　　　　　　　　Case Manager     267-299-4915

**O R D E R**

The foregoing motion is GRANTED.

　　　　　　　　　　　　　　By the Court,


　　　　　　　　　　　　　　 /s/ Maryanne Trump Barry
　　　　　　　　　　　　　　Circuit Judge

Dated:  January 25, 20007

Page 2

Amer Seed Co v. Monsanto Co.

CLC\cc: Gregory Baruch, Esq.            Steven F. Benz, Esq.
       R. Stephen Berry, Esq.           Robert K. Beste III, Esq.
       Michael J. Fischer, Esq.         Richard L. Horwitz, Esq.
       J. Leftwich, Esq.                David E. Moore, Esq.
       Joelle E. Polesky, Esq.          John J. Rosenthal, Esq.
       Peter E. Moll, Esq.