KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3209

(202) 326-7900
FACSIMILE:
(202) 326-7999

January 26, 2007

*Via UPS Overnight Mail*

Mr. Peter T. Dalleo
United States District Court,
   District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:   *American Seed Company, Inc., et al. v. Monsanto Company et al., Souhrada et al. v. Monsanto, Duxbury v. Monsanto,* C.A. No. 05-535-SLR (D. Del.)

Dear Mr. Dalleo:

     Pursuant to the United States Court of Appeals' January 25, 2007 Order granting permission to appeal (Dkt. 187), enclosed please find the filing fee for the above referenced case in the amount of $455.

     Please contact me if you have any questions.

                                 Very truly yours,

                                 Steven F. Benz

Enclosures

**Benz, Steven F.**

| | |
|---|---|
| **From:** | ded_nefreply@ded.uscourts.gov |
| **Sent:** | Thursday, January 25, 2007 3:54 PM |
| **To:** | ded_ecf@ded.uscourts.gov |
| **Subject:** | Activity in Case 1:05-cv-00535-SLR American Seed Co Inc. v. Monsanto Company et al Notice of Appeal |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### District of Delaware

### Notice of Electronic Filing

The following transaction was entered on 1/25/2007 at 3:53 PM EST and filed on 1/25/2007
**Case Name:**     American Seed Co Inc. v. Monsanto Company et al
**Case Number:**   1:05-cv-535
**Filer:**         American Seed Co Inc.
                   Darrell souhrada
                   Kent Duxbury
                   Dave Johnson
                   Jerry Ellefson
                   Benjamin Rein
**Document Number:** 187

**Docket Text:**
Order of the USCA granting the petition for permission to appeal (F.R.Civ.P. 23(f) filed by Dave Johnson, Kent Duxbury, Darrell souhrada, American Seed Co Inc., Jerry Ellefson and Benjamin Rein. Filing fee due $455. (cc, )


**1:05-cv-535 Notice has been electronically mailed to:**
Richard L. Horwitz  rhorwitz@potteranderson.com, iplitigation@potteranderson.com, jsutton@potteranderson.com, mbaker@potteranderson.com, nmcmenamin@potteranderson.com
John W. Shaw  jshaw@ycst.com, corpcal@ycst.com, corporate@ycst.com
Joelle Eileen Polesky  jpolesky@skfdelaware.com, tlc@skfdelaware.com
Robert Karl Beste, III  rkb@skfdelaware.com, vkm@skfdelaware.com
William M. Kelleher  kelleherw@ballardspahr.com
David Ellis Moore  dmoore@potteranderson.com, ntarantino@potteranderson.com
John J. Rosenthal  rosenthalj@howrey.com
Gergory Baruch  gbaruch@berry-leftwich.com
Robert Stephen Berry  sberry@berry-leftwich.com
James Daniel Leftwich  dleftwich@berry-leftwich.com


01/26/2007

David L. Schwarz dschwarz@khhte.com
Steven F. Benz sbenz@khhte.com, ajapngie@khhte.com
Peter E. Moll Mollp@howrey.com
Steven D. De Salvo desalvos@howrey.com
Sean P. Beaty Beatys@howrey.com
John H. Bogart Bogartj@howrey.com
Michael J. Fischer mfischer@khhte.com

**1:05-cv-535 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=1/25/2007] [FileNumber=333787-0]
[a0d74ab19023be2d74317b7f1c2b4a3f83e913530c63d2075280c2cebf296b11d498
225d8e2df8bc4aff9026b9707b93d41c0ac9fc5d0145746d3eb6c70287d1]]

01/26/2007