IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SEED COMPANY, INC., Individually and on behalf of all others similarly situated, )<br>)<br>)<br>) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 05-535-SLR |
| ) | |
| MONSANTO COMPANY, et al., )<br>) | |
| Defendants. ) | |

---

| | |
|---|---|
| DARRELL SOUHRADA, )<br>) | |
| Plaintiff, individually and on behalf of Iowa citizens similarly situated, )<br>)<br>)<br>)<br>) | |
| ) | |
| v. ) | Civ. No. 05-535-SLR |
| ) | |
| MONSANTO COMPANY, )<br>) | |
| Defendant. ) | |

---

| | |
|---|---|
| KENT DUXBURY, )<br>) | |
| Plaintiff, individually and on behalf of Minnesota citizens similarly situated, )<br>)<br>)<br>)<br>) | |
| ) | |
| v. ) | Civ. No. 05-535-SLR |
| ) | |
| MONSANTO COMPANY, )<br>) | |
| Defendant. ) | |

# ORDER

At Wilmington this 5th day of September, 2007, having considered the various pending motions;

IT IS ORDERED that:

1. Plaintiffs' motion for reconsideration (D.I. 150) is denied as moot, given plaintiffs' appeal of the court's memorandum opinion and order denying class certification (D.I. 179, 180) to the United States Court of Appeals for the Third Circuit (D.I. 187).

2. Defendant's motion to compel (D.I. 169) and GreenLeaf Genetics LLC's ("GreenLeaf") cross motion to quash (D.I. 178) are both granted in part and denied in part. To the extent that defendant seeks information that predates GreenLeaf's formation in April 2006, defendant's motion is denied. To the extent defendant seeks information from GreenLeaf post-April 2006, defendant's motion is granted; however, given the stay in place pending appeal (D.I. 182), the court is persuaded that third-party GreenLeaf should not be burdened with such discovery when the parties to the instant litigation have agreed to stay discovery generally.

_____
United States District Judge