IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC., and<br>JERRY ELLEFSON, | ) ) ) | C.A. No. 05-535-SLR |
| Plaintiffs, On Behalf of Themselves<br>and Others Similarly Situated, | ) ) ) ) | **JURY TRIAL DEMAND** |
| v. | ) ) | |
| MONSANTO COMPANY, et al | ) ) ) | |
| Defendants. | ) ) | |
| DARREL SOUHRADA, and<br>DAVE JOHNSON, | ) ) ) | |
| Plaintiffs, On Behalf of Themselves<br>and Others Similarly Situated, | ) ) ) ) | |
| v. | ) ) | C.A. No. 05-535-SLR |
| MONSANTO COMPANY, | ) ) ) | |
| Defendant. | ) ) | |
| KENT DUXBURY and<br>BENJAMIN REIN, | ) ) ) | |
| Plaintiffs on Behalf of Themselves<br>and Minnesota Citizens Similarly<br>Situated, | ) ) ) ) ) | |
| v. | ) ) | C.A. No. 05-535-SLR |
| MONSANTO COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## SUBSTITUTION OF APPEARANCE

Kindly withdraw the appearance of William M. Kelleher of Ballard Spahr Andrews &

Ingersoll, LLP for Greenleaf Genetics, LLC. Please substitute Leslie C. Heilman of the

DMEAST #9929299 v1

Wilmington, Delaware office of the law firm of Ballard, Spahr, Andrews & Ingersoll, LLP. Ms. Heilman is authorized to accept service on behalf of Greenleaf Genetics, LLC in this matter.

_/s/ William M. Kelleher_
William M. Kelleher (No. 3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 252-4460

_/s/ Leslie C. Heilman_
Leslie C. Heilman (No. 4716)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 252-4450

Dated: 12/5/07

## ORDER

So ordered.

BY THE COURT

_____
                                      J.

Dated: _____