## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Substitution of Appearance was served by first class mail on the following this 6th day of December, 2007:

>Joelle Eileen Polesky
>Robert Karl Beste, III
>Smith, Katzenstein, & Furlow
>The Corporate Plaza
>800 Delaware Ave.
>P.O. Box 410
>Wilmington, DE 19899
>
>Richard L. Horwitz
>David Ellis Moore
>Potter Anderson & Corroon, LLP
>1313 N. Market St., Hercules Plaza, 6th Flr.
>P.O. Box 951
>Wilmington, DE 19899-0951
>
>John W. Shaw
>Young, Conaway, Stargatt & Taylor
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391

/s/ Leslie C. Heilman
Leslie C. Heilman, Esquire (No. 4716)