UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 07-1265

AMERICAN SEED CO., INC., On Behalf of Itself and Others
Similarly Situated; JERRY ELLEFSON; BENJAMIN REIN;

DAVE JOHNSON; KENT DUXBURY;
DARRELL SOUHRADA (Intervenors in D.C.)

v.

MONSANTO COMPANY; AMERICAN SEEDS INC, Monsanto Controlled Subsidiaries; CORN STATES HYBRID SERVICE INC., Monsanto Controlled Subsidiaries; ASGROW SEED CO INC, Monsanto Controlled subsidiaries; HOLDEN FOUNDATION SEEDS, INC., Monsanto Controlled Subsidiaries; DEKALB SEEDS, Monsanto Controlled Subsidiaries; CALGENE LLC, Monsanto Controlled Subsidiaries; CHANNEL BIO CO., Monsanto Controlled Subsidiaries; NC+HYBRIDS, Monsanto Controlled Subsidiaries; SEMINIS INC, Monsanto Controlled Subsidiaries; GREENLEAF GENETICS LLC

American Seed Co., Inc., Jerry Ellefson,
Benjamin Rein, Dave Johnson, Kent
Duxbury and Darrell Souhrada,
                                        Appellants

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(D.C. Civil No. 05-cv-00535)
District Judge:  The Honorable Sue L. Robinson, Chief Judge

Submitted Under Third Circuit LAR 34.1(a)
January 14, 2008

Before: BARRY, CHAGARES and ROTH, <u>Circuit Judges</u>

JUDGMENT

This cause came to be heard on the record from the United States District Court for the District of Delaware and was submitted on January 14, 2008.

After consideration of all the contentions raised, it is

ADJUDGED and ORDERED that the order of the District Court be and hereby is affirmed.  Costs taxed against appellants.  All in accordance with the Opinion of the Court.

ATTEST:

/s/ Marcia M. Waldron
Marcia M. Waldron, Clerk

Dated:      April 1, 2008

**Certified as a true copy and issued in lieu of a formal mandate on    05/20/08**

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**