## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC., and<br>JERRY ELLEFSON, | )<br>) | |
| | ) | |
|     Plaintiff, On Behalf of Itself<br>    and Others Similarly<br>    Situated, | )<br>)<br>) | |
| | ) | |
|     v. | ) | C.A. No. 05-535-SLR |
| | )<br>) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Monsanto Controlled Subsidiaries: | ) | |
| | ) | |
| AMERICAN SEEDS INC.,<br>CORN STATES HYBRID,<br>   SERVICE INC.<br>ASGROW SEED CO., INC.,<br>HOLDEN FOUNDATION SEEDS, INC.,<br>DEKALB SEEDS,<br>CALGENE, L.L.C.,<br>CHANNEL BIO CO.,<br>NC+ HYBRIDS,<br>SEMINIS INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| | ) | |
|     Defendants. | ) | |

---

| | | |
|---|---|---|
| DARRELL SOUHRADA, and<br>DAVE JOHNSON, | )<br>) | |
| | ) | |
|     Plaintiffs, On Behalf of Themselves<br>    and Iowa Citizens Similarly<br>    Situated, | )<br>)<br>) | |
| | ) | |
|     v. | ) | C.A. No. 05-535-SLR |
| | )<br>) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
|     Defendant. | ) | |

| | | |
|---|---|---|
| KENT DUXBURY and | ) | |
| BENJAMIN REIN | ) | |
| | ) | |
| Plaintiff, On Behalf of Himself and Minnesota Citizens Similarly Situated, | ) ) ) | |
| | ) | |
| v. | ) | C.A. No. 05-535-SLR |
| | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

At the Court's request, the parties submit this status report. Over the last few weeks counsel have had settlement discussions seeking to resolve the remaining individual claims in light of the denial of class certification, and possibly allow their dismissal with prejudice. An offer of settlement has been made by the Plaintiffs to the Defendants, and a reply is awaited.

If acceptable to the Court, the parties will apprise the Court whether settlement of the individual claims can be achieved without the necessity of further litigation within thirty (30) days from this date.

| SMITH, KATZENSTEIN & FURLOW LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Robert K. Beste | /s/ David E. Moore |
| _____ | _____ |
| Joelle E. Polesky (ID No. 3694) | Richard L. Horwitz (ID #2246) |
| Robert K. Beste III (ID No. 3931) | David E. Moore (ID #3983) |
| 800 Delaware Avenue, 7th Floor | 1313 Market Street |
| P.O. Box 410 | P.O. Box 951 |
| Wilmington, DE 19899 (Courier 19801) | Wilmington, DE 1`9899-951 |
| Telephone: (302) 652-8400 | Telephone: (302) 964-6027 |
| Facsimile: (302) 652-8405 | Facsimile: (302) 658-1192 |
| E-mail: jpolesky@skfdelaware.com | E-mail: dmoore@potteranderson.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

July 31, 2008