## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SEED CO. INC., and<br>JERRY ELLEFSON, | )<br>) | |
| | ) | |
|     Plaintiff, On Behalf of Itself<br>    and Others Similarly<br>    Situated, | )<br>)<br>) | |
| | ) | |
|     v. | ) | C.A. No. 05-535-SLR |
| | )<br>) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Monsanto Controlled Subsidiaries: | ) | |
| | ) | |
| AMERICAN SEEDS INC.,<br>CORN STATES HYBRID,<br>   SERVICE INC.<br>ASGROW SEED CO., INC.,<br>HOLDEN FOUNDATION SEEDS, INC.,<br>DEKALB SEEDS,<br>CALGENE, L.L.C.,<br>CHANNEL BIO CO.,<br>NC+ HYBRIDS,<br>SEMINIS INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| | ) | |
|     Defendants. | ) | |

| | | |
|---|---|---|
| DARRELL SOUHRADA, and<br>DAVE JOHNSON, | )<br>) | |
| | ) | |
|     Plaintiffs, On Behalf of Themselves<br>    and Iowa Citizens Similarly<br>    Situated, | )<br>)<br>) | |
| | ) | |
|     v. | ) | C.A. No. 05-535-SLR |
| | )<br>) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
|     Defendant. | ) | |

| | |
|---|---|
| KENT DUXBURY and ) | |
| BENJAMIN REIN ) | |
| ) | |
|    Plaintiff, On Behalf of Himself ) | |
|    and Minnesota Citizens ) | |
|    Similarly Situated, ) | |
| ) | |
| v. ) | C.A. No. 05-535-SLR |
| ) | |
| ) | |
| MONSANTO COMPANY, ) | |
| ) | |
|    Defendant. ) | |

## JOINT STATUS REPORT

On July 31, 2008, the parties apprised the Court that they are discussing settlement of the individual claims remaining. They have reached agreement in principle in this regard allowing the dismissal of these claims with prejudice should satisfactory settlement agreements be negotiated. The parties hope to be in a position to dismiss the individual claims without prejudice within 30 days under Fed. R. Civ. P. 41(a).

| SMITH, KATZENSTEIN & FURLOW LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Robert K. Beste | /s/ Richard L. Horwitz |
| _____ | _____ |
| Joelle E. Polesky (ID No. 3694) | Richard L. Horwitz (ID #2246) |
| Robert K. Beste III (ID No. 3931) | David E. Moore (ID #3983) |
| 800 Delaware Avenue, 7th Floor | 1313 Market Street |
| P.O. Box 410 | P.O. Box 951 |
| Wilmington, DE 19899 (Courier 19801) | Wilmington, DE 1`9899-951 |
| Telephone: (302) 652-8400 | Telephone: (302) 964-6027 |
| Facsimile: (302) 652-8405 | Facsimile: (302) 658-1192 |
| E-mail: jpolesky@skfdelaware.com | Email: dmoore@potteranderson.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

September 4, 2008